**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INA FIBERS HOLDING, LLC | ) | Case No. 17-12154 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) GROUP, INC. | ) | Case No. 17-12155 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DSE HOLDING CORP. | ) | Case No. 17-12156 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) ENTERPRISES, LLC | ) | Case No. 17-12157 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) OPERATIONS LLC | ) | Case No. 17-12148 (CSS) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGES (DFT) MEXICO SERVICES INTERMEDIATE II CORP. | ) ) ) | Case No. 17- 12153 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) MEXICO SERVICES INTERMEDIATE I CORP. | ) ) ) | Case No. 17-12152 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) SCOTTSBORO, INC. | ) ) | Case No. 17- 12149 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DURAFIBER TECHNOLOGIES (DFT) WINFIELD, INC. | ) ) | Case No. 17- 12151 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

2

|  | ) |  |
| --- | --- | --- |
| In re: | ) | Chapter 7 |
|  | ) |  |
| DURAFIBER TECHNOLOGIES (DFT), INC. | ) | Case No. 17-12143 (CSS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

DFT DuraFiber Technologies Holdings, Inc., INA Fibers Holding, LLC, DuraFiber Technologies (DFT) Group, Inc., DSE Holding Corp., DuraFiber Technologies (DFT) Enterprises, LLC, DuraFiber Technologies (DFT) Operations LLC, DuraFiber Technologies (DFT) Mexico Services Intermediate II Corp., DuraFiber Technologies (DFT) Mexico Services Intermediate I Corp., DuraFiber Technologies (DFT), Inc., DuraFiber Technologies (DFT) Scottsboro, Inc., DuraFiber Technologies (DFT) Winfield, Inc., and DuraFiber Technolgies (DFT) Holdings II, LLC as debtors in the above-captioned chapter 7 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "*Schedules*") and Statements of Financial Affairs (the "*Statements*") with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"), pursuant to section 521 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "*Global Notes*") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[1]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("*GAAP*"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report

---

[1]   The Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a Global Note with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

3

the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Mr. Keith F. Cooper has signed each of the Schedules and Statements.  Mr. Cooper is an Authorized Representative of each of the Debtors and the former Chief Restructuring Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Cooper has relied upon the efforts, statements and representations of various personnel employed by the Debtors.  Mr. Cooper has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to the rest of the Debtors' Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

### Global Notes and Overview of Methodology

**Global Notes Control.**  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("***Claim***") description,

4

designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

**Description of Cases**. On [October 3, 2017] (the "***Petition Date***"), the Debtors each filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

**Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of August 31, 2017. The Debtors have updated the amounts, where practical, for accounts in which they believe there have been material modifications since August 31, 2017 and have reflected those amounts, to the best of their ability, as of the Petition Date or as otherwise indicated in the Schedules and Statements. Additionally, because the book values of assets such as patents, trademarks and copyrights may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date. Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Real Property and Personal Property – Leased**. In the ordinary course of business, the Debtors may lease real property, furniture, fixtures and office equipment from certain third-party lessors for use in the daily operation of their businesses. Nothing in the Schedules and Statements is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to any such issue.

**Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts,

unexpired leases and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Liabilities**.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (a) directors; (b) officers; (c) senior vice presidents; (d) shareholders holding in excess of 5% of the voting shares of one of the Debtor entities (whether directly or indirectly); (e) relatives of directors, officers or shareholders of the Debtors (to the extent known by the Debtors); and (f) Debtor/non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to:  (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.  The Schedules and Statements include certain officers that were terminated prior to the Petition Date and have noted as such.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another.  The Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc.  Reasonable efforts have been made to separate such entities where possible.   In situations where the separation of such information was not possible, the information was listed for both entities.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

**Intercompany and Other Transactions.**   For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule F as appropriate (collectively, the "***Intercompany Claims***").  Intercompany Claims are reported as of August 31, 2017, updated, where practical, to reflect values as of the Petition Date for

6

accounts that have had material changes since August 31, 2017. While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements do not reflect all intercompany activity.

**Executory Contracts**.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts  and unexpired leases have been set forth in Schedule G.

**Classifications**.  Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**.  Schedules D, and E/F permit each of the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated."  Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated."  Moreover, listing a claim does not constitute an admission of liability by the Debtors.

**Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers (collectively, "***Causes of Action***") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**Summary of Significant Reporting Policies**.   The following is a summary of significant reporting policies:

        a.      <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

        b.      <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

        c.      <u>Liens</u>.  Property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

        d.      <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.** The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

    **Estimates.**  To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

    **Deconsolidated Entities**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements.  However, the Debtors' records for certain entities have historically been maintained on a consolidated basis.  Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and DuraFiber Technologies (DFT), Inc.  Reasonable

efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary.**  The asset and liability information provided herein, with the exception of accounts payable, represents the Debtors' data as of August 31, 2017, except, where practical, the Debtors have updated the accounts for which they believe there has been material activity prior to the Petition Date and have reflected such amounts as of the Petition Date.  The accounts payable reflects the Debtors' data as of September 28, 2017, with adjustments made to reflect payments made between September 28, 2017 and the Petition Date.

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition

**Schedule A/B 3**.  Cash balances are listed as of the Petition Date.

**Schedule A/B 11**.  Accounts receivable balances are listed as of October 2, 2017.  Accounts receivable reported in Schedule A/B 11 do not include intercompany receivables.  Intercompany receivables are reported in Schedule A/B 77.

**Schedule A/B 15**.  Equity interests in subsidiaries arise from common stock ownership or member interests.  Each Debtor's "Schedule B – Personal Property" lists such Debtor's ownership interests, if any, in subsidiaries.  For purposes of these Statements and Schedules, other than investments in downstream subsidiaries, the Debtors have listed the value of such ownership interests as undetermined because the fair market value of such stock or interests is dependent on numerous variables and factors and may differ significantly from the net book value.

**Schedule A/B 19-22.**  Inventory is shown as of September 28, 2017 and reflects the inventory at cost based on the third party's perpetual stock ledger inventory reports.

**Schedules A/B 60-65.**  Intangibles and Intellectual Property listed in Schedules A/B 60-65 are listed as an undetermined amount or at their net book value. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedules A/B 74 and A/B 75.**  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, credits, refunds, or potential warranty Claims against their suppliers. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed in the Schedules. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule D.**  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.  The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

With respect to the Claims listed on Schedule D, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. In addition, unless otherwise stated, the Debtors have not included on Schedule D parties that may hold liens on personal property or in connection with equipment leases. The Debtors reserve all of their rights to amend Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F.**

The Debtors' records for certain entities have historically been maintained on a consolidated basis.  Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc.  Reasonable efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of September 28, 2017, with adjustments for payments made between September 29, 2017 and October 5, 2017.

Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated

10

by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F contains potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the potential litigation claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule E/F also includes potential or threatened litigation claims. Any information contained in Schedule E/F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

The Debtors expressly incorporate by reference into Schedule E/F all parties to pending litigation listed in Statement 7 of the Debtors' Statements as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G.** Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to

11

identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H.** For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

 In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F and Statement 7, as applicable.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 3.**    Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system.

Statement 3 does not include certain payments made.  Specifically, payments made on their senior secured revolving credit facility.  Under the terms of the facility, the balance of the account was swept each day and borrowed each day.  The outstanding balance as of 90 days prior to the Petition Date was $17,602,991.  The senior secured revolver was fully paid during the 90 days prior to the Petition Date and has been fully extinguished.  Statement 3 also does not include the regularly scheduled payroll disbursements to all employees.

The Debtors' records for certain entities have historically been maintained on a consolidated basis.  Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc.  Reasonable efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

**Statement 4.**    Statement 4 accounts for intercompany transactons as well as other transfers to individuals, as applicable. With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, bonus (if any), expense reimbursement, relocation reimbursement and/or severance and the like. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

The Debtors' records for certain entities have historically been maintained on a consolidated basis.  Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc.  Reasonable efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

Solely for purposes of the Schedules and Statements, the Debtors define "Insiders" to include the following: (a) vice presidents; (b) senior level officers, (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).  To the extent that former vice presidents or officers were not Insiders at the time of the transfer, such benefits and payments are not included in the Schedules and Statements.  The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7.**  The Debtors reserve all rights with respect to the suits and proceedings included in Statement. 7.  Nothing contained herein shall be construed as an admission of liability or waiver of any right or defense.

**Statement 10.**  The Debtors occasionally incur losses for a variety of reasons, including, without limitation, theft and property damage. Ordinary course shrink is not reflected in the Statements. The losses listed on Statement 10 are estimates.

**Statement 11.**  The Debtors use a centralized cash management system whereby all corporate disbursements for professional fees were made from a single account.   The Debtors' records for certain entities have historically been maintained on a consolidated basis.   Specifically, the Debtors' systems will not allow an automated separation of the financial information for DuraFiber Technologies (DFT) Operations LLC and Durafiber Technologies (DFT), Inc. Reasonable efforts have been made to separate such entities where possible.  In situations where the separation of such information was not possible, the information was listed for both entities.

**Statement 26d.**  The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtors generally do not track such sharing.  Moreover, the parties with which the Debtors have shared such financial statements may be in turn further shared the financial statements with other entities without the Debtors' knowledge or consent.

**Statement 30.**  The information that would otherwise be included in Statement 30 is contained in Statement 4 and is not duplicated in Statement 30.

14

**Fill in this information to identify the case:**

**Debtor name:** DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12148

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

> 1a.    **Real property:**
> Copy line 88 from Schedule A/B ...................................................

| $552,542.42 |
|---|

> 1b.    **Total personal property:**
> Copy line 91A from Schedule A/B ...............................................

| $45,550,824.65 |
|---|

> 1c.    **Total of all property:**
> Copy line 92 from Schedule A/B ..................................................

| $46,103,367.07 |
|---|

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

| $7,657,114.45 |
|---|

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

> 3a.    **Total claim amounts of priority unsecured claims:**
> Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................

| $1,012,363.23 |
|---|

> 3b.    **Total amount of claims of nonpriority amount of unsecured claims:**
> Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

| + $35,258,154.14 |
|---|

4.    *Total liabilities*
Lines 2 + 3a + 3b ...................................................................................

| $43,927,631.82 |
|---|

| Fill in this information to identify the case: |
|---|
| **Debtor name:** DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12148 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1.   Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.   Cash on hand**

2.1.   _____   $_____

**3.   Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (PAYROLL DISBURSEMENT) | 8151 | $0.00 |
| 3.2.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (DISBURSEMENT) | 5058 | $26,256.81 |
| 3.3.[1] | JPMORGAN CHASE BANK, N.A. | LOCKBOX | 4469 | $453.45 |
| 3.4.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (DISBURSEMENT) | 3300 | $0.00 |
| 3.5.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (PAYROLL DISBURSEMENT) | 7350 | $0.00 |
| 3.6.[1] | JPMORGAN CHASE BANK, N.A. | LOCKBOX | 4451 | $4.85 |
| 3.7.[1] | JPMORGAN CHASE BANK, N.A. | CHECKING (MASTER ACCOUNT) | 6186 | $0.00 |

[1]ENDING BALANCE AS OF 10/06/17

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**4.**    **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $ _____ |

**5.**    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$26,715.11

---

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below

**7.**    **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | CASH DEPOSIT - COUNTRY CLUB MEMBERSHIP SAGE VALLEY GOLF CLUB | $125,000.00 |
| 7.2. | CASH DEPOSIT FOR SAP SYSTEM SG EQUIPMENT FINANCE | $81,296.50 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | OTHER | $19,246.00 |
| 8.2. | TECHNICAL TEXTILES BEAVERLAKE6 GROUP, LLC | $600.00 |
| 8.3. | GREEN ENERTY DNV GL NORTH AMERICA | $6,176.29 |
| 8.4. | SOFTWARE MICROSOFT CORPORATION | $17,471.44 |
| 8.5. | SOFTWARE MICROSOFT CORPORATION | $11,396.71 |
| 8.6. | EQUIPMENT MANUFACTURER OXFORD INSTRUMENTS AMERICA INC. | $2,665.00 |
| 8.7. | ANALYTICS SERVICES PCI RESEARCH GMBH | $428.00 |
| 8.8. | PENSION BENEFITS PENSION BENEFIT GUARANTY CORP. | $1,955.86 |
| 8.9. | SAP SUPPORT RIMINI STREET, INC. | $92,480.00 |
| 8.10. | SOFTWARE SHI INTERNATIONAL CORP. | $6,823.83 |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.11.    APARTMENT RENT | $2,136.12 |
| SILVER COLLECTION, WATERFORD AT THE PARK | |

**9.    Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

| | $367,675.75 |
|---|---|

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.    Accounts receivable**

| | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|
| 11a.[1]    90 days old or less: | $568,195.87 | - $0.00 | = ........ → | $568,195.87 |

| | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|
| 11b.[1]    Over 90 days old: | ($661,343.86) | - $0.00 | = ........ → | ($661,343.86) |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | ($93,147.99) |
|---|---|

[1]BALANCES AS OF 10/02/17

---

| **Part 4:** | **Investments** |
|---|---|

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. _____ | _____ | $_____ |
|---|---|---|

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1.[1]    UNKNOWN/UNCONFIRMED | _____ % | _____ | $8,000,000.00 |
| 15.2.[2]    UNKNOWN/UNCONFIRMED | _____ % | _____ | $10,432,205.15 |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

[1]PARTIAL CONVERSION OF OUTSTANDING NOTE TO INVESTMENT

[2]ASIAN DIVESTMENT

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1.    _____    _____    $_____

**17.    Total of part 4**

Add lines 14 through 16. Copy the total to line 83.                    | $18,432,205.15 |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| 19.1. TOTAL RAW MATERIALS - SALISBURY PLANT[1] | SEPTEMBER 18, 2017 | $1,295,324.94 | COST-BASED VALUATION | $1,295,324.94 |

[1]AS OF 9/28/2017, VALUE DOES NOT INCLUDE ADJUSTMENT FOR BOOK ENTRY RESERVE

| **20.** | **Work in progress** | | | |
|---|---|---|---|---|
| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 20.1. | TOTAL WIP - SALISBURY PLANT[1] | SEPTEMBER 20, 2017 | $987,235.03 | COST-BASED VALUATION | $987,235.03 |

[1]AS OF 9/28/2017, VALUE DOES NOT INCLUDE ADJUSTMENT FOR BOOK ENTRY RESERVE

| **21.** | **Finished goods, including goods held for resale** | | | |
|---|---|---|---|---|
| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 21.1. | TOTAL FINISHED GOODS - SALISBURY PLANT[1] | SEPTEMBER 22, 2017 | $1,003,149.14 | COST-BASED VALUATION | $1,003,149.14 |
| 21.2. | TOTAL FINISHED GOODS - SHELBY PLANT[2] | SEPTEMBER 8, 2017 | $288,519.45 | COST-BASED VALUATION | $288,519.45 |

[1]AS OF 9/28/2017, VALUE DOES NOT INCLUDE ADJUSTMENT FOR BOOK ENTRY RESERVE

[2]VALUE AS OF 9/28/2017; STANDARD COST

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**22.**        **Other inventory or supplies**

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22.1. | TOTAL STORES AND SUPPLIES - SALISBURY PLANT[1] | SEPTEMBER 22, 2017 | $4,284,106.47 | COST-BASED VALUATION | $4,284,106.47 |

[1]VALUE AS OF 9/28/2017; STANDARD COST

**23.**    **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$7,858,335.03

**24.**    **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes Book value: $_____    Valuation method: _____    Current value: $_____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☒ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.**    **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.** **Farm animals.** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.**    **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**34.   Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| 39.1.   OWNED (CORPORATE) | $52,284.76 | Net PP&E book value as of 8/31/2017 | $52,284.76 |
| **40.   Office fixtures** | | | |
| 40.1.   _____ | $_____ | _____ | $_____ |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 41.1.   OWNED (SALISBURY) | $0.18 | Net PP&E book value as of 8/31/2017 | $0.18 |
| 41.2.   OWNED (CORPORATE - OFFICE MACHINES) | $1,849.18 | Net PP&E book value as of 8/31/2017 | $1,849.18 |
| **42.   Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.   _____ | $_____ | _____ | $_____ |

**43.   Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

$54,134.12

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available)<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   VAN AMBULANCE -TYPE (SALISBURY) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.2.   GREAT DANE VAN-SN107 (SALISBURY) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.3.   GREAT DANE VAN-SN107 (SALISBURY) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.4.   GREAT DANE VAN-SN107 (SALISBURY) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.5.   GREAT DANE VAN-SN107 (SALISBURY) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.6.   GREAT DANE VAN-SN107 (SALISBURY) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.7.   GREAT DANE VAN-SN107 (SALISBURY) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.8.   1999 BOOM TRUCK MODEL TC3063 (SALISBURY) | $0.00 | Net PP&E book value as of 8/31/2017 | UNDETERMINED |
| 47.9.   3B7HC12Y5XG163056 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.10.  2FMZA51453BB10463 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.11.  1B7HC16Y8XS130863 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.12.  1FMDA31U4PZA44649 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.13.  1FALP52U5VA165491 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.14.  1FTNF17272NB87164 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.15.  1FTEX14H2LKA57512 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.16.  1FTEF14Y9PNA52797 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | | | |
|---|---|---|---|---|
| 47.17. | 1FTHF26H3PNB09446 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.18. | 1FTRF18W1XNA56059 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.19. | 1FTRF18W8XNA56060 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.20. | 1GBL7H1P7LJ202615 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |
| 47.21. | 1GBE6H1PORJ107673 (SALISBURY) | UNKNOWN | _____ | UNDETERMINED |

**48.**   **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.   _____   $_____   _____   $_____

**49.**   **Aircraft and accessories**

49.1.   _____   $_____   _____   $_____

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1. | SALISBURY MACHINERY | $6,484,905.66 | Net PP&E book value as of 8/31/2017 | $6,484,905.66 |
| 50.2. | SALISBURY COMPUTER HARDWARE | $95,279.97 | Net PP&E book value as of 8/31/2017 | $95,279.97 |
| 50.3. | SALISBURY CIP | $2,294,579.74 | Net PP&E book value as of 8/31/2017 | $2,294,579.74 |
| 50.4. | CORPORATE MACHINERY | $11.97 | Net PP&E book value as of 8/31/2017 | $11.97 |
| 50.5. | CORPORATE COMPUTER SOFTWARE | $4,767,369.31 | Net PP&E book value as of 8/31/2017 | $4,767,369.31 |
| 50.6. | CORPORATE COMPUTER EQUIPMENT | $54,722.11 | Net PP&E book value as of 8/31/2017 | $54,722.11 |

**51.**   **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

$13,696,868.76

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 9:   Real property**

**54.**   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.1. _____<br><br>OFFICE BUILDING<br><br>PERFORMANCE FIBERS, INC.<br>16905 NORTHCROSS DRIVE, SUITE 300<br>HUNTERSVILLE NC 28078 | OFFICE LEASE (HUNTERSVILLE) | $0.00 | Net PP&E book value as of 8/31/2017 | $0.00 |
| 55.2. _____<br><br>BUILDING IMPROVEMENT<br><br>PERFORMANCE FIBERS, INC.<br>16905 NORTHCROSS DRIVE, SUITE 300<br>HUNTERSVILLE NC 28078 | OFFICE LEASE (HUNTERSVILLE) | $6,594.71 | Net PP&E book value as of 8/31/2017 | $6,594.71 |
| 55.3. _____<br><br>BUILDING<br><br>DURAFIBER TECHNOLOGIES INC. - SALISBURY<br>7401 STATESVILLE BOULEVARD<br>SALISBURY NC 28147 | FEE-SIMPLE OWNERSHIP | $402,390.11 | Net PP&E book value as of 8/31/2017 | $402,390.11 |
| 55.4. _____<br><br>LAND<br><br>DURAFIBER TECHNOLOGIES INC. - SALISBURY<br>7401 STATESVILLE BOULEVARD<br>SALISBURY NC 28147 | FEE-SIMPLE OWNERSHIP | $103,069.66 | Net PP&E book value as of 8/31/2017 | $103,069.66 |
| 55.5. _____<br><br>LAND IMPROVEMENTS<br><br>DURAFIBER TECHNOLOGIES INC. - SALISBURY<br>7401 STATESVILLE BOULEVARD<br>SALISBURY NC 28147 | FEE-SIMPLE OWNERSHIP | $40,487.94 | Net PP&E book value as of 8/31/2017 | $40,487.94 |

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                    $552,542.42

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.1. | PATENT - JAPAN DOCKET # 050510292 540189/97 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.2. | PATENT - MEXICO DOCKET # 050510292 989318 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.3. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 063264-504 04755462.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.4. | PATENT - REPUBLIC OF KOREA DOCKET # 063264-5056KR 10/646,113 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.5. | PATENT - UNITED STATES DOCKET # 063264-5057US 11/137,319 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.6. | PATENT - UNITED STATES DOCKET # 23890030 10/140841 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.7. | PATENT - JAPAN DOCKET # 41710030 540477/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.8. | PATENT - MEXICO DOCKET # 41710030 998518 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.9. | PATENT - JAPAN DOCKET # 44240030 2001-574386 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.10. | PATENT - REPUBLIC OF KOREA DOCKET # 44240030 2001-7016746 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.11. | PATENT - THAILAND DOCKET # 44240030 056794 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.12. | PATENT - JAPAN DOCKET # 45130030 200-551065 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.13. | PATENT - UNITED STATES DOCKET # 45320030 09/587347 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.14. | PATENT - JAPAN DOCKET # 46690030 2000-610264 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.15. | PATENT - REPUBLIC OF KOREA DOCKET # 46690030 2001-7011899 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.16. | PATENT - MALAYSIA DOCKET # 47080030 PI20015445 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.17. | PATENT - UNITED STATES DOCKET # 47080030 10/834415 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.18. | PATENT - JAPAN DOCKET # 47910030 2000-609643 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.19. | PATENT - THAILAND DOCKET # 47910030 056747 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.20. | PATENT - CANADA DOCKET # 47920030 2380484 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.21. | PATENT - HONG KONG DOCKET # 47920030 03102457.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.22. | PATENT - THAILAND DOCKET # 47920030 059279 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.23. | PATENT - UNITED STATES DOCKET # 47920030 10/933721 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.24. | PATENT - BRAZIL DOCKET # 48420030 PI0013910-6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.25. | PATENT - MALAYSIA DOCKET # 50800030 PI20024402 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.26. | PATENT - PATENT COOPERATION TREATY DOCKET # 50800030 PCT/US02/35448 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.27. | PATENT - TAIWAN DOCKET # 50800030 091133612 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.28. | PATENT - UNITED STATES DOCKET # 50800030 10/887156 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.29. | PATENT - CHINA P.R. DOCKET # 63264-5062 200480043695.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.30. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5062 04779776.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.31. | PATENT - REPUBLIC OF KOREA DOCKET # 63264-5062 10-2007-7004677 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | | |
|---|---|---|---|---|
| 60.32. | PATENT - UNITED STATES DOCKET # 63264-5062 11/658,781 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.33. | PATENT - VIETNAM DOCKET # 63264-5062 1-2007-00422 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.34. | PATENT - BRAZIL DOCKET # 63264-5063 PI0508949.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.35. | PATENT - CHINA P.R. DOCKET # 63264-5063 200580009108.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.36. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5063 05731588.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.37. | PATENT - INDIA DOCKET # 63264-5063 4746/DELNP/06 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.38. | PATENT - INDONESIA DOCKET # 63264-5063 W00200602379 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.39. | PATENT - JAPAN DOCKET # 63264-5063 2007-505020 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.40. | PATENT - MEXICO DOCKET # 63264-5063 PA/A/2006/009900 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.41. | PATENT - REPUBLIC OF KOREA DOCKET # 63264-5063 10-2006-7022001 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.42. | PATENT - BRAZIL DOCKET # 63264-5084 0102053-6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.43. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5084 01115620.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.44. | PATENT - JAPAN DOCKET # 63264-5084 2001-205834 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.45. | PATENT - CANADA DOCKET # 63264-5085 2,469,220 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.46. | PATENT - MEXICO DOCKET # 63264-5085 PA/A/2004/0065275 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.47. | PATENT - UNITED STATES DOCKET # 63264-5085 10/500,198 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.48. | PATENT - BELARUS DOCKET # 63264-5087 20050911 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.49. | PATENT - BRAZIL DOCKET # 63264-5087 PI0318193.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.50. | PATENT - CHINA P.R. DOCKET # 63264-5087 200380110200.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.51. | PATENT - INDIA DOCKET # 63264-5087 4129/DELNP/2005 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.52. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0001099 02713509.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.53. | PATENT - JAPAN DOCKET # H0001099 2003-564326 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.54. | PATENT - MEXICO DOCKET # H0001099 PA/A/2004/007087 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.55. | PATENT - POLAND DOCKET # H0001099 P369403 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.56. | PATENT - UNITED STATES DOCKET # H0001099 60/352411 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.57. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0001104 01952966.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.58. | PATENT - INDONESIA DOCKET # H0001104 W-00200400205 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.59. | PATENT - JAPAN DOCKET # H0001104 2003-510489 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.60. | PATENT - MALAYSIA DOCKET # H0001104 PI20021776 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.61. | PATENT - REPUBLIC OF KOREA DOCKET # H0001104 2003-7017316 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.62. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0001479 01951102.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.63. | PATENT - INDONESIA DOCKET # H0001479 W-00200400204 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.64. | PATENT - INDONESIA DOCKET # H0001479 W-00200400204 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.65. | PATENT - JAPAN DOCKET # H0001479 PCT/US01/41240 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.66. | PATENT - MALAYSIA DOCKET # H0001479 PI20021840 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | | |
|---|---|---|---|---|
| 60.67. | PATENT - REPUBLIC OF KOREA DOCKET # H0001479 2003-7317317 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.68. | PATENT - UNITED STATES DOCKET # H0001479 10/726765 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.69. | PATENT - CZECH REPUBLIC DOCKET # H0003672 2004-815 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.70. | PATENT - INDIA DOCKET # H0003672 984/KOLNP/2004 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.71. | PATENT - INDONESIA DOCKET # H0003672 W00200401749 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.72. | PATENT - JAPAN DOCKET # H0003672 2003-562182 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.73. | PATENT - MALAYSIA DOCKET # H0003672 PI20030153 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.74. | PATENT - MEXICO DOCKET # H0003672 PA/A/2004/006986 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.75. | PATENT - POLAND DOCKET # H0003672 P-370422 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.76. | PATENT - REPUBLIC OF KOREA DOCKET # H0003672 2004-7011096 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.77. | PATENT - TAIWAN DOCKET # H0003672 092100994 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.78. | PATENT - INDIA DOCKET # H0004346 3102/DELNP/2005 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.79. | PATENT - INDONESIA DOCKET # H0004346 W-00200501817 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.80. | PATENT - MALAYSIA DOCKET # H0004346 PI20040765 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.81. | PATENT - PATENT COOPERATION TREATY DOCKET # H0004346 PCT/US2004/006563 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.82. | PATENT - REPUBLIC OF KOREA DOCKET # H0004346 2005-7012647 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.83. | PATENT - TAIWAN DOCKET # H0004346 093105890 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.84. | PATENT - PATENT COOPERATION TREATY DOCKET # H0005195 PCT/US04/19309 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.85. | PATENT - TAIWAN DOCKET # H0005195 093120067 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.86. | PATENT - UNITED STATES DOCKET # H0005195 10/680586 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.87. | PATENT - CHINA P.R. DOCKET # H26677 01819105.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.88. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26677 01973097.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.89. | PATENT - INDIA DOCKET # H26677 00484/DELNP/2003 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.90. | PATENT - JAPAN DOCKET # H26677 2002-529575 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.91. | PATENT - REPUBLIC OF KOREA DOCKET # H26677 2003-7004021 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.92. | PATENT - UNITED STATES DOCKET # H26677 10/887154 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.93. | PATENT - JAPAN DOCKET # H26678 2003-543683 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.94. | PATENT - MALAYSIA DOCKET # H26678 PI20021161 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.95. | PATENT - MEXICO DOCKET # H26678 PA/A/2004/004258 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.96. | PATENT - REPUBLIC OF KOREA DOCKET # H26678 2004-7007139 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.97. | PATENT - TAIWAN DOCKET # H26678 91104388 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.98. | PATENT - UNITED STATES DOCKET # H26678 10/863023 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.99. | PATENT - INDIA DOCKET # H26724 01989/DELNP/2003 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.100. | PATENT - JAPAN DOCKET # H26724 2002-591560 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.101. PATENT - MALAYSIA DOCKET # H26724 PI20021852 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.102. PATENT - REPUBLIC OF KOREA DOCKET # H26724 2003-7015245 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.103. PATENT - TAIWAN DOCKET # H26724 091110642 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.104. PATENT - THAILAND DOCKET # H26724 073838 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.105. PATENT - AUSTRALIA DOCKET # H26755 2002216669 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.106. PATENT - BRAZIL DOCKET # H26755 PI0115879-1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.107. PATENT - CANADA DOCKET # H26755 2429463 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.108. PATENT - CHINA P.R. DOCKET # H26755 01821050.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.109. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26755 01997583.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.110. PATENT - INDIA DOCKET # H26755 783/CHENP/2003 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.111. PATENT - INDONESIA DOCKET # H26755 W-00200300986 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.112. PATENT - JAPAN DOCKET # H26755 2002-545233 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.113. PATENT - MEXICO DOCKET # H26755 PA/A/2003/004433 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.114. PATENT - REPUBLIC OF KOREA DOCKET # H26755 2003-7006808 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.115. PATENT - UNITED STATES DOCKET # H26755 10/432510 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.116. PATENT - MEXICO DOCKET # 050510116 25847 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.117. PATENT - UNITED STATES DOCKET # 050510116 07/830704 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.118. PATENT - UNITED STATES DOCKET # 050510116 07/525874 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.119. PATENT - UNITED STATES DOCKET # 050510116 08/622431 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.120. PATENT - REPUBLIC OF KOREA DOCKET # 050510292 708984/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.121. PATENT - UNITED STATES DOCKET # 050510292 08/643925 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.122. PATENT - GERMANY DOCKET # 063264-5056DE 10239004.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.123. PATENT - UNITED STATES DOCKET # 063264-5056US 10/646,113 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.124. PATENT - CZECH REPUBLIC DOCKET # 063264-5087 EP 03770629.8-2109 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.125. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 063264-5087 EP 03770629.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.126. PATENT - FRANCE DOCKET # 063264-5087 EP 03770629.8-2109 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.127. PATENT - TURKEY DOCKET # 063264-5087 EP 03770629.8-2109 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.128. PATENT - UNITED STATES DOCKET # 13870060 588635 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.129. PATENT - AUSTRALIA DOCKET # 14150060 42023/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.130. PATENT - BRAZIL DOCKET # 14150060 PI8907707.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.131. PATENT - CHINA P.R. DOCKET # 14150060 89106904.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.132. PATENT - FRANCE DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.133. PATENT - GERMANY DOCKET # 14150060 EP0438421 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.134. PATENT - GREAT BRITAIN DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                   Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.135. PATENT - INDIA DOCKET # 14150060 176873 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.136. PATENT - ITALY DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.137. PATENT - JAPAN DOCKET # 14150060 509532/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.138. PATENT - MEXICO DOCKET # 14150060 17783 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.139. PATENT - REPUBLIC OF KOREA DOCKET # 14150060 701266/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.140. PATENT - SPAIN DOCKET # 14150060 8903162 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.141. PATENT - SWITZERLAND DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.142. PATENT - TURKEY DOCKET # 14150060 89/790 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.143. PATENT - UNITED STATES DOCKET # 14150060 258281 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.144. PATENT - CANADA DOCKET # 17870030 483235 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.145. PATENT - UNITED STATES DOCKET # 17870030 136080 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.146. PATENT - UNITED STATES DOCKET # 17870030 631978 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.147. PATENT - CANADA DOCKET # 18470030 517665 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.148. PATENT - CANADA DOCKET # 18570030 485069 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.149. PATENT - CANADA DOCKET # 20110030 520784 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.150. PATENT - FRANCE DOCKET # 20110030 86111014.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.151. PATENT - GREAT BRITAIN DOCKET # 20110030 86111014.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.152. PATENT - ITALY DOCKET # 20110030 86111014.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.153. PATENT - REPUBLIC OF KOREA DOCKET # 20110030 8888/86 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.154. PATENT - SPAIN DOCKET # 20110030 8602751 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.155. PATENT - UNITED STATES DOCKET # 20110030 194241 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.156. PATENT - UNITED STATES DOCKET # 20110030 791007 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.157. PATENT - WEST GERMANY DOCKET # 20110030 EP0220400 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.158. PATENT - UNITED STATES DOCKET # 20540030 794366 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.159. PATENT - UNITED STATES DOCKET # 21190030 175654 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.160. PATENT - AUSTRALIA DOCKET # 21940030 43027/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.161. PATENT - BRAZIL DOCKET # 21940030 PI8907812.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.162. PATENT - CANADA DOCKET # 21940030 2002165 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.163. PATENT - CHINA P.R. DOCKET # 21940030 89107567.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.164. PATENT - FRANCE DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.165. PATENT - GREAT BRITAIN DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.166. PATENT - HONG KONG DOCKET # 21940030 98106717.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.167. PATENT - INDIA DOCKET # 21940030 176264 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.168. PATENT - ITALY DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.169. PATENT - JAPAN DOCKET # 21940030 510159/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.170. PATENT - MEXICO DOCKET # 21940030 18602 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.171. PATENT - NETHERLAND DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.172. PATENT - REPUBLIC OF KOREA DOCKET # 21940030 701726/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.173. PATENT - SPAIN DOCKET # 21940030 8903899 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.174. PATENT - SWITZERLAND DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.175. PATENT - TAIWAN DOCKET # 21940030 78107593 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.176. PATENT - TURKEY DOCKET # 21940030 979/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.177. PATENT - UNITED STATES DOCKET # 21940030 281845 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.178. PATENT - UNITED STATES DOCKET # 21940030 280764 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.179. PATENT - UNITED STATES DOCKET # 21940030 588869 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.180. PATENT - WEST GERMANY DOCKET # 21940030 EP0447402 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.181. PATENT - AUSTRALIA DOCKET # 23260030 29375/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.182. PATENT - BRAZIL DOCKET # 23260030 PI8807891 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.183. PATENT - CANADA DOCKET # 23260030 592134 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.184. PATENT - CHINA P.R. DOCKET # 23260030 89100336.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.185. PATENT - FRANCE DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.186. PATENT - GREAT BRITAIN DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.187. PATENT - ITALY DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.188. PATENT - JAPAN DOCKET # 23260030 501573/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.189. PATENT - SPAIN DOCKET # 23260030 8900057 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.190. PATENT - SWEDEN DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.191. PATENT - TAIWAN DOCKET # 23260030 77108476 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.192. PATENT - THAILAND DOCKET # 23260030 007916 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.193. PATENT - TURKEY DOCKET # 23260030 5689 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.194. PATENT - UNITED STATES DOCKET # 23260030 161553 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.195. PATENT - WEST GERMANY DOCKET # 23260030 EP0395726 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.196. PATENT - BRAZIL DOCKET # 23890030 PI8907519 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.197. PATENT - CHINA P.R. DOCKET # 23890030 89104572.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.198. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.199. PATENT - INDONESIA DOCKET # 23890030 P-000401 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.200. PATENT - MEXICO DOCKET # 23890030 16626 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.201. PATENT - SPAIN DOCKET # 23890030 8902343 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.202. PATENT - TAIWAN DOCKET # 23890030 78104692 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.203. PATENT - TURKEY DOCKET # 23890030 34948 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.204. PATENT - UNITED STATES DOCKET # 23890030 813066 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.205. PATENT - UNITED STATES DOCKET # 23890030 09/571843 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.206. PATENT - UNITED STATES DOCKET # 23890030 08/065719 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.207. PATENT - UNITED STATES DOCKET # 23890030 10/980546 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.208. PATENT - UNITED STATES DOCKET # 23890030 08/527295 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.209. PATENT - AUSTRALIA DOCKET # 23950030 43095/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.210. PATENT - BRAZIL DOCKET # 23950030 PI8907744 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.211. PATENT - CHINA P.R. DOCKET # 23950030 94119632.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.212. PATENT - CHINA P.R. DOCKET # 23950030 89107266.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.213. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.214. PATENT - FRANCE DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.215. PATENT - GERMANY DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.216. PATENT - GREAT BRITAIN DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.217. PATENT - HONG KONG DOCKET # 23950030 98106716.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.218. PATENT - INDIA DOCKET # 23950030 176605 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.219. PATENT - ITALY DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.220. PATENT - JAPAN DOCKET # 23950030 509907/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.221. PATENT - MEXICO DOCKET # 23950030 18059 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.222. PATENT - REPUBLIC OF KOREA DOCKET # 23950030 701382/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.223. PATENT - SPAIN DOCKET # 23950030 8903333 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.224. PATENT - SWITZERLAND DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.225. PATENT - TAIWAN DOCKET # 23950030 78107204 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.226. PATENT - THAILAND DOCKET # 23950030 9283 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.227. PATENT - TURKEY DOCKET # 23950030 837/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.228. PATENT - UNITED STATES DOCKET # 23950030 736983 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.229. PATENT - UNITED STATES DOCKET # 23950030 263756 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.230. PATENT - UNITED STATES DOCKET # 24070030 214980 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.231. PATENT - AUSTRALIA DOCKET # 24200030 49696/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.232. PATENT - BRAZIL DOCKET # 24200030 PI8907870-5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.233. PATENT - CANADA DOCKET # 24200030 2004942 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.234. PATENT - CHINA P.R. DOCKET # 24200030 89108756.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.235. PATENT - INDIA DOCKET # 24200030 176888 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.236. PATENT - INDONESIA DOCKET # 24200030 P-000387 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.237. PATENT - MEXICO DOCKET # 24200030 18788 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.238. PATENT - REPUBLIC OF KOREA DOCKET # 24200030 701964/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.239. PATENT - TAIWAN DOCKET # 24200030 78109657 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.240. PATENT - THAILAND DOCKET # 24200030 009720 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.241. PATENT - TURKEY DOCKET # 24200030 73/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.242. PATENT - UNITED STATES DOCKET # 24200030 545321 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.243. PATENT - UNITED STATES DOCKET # 24970030 292863 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.244. PATENT - UNITED STATES DOCKET # 28930082 755249 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.245. PATENT - BRAZIL DOCKET # 29640030 PI9207038-8 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number (if known) **17-12148**

| | | | |
|---|---|---|---|
| 60.246. PATENT - CANADA DOCKET # 29640030 2126328 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.247. PATENT - CHINA P.R. DOCKET # 29640030 93101268.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.248. PATENT - FRANCE DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.249. PATENT - GERMANY DOCKET # 29640030 EP0623179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.250. PATENT - GREAT BRITAIN DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.251. PATENT - HONG KONG DOCKET # 29640030 98106715.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.252. PATENT - INDIA DOCKET # 29640030 1261/DEL/92 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.253. PATENT - ITALY DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.254. PATENT - JAPAN DOCKET # 29640030 512461/93 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.255. PATENT - MEXICO DOCKET # 29640030 93-0142 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.256. PATENT - NETHERLAND DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.257. PATENT - TAIWAN DOCKET # 29640030 82100327 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.258. PATENT - THAILAND DOCKET # 29640030 17851 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.259. PATENT - TURKEY DOCKET # 29640030 93/65 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.260. PATENT - UNITED STATES DOCKET # 29640030 08/120708 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.261. PATENT - CANADA DOCKET # 29780030 598796 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.262. PATENT - JAPAN DOCKET # 29780030 505963/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.263. PATENT - UNITED STATES DOCKET # 29810030 375087 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.264. PATENT - GERMANY DOCKET # 30-3044 P4108676.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.265. PATENT - ARGENTINA DOCKET # 30-4171 P980100179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.266. PATENT - SOUTH AFRICA DOCKET # 30-4171 97/11513 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.267. PATENT - PHILIPPINES DOCKET # 30-4792 1-2000-02011 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.268. PATENT - UNITED STATES DOCKET # 30-4842CON 10/396,867 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.269. PATENT - FRANCE DOCKET # 30440030 9103333 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.270. PATENT - ITALY DOCKET # 30440030 TO91A000205 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.271. PATENT - NETHERLAND DOCKET # 30440030 9100489 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.272. PATENT - SPAIN DOCKET # 30440030 9100714 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.273. PATENT - SWITZERLAND DOCKET # 30440030 813/91-0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.274. PATENT - UNITED STATES DOCKET # 30440030 659544 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.275. PATENT - UNITED STATES DOCKET # 30930030 499863 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.276. PATENT - UNITED STATES DOCKET # 31250030 580756 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.277. PATENT - UNITED STATES DOCKET # 33160030 701919 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.278. PATENT - AUSTRALIA DOCKET # 41700030 1998057075 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.279. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 41700030 97953301.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.280. PATENT - FRANCE DOCKET # 41700030 97953301.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.281. PATENT - MEXICO DOCKET # 41700030 998516 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.282. PATENT - NEW ZEALAND DOCKET # 41700030 337941 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.283. PATENT - SOUTH AFRICA DOCKET # 41700030 97/11506 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.284. PATENT - UNITED STATES DOCKET # 41700030 08/819066 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.285. PATENT - AUSTRALIA DOCKET # 41710030 1998056158 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.286. PATENT - AUSTRIA DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.287. PATENT - BELGIUM DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.288. PATENT - DENMARK DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.289. PATENT - FINLAND DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.290. PATENT - FRANCE DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.291. PATENT - GREAT BRITAIN DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.292. PATENT - GREECE DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.293. PATENT - IRELAND DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.294. PATENT - ITALY DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.295. PATENT - LUXEMBOURG DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.296. PATENT - MONACO DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.297. PATENT - NEW ZEALAND DOCKET # 41710030 337768 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.298. PATENT - PORTUGAL DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.299. PATENT - SPAIN DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.300. PATENT - SWEDEN DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.301. PATENT - SWITZERLAND DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.302. PATENT - UNITED STATES DOCKET # 41710030 09/042158 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.303. PATENT - UNITED STATES DOCKET # 41710030 09/538581 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.304. PATENT - UNITED STATES DOCKET # 41710030 09/945866 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.305. PATENT - UNITED STATES DOCKET # 41710030 08/819931 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.306. PATENT - CHINA P.R. DOCKET # 44240030 00808578.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.307. PATENT - UNITED STATES DOCKET # 44240030 09/288589 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.308. PATENT - BELGIUM DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.309. PATENT - FRANCE DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.310. PATENT - GREAT BRITAIN DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.311. PATENT - ITALY DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.312. PATENT - NETHERLAND DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.313. PATENT - PORTUGAL DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.314. PATENT - TURKEY DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.315. PATENT - UNITED STATES DOCKET # 44830030 09/261024 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.316. PATENT - UNITED STATES DOCKET # 45130030 09/714640 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.317. PATENT - UNITED STATES DOCKET # 45130030 09/083493 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.318. PATENT - UNITED STATES DOCKET # 45130030 09/741364 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.319. PATENT - MEXICO DOCKET # 45320030 2000-012666 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.320. PATENT - UNITED STATES DOCKET # 45320030 09/098294 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.321. PATENT - GERMANY DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.322. PATENT - ITALY DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.323. PATENT - NETHERLAND DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.324. PATENT - UNITED STATES DOCKET # 46690030 09/590997 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.325. PATENT - UNITED STATES DOCKET # 46690030 10/126229 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.326. PATENT - UNITED STATES DOCKET # 46690030 09/271941 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.327. PATENT - UNITED STATES DOCKET # 47080030 09/778333 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.328. PATENT - REPUBLIC OF KOREA DOCKET # 47910030 2001-7012807 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.329. PATENT - UNITED STATES DOCKET # 47910030 10/145945 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.330. PATENT - UNITED STATES DOCKET # 47910030 09/287834 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.331. PATENT - CHINA P.R. DOCKET # 47920030 00813545.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.332. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 47920030 00950531.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.333. PATENT - FRANCE DOCKET # 47920030 00950531.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.334. PATENT - GERMANY DOCKET # 47920030 00950531.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.335. PATENT - JAPAN DOCKET # 47920030 2001-513678 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.336. PATENT - LUXEMBOURG DOCKET # 47920030 00950531.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.337. PATENT - REPUBLIC OF KOREA DOCKET # 47920030 2002-7001316 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.338. PATENT - UNITED STATES DOCKET # 47920030 10/163976 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.339. PATENT - UNITED STATES DOCKET # 47920030 10/740,192 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.340. PATENT - UNITED STATES DOCKET # 47920030 09/418657 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.341. PATENT - AUSTRALIA DOCKET # 48420030 2000071290 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.342. PATENT - MEXICO DOCKET # 48420030 PA/A/2002/002531 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.343. PATENT - UNITED STATES DOCKET # 48420030 10/396867 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.344. PATENT - UNITED STATES DOCKET # 48420030 09/653571 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.345. PATENT - UNITED STATES DOCKET # 50800030 10/887156 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.346. PATENT - UNITED STATES DOCKET # 50800030 10/053275 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.347. PATENT - UNITED STATES DOCKET # 63264-5063 10/591,513 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.348. PATENT - UNITED STATES DOCKET # 63264-5064 08/548,396 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.349. PATENT - UNITED STATES DOCKET # 63264-5065 08/548,635 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.350. PATENT - UNITED STATES DOCKET # 63264-5066 08/548,769 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.351. PATENT - UNITED STATES DOCKET # 63264-5067 08/548,890 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.352. PATENT - FRANCE DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.353. PATENT - GERMANY DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.354. PATENT - GREAT BRITAIN DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.355. PATENT - ITALY DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.356. PATENT - JAPAN DOCKET # 63264-5068 90-115035 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.357. PATENT - NETHERLAND DOCKET # 63264-5068 90304605.0 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.358.  PATENT - REPUBLIC OF KOREA DOCKET # 63264-5068 90-5985 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.359.  PATENT - UNITED STATES DOCKET # 63264-5068 07/951,147 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.360.  PATENT - UNITED STATES DOCKET # 63264-5068 08/148,115 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.361.  PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5069 91304190.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.362.  PATENT - FRANCE DOCKET # 63264-5069 91304190.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.363.  PATENT - GERMANY DOCKET # 63264-5069 91304190.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.364.  PATENT - NETHERLAND DOCKET # 63264-5069 91304190.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.365.  PATENT - REPUBLIC OF KOREA DOCKET # 63264-5069 7573/91 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.366.  PATENT - UNITED STATES DOCKET # 63264-5069 07/726,150 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.367.  PATENT - UNITED STATES DOCKET # 63264-5070 07/984,150 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.368.  PATENT - UNITED STATES DOCKET # 63264-5071 07/923,072 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.369.  PATENT - GERMANY DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.370.  PATENT - GREAT BRITAIN DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.371.  PATENT - ITALY DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.372.  PATENT - NETHERLAND DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.373.  PATENT - UNITED STATES DOCKET # 63264-5072 08/662,429 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.374.  PATENT - UNITED STATES DOCKET # 63264-5072 08/662,429 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.375.  PATENT - UNITED STATES DOCKET # 63264-5073 08/316,056 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.376.  PATENT - UNITED STATES DOCKET # 63264-5073 08/548,824 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.377.  PATENT - UNITED STATES DOCKET # 63264-5073 08/548,825 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.378.  PATENT - UNITED STATES DOCKET # 63264-5074 08/719,135 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.379.  PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.380.  PATENT - FRANCE DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.381.  PATENT - GREAT BRITAIN DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.382.  PATENT - ITALY DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.383.  PATENT - NETHERLAND DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.384.  PATENT - UNITED STATES DOCKET # 63264-5075 08/556,779 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.385.  PATENT - FRANCE DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.386.  PATENT - TURKEY DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.387.  PATENT - UNITED STATES DOCKET # 63264-5077 08/090,787 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.388.  PATENT - BRAZIL DOCKET # 63264-5078 PI9303991 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.389.  PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.390.  PATENT - FRANCE DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.391.  PATENT - GERMANY DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.392.  PATENT - GREAT BRITAIN DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.393.  PATENT - GREECE DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.394. PATENT - ITALY DOCKET # 63264-5078 93115702.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.395. PATENT - MEXICO DOCKET # 63264-5078 936127 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.396. PATENT - SINGAPORE DOCKET # 63264-5078 936127 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.397. PATENT - TAIWAN DOCKET # 63264-5078 82110110 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.398. PATENT - THAILAND DOCKET # 63264-5078 9301001752 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.399. PATENT - UNITED STATES DOCKET # 63264-5078 08/819,303 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.400. PATENT - CANADA DOCKET # 63264-5079 2,137,020 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.401. PATENT - GERMANY DOCKET # 63264-5079 59409697.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.402. PATENT - UNITED STATES DOCKET # 63264-5079 08/346,405 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.403. PATENT - BRAZIL DOCKET # 63264-5080 PI9405273 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.404. PATENT - CANADA DOCKET # 63264-5080 2,138,465 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.405. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.406. PATENT - FRANCE DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.407. PATENT - GERMANY DOCKET # 63264-5080 59407826.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.408. PATENT - GREAT BRITAIN DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.409. PATENT - ITALY DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.410. PATENT - MEXICO DOCKET # 63264-5080 950253 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.411. PATENT - NETHERLAND DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.412. PATENT - SWITZERLAND DOCKET # 63264-5080 94119952.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.413. PATENT - UNITED STATES DOCKET # 63264-5080 08/360,614 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.414. PATENT - BRAZIL DOCKET # 63264-5081 PI9605037 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.415. PATENT - CANADA DOCKET # 63264-5081 2,187,587 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.416. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.417. PATENT - FRANCE DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.418. PATENT - GREAT BRITAIN DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.419. PATENT - INDIA DOCKET # 63264-5081 1773/MAS/96 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.420. PATENT - ITALY DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.421. PATENT - MEXICO DOCKET # 63264-5081 964725 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.422. PATENT - NETHERLAND DOCKET # 63264-5081 96115792.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.423. PATENT - UNITED STATES DOCKET # 63264-5081 08/729,179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.424. PATENT - BRAZIL DOCKET # 63264-5082 PI9800014.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.425. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5082 98100336.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.426. PATENT - INDIA DOCKET # 63264-5082 102/MAS/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.427. PATENT - NETHERLAND DOCKET # 63264-5082 98100336.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.428. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5082 1095/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.429. PATENT - TURKEY DOCKET # 63264-5082 98/60 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.430. PATENT - UNITED STATES DOCKET # 63264-5082 09/009,183 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.431. PATENT - GREAT BRITAIN DOCKET # 63264-5083 9804762.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.432. PATENT - MEXICO DOCKET # 63264-5084 PA/A/2001/006981 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.433. PATENT - TAIWAN DOCKET # 63264-5084 90109706 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.434. PATENT - TURKEY DOCKET # 63264-5084 2001/1992 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.435. PATENT - CHINA P.R. DOCKET # 63264-5085 02826604.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.436. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.437. PATENT - FRANCE DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.438. PATENT - GERMANY DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.439. PATENT - NETHERLAND DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.440. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5085 2004-7010485 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.441. PATENT - SWITZERLAND DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.442. PATENT - TURKEY DOCKET # 63264-5085 02701893.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.443. PATENT - UNITED STATES DOCKET # 63264-5086 10/133,831 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.444. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5087 10-2005-7018112 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.445. PATENT - UNITED STATES DOCKET # 63264-5087 10/396,956 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.446. PATENT - UNITED STATES DOCKET # 63284-5088 06/770,623 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.447. PATENT - UNITED STATES DOCKET # 63624-5072 08/986,926 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.448. PATENT - UNITED STATES DOCKET # 63624-5072 08/662,428 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.449. PATENT - UNITED STATES DOCKET # 63624-5072 08/662,430 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.450. PATENT - CANADA DOCKET # 8602-016 2023759 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.451. PATENT - FRANCE DOCKET # 8602-016 90114855.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.452. PATENT - GREAT BRITAIN DOCKET # 8602-016 90114855.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.453. PATENT - ITALY DOCKET # 8602-016 90114855.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.454. PATENT - JAPAN DOCKET # 8602-016 217198/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.455. PATENT - SPAIN DOCKET # 8602-016 EP0414008 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.456. PATENT - UNITED STATES DOCKET # 8602-016 397222 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.457. PATENT - UNITED STATES DOCKET # 8602-017 397221 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.458. PATENT - UNITED STATES DOCKET # 9009-069 628764 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.459. PATENT - UNITED STATES DOCKET # 9109-071 883737 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.460. PATENT - CHINA P.R. DOCKET # H0001099 02821550.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.461. PATENT - INDIA DOCKET # H0001099 825/CHENP/2004 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.462. PATENT - INDONESIA DOCKET # H0001099 W-00200401846 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.463. PATENT - MALAYSIA DOCKET # H0001099 PI20030285 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.464. PATENT - REPUBLIC OF KOREA DOCKET # H0001099 2004-7005550 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.465. PATENT - TAIWAN DOCKET # H0001099 092101822 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**      Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.466. PATENT - UNITED STATES DOCKET # H0001099 10/726,762 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.467. PATENT - UNITED STATES DOCKET # H0001099 10/307630 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.468. PATENT - RUSSIAN FEDERATION DOCKET # H0001099RU 2004106557 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.469. PATENT - UNITED STATES DOCKET # H0001104 10/186831 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.470. PATENT - CHINA P.R. DOCKET # H0001479 01823431.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.471. PATENT - UNITED STATES DOCKET # H0002552 09/991179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.472. PATENT - UNITED STATES DOCKET # H0003672 10/342533 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.473. PATENT - CHINA P.R. DOCKET # H0004346 200480001924.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.474. PATENT - UNITED STATES DOCKET # H0004346 10/384,046 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.475. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0004346EP 04717379.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.476. PATENT - UNITED STATES DOCKET # H0005666 10/754397 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.477. PATENT - UNITED STATES DOCKET # H26677 10/691305 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.478. PATENT - UNITED STATES DOCKET # H26677 09/941281 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.479. PATENT - UNITED STATES DOCKET # H26678 10/266517 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.480. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.481. PATENT - UNITED STATES DOCKET # H26724 10/150799 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.482. PATENT - UNITED STATES DOCKET # H26724 DIV 11/093320 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.483. PATENT - AUSTRIA DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.484. PATENT - BRAZIL DOCKET # 050510116 PI9106470.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.485. PATENT - CANADA DOCKET # 050510116 2083291 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.486. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.487. PATENT - FRANCE DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.488. PATENT - GERMANY DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.489. PATENT - GREAT BRITAIN DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.490. PATENT - ITALY DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.491. PATENT - JAPAN DOCKET # 050510116 510824/91 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.492. PATENT - LUXEMBOURG DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.493. PATENT - NETHERLAND DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.494. PATENT - REPUBLIC OF KOREA DOCKET # 050510116 702892/92 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.495. PATENT - SPAIN DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.496. PATENT - SWEDEN DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.497. PATENT - SWITZERLAND DOCKET # 050510116 91911325.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.498. PATENT - TAIWAN DOCKET # 050510116 80105508 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.499. PATENT - UNITED STATES DOCKET # 050510116 08/161320 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.500. PATENT - AUSTRIA DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.501. PATENT - BELGIUM DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.502. PATENT - CHINA P.R. DOCKET # 050510292 97196196.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.503. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.504. PATENT - FRANCE DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.505. PATENT - GERMANY DOCKET # 050510292 EP0912778 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.506. PATENT - GREAT BRITAIN DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.507. PATENT - ITALY DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.508. PATENT - NETHERLAND DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.509. PATENT - REPUBLIC OF KOREA DOCKET # 050510292 2002-7003868 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.510. PATENT - SWEDEN DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.511. PATENT - SWITZERLAND DOCKET # 050510292 97925484.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.512. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 063264-5056EP 03017691.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.513. PATENT - GERMANY DOCKET # 063264-5057DE 102005013186.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.514. PATENT - GERMANY DOCKET # 063264-5059DE DE 103 28 632.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.515. PATENT - GERMANY DOCKET # 063264-5060DE 10316111.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.516. PATENT - GERMANY DOCKET # 063264-5087 EP 03770629.8-2109 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.517. PATENT - UNITED STATES DOCKET # 13870060 422328 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.518. PATENT - UNITED STATES DOCKET # 13870060 006333 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.519. PATENT - CANADA DOCKET # 14150060 599471 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.520. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 14150060 89910037.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.521. PATENT - INDONESIA DOCKET # 14150060 P-000407 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.522. PATENT - PATENT COOPERATION TREATY DOCKET # 14150060 PCT/US89/0323 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.523. PATENT - UNITED STATES DOCKET # 14150060 642982 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.524. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 17870030 85107090.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.525. PATENT - FRANCE DOCKET # 17870030 85107090.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.526. PATENT - GREAT BRITAIN DOCKET # 17870030 85107090.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.527. PATENT - ITALY DOCKET # 17870030 85107090.4 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.528. PATENT - JAPAN DOCKET # 17870030 152157/85 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.529. PATENT - WEST GERMANY DOCKET # 17870030 EP0172332 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.530. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 18470030 86108525.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.531. PATENT - REPUBLIC OF KOREA DOCKET # 18470030 7390/86 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.532. PATENT - SPAIN DOCKET # 18470030 8600661 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.533. PATENT - UNITED STATES DOCKET # 18470030 773682 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.534.  PATENT - EUROPEAN PATENT CONVENTION DOCKET # 18570030 85108433.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.535.  PATENT - JAPAN DOCKET # 18570030 157983/85 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.536.  PATENT - UNITED STATES DOCKET # 18570030 633835 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.537.  PATENT - EUROPEAN PATENT CONVENTION DOCKET # 20110030 86111014.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.538.  PATENT - UNITED STATES DOCKET # 21190030 924387 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.539.  PATENT - EUROPEAN PATENT CONVENTION DOCKET # 21940030 89910741.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.540.  PATENT - INDONESIA DOCKET # 21940030 P-000402 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.541.  PATENT - PATENT COOPERATION TREATY DOCKET # 21940030 PCT/US89/0404 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.542.  PATENT - THAILAND DOCKET # 21940030 009415 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.543.  PATENT - UNITED STATES DOCKET # 21940030 057575 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.544.  PATENT - UNITED STATES DOCKET # 21940030 057603 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.545.  PATENT - EUROPEAN PATENT CONVENTION DOCKET # 23260030 89901687.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.546.  PATENT - INDIA DOCKET # 23260030 174567 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.547.  PATENT - INDONESIA DOCKET # 23260030 P-000403 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.548.  PATENT - PATENT COOPERATION TREATY DOCKET # 23260030 PCT/US88/0433 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.549.  PATENT - REPUBLIC OF KOREA DOCKET # 23260030 701988/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.550.  PATENT - AUSTRALIA DOCKET # 23890030 16081/92 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.551.  PATENT - AUSTRALIA DOCKET # 23890030 39601/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.552.  PATENT - CANADA DOCKET # 23890030 604352 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.553.  PATENT - FRANCE DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.554.  PATENT - GREAT BRITAIN DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.555.  PATENT - INDIA DOCKET # 23890030 175436 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.556.  PATENT - ITALY DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.557.  PATENT - JAPAN DOCKET # 23890030 508007/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.558.  PATENT - NETHERLAND DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.559.  PATENT - PATENT COOPERATION TREATY DOCKET # 23890030 PCT/US89/0278 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.560.  PATENT - REPUBLIC OF KOREA DOCKET # 23890030 700417/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.561.  PATENT - SWITZERLAND DOCKET # 23890030 89908326.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.562.  PATENT - THAILAND DOCKET # 23890030 008941 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.563.  PATENT - UNITED STATES DOCKET # 23890030 08/219861 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.564.  PATENT - UNITED STATES DOCKET # 23890030 10/440642 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.565.  PATENT - UNITED STATES DOCKET # 23890030 215178 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.566.  PATENT - UNITED STATES DOCKET # 23890030 237348 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.567.  PATENT - UNITED STATES DOCKET # 23890030 810600 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.568. PATENT - UNITED STATES DOCKET # 23890030 08/110471 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.569. PATENT - UNITED STATES DOCKET # 23890030 08/200853 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.570. PATENT - UNITED STATES DOCKET # 23890030 08/844744 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.571. PATENT - UNITED STATES DOCKET # 23890030 09/902825 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.572. PATENT - UNITED STATES DOCKET # 23890030 10/216254 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.573. PATENT - WEST GERMANY DOCKET # 23890030 EP0423213 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.574. PATENT - CANADA DOCKET # 23950030 613559 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.575. PATENT - INDONESIA DOCKET # 23950030 P-000408 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.576. PATENT - NETHERLAND DOCKET # 23950030 89910541.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.577. PATENT - PATENT COOPERATION TREATY DOCKET # 23950030 PCT/US89/0403 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.578. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.579. PATENT - FRANCE DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.580. PATENT - GREAT BRITAIN DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.581. PATENT - ITALY DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.582. PATENT - NETHERLAND DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.583. PATENT - PATENT COOPERATION TREATY DOCKET # 24200030 PCT/US89/0508 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.584. PATENT - SPAIN DOCKET # 24200030 EP0452405 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.585. PATENT - SWITZERLAND DOCKET # 24200030 90902093.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.586. PATENT - UNITED STATES DOCKET # 24200030 292864 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.587. PATENT - WEST GERMANY DOCKET # 24200030 EP0452405 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.588. PATENT - AUSTRALIA DOCKET # 29640030 55810/96 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.589. PATENT - AUSTRALIA DOCKET # 29640030 33312/93 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.590. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.591. PATENT - PATENT COOPERATION TREATY DOCKET # 29640030 PCT/US92/1106 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.592. PATENT - REPUBLIC OF KOREA DOCKET # 29640030 702476/94 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.593. PATENT - SPAIN DOCKET # 29640030 EP0623179 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.594. PATENT - SWITZERLAND DOCKET # 29640030 93901119.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.595. PATENT - UNITED STATES DOCKET # 29640030 814872 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.596. PATENT - UNITED STATES DOCKET # 29640030 822799 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.597. PATENT - AUSTRALIA DOCKET # 29780030 35639/89 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.598. PATENT - BRAZIL DOCKET # 29780030 PI8907424 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.599. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.600. PATENT - FRANCE DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.601. PATENT - GREAT BRITAIN DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.602. PATENT - ITALY DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.603. | PATENT - NETHERLAND DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.604. | PATENT - PATENT COOPERATION TREATY DOCKET # 29780030 PCT/US89/0189 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.605. | PATENT - REPUBLIC OF KOREA DOCKET # 29780030 700023/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.606. | PATENT - SWITZERLAND DOCKET # 29780030 89905989.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.607. | PATENT - WEST GERMANY DOCKET # 29780030 EP0418269 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.608. | PATENT - TAIWAN DOCKET # 30-4708 090129422 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.609. | PATENT - UNITED STATES DOCKET # 30440030 499147 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.610. | PATENT - ARGENTINA DOCKET # 41700030 P980100178 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.611. | PATENT - CANADA DOCKET # 41700030 2284033 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.612. | PATENT - CHINA P.R. DOCKET # 41700030 97182196.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.613. | PATENT - GERMANY DOCKET # 41700030 97953301.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.614. | PATENT - HONG KONG DOCKET # 41700030 00106333.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.615. | PATENT - JAPAN DOCKET # 41700030 540476/98 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.616. | PATENT - NETHERLAND DOCKET # 41700030 97953301.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.617. | PATENT - PATENT COOPERATION TREATY DOCKET # 41700030 PCT/US97/2338 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.618. | PATENT - REPUBLIC OF KOREA DOCKET # 41700030 7008497/99 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.619. | PATENT - TAIWAN DOCKET # 41700030 86119071 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.620. | PATENT - UNITED STATES DOCKET # 41700030 08/788895 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.621. | PATENT - UNITED STATES DOCKET # 41700030 08/788895 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.622. | PATENT - CANADA DOCKET # 41710030 2284212 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.623. | PATENT - CHINA P.R. DOCKET # 41710030 97182175.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.624. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.625. | PATENT - GERMANY DOCKET # 41710030 EP0968106 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.626. | PATENT - HONG KONG DOCKET # 41710030 01106144.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.627. | PATENT - NETHERLAND DOCKET # 41710030 97952580.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.628. | PATENT - PATENT COOPERATION TREATY DOCKET # 41710030 PCT/US97/2367 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.629. | PATENT - REPUBLIC OF KOREA DOCKET # 41710030 7008482/99 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.630. | PATENT - TAIWAN DOCKET # 41710030 86119070 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.631. | PATENT - AUSTRALIA DOCKET # 44240030 42256/00 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.632. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 44240030 00922008.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.633. | PATENT - HONG KONG DOCKET # 44240030 02108292.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.634. | PATENT - PATENT COOPERATION TREATY DOCKET # 44240030 PCT/US00/0956 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.635. | PATENT - EUROPEAN PATENT CONVENTION DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.636.  PATENT - GERMANY DOCKET # 44830030 99909773.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.637.  PATENT - PATENT COOPERATION TREATY DOCKET # 44830030 PCT/US99/0463 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.638.  PATENT - TAIWAN DOCKET # 44830030 88103466 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.639.  PATENT - UNITED STATES DOCKET # 44830030 60/077083 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.640.  PATENT - AUSTRIA DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.641.  PATENT - BELGIUM DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.642.  PATENT - BRAZIL DOCKET # 45130030 PI9910651-5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.643.  PATENT - CANADA DOCKET # 45130030 2333013 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.644.  PATENT - DENMARK DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.645.  PATENT - EUROPEAN PATENT CONVENTION DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.646.  PATENT - FINLAND DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.647.  PATENT - FRANCE DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.648.  PATENT - GERMANY DOCKET # 45130030 EP1080258 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.649.  PATENT - GREAT BRITAIN DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.650.  PATENT - GREECE DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.651.  PATENT - IRELAND DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.652.  PATENT - ITALY DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.653.  PATENT - LUXEMBOURG DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.654.  PATENT - MEXICO DOCKET # 45130030 2000-011399 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.655.  PATENT - MONACO DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.656.  PATENT - NETHERLAND DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.657.  PATENT - PATENT COOPERATION TREATY DOCKET # 45130030 PCT/US99/1128 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.658.  PATENT - PORTUGAL DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.659.  PATENT - REPUBLIC OF KOREA DOCKET # 45130030 2000-7013122 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.660.  PATENT - SPAIN DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.661.  PATENT - SWEDEN DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.662.  PATENT - SWITZERLAND DOCKET # 45130030 99927088.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.663.  PATENT - UNITED STATES DOCKET # 45130030 09/083493 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.664.  PATENT - UNITED STATES DOCKET # 45130030 09/352110 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.665.  PATENT - BRAZIL DOCKET # 45320030 PI9911317-1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.666.  PATENT - CANADA DOCKET # 45320030 2336216 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.667.  PATENT - EUROPEAN PATENT CONVENTION DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.668.  PATENT - GERMANY DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.669.  PATENT - GREAT BRITAIN DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.670.  PATENT - ITALY DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.671.  PATENT - JAPAN DOCKET # 45320030 2000-554592 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.672. PATENT - NETHERLAND DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.673. PATENT - PATENT COOPERATION TREATY DOCKET # 45320030 PCT/US99/1336 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.674. PATENT - PORTUGAL DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.675. PATENT - REPUBLIC OF KOREA DOCKET # 45320030 2000-7014355 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.676. PATENT - SPAIN DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.677. PATENT - SWEDEN DOCKET # 45320030 99928628.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.678. PATENT - BELGIUM DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.679. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.680. PATENT - FRANCE DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.681. PATENT - GREAT BRITAIN DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.682. PATENT - PATENT COOPERATION TREATY DOCKET # 46690030 PCT/US00/0723 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.683. PATENT - PORTUGAL DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.684. PATENT - SPAIN DOCKET # 46690030 00916517.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.685. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 47080030 01993177.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.686. PATENT - PATENT COOPERATION TREATY DOCKET # 47080030 PCT/US01/4455 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.687. PATENT - UNITED STATES DOCKET # 47080030 60/253384 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.688. PATENT - AUSTRALIA DOCKET # 47910030 42090/00 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.689. PATENT - CHINA P.R. DOCKET # 47910030 00808187.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.690. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 47910030 00921823.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.691. PATENT - HONG KONG DOCKET # 47910030 03101571.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.692. PATENT - PATENT COOPERATION TREATY DOCKET # 47910030 PCT/US00/0923 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.693. PATENT - AUSTRALIA DOCKET # 47920030 63626/00 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.694. PATENT - PATENT COOPERATION TREATY DOCKET # 47920030 PCT/US00/1992 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.695. PATENT - TAIWAN DOCKET # 47920030 089115228 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.696. PATENT - UNITED STATES DOCKET # 47920030 60/146487 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.697. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 48420030 00960072.7 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.698. PATENT - PATENT COOPERATION TREATY DOCKET # 48420030 PCT/US00/2477 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.699. PATENT - UNITED STATES DOCKET # 48420030 60/153002 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.700. PATENT - UNITED STATES DOCKET # 48420030 09/650037 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.701. PATENT - INDIA DOCKET # 63264-5062 414/CHENP/2007 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.702. PATENT - PATENT COOPERATION TREATY DOCKET # 63264-5062 PCT/US04/024824 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.703. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5062 04779776.6 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.704. PATENT - PATENT COOPERATION TREATY DOCKET # 63264-5063 PCT/US2005/008989 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.705. PATENT - FRANCE DOCKET # 63264-5072 94102411.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.706. PATENT - GERMANY DOCKET # 63264-5075 96116841.6 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.707. PATENT - JAPAN DOCKET # 63264-5075 281924/1996 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.708. PATENT - GERMANY DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.709. PATENT - NETHERLAND DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.710. PATENT - SWITZERLAND DOCKET # 63264-5076 01125439.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.711. PATENT - CHINA P.R. DOCKET # 63264-5081 96122628.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.712. PATENT - GERMANY DOCKET # 63264-5081 59605711.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.713. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5081 44812/96 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.714. PATENT - CHINA P.R. DOCKET # 63264-5082 98104239.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.715. PATENT - FRANCE DOCKET # 63264-5082 98100336.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.716. PATENT - GERMANY DOCKET # 63264-5082 98100336.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.717. PATENT - INDONESIA DOCKET # 63264-5082 P-980041 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.718. PATENT - TAIWAN DOCKET # 63264-5082 87100427 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.719. PATENT - CHINA P.R. DOCKET # 63264-5084 01122017.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.720. PATENT - REPUBLIC OF KOREA DOCKET # 63264-5084 10-2001-0034732 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.721. PATENT - UNITED STATES DOCKET # 63264-5084 09/613,225 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.722. PATENT - PATENT COOPERATION TREATY DOCKET # 63264-5085 PCT/US02/00153 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.723. PATENT - INDONESIA DOCKET # 63264-5087 W-OO-2005-02546 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.724. PATENT - PATENT COOPERATION TREATY DOCKET # 63264-5087 PCT/US03/31342 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.725. PATENT - SOUTH AFRICA DOCKET # 63264-5087 PCT/US03/31342 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.726. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 8602-016 90114855.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.727. PATENT - GERMANY DOCKET # 8602-016 EP0414008 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.728. PATENT - CANADA DOCKET # 8602-017 2023758 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.729. PATENT - EUROPEAN PATENT CONVENTION DOCKET # 8602-017 90114856.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.730. PATENT - FRANCE DOCKET # 8602-017 90114856.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.731. PATENT - GERMANY DOCKET # 8602-017 EP0414009 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.732. PATENT - GREAT BRITAIN DOCKET # 8602-017 90114856.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.733. PATENT - ITALY DOCKET # 8602-017 90114856.9 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.734. PATENT - JAPAN DOCKET # 8602-017 217197/90 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.735. PATENT - SPAIN DOCKET # 8602-017 EP0414009 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.736. PATENT - JAPAN DOCKET # 9009-069 350714/91 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.737. PATENT - UNITED STATES DOCKET # 9505-028 08/494912 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.738. PATENT - PATENT COOPERATION TREATY DOCKET # H0001099 PCT/US02/02751 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.739. PATENT - CZECH REPUBLIC DOCKET # H0001099CZ PV 2004-615 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.740. PATENT - UNITED STATES DOCKET # H0001099DIV2 10/996203 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.741. PATENT - CHINA P.R. DOCKET # H0001104 01823401.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.742. PATENT - PATENT COOPERATION TREATY DOCKET # H0001104 PCT/US01/4124 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.743. PATENT - TAIWAN DOCKET # H0001104 091110725 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.744. PATENT - UNITED STATES DOCKET # H0001104 60/303102 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.745. PATENT - PATENT COOPERATION TREATY DOCKET # H0001479 PCT/US01/4124 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.746. PATENT - TAIWAN DOCKET # H0001479 091110735 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.747. PATENT - UNITED STATES DOCKET # H0001479 60/303103 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.748. PATENT - UNITED STATES DOCKET # H0001479 10/186855 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.749. PATENT - CHINA P.R. DOCKET # H0003672 03806178.3 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.750. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H0003672 03731933.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.751. PATENT - PATENT COOPERATION TREATY DOCKET # H0003672 PCT/US03/0126 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.752. PATENT - RUSSIAN FEDERATION DOCKET # H0003672 2004122113 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.753. PATENT - UNITED STATES DOCKET # H0003672 60/349996 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.754. PATENT - PATENT COOPERATION TREATY DOCKET # H26677 PCT/US01/2904 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.755. PATENT - TAIWAN DOCKET # H26677 90123008 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.756. PATENT - UNITED STATES DOCKET # H26677 60/233681 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.757. PATENT - BRAZIL DOCKET # H26678 PI0117146-1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.758. PATENT - CANADA DOCKET # H26678 2459296 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.759. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26678 01270110.8 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.760. PATENT - PATENT COOPERATION TREATY DOCKET # H26678 PCT/US01/349 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.761. PATENT - UNITED STATES DOCKET # H26678 60/335153 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.762. PATENT - CHINA P.R. DOCKET # H26724 02814585.2 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.763. PATENT - EUROPEAN PATENT CONVENTION DOCKET # H26724 05027327.5 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.764. PATENT - FRANCE DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.765. PATENT - GERMANY DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.766. PATENT - PATENT COOPERATION TREATY DOCKET # H26724 PCT/US02/1610 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.767. PATENT - PORTUGAL DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.768. PATENT - TURKEY DOCKET # H26724 02734495.1 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.769. PATENT - UNITED STATES DOCKET # H26724 60/292674 | UNDETERMINED | Not Application | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 60.770. | PATENT - PATENT COOPERATION TREATY DOCKET # H26755 PCT/US01/4325 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.771. | PATENT - UNITED STATES DOCKET # H26755 60/252350 | UNDETERMINED | Not Application | UNDETERMINED |
| 60.772. | TRADEMARKS (INDEFINITE-LIVED) | $325,731.24 | Net book value | $325,731.24 |

**61.    Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.1. | _____ | $_____ | _____ | $_____ |

**62.    Licenses, franchises, and royalties**

| | | | | |
|---|---|---|---|---|
| 62.1.[1] | SAP CLOUD LICENSES_PFI | $148,457.49 | Net book value | $148,457.49 |

[1]UNKNOWN IF PROPERTY HAS BEEN APPRAISED WITHIN 1 YR

**63.    Customer lists, mailing lists, or other compilations**

| | | | | |
|---|---|---|---|---|
| 63.1. | THE COMPANY MAINTAINS CUSTOMER LIST OF APPROXIMATELY 311 OF CUSTOMERS. THE VALUE IS UNDETERMINED. | UNDETERMINED | _____ | UNDETERMINED |

**64.    Other intangibles, or intellectual property**

| | | | | |
|---|---|---|---|---|
| 64.1. | _____ | $_____ | _____ | $_____ |

**65.    Goodwill**

| | | | | |
|---|---|---|---|---|
| 65.1. | GOODWILL | UNDETERMINED | _____ | UNDETERMINED |

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $474,188.73 |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

|  |
| --- |
| **Current value of debtor's interest** |

### 71.    Notes receivable

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 71.1.[1] INTERCOMPANY NOTE<br>DURAFIBER TECHNOLOGIES (DFT) EUROPE, S.A.R.L.<br>ZONE D'ACTIVITIES ECONOMIGGUES<br>ROBERT STICHEN<br>5 RUE BOMMEL L-49<br>HAUTCHARAGE<br>LUXEMBOURG | $4,918,448.71 | -  $4,918,448.71 | = ........ → | $0.00 |
| 71.2.[1] INTERCOMPANY NOTE<br>DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC.<br>13620 REESE BLVD.<br>SUITE 400<br>HUNTERSVILLE NC 28078 | $1,711,564.30 | -  $1,711,564.30 | = ........ → | $0.00 |

[1]BALANCES AS OF AUGUST 2017

### 72.    Tax refunds and unused net operating losses (NOLs)

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 72.1.[1]  FEDERAL | UNKNOWN | UNKNOWN | _____ | UNKNOWN |
| 72.2.[1]  STATE | UNKNOWN | UNKNOWN | _____ | UNKNOWN |

[1]NET OPERATING LOSSES EXIST. VALUE IS UNKNOWN.

### 73.    Interests in insurance policies or annuities

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 73.1.  CHUBB GLOBAL CASUALTY | PHFD38523338 003 | _____ | _____ | _____ | UNDETERMINED |
| 73.2.  THE CONTINETIAL INSURANCE COMPANY | OC 248856 | _____ | _____ | _____ | UNDETERMINED |
| 73.3.  LIBERTY MUTUAL INSURANCE THE OHIO CASUALTY INSURANCE COMPANY | ECO (18) 57 04 73 44 | _____ | _____ | _____ | UNDETERMINED |
| 73.4.  GREAT AMERICAN ALLINACE INSURANCE GROUP | WC 1708880-06 | _____ | _____ | _____ | UNDETERMINED |
| 73.5.  TRAVELERS THE CHARTER OAK FIRE INSURANCE COMPANY | Y-810-7G090851-COF-17 | _____ | _____ | _____ | UNDETERMINED |
| 73.6.  TRAVELERS THE CHARTER OAK FIRE INSURANCE COMPANY | Y-660-7G089692-COF-17 | _____ | _____ | _____ | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.7. | TRAVELERS<br>TRAVELERS PROPERTY<br>CASUALTY COMPANY<br>OF AMERICA | CUP-9H306319-<br>17-14 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | ACE ENVIRONMENT<br>RISK<br>ILLINOIS UNION<br>INRUANCE COMAPNY | GPI G23795218<br>003 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | CIGNA GROUP<br>INSURANCE | ABL961025 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | ACE/ CHUBB -<br>EXECUTIVE RISK<br>INDEMNITY, INC. | 8248-0975 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | AIG - NATIONAL UNION<br>FIRE INSURANCE<br>COMPANY OF<br>PITTSBURG, PA | 01-615-79-13 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | FEDERAL INSURANCE<br>COMPANY (ACE/ CHUBB) | 8248-0958 | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | FEDERAL INSURANCE<br>COMPANY (ACE/ CHUBB) | 8248-0963 | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | BLUE CROSS BLUE<br>SHIELD OF NORTH<br>CAROLINA | 012525, 12526,<br>081977 | _____ | _____ | _____ | UNDETERMINED |
| 73.15. | DELTA DENTAL OF<br>NORTH CAORLINA | 955 | _____ | _____ | _____ | UNDETERMINED |
| 73.16. | EYEMED VISION CARE | 9683160 AND<br>9683152 | _____ | _____ | _____ | UNDETERMINED |
| 73.17. | CIGNA | SHD 961217 | _____ | _____ | _____ | UNDETERMINED |
| 73.18. | CIGNA | LK 960644 | _____ | _____ | _____ | UNDETERMINED |
| 73.19. | CIGNA | FLX 960729 | _____ | _____ | _____ | UNDETERMINED |
| 73.20. | CIGNA | OK 960652-934 | _____ | _____ | _____ | UNDETERMINED |
| 73.21. | CIGNA | FLX961600 | _____ | _____ | _____ | UNDETERMINED |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 74.1. | _____ | _____ | $_____ | $_____ |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 75.1. | NON-TRADE RECEIVABLE - MONCURE | BREACH OF CONTRACT<br>COUNTERCLAIM | $750,000.00 | UNDETERMINED |
| 75.2. | CONTRIBUTION/INDEMNITY CLAIM<br>AGAINST HONEYWELL- RE: MONCURE<br>LITIGATION | CONTRIBUTION/INDEMNITY CLAIM | UNDETERMINED | UNDETERMINED |

**76.    Trusts, equitable or future interests in property**

| | | | |
|---|---|---|---|
| 76.1. | _____ | | $_____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

**77.**    **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | NON-TRADE RECEIVABLE - SERVICES TO BE BILLED INCO (NON-RECOVERABLE) | $5,033.58 |
| 77.2. | NON-TRADE RECEIVABLE - TICONA | $312,066.41 |
| 77.3. | RESTRICTED CASH - MEXICO TRANSACTION ESCROW (ACCOUNT PBG) CITIBANK NA (BALANCE AS OF 9/29/17) | $1,000,000.00 |
| 77.4. | RESTRICTED CASH COLLATERAL ACCOUNT FOR LETTERS OF CREDIT AND JP MORGAN INDEMNITIES HELD AT JP MORGAN BANK (BALANCE AS OF 9/29/17) | $1,915,750.00 |
| 77.5. | INTERCOMPANY RECEIVABLE DUE FROM INA FIBERS HOLDING, LLC (BALANCES AS OF AUGUST 2017 AND INTERCOMPANY RECEIVABLES ARE NETTED AGAINST INTERCOMPANY PAYABLES) | $1,000.00 |
| 77.6. | RESTRICTED CASH - FRANCE TRANSACTION ESCROW (ACCOUNT MORGAN LEWIS & BOCKIUS) - WELLS FARGO BANK (BALANCE AS OF 9/29/17) | $1,500,000.00 |

**78.**    **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.    $4,733,849.99

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $26,715.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $367,675.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | ($93,147.99) | |
| 83. **Investments.** *Copy line 17, Part 4.* | $18,432,205.15 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,858,335.03 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $54,134.12 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,696,868.76 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................... → | | $552,542.42 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $474,188.73 | |
| 90. **All other assets.** *Copy line 78, Part 11.*                    + | $4,733,849.99 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $45,550,824.65 | + 91b.   $552,542.42 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................   $46,103,367.07

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td><strong>Case number (if known):</strong> 17-12148</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|

**2.1.**    **Creditor's name and address**

BANK OF AMERICA NA
101 N TRYON ST
CHARLOTTE NC 28255

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/18/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 RECORDED 10/18/2016 IN DELAWARE AS DOCUMENT # 20166397614

**Describe the lien**

ALL DEBTOR'S RIGHT, TITLE AND INTEREST IN, TO & UNDER ALL ACCOUNTS RECEIVABLE DUE FROM MICHELIN NORTH AMERICA, ETC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED    UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **2.2.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

DE LAGE LANDEN FINANCIAL SERVICES INC
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

UCC-1 RECORDED 6/10/2015 IN DELAWARE    $25,131.59         UNDETERMINED
AS DOCUMENT # 20152474178

**Creditor's email address, if known**

**Describe the lien**

_____

**Date debt was incurred:** 6/10/2015

(5) FIVE MITSUBISHI FGC25N4-LE CUSHION
FORKLIFTS S/N: AF82F41285, AF82F41318,
AF82F41319, AF82F41320, AF82F41504,
INCLUDING ALL ADDITIONS,
ATTACHMENTS, ACCESSIONS,
SUBSTITUTIONS, REPLACEMENTS AND
PROCEEDS OF SUCH COLLATERAL.

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**

☑ No

☑ No

☐ Yes. Have you already specified the relative priority?

☐ Yes

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**

☑ No

_____

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| **2.3.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

DFT DURAFIBER TECHNOLOGIES
HOLDINGS, INC.
13620 REESE BLVD
STE 400
HUNTERSVILLE NC 28078

UCC-1 RECORDED 10/28/2016 IN        UNDETERMINED   UNDETERMINED
DELAWARE AS DOCUMENT # 20166661431

**Describe the lien**

**Creditor's email address, if known**

ALL ASSETS OF THE DEBTOR WHETHER
NOW EXISTING OR HEREAFTER ARISING

_____

**Date debt was incurred:** 10/28/2016

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☐ No

**Do multiple creditors have an interest in the same property?**

☑ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

_____

**As of the petition filing date, the claim is:**
Check all that apply.

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☑ Contingent

☑ Unliquidated

☐ Disputed

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | DFT2 FINANCE LLC AS AGENT<br>5200 TOWN CENTER CIRCLE<br>STE 600<br>BOCA RATON FL 33486 | UCC-1 RECORDED 8/11/2011 IN DELAWARE AS DOCUMENT # 20113108126 AND AS AMENDED, CONTINUED AND ASSIGNED AS DOCUMENTS # 20113108126, 20120278533, 20122749754, 20151079911, 20161327988, 20161330073, 20164815146, AND 20166569873 | SEE BELOW | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/11/2011

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

ALL ASSETS

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

| 2.5. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | DFT2 FINANCE LLC AS AGENT<br>5200 TOWN CENTER CIRCLE<br>STE 600<br>BOCA RATON FL 33486 | UCC-1 RECORDED 3/16/2015 IN DELAWARE AS DOCUMENT # 20151079796 AND AS AMENDED AND ASSIGNED AS DOCUMENTS # 20161327764, 20161329992 AND 20166568859 | SEE BELOW | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/16/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

ALL ASSETS

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                  Case number *(if known)* **17-12148**

**2.6.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|

DFT2 FINANCE LLC AS AGENT
5200 TOWN CENTER CIRCLE
STE 600
BOCA RATON FL 33486

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/21/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

UCC-1 RECORDED 12/21/2015 IN DELAWARE AS DOCUMENT # 20156179823 AND AS ASSGINED AND AMENDED BY DOCUMENTS # 20161329927 AND 20166568594          $5,716,232.86    UNDETERMINED

**Describe the lien**

ALL ASSETS OF THE DEBTOR WHETHER NOW EXISTING OR HEREAFTER ARISING

**Is the creditor an insider or related party?**

☐ No

☒ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☒ Unliquidated

☐ Disputed

**2.7.**[1] | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|

GREAT AMERICAN INSURANCE COMPANY
301 EAST 4TH STREET
CINCINNATI OH 45202

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

_____          $425,000.00    $425,000.00

**Describe the lien**

LETTER OF CREDIT

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**2.8.**[1]    **Creditor's name and address**

JPMORGAN CHASE BANK NA
450 S ORANGE AVE FLOOR 10
MAIL CODE FL4 9504
ORLANDO FL 32801

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    $75,750.00    $75,750.00

**Describe the lien**

LETTER OF CREDIT; CASH COLLALTERAL PREMIUM

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

**2.9.**    **Creditor's name and address**

JPMORGAN CHASE BANK NA
450 S ORANGE AVE FLOOR 10
MAIL CODE FL4 9504
ORLANDO FL 32801

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    $300,000.00    $300,000.00

**Describe the lien**

INDEMNITY OBLIGATION IN CASH COLLETERAL ACCOUNT

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

**2.10.** | **Creditor's name and address**

JPMORGAN CHASE BANK NA
450 S ORANGE AVE FLOOR 10
MAIL CODE FL4 9504
ORLANDO FL 32801

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   $25,000.00   $25,000.00

**Describe the lien**

BANKING SERVICES OBLIGATIONS; CASH COLLATERAL

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**2.11.**[1] | **Creditor's name and address**

SOUTH CAROLINA ELECTRIC AND GAS COMPANY
220 OPERATION WAY
MAIL CODE C1O2
CAYCE SC 29033

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   $500,000.00   $500,000.00

**Describe the lien**

LETTER OF CREDIT

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

**2.12.**[1]   **Creditor's name and address**

WESTERN SURETY COMPANY
6 MILL RIDGE LANE
CHESTER NJ 07930-2486

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   $50,000.00          $50,000.00

**Describe the lien**

LETTER OF CREDIT

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

**2.13.**[1]   **Creditor's name and address**

WESTERN SURETY COMPANY
6 MILL RIDGE LANE
CHESTER NJ 07930-2486

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____   $540,000.00          $540,000.00

**Describe the lien**

LETTER OF CREDIT

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

[1]BALANCE AS OF 9/29/17

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $7,657,114.45

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | DE LAGE LANDEN<br>PO BOX 41602<br>PHILADELPHIA PA 19101-1602 | Line 2.2 | _____ |
| 3.2. | FSJC VIII LLC AS AGENT<br>1700 E PUTNAM AVE<br>STE 207<br>OLD GREENWICH CT 06870 | Line 2.4 | _____ |
| 3.3. | FSJC VIII LLC AS AGENT<br>TWO GREENWICH PLAZA<br>GREENWICH CT 06830-7153 | Line 2.4 | _____ |
| 3.4. | FSJC VIII LLC AS AGENT<br>1700 E PUTNAM AVE<br>STE 207<br>OLD GREENWICH CT 06870 | Line 2.6 | _____ |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-12148 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address**<br><br>AARON BROWN<br>118 EMERALD WAY<br>SPINDALE NC 28160 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Total claim**<br>UNDETERMINED | **Priority amount**<br>UNDETERMINED |
| --- | --- | --- | --- | --- |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.2. | **Priority creditor's name and mailing address**<br><br>AL DEPARTMENT OF REVENUE<br>PO BOX 327320<br>MONTGOMERY AL 36132-7320 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$1,279.84 | **Priority amount**<br>$1,279.84 |
| --- | --- | --- | --- | --- |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3.

**Priority creditor's name and mailing address**

ALBA D ESPINAL BURGOS
1826 WOODBRIDGE DR
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4.

**Priority creditor's name and mailing address**

ALBERT M. DAVIS
1209 TRADING POST ROAD
BLYTHEWOOD SC 29016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5.

**Priority creditor's name and mailing address**

ALEXIUS M BLACKWOOD
270 ERNEST MILLER RD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **2.6.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim**  **Priority amount** |

**2.6.** **Priority creditor's name and mailing address**

ALFREDO RICKY TAYLOR
346 CHAPPELLTOWN ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7.** **Priority creditor's name and mailing address**

ALISA SHANTA RICE
322 GARIBALDI ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.8.** **Priority creditor's name and mailing address**

ALLAN J CROTTS
128 CROWN CT
KINGS MOUNTAIN NC 28086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| | | |
|---|---|---|

**2.9.**    **Priority creditor's name and mailing address**

ALLEN DONNELL DILLINGHAM
133 CRANE CREEK DR
COLUMBIA SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.10.**    **Priority creditor's name and mailing address**

ALLEN L KLUTTZ
398 W HILLSIDE DR
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.11.**    **Priority creditor's name and mailing address**

ALLIE W SHEPHERD
3750 GOODMAN LAKE ROAD
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.12.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | ALLISON TURNER<br>445 SYRUP MILL ROAD<br>RIDGEWAY SC 29130 | *Check all that apply.* | UNDETERMINED | UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.13.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | ALVIN R NEELY<br>1584 MOCKSVILLE HWY.<br>CLEVELAND NC 27013 | *Check all that apply.* | UNDETERMINED | UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.14.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | AMADO RIVERA<br>855 BONANZA DR<br>SALISBURY NC 28144 | *Check all that apply.* | UNDETERMINED | UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

AMBER D KLUTTZ
240 WILEY LANE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.16.

**Priority creditor's name and mailing address**

AMBER M CASH
114 DANBURY LANE
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.17.

**Priority creditor's name and mailing address**

AMBROSE EUGENE ADAMS
215A HARDIN CIRCLE
GROVER NC 28073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 2.18. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | AMOS D YOUNG<br>474 MAJESTIC DRIVE<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.19. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | AMY CAMILLE JACOBS<br>1121 ROCKY KNOLL DRIVE<br>COLUMBIA SC 29203 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.20. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | AMY MARLENE JACOBSON<br>177 KAPSTONE CROSSING<br>LEXINGTON NC 27295 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.21.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.21.**

**Priority creditor's name and mailing address**

ANDREW H EVERETTE
4189 NICHOLSON RD.
CAMERON NC 28326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.22.**

**Priority creditor's name and mailing address**

ANDREW SCOTT LOWE
1210 W RIDGE RD
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.23.**

**Priority creditor's name and mailing address**

ANGELA C KELLER
1336 COUNTY LINE ROAD
HARMONY NC 28634

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.24. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ANGELA CORNELIUS
272 WADE KELLY ROAD
BLYTHEWOOD SC 29016

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.25. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ANGELA D BASINGER
1046 THEODORE LANE
SALISBURY NC 28147

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.26. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ANGELA L BRITTAIN
109 COLONIAL DRIVE
KINGS MOUNTAIN NC 28086

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.27. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ANGELA M CHAMBERS<br>157 NORTHFIELD ROAD<br>STATESVILLE NC 28625 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**

ANGELA M CHAMBERS
157 NORTHFIELD ROAD
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.28.    **Priority creditor's name and mailing address**

ANITA P LINNEY
413 CHIEF THOMAS ROAD
HARMONY NC 28634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.29.    **Priority creditor's name and mailing address**

ANNIE L LITTLEJOHN
308 ROSEMONT AVENUE
KANNAPOLIS NC 28081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.30. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ANSLEY W BELL<br>215 SOUTH FORK DR.<br>SHELBY NC 28152 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.31. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ANTHONY K KENNEDY<br>120 WILLIS ROAD<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.32. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ANTHONY M RHODIE<br>111 10TH STREET<br>SPENCER NC 28159 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.33. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | UNDETERMINED | UNDETERMINED |

**2.33.** Priority creditor's name and mailing address

ANTHONY T WILSON
158 THIRD AVE
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.34.** Priority creditor's name and mailing address

ANTHONY T WRIGHT
2440 GRAHAM ROAD
MOUNT ULLA NC 28125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.35.** Priority creditor's name and mailing address

ANTHONY W GARNER
2025 CHANTILLY LANE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.36.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.36.**

**Priority creditor's name and mailing address**

ANTONIEO JAUSHA JACKSON
428 FAIRFIELD STREET
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.37.**

**Priority creditor's name and mailing address**

APOLLO GARCIA DAVIS
4 CAMP CREEK DRIVE
ELGIN SC 29045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.38.**

**Priority creditor's name and mailing address**

ARTHUR BROWN
1077 SHIVERS GREEN ROAD
RIDGEWAY SC 29130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.39. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Priority creditor's name: BARBARA J LACKEY, 646 EAST SHARPE STREET, STATESVILLE NC 28677

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED
Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.40.   **Priority creditor's name and mailing address**

BARBARA L HARGRAVE
306 FAIRWAY DRIVE
LEXINGTON NC 27292

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Total claim** UNDETERMINED
**Priority amount** UNDETERMINED
**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.41.   **Priority creditor's name and mailing address**

BARBARA S GREENE
2608 SOUTH POST ROAD
SHELBY NC 28152

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Total claim** UNDETERMINED
**Priority amount** UNDETERMINED
**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.42. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.42.

**Priority creditor's name and mailing address**

BARRY C TUTSON
1035 PARTEE DR
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.43.

**Priority creditor's name and mailing address**

BARRY D SMITH
265 GODBEY ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.44.

**Priority creditor's name and mailing address**

BARRY KEITH KIRBY
19 BEAVER CREEK COURT
COLUMBIA SC 29223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

| 2.45. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BASSEY F EYOH<br>530 MUIRFIELD WAY<br>SALISBURY NC 28144 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.46. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BELINDA DAVIS<br>6256 OLD AIRPORT ROAD<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.47. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BEN A TROY<br>2393 BELMONT ROAD<br>LINWOOD NC 27299 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.48. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BENNY S BARBER
380 TOM BARBER ROAD
CLEVELAND NC 27013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

---

2.49.

**Priority creditor's name and mailing address**

BERNIECE L PETERSON
612 THIRD ST
SPENCER NC 28153

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

---

2.50.

**Priority creditor's name and mailing address**

BERSHELLA D ADAMS
246 HILLCREST ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                   Case number *(if known)* **17-12148**

| 2.51. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BETH A TUTTLE 712 RIDGEVIEW DRIVE SHELBY NC 28150 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.52. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BETTY H WOMBLE 4110 HAMPTON ROAD SALISBURY NC 28144 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.53. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BETTY S CANNON 106 CHESTNUT ST APT B 4 SALISBURY NC 28144 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

| 2.54. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BETTY WRIGHT MCKEE 2550 W. DIXON BLVD. SHELBY NC 28152 | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.55. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BEVERLY A PLOTT 18015-I KINGS POINT DRIVE CORNELIUS NC 28031 | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.56. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BILL C BEAM 491 HOWARDS CREEK MILL ROAD VALE NC 28168 | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 2.57. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Priority creditor's name and mailing address**

BILLIE JO MATTHEWS
700 N. SALISBURY AVE
APT. # 15
SPENCER NC 28159

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.58.   **Priority creditor's name and mailing address**

BILLY D WILLIAMS
303 COUNTRY CLUB DRIVE
APT. O
CONCORD NC 28025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.59.   **Priority creditor's name and mailing address**

BILLY J SELLERS
230 SPRING ESTATES CIRCLE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.60. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

2.60.

**Priority creditor's name and mailing address**

BOB A VAUGHAN
6024 BRASS TACK CT.
FUQUAY VARINA NC 27526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.61.

**Priority creditor's name and mailing address**

BOBBY A SAMPSON
222 CHERRY ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.62.

**Priority creditor's name and mailing address**

BOBBY D MANNING
993 OLD CHESTER ROAD
BLACKSBURG SC 29702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.63. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BOBBY G GASTON
318 HICKORY STREET
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.64.**

**Priority creditor's name and mailing address**

BOBBY G SMITH
230 OLD 80 HWY
GOLD HILL NC 28071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.65.**

**Priority creditor's name and mailing address**

BOBBY J KELLER
1336 COUNTY LINE ROAD
HARMONY NC 28634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.66. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BOBBY NATHANIEL SIMMONS
315 FOREST HILLS DRIVE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**     UNDETERMINED

**Priority amount**     UNDETERMINED

**Nonpriority amount**     UNDETERMINED

---

2.67.    **Priority creditor's name and mailing address**

BOBBY R COUCH
128 SOFTAIL LANE
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**     UNDETERMINED

**Priority amount**     UNDETERMINED

**Nonpriority amount**     UNDETERMINED

---

2.68.    **Priority creditor's name and mailing address**

BOBBY THOMAS
6337 OLD 21 HIGHWAY
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**     UNDETERMINED

**Priority amount**     UNDETERMINED

**Nonpriority amount**     UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.69. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BONNIE L DAVIS
P.O. BOX 593
SPENCER NC 28159

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.70. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BRANDI N WILKS
602 OLD YORK ROAD
CHESTER SC 29706

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.71. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BREANNA Z HOPPER
613 EAST GROVER ST
SHELBY NC 28150

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                       Case number *(if known)* **17-12148**

| 2.72. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BRENDA B STORY
1305 JULIAN PARK CIRCLE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

| 2.73. | **Priority creditor's name and mailing address** |

BRENDA D JILES
1116 NORTH JACKSON ST.
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

| 2.74. | **Priority creditor's name and mailing address** |

BRENDA K GUYE
207 MR. HENRY ROAD
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.75. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | BRENDA ROACH<br>4734 BELLFIELD ROAD<br>RIDGEWAY SC 29130 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

Nonpriority amount

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      WAGES AND SALARY

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                             ☑ No

**Specify Code subsection of PRIORITY**      ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.76. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | BRENDA T JOHNSON<br>335 TRUE LUCK LANE<br>RIDGEWAY SC 29130 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

Nonpriority amount

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      WAGES AND SALARY

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                             ☑ No

**Specify Code subsection of PRIORITY**      ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.77. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | BRENTON T MACK<br>6372 OLD DOUGLAS ROAD<br>BLACKSTOCK SC 29014 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

Nonpriority amount

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      WAGES AND SALARY

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                             ☑ No

**Specify Code subsection of PRIORITY**      ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

| 2.78. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.78. **Priority creditor's name and mailing address**

BRENTON TURNER
116 KENNEDY ROAD
WINNSBORO SC 29180

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.79. **Priority creditor's name and mailing address**

BRIAN CHRISTOPHER FRANKLIN
318 CONCOURSE DRIVE
COLUMBIA SC 29223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.80. **Priority creditor's name and mailing address**

BRIAN E PRUETT
2560 S POST ROAD
SHELBY NC 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.81. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BRIAN KEITH YOUNG
430 WEST COLLEGE STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED
**Nonpriority amount**: UNDETERMINED

---

2.82.

**Priority creditor's name and mailing address**

BRIAN L BRINTLEY
1526 EAVES RD APT E5
SHELBY NC 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED
**Nonpriority amount**: UNDETERMINED

---

2.83.

**Priority creditor's name and mailing address**

BRIAN L. MONTGOMERY
726 RAINBOW ACRES ROAD
GREAT FALLS SC 29055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED
**Nonpriority amount**: UNDETERMINED

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.84. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BRIAN M STOCKFORD
735 CHANDLER ROAD
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.85.  **Priority creditor's name and mailing address**

BRIDGET Y WILSON
926 KEARNEY DRIVE
SHELBY NC 28152

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.86.  **Priority creditor's name and mailing address**

BRITTANY T SCOTT
1709 STATE HIGHWAY 215 N
BLAIR SC 29015

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

| 2.87. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**2.87. Priority creditor's name and mailing address**

BRUCE E HATHCOCK
6045 SOUTHERN LANE
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.88. Priority creditor's name and mailing address**

BRYAN B LOTT
2205 BAYLOR ST
KANNAPOLIS NC 28083

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.89. Priority creditor's name and mailing address**

BRYAN F BRACKETT
1174 ADDERLY DRIVE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.90. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BRYAN SCOTT WHITAKER<br>544 FLORA CIRCLE<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.91. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BRYON K SMITH<br>145 INDEPENDENCE DRIVE<br>SALISBURY NC 28147 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.92. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BUENNA L RICHARDSON<br>1065 LAKEVIEW ROAD<br>SALISBURY NC 28147 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

| 2.93. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CAHARI D CROCHERON<br>1661 FRIENDSHIP RD<br>SHELBY NC 28150 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.94. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CARL A PEARSON<br>501 N. RAILROAD ST.<br>LEXINGTON NC 27295 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.95. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CARL C CASTLEBERRY<br>4801 HENLEY ROAD<br>SANFORD NC 27330 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

2.96. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CARL W MOSS
1527 E. LIBERTY ST.
SALISBURY NC 28146

**Priority creditor's name and mailing address**: CARL W MOSS, 1527 E. LIBERTY ST., SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.97. **Priority creditor's name and mailing address**

CARLA J WARNICK
2070 E RIDGE RD
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.98. **Priority creditor's name and mailing address**

CARLOS A BUTLER
2006 OSBORNE ROAD
KANNAPOLIS NC 28083

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.99. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CAROLYN L DUNSTON
112 HEMLOCK DRIVE
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.100.    **Priority creditor's name and mailing address**

CARRIE BANKS
847 MCDUFFIE LANE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.101.    **Priority creditor's name and mailing address**

CASANOVA C MOORE
682-B WEST COLLEGE STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.102. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.102.** **Priority creditor's name and mailing address**

CASSANDRA D ALEXANDER
P.O. BOX 128
SPENCER NC 28159

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.103.** **Priority creditor's name and mailing address**

CATHY D GREEN
209 WEST MAIN STREET
LAWNDALE NC 28090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.104.** **Priority creditor's name and mailing address**

CATHY W BAUCOM
7810 WESTBROOK DR
KANNAPOLIS NC 28081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

| 2.105. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CHANDRA B. ROBERTSON
10828 NORTHGATE TRAIL DRIVE
CHARLOTTE NC 28215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.106.   **Priority creditor's name and mailing address**

CHARLES DANIEL BAGLEY
650 SEVENTH STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.107.   **Priority creditor's name and mailing address**

CHARLES E WASHINGTON
5420 DEEP RIVER ROAD
SANFORD NC 27330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

| 2.108. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|--------|---|---|---|---|

CHARLES H. DAVIS
5743 SWEETPROSPECT RD.
BLACKSTOCK SC 29014

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.109. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|--------|---|---|---|---|

CHARLES L ALLEN
418 FORK BIXBY ROAD
ADVANCE NC 27006

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.110. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|--------|---|---|---|---|

CHARLES M SLOAN
207 GAITHER STREET
WINNSBORO SC 29180

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.111.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CHARLES S. TURNER
5516 OLD AIRPORT ROAD
WINNSBORO SC 29180

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.112.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CHERYL I LIPSEY
105 CARMEL DRIVE
SHELBY NC 28152

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.113.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CHERYL P CALCUTT
264 GAILLARD DRIVE
WINNSBORO SC 29180

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 2.114. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |

**2.114.** **Priority creditor's name and mailing address**

CHERYL T RAMSEUR
152 CANDLESTICK DR
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.115.** **Priority creditor's name and mailing address**

CHRISTINA HOLMAN
20297 NEWBERRY ROAD
BLAIR SC 29015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.116.** **Priority creditor's name and mailing address**

CHRISTINA E SMITH
205 MOSS FIELD ROAD
COLUMBIA SC 29229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**2.117.** **Priority creditor's name and mailing address**

CHRISTOPHER BROWN
390 HOLLEY STREET
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.118.** **Priority creditor's name and mailing address**

CHRISTOPHER MIRCEA
1 WATERWAY TRACE
COLUMBIA SC 29229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.119.** **Priority creditor's name and mailing address**

CHRISTOPHER G BARNARD
1390 JULIUS DR
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.120.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.120.**

**Priority creditor's name and mailing address**

CHRISTOPHER L GRIFFIN
277 KEYHOLE DRIVE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.121.**

**Priority creditor's name and mailing address**

CHRISTOPHER R PILLION
751 JACOBS MILLPOND ROAD
ELGIN SC 29045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.122.**

**Priority creditor's name and mailing address**

CHRISTY L TEAGUE
801 GROVE ST
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.123.**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

CHUCK R BROWN
123 SCENIC DRIVE
MOCKSVILLE NC 27028

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.124.**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

CINDI H GOLDBERG
1440 MAJOLICA ROAD
SALISBURY NC 28147

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.125.**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

CLARENCE MARTIN
720 GREEN PASTURE ROAD
LUGOFF SC 29078

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.126.** **Priority creditor's name and mailing address**

CLARENCE W GRAY
902 HAWKINSTOWN RD
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.127.** **Priority creditor's name and mailing address**

CLARK JOHNSON
138 HALLING DRIVE
COLUMBIA SC 29229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.128.** **Priority creditor's name and mailing address**

CLEVELAND COUNTY TAX COLLECTOR
PO BOX 760
SHELBY NC 28151

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $159,037.76 | $159,037.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.129. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**As of the petition filing date, the claim is:** *Check all that apply.*

2.129.

**Priority creditor's name and mailing address**

CLIFFORD D. ROACH
111 ELDERS POND CIRCLE
APT 5A
COLUMBIA SC 29229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.130.

**Priority creditor's name and mailing address**

CLIFFORD D. ROACH
111 ELDERS POND CIRCLE
APT 5A
COLUMBIA SC 29229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.131.

**Priority creditor's name and mailing address**

CLYDE A HEMPHILL
118 HICKS ROAD
GROVER NC 28073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **2.132.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 2.132. | | |
|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** UNDETERMINED  **Priority amount** UNDETERMINED |

**2.132.**

Priority creditor's name and mailing address

CODY B WILHELM
325 GATTON ROAD
CLEVELAND NC 27013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.133.**

Priority creditor's name and mailing address

COLLEEN G BRUCE
249 GALLIMORE ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.134.**

Priority creditor's name and mailing address

COLLEEN M HICKS
3022 S. LAFAYETTE STREET
SHELBY NC 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.135. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CONNIE T ELIUM 10215 STOKES FERRY ROAD GOLD HILL NC 28071 | Check all that apply. ☒ Contingent ☒ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.136. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | COREY A SCHIFF 116 DAVES ROAD YORK SC 29745 | Check all that apply. ☒ Contingent ☒ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.137. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | COREY L YARBOROUGH 5530 OLD AIRPORT ROAD WINNSBORO SC 29180 | Check all that apply. ☒ Contingent ☒ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**2.138.** **Priority creditor's name and mailing address**

COURTNEY PEAY
204 DRAYTON STREET
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.139.** **Priority creditor's name and mailing address**

CRYSTAL A RANKIN
212 W LAFAYETTE
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.140.** **Priority creditor's name and mailing address**

CRYSTAL A SADDLER
162 DAVIS RIDGE DR.
SHELBY NC 28152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.141. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.141.** **Priority creditor's name and mailing address**

CRYSTAL D BUTLER
2006 OSBORNE ROAD
KANNAPOLIS NC 28083

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**       **Priority amount**
UNDETERMINED       UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.142.** **Priority creditor's name and mailing address**

CRYSTAL M REESE
153 WILSON TRAIL
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**       **Priority amount**
UNDETERMINED       UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.143.** **Priority creditor's name and mailing address**

CYNTHIA A LIVINGSTON
304 E. 26TH STREET
KANNAPOLIS NC 280839723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**       **Priority amount**
UNDETERMINED       UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.144. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CYNTHIA D BOST<br>412 ASHBROOK RD<br>SALISBURY NC 281479103 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.145. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CYNTHIA D CAMPBELL<br>219 TREEBARK ROAD<br>STATESVILLE NC 28625 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.146. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CYNTHIA G WARCUP<br>3909 CARSON DRIVE<br>SANFORD NC 27332 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                              Case number *(if known)* **17-12148**

---

2.147.    **Priority creditor's name and mailing address**

CYNTHIA L LIVENGOOD
515 RIVERVIEW ROAD
ADVANCE NC 27006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

2.148.    **Priority creditor's name and mailing address**

DAISY BOUKNIGHT
103 SHOOTNEY ALLEY
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

2.149.    **Priority creditor's name and mailing address**

DALE E DAVIS
1177 LOOKOUT TOWER RD.
BLACKSBURG SC 29702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

| 2.150. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DAMEIR J MARCH
605 LANCASHIRE WAY
CONCORD NC 28205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.151.

**Priority creditor's name and mailing address**

DAMIAN D BELL
250 W CHURCH STREET APT B-5
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.152.

**Priority creditor's name and mailing address**

DAMON TODD SHIPTON
145 GOODNIGHT RD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.153.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DANA H DREWERY
5104 1/2 CIRCLE DR.
SHELBY NC 28152

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.154.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DANA J HENSLEY
265 MIKE DR
SALISBURY NC 28147

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.155.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DANIEL G WINECOFF
545 LONG BOW ROAD
SALISBURY NC 28144

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.156. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.156.** **Priority creditor's name and mailing address**

DANIEL J MAIDEN
109 QUEENSBURY RD
WINSTON SALEM NC 27104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.157.** **Priority creditor's name and mailing address**

DANIEL W HENNINGS
387 MCPHERSON ROAD
CAMERON NC 28326

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.158.** **Priority creditor's name and mailing address**

DANIELLE A PIDGEON
613 FOREST HILLS DRIVE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.159.** **Priority creditor's name and mailing address**

DANIELLE Y RIDDLE
388 CHARLES RIDDLE ROAD
SANFORD NC 27330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.160.** **Priority creditor's name and mailing address**

DANITA R BARBER
1035 HARD SCRABBLE CT.
CLEVELAND NC 27013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.161.** **Priority creditor's name and mailing address**

DANNY L SCHENK
465 LEMLY LANE
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|

**2.162.**

**Priority creditor's name and mailing address**

DANNY M GABRIEL
POST OFFICE BOX 234
CLEVELAND NC 27013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

**2.163.**

**Priority creditor's name and mailing address**

DANNY R LAMBERT
607 EAST 22ND ST.
KANNAPOLIS NC 28083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

**2.164.**

**Priority creditor's name and mailing address**

DANNY WINDHAM
602 HUDSON STREET
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.165. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | DARCELL S MANGAN<br>110 PINEWOOD DRIVE<br>SALISBURY NC 281478842 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.166. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | DARLENE B ESTEP<br>125 DEBRA DR<br>ROCKWELL NC 28138 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.167. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | DARLENE MARIE FEIMSTER<br>1460 HART ROAD<br>WOODLEAF NC 27054 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.168. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.168.** **Priority creditor's name and mailing address**

DARRELL J RUSSELL
420 ALEXANDER CIRCLE N
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.169.** **Priority creditor's name and mailing address**

DARRELL STEVEN GOODMAN
140 VALENCIA LANE
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.170.** **Priority creditor's name and mailing address**

DARREN K JACOBS
202 KELLY MILLER ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.171.** **Priority creditor's name and mailing address**

DARRYL S CRUMBLIN
1300 DEBBIE STREET
KANNAPOLIS NC 28083

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.172.** **Priority creditor's name and mailing address**

DAVID BARTRINGER
610 BUTTERMILK COURT
SIMPSONVILLE SC 29681

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.173.** **Priority creditor's name and mailing address**

DAVID A BANNISTER
410 MAPLE STREET
WINNSBORO SC 29180

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.174. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.174.** **Priority creditor's name and mailing address**

DAVID A LESTER
PO BOX 742
ROCKWELL NC 28138

| | **Total claim** | **Priority amount** |
|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.175.** **Priority creditor's name and mailing address**

DAVID D SMITH
7155 POP BASINGER ROAD
SALISBURY NC 28146

| | **Total claim** | **Priority amount** |
|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.176.** **Priority creditor's name and mailing address**

DAVID E MILLER
105 TALL PINE CIRCLE
SALISBURY NC 28147

| | **Total claim** | **Priority amount** |
|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.177. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Total claim** / **Priority amount** |

2.177. **Priority creditor's name and mailing address**

DAVID L CHAMBERS
208 SOUTH KIMMONS STREET
LANDIS NC 28088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.178. **Priority creditor's name and mailing address**

DAVID L. WALKER
1103 LITTLE CEDAR CREEK ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.179. **Priority creditor's name and mailing address**

DAVID M BARBEE
1085 HILDEBRAN ROAD
SALISBURY NC 281478421

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**      Case number *(if known)* **17-12148**

| 2.180. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | DAVID M HEARNE<br>2525 SAW ROAD<br>CHINA GROVE NC 28023 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.181. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | DAWKINS R DOWDLE<br>137 CONCORD ROAD<br>GAFFNEY SC 29341 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.182. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | DAWN N ALEXANDER<br>PO BOX 266<br>EAST SPENCER NC 28039 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.183. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DEANN MARIE HALL<br>310 BOATING TERRACE<br>SALISBURY NC 28146 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.184. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DEBORA ANN MARSHALL<br>49 NEEDLE PALM WAY<br>ELGIN SC 29045 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.185. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DEBORAH G NEELY<br>1226 NORTH SALISBURY AVE<br>SPENCER NC 28159 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.186. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.186.** | **Priority creditor's name and mailing address**

DEBORAH L COLEMAN DRUMMOND
70 SHADY GROVE LANE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.187.** | **Priority creditor's name and mailing address**

DEBORAH S ELKINS
2220 DEEP RIVER ROAD
SANFORD NC 27330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.188.** | **Priority creditor's name and mailing address**

DEBRA GIBSON
782 FLORA CIRCLE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.189. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DEBRA HANEY
651 BUNDRICK ROAD
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

2.190.    **Priority creditor's name and mailing address**

DEBRA L MILLS
121 MILLS HILL LANE
STATESVILLE NC 28677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

2.191.    **Priority creditor's name and mailing address**

DEMETRIUS J OLIVER
2052 BLYTHEWOOD CROSSING LN
APT. 1227
BLYTHEWOOD SC 29016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.192.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.192.** **Priority creditor's name and mailing address**

DENISE G HENNINGS
387 MCPHERSON ROAD
CAMERON NC 28326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.193.** **Priority creditor's name and mailing address**

DENNIS R MULLINAX
867 E. ZION CHURCH RD. APT. 31
SHELBY NC 28150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.194.** **Priority creditor's name and mailing address**

DERICK L SUMMERS
1172 MAHOGANY ROAD
STATESVILLE NC 28625

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**       Case number *(if known)* **17-12148**

---

**2.195.** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |

**2.195.** Priority creditor's name and mailing address

DERRICK MCCLURKIN
P. O. BOX 457
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.196.** Priority creditor's name and mailing address

DEVAN T SMITH
5836 OLD AIRPORT ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.197.** Priority creditor's name and mailing address

DEXTER G THOMPSON
5315 CARRIAGE DRIVE CIRCLE
CHARLOTTE NC 28205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.198.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| DOMONIQUE BROOKS<br>4402 WENTWORTH DR<br>COLUMBIA SC 29203 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.199.** **Priority creditor's name and mailing address**

DONALD CLYDE GOLD
710 NALLEY DRIVE
SHELBY NC 281509303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.200.** **Priority creditor's name and mailing address**

DONALD ERIC MACK
1228 RAMSEY ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.201. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.201.**
**Priority creditor's name and mailing address**

DONALD L HODGE
120 LONG LEAF DRIVE
SALISBURY NC 28147

**Total claim**  UNDETERMINED

**Priority amount**  UNDETERMINED

**Nonpriority amount**  UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.202.**
**Priority creditor's name and mailing address**

DONALD M PETERSON
64 TROUT LILY LANE
PITTSBORO NC 27312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**  UNDETERMINED

**Priority amount**  UNDETERMINED

**Nonpriority amount**  UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.203.**
**Priority creditor's name and mailing address**

DONALD R CONNOR
2320 CLARK ROAD
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**  UNDETERMINED

**Priority amount**  UNDETERMINED

**Nonpriority amount**  UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

| 2.204. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

| 2.204. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

DONALD R LEMONS
2211 JOE RD.
STATESVILLE NC 28625

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.205.   **Priority creditor's name and mailing address**

DONALD R WALSER
613 8TH ST
SPENCER NC 28159

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.206.   **Priority creditor's name and mailing address**

DONNA C MCCOY
264 PLEASANT ACRE DRIVE
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.207.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| DONNA L CHAFFIN<br>3189 OLD MILL FARM ROAD<br>LEXINGTON NC 27292 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.208.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| DONNIE L LYLES<br>7077 ASHFORD FERRY ROAD<br>CARLISLE SC 29031 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.209.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| DONTE' GERRARD BASS<br>335 VIEW DRIVE<br>BLYTHEWOOD SC 29016 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.210. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

2.210.

**Priority creditor's name and mailing address**

DORA A ROBBS
1215 WHITE AVENUE
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.211.

**Priority creditor's name and mailing address**

DOUGLAS R CAMPBELL
412 E. HORAH STREET
SALISBURY NC 281445540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.212.

**Priority creditor's name and mailing address**

DUNIA S GARCIA
408 FORESTDALE DRIVE
SPENCER NC 28159

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.213. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DWAYNE HYDE
124 SAGE LANE
STATESVILLE NC 28677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.214.   **Priority creditor's name and mailing address**

DWAYNE M COWARD
815 WEST BANK ST
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.215.   **Priority creditor's name and mailing address**

DWIGHT A MUMFORD
413 STOCKTON ST
STATESVILLE NC 28677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                   Case number *(if known)* **17-12148**

---

| 2.216. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.216.** **Priority creditor's name and mailing address**

DWIGHT D GREENE
P. O. BOX 61
372 RED HILL CHURCH ROAD
BLACKSTOCK SC 29014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.217.** **Priority creditor's name and mailing address**

EARL T MOORE
84 KENNEDY ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.218.** **Priority creditor's name and mailing address**

EDDIE K WIGFALL
6532 CAMELOT STREET
COLUMBIA SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

---

| 2.219. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | EDDIE QUALLS<br>2020 QUALLS ROAD<br>RIDGEWAY SC 29130 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.220. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | EDWARD A RIVERS<br>213 KOONTZ RD<br>LEXINGTON NC 27295 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.221. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | EDWARD H BROOKS<br>2614 SAINT LUKE CHURCH ROAD<br>GOLDSTON NC 27252 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.222. | **Priority creditor's name and mailing address** | | |

| | | | |
|---|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| EDWARD L WILLIAMSON<br>113 TEEPEE DRIVE<br>KINGS MOUNTAIN NC 28086 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | **Nonpriority amount** |
| | | | UNDETERMINED |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| VARIOUS | WAGES AND SALARY | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.223. | **Priority creditor's name and mailing address** | **Total claim** | **Priority amount** |
| | EDWIN D SUBER<br>701 SOUTH SPENCER AVE<br>SPENCER NC 28159 | UNDETERMINED | UNDETERMINED |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.224. | **Priority creditor's name and mailing address** | **Total claim** | **Priority amount** |
| | ELIZABETH G BRADSHAW<br>103 KENWOOD DRIVE<br>SHELBY NC 28150 | UNDETERMINED | UNDETERMINED |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

**2.225.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.225.** **Priority creditor's name and mailing address**

ELIZABETH L MACLAMROC
150 STONE HAVEN COURT
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.226.** **Priority creditor's name and mailing address**

ELLEN CURTIS
113 PHOENIX DRIVE
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.227.** **Priority creditor's name and mailing address**

ELLIE BELTON
108 WINTERWOOD COURT
COLUMBIA SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.228. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | EMMA M TREXLER<br>11685 STOKES FERRY RD<br>GOLD HILL NC 28071 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.229. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ERIC WITHERSPOON<br>837 CABANISS DR<br>SHELBY NC 28150 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.230. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ERIC KENISON<br>260 COLUMBIA ROAD<br>WINNSBORO SC 29180 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

| 2.231. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ERIC L GUINYARD
1425 MELROSE ST
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

---

2.232.

**Priority creditor's name and mailing address**

ERIC MAURICE ALSTON
20 PEAY RIDGE ROAD
GREAT FALLS SC 29055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

---

2.233.

**Priority creditor's name and mailing address**

ERIC T BROOKS
601 CROSSON STREET
NEWBERRY SC 29108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**

UNDETERMINED

**Priority amount**

UNDETERMINED

**Nonpriority amount**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                  Case number *(if known)* **17-12148**

| 2.234. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ERIN ELEXIS WESTON<br>517 HALLECK LANE<br>COLUMBIA SC 29229 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.235. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ERIN M EARLYWINE<br>320 MEADOW LANE<br>MOORESVILLE NC 28115 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.236. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ETTA L. JACKSON<br>204 DRAYTON STREET<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.237. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.237.** **Priority creditor's name and mailing address**

EUGENE WHITE
114 FALLS ST.
BLACKSBURG SC 29702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.238.** **Priority creditor's name and mailing address**

EZEKIEL T BLACKWOOD
2345 STATESVILLE BLVD APT 152
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.239.** **Priority creditor's name and mailing address**

FAIRFIELD COUNTY SOUTH CAROLINA
DELINQUENT TAX COLLECTOR
PO DRAWER 60
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $0.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.240. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.240.** **Priority creditor's name and mailing address**

FELICIA L FORD
108 HARREL STREET
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.241.** **Priority creditor's name and mailing address**

FELICIA LATEASE BURTON
993 SYRUP MILL RD
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.242.** **Priority creditor's name and mailing address**

FERNANDO MONTEMAYOR GONZALEZ
5140 BINFORD ST NW APT 106
CONCORD NC 28027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| **2.243.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** · **Priority amount** |

**2.243.** **Priority creditor's name and mailing address**

FORD LAWRENCE
793 MADISON STREET
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.244.** **Priority creditor's name and mailing address**

FORREST J PARKER
109 PLANTERS LANE
KINGS MOUNTAIN NC 28086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.245.** **Priority creditor's name and mailing address**

FRANK T COOK
300 GOLD HILL DR
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.246. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.246.**

**Priority creditor's name and mailing address**

FRANK TALLARICO
2812 BEEHNON WAY
RALEIGH NC 27603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.247.**

**Priority creditor's name and mailing address**

FRED MICHAEL GETTYS
1603 DUCANS CREEK RD.
ELLENBORO NC 28040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.248.**

**Priority creditor's name and mailing address**

FREDDY LAMONT HOLMES
48 SHADY GROVE LANE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.249.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

G. P HATCHETT
206 BROOK VALLEY DRIVE
SALISBURY NC 28147

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.250.** | **Priority creditor's name and mailing address**

GA DEPARTMENT OF REVENUE
1800 CENTURY BLVD NE
ATLANTA GA 30345-3205

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,550.00
Priority amount: $1,550.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.251.** | **Priority creditor's name and mailing address**

GARY BENJAMEN RUPPE
1331 CRESTVIEW DRIVE
SHELBY NC 28150

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.252.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | UNDETERMINED | UNDETERMINED

GARY L GREENE
445 HOLLY RIDGE ROAD
BLACKBURG SC 29702

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.253.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | UNDETERMINED | UNDETERMINED

GARY L LAWSON
2419 THOMASHIRE CT
CHARLOTTE NC 28262

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.254.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | UNDETERMINED | UNDETERMINED

GARY R HONBARGER
245 KINGS TERRACE
SALISBURY NC 28146

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.255.** **Priority creditor's name and mailing address**

GARY T VOGLER
PO BOX 685
COOLEEMEE NC 27014

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.256.** **Priority creditor's name and mailing address**

GARY W SMITH
3010 POTNECK ROAD
WOODLEAF NC 27054

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.257.** **Priority creditor's name and mailing address**

GENE E DRIGGERS
89 CHERRY ROAD
WINNSBORO SC 29180

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 2.258. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.258.**

**Priority creditor's name and mailing address**

GENNETTE STRONG
523 NIXON DRIVE
BLACKSTOCK SC 29014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.259.**

**Priority creditor's name and mailing address**

GEORGE L HINSON
430 GRANTS CREEK ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.260.**

**Priority creditor's name and mailing address**

GERALD LENARD EDMUNDS
5554 RESERVOIR ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.261. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

GLORIA J HAYES
1915 S. JAKE ALEXANDER BLVD.
SALISBURY NC 28144

☒ Contingent
☒ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.262. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

GORDON HERRINGTON
677 STATE HWY 200
WINNSBORO SC 29180

☒ Contingent
☒ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.263. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

GORDON K REDMON
110 EAVES LANE
STATESVILLE NC 28625

☒ Contingent
☒ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.264. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | UNDETERMINED | UNDETERMINED |

**2.264.**

**Priority creditor's name and mailing address**

GORDON W HUDSON
124 FOREST MEADOW LANE
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.265.**

**Priority creditor's name and mailing address**

GRADDY TYLER GADDY
505 S. CONGRESS STREET
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.266.**

**Priority creditor's name and mailing address**

GREG GLISSON
210 ELM STREET
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.267. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---------|---------|---------|---------|

**2.267.** Priority creditor's name and mailing address

GREGORY A PROPST
2110 GINNIE SPRINGS DRIVE
KANNAPOLIS NC 28081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.268.** Priority creditor's name and mailing address

HAROLD L MYERS
150 COUNTRY LANE
SALISBURY NC 281449037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.269.** Priority creditor's name and mailing address

HAROLD R CLINE
1230 BARRINGER ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **2.270.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**2.270.**

**Priority creditor's name and mailing address**

HAROLD R WILLIAMS
536 PRUITT WILLIAMS ROAD
WOODLEAF NC 27054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.271.**

**Priority creditor's name and mailing address**

HARRY L MCCLEMENTS
127 BELLWOOD LOOP
STATESVILLE NC 28625

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.272.**

**Priority creditor's name and mailing address**

HEATHER S MILLS
1456 TYGRESS DR
KANNAPOLIS NC 28081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

**2.273.** **Priority creditor's name and mailing address**

HENRY HARVEY
129 HILLTOP DRIVE
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**2.274.** **Priority creditor's name and mailing address**

HEPING ZHANG
945 INDIAN RIVER DRIVE
WEST COLUMBIA SC 29170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**2.275.** **Priority creditor's name and mailing address**

HOLLI M BROWN
109 AMAKER DRIVE
WEST COLUMBIA SC 29172

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.276.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| HOLLY B CULVER | *Check all that apply.* | UNDETERMINED | UNDETERMINED

**Priority creditor's name and mailing address**

HOLLY B CULVER
429 CANNON ST
ROCKWELL NC 28138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.277.** **Priority creditor's name and mailing address**

IKATINA PEAY
3115 RUSSELL ROAD
BLACKSTOCK SC 29014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.278.** **Priority creditor's name and mailing address**

IRISHA I GLADNEY
142 SALUDA STREET APT. B
CHESTER SC 29706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.279. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ISAIAH HAMILTON<br>PO BOX 2742<br>AIKEN SC 29802 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**

ISAIAH HAMILTON
PO BOX 2742
AIKEN SC 29802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.280.**   **Priority creditor's name and mailing address**

JACK E MOOSE
P O BOX 165
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.281.**   **Priority creditor's name and mailing address**

JACKIE W HAMRICK
1873 S. LAFAYETTE STREET
SHELBY NC 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.282. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JACKIE WOOD<br>192 HILLTOP DRIVE<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.283. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JACOB L SIFFORD<br>329 CROWELL LN<br>SALISBURY NC 28146 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.284. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JACQUELINE D HYDE<br>116 HARMONY BLEND DRIVE<br>HARMONY NC 28634 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.285. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JACQUELINE M CONNOR<br>124 E HORAH ST<br>SALISBURY NC 28144 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    WAGES AND SALARY

**Nonpriority amount**: UNDETERMINED

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.286. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JAIME V TENHAEFF<br>955 KEPLEY ROAD<br>SALISBURY NC 28147 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    WAGES AND SALARY

**Nonpriority amount**: UNDETERMINED

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.287. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JAMES HAWKINS<br>P. O. BOX 306<br>CARLISLE SC 29031 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    WAGES AND SALARY

**Nonpriority amount**: UNDETERMINED

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 96 of 699

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.288. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** — UNDETERMINED |

**2.288.**

**Priority creditor's name and mailing address**

JAMES PEEBLES
P O BOX 22
MOCKSVILLE NC 27028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.289.**

**Priority creditor's name and mailing address**

JAMES C CURTIS
1513 SHELBY HWY
LOT 5
BLACKSBURG SC 29702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.290.**

**Priority creditor's name and mailing address**

JAMES C SMOOT
2146 DAVIE ACADEMY ROAD
MOCKSVILLE NC 27028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**      Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.291. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** / **Priority amount** |

**2.291.** **Priority creditor's name and mailing address**

JAMES D LEAZER
1010 CANNON STREET
ROCKWELL NC 28138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

| Nonpriority amount |
|---|
| UNDETERMINED |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.292.** **Priority creditor's name and mailing address**

JAMES D SWISHER
270 WHITE FARM ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

| Nonpriority amount |
|---|
| UNDETERMINED |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.293.** **Priority creditor's name and mailing address**

JAMES D TUTTEROW
842 MIDWAY RD
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

| Nonpriority amount |
|---|
| UNDETERMINED |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

| 2.294. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**2.294.**

**Priority creditor's name and mailing address**

JAMES E TIMMONS
1088 SOUTH MAIN ST. EXTENSION
DENTON NC 27239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.295.**

**Priority creditor's name and mailing address**

JAMES G COOK
205 FRESHWATER DRIVE
GROVER NC 28073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.296.**

**Priority creditor's name and mailing address**

JAMES L HARRIS
257 EDGEWOOD CIRCLE
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                Case number *(if known)* **17-12148**

---

**2.297.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| JAMES L THORE | | UNDETERMINED | UNDETERMINED
| 285 CHASE DRIVE | ☑ Contingent | |
| SALISBURY NC 28147 | ☑ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.298.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| JAMES MCDUFFIE | | UNDETERMINED | UNDETERMINED
| 275 ROBINSON AVE | ☑ Contingent | |
| WINNSBORO SC 29180 | ☑ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.299.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| JAMES N BURCHETTE | | UNDETERMINED | UNDETERMINED
| 445 STIREWALT ROAD | ☑ Contingent | |
| CHINA GROVE NC 28023 | ☑ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.300. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JAMES PRESTON ADGERS
4727 OLD AIRPORT ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**    UNDETERMINED

**Priority amount**    UNDETERMINED

**Nonpriority amount**    UNDETERMINED

---

2.301.    **Priority creditor's name and mailing address**

JAMES R HOUPE
1662 MOCKSVILLE HWY.
CLEVELAND NC 27013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**    UNDETERMINED

**Priority amount**    UNDETERMINED

**Nonpriority amount**    UNDETERMINED

---

2.302.    **Priority creditor's name and mailing address**

JAMES ROOSEVELT WHITE
604 GAINES STREET
GREAT FALLS SC 29055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**    UNDETERMINED

**Priority amount**    UNDETERMINED

**Nonpriority amount**    UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.303.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| JAMES T WOODARD<br>7010 GAVILAN AVENUE<br>COLUMBIA SC 29203 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Nonpriority amount

UNDETERMINED

---

**2.304.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| JANET S ECKARD<br>1130 DIAL ST<br>KANNAPOLIS NC 28083 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Nonpriority amount

UNDETERMINED

---

**2.305.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| JANICE WILLIAMS<br>1418 TILMAN ST<br>SALISBURY NC 28144 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Nonpriority amount

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.306. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.306.**

**Priority creditor's name and mailing address**

JANICE A HACKLER
1241 OAKBLUFF DRIVE
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.307.**

**Priority creditor's name and mailing address**

JANICE M EVANS
230 RUSSELL FARM ROAD
KANNAPOLIS NC 28081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.308.**

**Priority creditor's name and mailing address**

JASMINE S WHITT
6532 CAMELOT STREET
COLUMBIA SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.309.** **Priority creditor's name and mailing address**

JASON G BOWERS
1735 NORTH MAIN ST
CHINA GROVE NC 28023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

---

**2.310.** **Priority creditor's name and mailing address**

JASON M TOBIN
350 TIMBER CREEK LANE
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

---

**2.311.** **Priority creditor's name and mailing address**

JASON WILLIAM BROWN
3195 LINGAIL ACRES
GREAT FALLS SC 29055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.312. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.312.**

**Priority creditor's name and mailing address**

JASPER E VINSON
1184 ACHER FARM DRIVE
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.313.**

**Priority creditor's name and mailing address**

JAY D FOSTER
5180 HIGHWAY 801
WOODLEAF NC 27054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.314.**

**Priority creditor's name and mailing address**

JAY F HOOPER
240 SKYSAIL ROAD
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**   Case number *(if known)* **17-12148**

---

**2.315.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.315.** **Priority creditor's name and mailing address**

JEANETTE H PEARSON
7001 FRANDALL AVENUE
COLUMBIA SC 29223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.316.** **Priority creditor's name and mailing address**

JEFF S SAFRIT
190 ROGERS ROAD
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.317.** **Priority creditor's name and mailing address**

JEFFERSON E EUDY
5603 RIMER ROAD
ROCKWELL NC 28138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.318. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.318.** **Priority creditor's name and mailing address**

JEFFREY C ROBERTS
225 BRIARWOOD LAKE DRIVE
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.319.** **Priority creditor's name and mailing address**

JEFFREY F CORRELL
2940 WOODLEAF BARBER ROAD
CLEVELAND NC 27013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.320.** **Priority creditor's name and mailing address**

JEFFREY K THOMPSON
450 PETHEL ROAD
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

2.321.  **Priority creditor's name and mailing address**

JEFFREY L SHAVER
818 BROOKMONT AVENUE
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.322.  **Priority creditor's name and mailing address**

JENISE R COLBERT
108 APT. H AUBURN AVE.
STATESVILLE NC 28677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.323.  **Priority creditor's name and mailing address**

JERBIS V KENNEDY
633 FOREST HILL DRIVE
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.324. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**2.324.**

**Priority creditor's name and mailing address**

JEREMY M GANTT
106 LONDEN PRIDE ROAD
IRMO SC 29063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.325.**

**Priority creditor's name and mailing address**

JERRY W KEARNS
302 ORCHARD ROAD
ROCKWELL NC 28138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.326.**

**Priority creditor's name and mailing address**

JERRY W KEARNS III
360 MCINTYRE LANE
WOODLEAF NC 27054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.327. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.327. **Priority creditor's name and mailing address**

JESSE R HILTON
257 OAK GROVE CHURCH ROAD
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.328. **Priority creditor's name and mailing address**

JESSIE D STANBACK, JR
5068 MACON ST
KANNAPOLIS NC 28081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.329. **Priority creditor's name and mailing address**

JIM W WILLITTS
222 SAINT ALBANS LANE
LEXINGTON NC 27292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.330. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.330.** **Priority creditor's name and mailing address**

JIMMIE T. FORD
741 FLORA CIRCLE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.331.** **Priority creditor's name and mailing address**

JIMMY D WHITE
1110 HENDRICK LAKE ROAD
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.332.** **Priority creditor's name and mailing address**

JIMMY J BREWER
213 BEECH BROOK LANE
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

2.333. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

| 2.333. | **Priority creditor's name and mailing address**<br><br>JODY A BARE<br>835 POWELL RD.<br>WOODLEAF NC 27054 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Total claim**<br>UNDETERMINED | **Priority amount**<br>UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | | |

| 2.334. | **Priority creditor's name and mailing address**<br><br>JOE L NICHOLS<br>520 HILDEBRAND RD<br>SALISBURY NC 28147 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Total claim**<br>UNDETERMINED | **Priority amount**<br>UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | | |

| 2.335. | **Priority creditor's name and mailing address**<br><br>JOE W BROWN<br>5793 SWEET PROSPECT ROAD<br>BLACKSTOCK SC 29014 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Total claim**<br>UNDETERMINED | **Priority amount**<br>UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | | |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.336. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.336. Priority creditor's name and mailing address**

JOEL ADAM SMITH
230 DOTY ROAD EXT.
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.337. Priority creditor's name and mailing address**

JOHN ALLEN CHRETIAN
232 CAMBRIDGE LANE ROAD
COLUMBIA SC 29223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.338. Priority creditor's name and mailing address**

JOHN BELL
670 JANICE REEVES ROAD
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.339. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JOHN D BUMGARDNER<br>4011 HAMILTON ROAD<br>SHELBY NC 28152 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.340. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JOHN E DAVIS<br>305 N. DEERFIELD CIRCLE<br>SALISBURY NC 28147 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.341. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JOHN E YARBOROUGH<br>392 CHAPPELL TOWN ROAD<br>WINNSBORO SC 29180 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.342. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JOHN F IJAMES<br>1116 LAUREL STREET<br>SALISBURY NC 28144 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.343. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JOHN H COYLE<br>2309 W STAGECOACH TRL<br>SHELBY NC 28150 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.344. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JOHN H UPRIGHT<br>4022 ISENHOUR ROAD<br>KANNAPOLIS NC 28081 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

| 2.345. | Priority creditor's name and mailing address | | |
|---|---|---|---|

**2.345.** **Priority creditor's name and mailing address**

JOHN HENRY BELL
672 JANICE REEVES ROAD
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.346.** **Priority creditor's name and mailing address**

JOHN J PETERSON
3380 STATESVILLE BLVD.
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.347.** **Priority creditor's name and mailing address**

JOHN L CURETON
2644 GOERGETOWN ROAD
GREAT FALLS SC 29055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

| 2.348. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JOHN L LEAZER
306 D AVE
SALISBURY NC 28144

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED (Total claim)
UNDETERMINED (Priority amount)

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.349. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JOHN MCCANTS
521 KELLY MILLER ROAD
WINNSBORO SC 29180

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED (Total claim)
UNDETERMINED (Priority amount)

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.350. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JOHN P EXUM
5165 BINFORD STREET NW
APT 203
CONCORD NC 28027

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED (Total claim)
UNDETERMINED (Priority amount)

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.351.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.351.**

**Priority creditor's name and mailing address**

JOHN R BIGGS
3333 CASTLEGATE DR
RALEIGH NC 27616

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.352.**

**Priority creditor's name and mailing address**

JOHN S BROOKS
121 BRANCH WOOD CIRCLE
KINGS MOUNTAIN NC 28086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.353.**

**Priority creditor's name and mailing address**

JOHN W CHAMBERS
817 SOUTH ELLIS ST
PO BOX 396
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.354. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**2.354.** Priority creditor's name and mailing address

JOHNNIE R CHILDERS
38 COLLINS LANE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.355.** Priority creditor's name and mailing address

JOHNNY FRANKLIN MOORE
152 LOOMIS STREET
CHESTER SC 29706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.356.** Priority creditor's name and mailing address

JOHNNY J. PERRY
276 FLORA CIRCLE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.357. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.357.** | **Priority creditor's name and mailing address**

JOHNNY L OLIVER
515 NOLA AVE.
KANNAPOLIS NC 28083

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.358.** | **Priority creditor's name and mailing address**

JOHNNY M SMITH
4841 OLD AIRPORT ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.359.** | **Priority creditor's name and mailing address**

JON T FEREBEE
2545 AIRPORT ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.360. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JONATHAN YOUNG<br>2230 AMBER LANE<br>SHELBY NC 28150 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.361. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JONATHAN M. COHEN<br>91 KIRBY DRIVE<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.362. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | JONATHAN N HARVEY<br>305 STONY CIRCLE<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.363.** **Priority creditor's name and mailing address**

JOSELF L DANIELS
402 BRANDON ST
STATESVILLE NC 28677

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.364.** **Priority creditor's name and mailing address**

JOSEPH HENRY
2364 OLD CAMDEN ROAD
WINNSBORO SC 29180

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.365.** **Priority creditor's name and mailing address**

JOSEPH O JOHNSON
318 S OAKWOOD DR
STATESVILLE NC 28677

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.366.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**2.366.**    **Priority creditor's name and mailing address**

JOSEPH RONALD SIMPSON
416 SYRUP MILL ROAD
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.367.**    **Priority creditor's name and mailing address**

JOSHUA R MEZA
1104 BLACK DIAMOND DR
DALLAS NC 28034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.368.**    **Priority creditor's name and mailing address**

JOYCE M PEARSON
223 DOTY ROAD EXT
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

| 2.369. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.369.** **Priority creditor's name and mailing address**

JOYCELYN PEELER
903 LANGSTON DRIVE
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.370.** **Priority creditor's name and mailing address**

JULIE F TAYLOR
PO BOX 395
CLEVELAND NC 27013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.371.** **Priority creditor's name and mailing address**

JUSTIN JERMAINE BOYD
229 CLEVELAND STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

---

| 2.372. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KAREN M PORTIS<br>700 N SALISBURY AVE<br>APT 15<br>SPENCER NC 28159 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

*Nonpriority amount*

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.373. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KATARUS K YARBOROUGH<br>905 W. COLLEGE STREET<br>PO BOX 273<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.374. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KATHERINE COCKRELL<br>120 JETER STREET<br>P.O. BOX 535<br>CARLISLE SC 29031 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.375. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.375.** **Priority creditor's name and mailing address**

KATHY A JORDAN
101 EDGEWOOD CIRCLE
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.376.** **Priority creditor's name and mailing address**

KATHY Y PHIFER
614 LAKEWOOD DR
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.377.** **Priority creditor's name and mailing address**

KATIE N LYLES
22 CENTER STREET
GREAT FALLS SC 29055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|

**2.378.**  **Priority creditor's name and mailing address**

KATRINA L BARNES
7016 CORNELIUS DRIVE
COLUMBIA SC 29203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.379.**  **Priority creditor's name and mailing address**

KAWASKI IRISTEDDA GAITHER
783 HONEYBEE CIRCLE
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.380.**  **Priority creditor's name and mailing address**

KEITH E GOINS
P. O. BOX 482
700 RENSHAW FORD ROAD
WOODLEAF NC 27054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.381. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.381.** **Priority creditor's name and mailing address**

KEITH E MCLAIN
764 RIVER HILL ROAD
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.382.** **Priority creditor's name and mailing address**

KEITH L REAVIS
P. O. BOX 785
COOLEEMEE NC 27014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.383.** **Priority creditor's name and mailing address**

KENDALL A STILTNER
408 JOE ST
ROCKWELL NC 28138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.384. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**2.384.** | **Priority creditor's name and mailing address**

KENDRICK D STEELE
201 CEDAR DRIVE APT C
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.385.** | **Priority creditor's name and mailing address**

KENNETH G MILLER
5030 WOODLEAF RD.
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.386.** | **Priority creditor's name and mailing address**

KENNETH L GARLAND
129 RICHARD ROAD
ELLENBORO NC 28040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

| 2.387. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.387.** **Priority creditor's name and mailing address**

KENNETH W STUBBS
747 NORTH CENTRAL AVE
LANDIS NC 28088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.388.** **Priority creditor's name and mailing address**

KENT L HOUGHTON
445 BERNHARDT ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.389.** **Priority creditor's name and mailing address**

KENYETTA N ADAMS
1094 BELLFIELD ROAD
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.390. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | KEVIN L SHERIDAN<br>48376 NC 731 HWY<br>NORWOOD NC 28128 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Total claim** | **Priority amount**
UNDETERMINED | UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.391.  **Priority creditor's name and mailing address**

KEVIN R DEAN
13 BIRCH ROAD
LUGOFF SC 29078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim** | **Priority amount**
UNDETERMINED | UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.392.  **Priority creditor's name and mailing address**

KIM C CAMERON
114 NORTH DEERFIELD CIRCLE
SALISBURY NC 281479704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim** | **Priority amount**
UNDETERMINED | UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**   Case number *(if known)* **17-12148**

| 2.393. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.393.** **Priority creditor's name and mailing address**

KIMBERLY C HOWARD
474 SHADY GROVE ROAD
GAFFNEY SC 29341

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.394.** **Priority creditor's name and mailing address**

KIRK D MIKULEN
9320 BONITA LANE
APT 1809
CHARLOTTE NC 28262

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.395.** **Priority creditor's name and mailing address**

KISHEON C ALEXANDER
7905 WATERWAY DR NW APT 405
CONCORD NC 28027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**         Case number *(if known)* **17-12148**

---

| 2.396. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.396.** **Priority creditor's name and mailing address**

KOKACA A HEMPHILL
PO BOX 573
1844 SMALL CHAPEL ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.397.** **Priority creditor's name and mailing address**

KRISTIAN L KRUG
360 MCINTYRE LANE
WOODLEAF NC 27054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.398.** **Priority creditor's name and mailing address**

KRISTINE Z GREENE
157 CASTLES GATE LN
MOORESVILLE NC 28117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.399. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

KRISTY M SNIPES
1452 BURRELL AVE NW
CONCORD NC 28027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.400.  **Priority creditor's name and mailing address**

KY DEPARTMENT OF REVENUE
KY DEPARTMENT OF REVENUE
FRANKFORT KY 40620-0021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $175.00

**Priority amount**: $175.00

**Nonpriority amount**: $0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.401.  **Priority creditor's name and mailing address**

LAFAYETTE GAITHER
841 FLORA CIRCLE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.402. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.402.** **Priority creditor's name and mailing address**

LANEY VANDERFORD
128 BELGIAN BLUE WAY
FOUNTAIN INN SC 29644

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** UNDETERMINED  **Priority amount** UNDETERMINED |

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.403.** **Priority creditor's name and mailing address**

LARRY C HAWK
111 CLEAR ACRES DRIVE.
GAFFNEY SC 29341

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** UNDETERMINED  **Priority amount** UNDETERMINED |

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.404.** **Priority creditor's name and mailing address**

LARRY D PARKER
101 AARON DRIVE
SHELBY NC 28152

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** UNDETERMINED  **Priority amount** UNDETERMINED |

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.405. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.405.** | **Priority creditor's name and mailing address**

LARRY R BROWN
225 CLEARBROOK DRIVE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**    UNDETERMINED

**Priority amount**    UNDETERMINED

**Nonpriority amount**    UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.406.** | **Priority creditor's name and mailing address**

LASHUN D KERSEY
106 CHESTNUT ST APT B
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**    UNDETERMINED

**Priority amount**    UNDETERMINED

**Nonpriority amount**    UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.407.** | **Priority creditor's name and mailing address**

LAWRENCE F BLACK
102 SIR LANCELOT LANE
KINGS MOUNTAIN NC 28086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**    UNDETERMINED

**Priority amount**    UNDETERMINED

**Nonpriority amount**    UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.408. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**2.408.** **Priority creditor's name and mailing address**

LAWRENCE GAITHER
1990 OLD CAMDEN ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.409.** **Priority creditor's name and mailing address**

LEE E COOK
111 HAWKINS LOOP
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.410.** **Priority creditor's name and mailing address**

LEN C BRADFORD
5860 UNDERWOOD AVENUE
CHARLOTTE NC 28213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.411. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.411.**

**Priority creditor's name and mailing address**

LENA ANN BOYKINS
1456 WILLIAMSON RD.
KINGSTOWN NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.412.**

**Priority creditor's name and mailing address**

LEON BOOKER
4040 WEBB COURT
COLUMBIA SC 29204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.413.**

**Priority creditor's name and mailing address**

LEROY EVANS
337 CRAWFORD STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

| 2.414. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LESIA A BROOKS<br>108 HOLLAND DR<br>SHELBY NC 28152 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.415. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LETTIE J BETHUNE<br>1982 ROSSER PITTMAN RD.<br>BROADWAY NC 27505 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.416. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LEWIS H LEAZER<br>1010 CANNON STREET<br>ROCKWELL NC 28138 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.417. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LEWIS WILLIAM LEAZER<br>1010 CANNON ST<br>ROCKWELL NC 28138 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.418. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LINDA D BUTLER<br>4853 PARK ROAD<br>RIDGEWAY SC 29130 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.419. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LINDA D WATKINS<br>681 FLORA CIRCLE<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.420.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| LINDA H MCKINSTRY<br>432 FRAZIER STREET<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.421.** **Priority creditor's name and mailing address**

LINDA MCCANTS
521 KELLY MILLER ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.422.** **Priority creditor's name and mailing address**

LINDA P TAYLOR
1479 OAK RIDGE FARM HWY
MOORESVILLE NC 28115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.423. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LINDSAY ADAMS<br>2115 HWY 321 N<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**

LINDSAY ADAMS
2115 HWY 321 N
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.424.   **Priority creditor's name and mailing address**

LLOYD MCDANIEL
100 GLEN VALLEY LANE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.425.   **Priority creditor's name and mailing address**

LUTHER L YATES
308 CEDARBROOK DR
KANNAPOLIS NC 28081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

2.426.  **Priority creditor's name and mailing address**

LYNETTE K EUDY
5603 RIMER ROAD
ROCKWELL NC 28138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.427.  **Priority creditor's name and mailing address**

MARCEL M JEANTY
647 US HWY 321 BYPASS
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.428.  **Priority creditor's name and mailing address**

MARCIA M GOSHORN
1011 PEOPLES CREEK ROAD
ADVANCE NC 27006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.429. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

**2.429.**

**Priority creditor's name and mailing address**

MARCUS J WELDON
27 BLAIR CIRCLE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.430.**

**Priority creditor's name and mailing address**

MARCUS L BELL
647 US HIGHWAY 321 BYPASS
APT 202
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.431.**

**Priority creditor's name and mailing address**

MARIAN MOZIE
1228 RAMSEY ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|

**2.432.** **Priority creditor's name and mailing address**

MARIE W LITTLEJOHN
5008 PECAN DRIVE
SHELBY NC 28152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.433.** **Priority creditor's name and mailing address**

MARILYN DEON COPELAND
478 HARDROCK ROAD
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.434.** **Priority creditor's name and mailing address**

MARK GLAYLUE
200 DAN STREET
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.435. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | MARK A CLODFELTER<br>405 HANEY STREET<br>CHINA GROVE NC 28023 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.436. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | MARK B JOHNSON<br>233 BLYTHECREEK DRIVE<br>BLYTHEWOOD SC 29016 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.437. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | MARK E HINDS<br>P.O. BOX 83<br>ROCKWELL NC 281380083 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

**2.438.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARK E LEE
306 SPURLING ROAD
LAWNDALE NC 28090

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.439.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARK P LAMIE
375 BARGER RD
SALISBURY NC 28146

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.440.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARSHALLA R KITCHENS
790 THELMA GLADNEY ROAD
WINNSBORO SC 29180

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.441. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.441.** **Priority creditor's name and mailing address**

MARSHETTA M WHITAKER
841 FRENWOOD LANE
LUGOFF SC 29078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.442.** **Priority creditor's name and mailing address**

MARTHA A HAMPTON
325 DEERFIELD DR.
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.443.** **Priority creditor's name and mailing address**

MARTHA SAMPSON GIBBS
315 1/2 SOUTH GARDEN STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.444. | Priority creditor's name and mailing address | | |
|---|---|---|---|

**2.444.**

Priority creditor's name and mailing address

MARTIN D MILLER
240 KNOLLVIEW DR.
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.445.**

Priority creditor's name and mailing address

MARTY R FRANCIS
P.O.BOX 740
EARL NC 28038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.446.**

Priority creditor's name and mailing address

MARY ANN WALKER
920 RINGBELLE ROW
BLYTHEWOOD SC 29016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**　　　　　Case number *(if known)* **17-12148**

---

| 2.447. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.447.** **Priority creditor's name and mailing address**

MARY E SHERRILL
1403 PEARL STREET
STATESVILLE NC 28677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.448.** **Priority creditor's name and mailing address**

MARY E TAYLOR
128 PINE BLUFF DRIVE
MOORESVILLE NC 28117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.449.** **Priority creditor's name and mailing address**

MARY L MCCOY
527 KILGORE ROAD
KINGS MOUNTAIN NC 28086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.450. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MATTHEW D LYLES<br>372 PEARSON ROAD<br>BLAIR SC 29015 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Nonpriority amount |
|---|
| UNDETERMINED |

---

| 2.451. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MATTHEW E BALDWIN<br>13 CROCKETT DRIVE<br>LUGOFF SC 29078 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Nonpriority amount |
|---|
| UNDETERMINED |

---

| 2.452. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MATTHEW RICE<br>322 GARIBALDI ROAD<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Nonpriority amount |
|---|
| UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                      Case number *(if known)* **17-12148**

---

**2.453.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.453.**

**Priority creditor's name and mailing address**

MATTIE N WRIGHT
426 RED HILL CHURCH ROAD
BLACKSTOCK SC 29014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
| --- | --- |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.454.**

**Priority creditor's name and mailing address**

MELVIN JOHNSON
P. O. BOX 982
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
| --- | --- |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.455.**

**Priority creditor's name and mailing address**

MELVIN L KOONTZ
2205 WOODLEAF RD APT. 9F
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
| --- | --- |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.456. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MELVIN STRONG<br>880 US HWY. 321 NORTH<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Check all that apply.**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.457. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

MERRILL W GENTRY
323 JACK FRANCIS ROAD
SHELBY NC 28152

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED   UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.458. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

MICHAEL PROPST
P. O. BOX 321
CHINA GROVE NC 28023

As of the petition filing date, the claim is:
*Check all that apply.*

UNDETERMINED   UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.459.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| MICHAEL A PEMBERTON | | UNDETERMINED | UNDETERMINED
| 128 ROWAN MILL ROAD APT A | ☑ Contingent | |
| SALISBURY NC 28147 | ☑ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED

**Date or dates debt was incurred**   **Basis for the claim:**

VARIOUS   WAGES AND SALARY

**Last 4 digits of account number:**   **Is the claim subject to offset?**

☑ No
**Specify Code subsection of PRIORITY
unsecured claim:**11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.460.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| MICHAEL ALEXANDER | | UNDETERMINED | UNDETERMINED
| 410 MILLS CREEK ROAD | ☑ Contingent | |
| WINNSBORO SC 29180 | ☑ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED

**Date or dates debt was incurred**   **Basis for the claim:**

VARIOUS   WAGES AND SALARY

**Last 4 digits of account number:**   **Is the claim subject to offset?**

☑ No
**Specify Code subsection of PRIORITY
unsecured claim:**11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.461.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| MICHAEL D LITTLEJOHN | | UNDETERMINED | UNDETERMINED
| 909 KEARNEY DRIVE | ☑ Contingent | |
| SHELBY NC 28152 | ☑ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED

**Date or dates debt was incurred**   **Basis for the claim:**

VARIOUS   WAGES AND SALARY

**Last 4 digits of account number:**   **Is the claim subject to offset?**

☑ No
**Specify Code subsection of PRIORITY
unsecured claim:**11 U.S.C. § 507(a) (4)   ☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**         Case number *(if known)* **17-12148**

| 2.462. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MICHAEL D RUFTY<br>797 CHERRY ST UNIT 3<br>STATESVILLE NC 28677 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.463. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MICHAEL E FORNEY<br>603 S ROWAN AVE<br>SPENCER NC 28159 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.464. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MICHAEL E KARRIKER<br>500 OAKWOOD DR.<br>SPENCER NC 28159 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.465. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.465.**

**Priority creditor's name and mailing address**

MICHAEL E MCGEE
120 LORAM DRIVE
TROUTMAN NC 28166

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.466.**

**Priority creditor's name and mailing address**

MICHAEL K ALDRIDGE
1115 COUNTRY CLUB DR
HIGH POINT NC 28762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.467.**

**Priority creditor's name and mailing address**

MICHAEL L DURANT
350 CEDARWOOD DRIVE
LEXINGTON NC 27292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.468.**  **Priority creditor's name and mailing address**

MICHAEL LEON ROBINSON
285 CEDAR STREET
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.469.**  **Priority creditor's name and mailing address**

MICHAEL R SHUMAKE
205 AZALEA ROAD
MOORESVILLE NC 28115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.470.**  **Priority creditor's name and mailing address**

MICHAEL T BASINGER
1131 HIGHWAY 64 EAST
MOCKSVILLE NC 27028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**2.471.** **Priority creditor's name and mailing address**

MICHAEL W MABE
287 MICHAELS RD
MOCKSVILLE NC 27028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.472.** **Priority creditor's name and mailing address**

MICHAEL WHITE
329 STIMSON LANE
COLUMBIA SC 29229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.473.** **Priority creditor's name and mailing address**

MICHEAL CRAFT
105 BLAIR CIRCLE
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.474. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MIKEIL O HARVEY<br>4584 MOSSYDALE ROAD<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Nonpriority amount**

UNDETERMINED

---

| 2.475. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MILLIE E JONES<br>1604 PROSPERITY DR.<br>SANFORD NC 27332 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Nonpriority amount**

UNDETERMINED

---

| 2.476. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MOLLIE MCCOREY<br>209 CHATHAM CIRCLE<br>WINNNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Nonpriority amount**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**2.477.** **Priority creditor's name and mailing address**

MONICA B RANEY
298 FALCON CREST LANE
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.478.** **Priority creditor's name and mailing address**

MONIQUE ARTIS
1212 METZE ROAD, APT. 39D
COLUMBIA SC 29210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.479.** **Priority creditor's name and mailing address**

NATASHA J BLANKSCHEN
137 KIMMON RD
HARMONY NC 28634

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

---

**2.480.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| NATHAN C MOORE | *Check all that apply.* | UNDETERMINED | UNDETERMINED
| 3755 THIRD CREEK CHURCH RD | ☒ Contingent | |
| CLEVELAND NC 27013 | ☒ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | WAGES AND SALARY | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.481.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| NATHANIEL OWENS | *Check all that apply.* | UNDETERMINED | UNDETERMINED
| 161 HILLTOP DRIVE | ☒ Contingent | |
| WINNSBORO SC 29180 | ☒ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | WAGES AND SALARY | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.482.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| NC DEPARTMENT OF REVENUE | *Check all that apply.* | $180,000.00 | $180,000.00
| PO BOX 25000 | ☒ Contingent | |
| RALEIGH NC 27640-0002 | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | USE TAX | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | ☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                          Case number *(if known)* **17-12148**

---

| 2.483. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | NICKOLA J BRADSHAW<br>128 ROWAN MILL RD APT B<br>SALISBURY NC 28147 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred** — VARIOUS

**Basis for the claim:** WAGES AND SALARY

**Nonpriority amount** — UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.484. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | NIDA B MABRY<br>17620 STOKES FERRY ROAD<br>NEW LONDON NC 28127 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred** — VARIOUS

**Basis for the claim:** WAGES AND SALARY

**Nonpriority amount** — UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.485. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | NORMAN R RUFTY<br>263 MR. HENRY ROAD<br>MOCKSVILLE NC 27028 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred** — VARIOUS

**Basis for the claim:** WAGES AND SALARY

**Nonpriority amount** — UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**2.486.** **Priority creditor's name and mailing address**

NORMAN S ALSTON
428 WILLOW ROAD
SALISBURY NC 281477749

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.487.** **Priority creditor's name and mailing address**

ODUS J TOMS
186 TRAILWOOD DRIVE
FOREST CITY NC 28043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.488.** **Priority creditor's name and mailing address**

OLIVER F JIMENEZ FELIZ
331 VIEW DRIVE
BLYTHEWOOD SC 29016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.489. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.489.** Priority creditor's name and mailing address

OLIVER R KIZZIAH
319 KIZZIAH DRIVE
ROCKWELL NC 28138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.490.** Priority creditor's name and mailing address

OTIS T GAITHER
121 GREEN STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.491.** Priority creditor's name and mailing address

PAMELA A DICKSON
1920 ANGELL RD
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.492. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.492.** **Priority creditor's name and mailing address**

PAMELA BAIREFOOT
PO BOX 1054
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.493.** **Priority creditor's name and mailing address**

PAMELA L EDWARDS
1212 OLD OAK LANE
WOODLEAF NC 27054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.494.** **Priority creditor's name and mailing address**

PAMELA Y JONES
1210 MCLAUGHLIN
STATESVILLE NC 28677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.495. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.495.** **Priority creditor's name and mailing address**

PATRICIA ANN GAY
1418 MULLIS ROAD
BLYTHEWOOD SC 29016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.496.** **Priority creditor's name and mailing address**

PATRICIA S REAVIS
160 WESTWAY LANE
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.497.** **Priority creditor's name and mailing address**

PATRICK G HUGHES
1152 BROWN HEIGHTS LN
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| **2.498.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**2.498.**

**Priority creditor's name and mailing address**

PATSY W YOUNTS
150 MCCLAMROCK ROAD
MOCKSVILLE NC 27028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.499.**

**Priority creditor's name and mailing address**

PATTI SMITH
110 DOGWOOD AVENUE
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.500.**

**Priority creditor's name and mailing address**

PAUL M PHIFER
320 MORNING GLORY LANE
CLEVELAND NC 27013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

| 2.501. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.501.  **Priority creditor's name and mailing address**

PAUL S LAND
201 FAIRVIEW ST.
SALISBURY NC 28146

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.502.  **Priority creditor's name and mailing address**

PAUL WILSON
80 SWALLOW LANE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.503.  **Priority creditor's name and mailing address**

PEGGY T PRESNELL
454 FAIRFIELD ROAD
P. O. BOX 1432
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.504.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PERVIS RASHEEN RICHARDSON
1039 DENTON DRIVE
COLUMBIA SC 29203

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.505.** **Priority creditor's name and mailing address**

PHILLIP T CARTER
553 PINE RIDGE ROAD
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.506.** **Priority creditor's name and mailing address**

PHYLLIS B MCDOWELL
461 BADDERS ROAD
SANFORD NC 27330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.507. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | Check all that apply. | UNDETERMINED | UNDETERMINED |

**2.507.**

**Priority creditor's name and mailing address**

RACHID A WILLIS
5 SHIVES ST
SALISBURY NC 28144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.508.**

**Priority creditor's name and mailing address**

RALPH M CURLEE
6625 SHERRILLS FORD ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.509.**

**Priority creditor's name and mailing address**

RANDALL T ADAMS
3496 KINCAID BRIDGE ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.510.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

RANDY B REAVIS
P.O. BOX 5
WOODLEAF NC 27054

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.511.** | **Priority creditor's name and mailing address**

RANDY G CLARK
2909 NICOLE DRIVE
SHELBY NC 28152

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.512.** | **Priority creditor's name and mailing address**

RANDY K LIPE
1935 CAUBLE RD.
SALISBURY NC 28144

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 2.513. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.513. **Priority creditor's name and mailing address**

REBA L BELL
1049 DURHAM ROAD
BLACKSTOCK SC 29014

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.514. **Priority creditor's name and mailing address**

RECARIDELL R CAPERS
445B POPULAR STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.515. **Priority creditor's name and mailing address**

REGINA M JENKINS
2760 CHALICE CT
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**  Case number *(if known)* **17-12148**

| 2.516. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.516.** **Priority creditor's name and mailing address**

RENA SANDERS HARRIS
1408A OLD YORK ROAD
CHESTER SC 29706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.517.** **Priority creditor's name and mailing address**

RHONDA C SHERRILL
187 SPRINGWAY LANE
CLEVELAND NC 27013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.518.** **Priority creditor's name and mailing address**

RICHARD A LINTON
404 JORDAN AVE
SPENCER NC 28159

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.519.** **Priority creditor's name and mailing address**

RICHARD B SMITH
1022 COLUMBIA COLLEGE DRIVE
COLUMBIA SC 29203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.520.** **Priority creditor's name and mailing address**

RICHARD C CADE
1016 TOATLEY ROAD
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.521.** **Priority creditor's name and mailing address**

RICHARD M FIGUEROA
178 WELTON WAY
MOORESVILLE NC 28117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.522.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.522.** Priority creditor's name and mailing address

RICHARD M HEAGGANS
245 JUNEY BEAUCHAMP RD.
ADVANCE NC 27006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.523.** Priority creditor's name and mailing address

RICHARD W ELIUM
10215 STOKES FERRY ROAD
GOLD HILL NC 28071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.524.** Priority creditor's name and mailing address

RICKY WOODWARD
6 PALMETTO ROAD
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.525. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RICKY E LEWIS
250 BEAVER STREET
KANNAPOLIS NC 280839770

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

2.526.    **Priority creditor's name and mailing address**

RICKY H CARLTON
2212 MOORESVILLE ROAD
SALISBURY NC 281478816

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

2.527.    **Priority creditor's name and mailing address**

ROACHEL L SELF
292 SMALLWOOD ROAD
RIDGEWAY SC 29130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**2.528.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ROBBIE HARRIS
56 GREENWOOD DRIVE
WINNSBORO SC 29180

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| | | | Total claim | Priority amount |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.529.** | **Priority creditor's name and mailing address**

ROBERT A HILTON
257 OAK GROVE CHURCH ROAD
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.530.** | **Priority creditor's name and mailing address**

ROBERT EDWARD PFLUG
305 THORNHILL DRIVE
SPARTANBURG SC 29301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.531.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| ROBERT H BOYD 1005 AIRPORT ROAD SHELBY NC 28150 | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.532.** **Priority creditor's name and mailing address**
ROBERT L HALL
1180 BALFOUR QUARRY ROAD
SALISBURY NC 28146

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.533.** **Priority creditor's name and mailing address**
ROBERT LOCKEY
28 FAIRVIEW ROAD EXT.
WINNSBORO SC 29180

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.534. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ROBERT O ELLENBURG<br>219 E THIRD STREET<br>SALISBURY NC 28146 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.535. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ROBERT OWENS<br>416 HUDSON ST<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.536. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ROBERT S TODD<br>114 MAY STREET<br>NEW LONDON NC 28127 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

2.537. **Priority creditor's name and mailing address**

ROBERT T DRIVER
211 SILK AND TASSEL ROAD
CLEVELAND NC 27013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.538. **Priority creditor's name and mailing address**

ROBERT WILLIAMS
340 RAMSEY ROAD
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.539. **Priority creditor's name and mailing address**

ROBIN A FRALIX
1035 COOPER LANE
SUMMERTON SC 29148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                          Case number *(if known)* **17-12148**

---

**2.540.** **Priority creditor's name and mailing address**

ROBYN L ALDERSON
3475 MELLON DR
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.541.** **Priority creditor's name and mailing address**

RODNEY D THOMAS
3647 HARROGATE ROAD
COLUMBIA SC 29210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

**2.542.** **Priority creditor's name and mailing address**

RODNEY DWAYNE BELTON
225 PINE STREET APT B
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 2.543. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

2.543.

**Priority creditor's name and mailing address**

RODNEY J HICKMAN
835 A HURLEY SCHOOL RD
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.544.

**Priority creditor's name and mailing address**

ROGER D SHOFFNER
1354 SPRING MEADOW DRIVE
WOODLEAF NC 27054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.545.

**Priority creditor's name and mailing address**

ROGER WINDHAM
4910 US HWY 321 SOUTH
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.546. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ROLAND D BURGESS<br>1312 WEST AVE APT 1312<br>HIGH POINT NC 27260 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**

ROLAND D BURGESS
1312 WEST AVE APT 1312
HIGH POINT NC 27260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.547.   **Priority creditor's name and mailing address**

RONALD B MYERS
5115 HIGHWAY 801
WOODLEAF NC 27054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.548.   **Priority creditor's name and mailing address**

RONALD COLEMAN
2090 OLD CAMDEN ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                           Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| **2.549.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

**2.549.**

**Priority creditor's name and mailing address**

RONALD D GARDNER
328 QUEEN RD
LINWOOD NC 27299

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.550.**

**Priority creditor's name and mailing address**

RONALD D NAIL
388 RIDGE ROAD
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.551.**

**Priority creditor's name and mailing address**

RONALD G TESSNEER
2408 ELLIS ROAD
SHELBY NC 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                         Case number *(if known)* **17-12148**

---

**2.552.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.552.**

**Priority creditor's name and mailing address**

RONALD JEROME GLENN
10 QUALITY DRIVE
BLYTHEWOOD SC 29016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.553.**

**Priority creditor's name and mailing address**

RONALD L WILLIAMS
4159 STILL WATER ROAD
ORANGEBURG SC 29115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.554.**

**Priority creditor's name and mailing address**

RONNIE BEASON
169 RANGE ROAD
KINGS MOUNTAIN NC 28086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**      Case number *(if known)* **17-12148**

---

**2.555.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | UNDETERMINED | UNDETERMINED

ROSANNA JULITHEA DORSEY
2005-A OAKHURST DRIVE
SHELBY NC 28152

☒ Contingent
☒ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.556.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | UNDETERMINED | UNDETERMINED

ROSS E BROWN
1275 COUNTRY HILL DR
SALISBURY NC 28147

☒ Contingent
☒ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.557.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $462,227.68 | $462,227.68

ROWAN COUNTY TAX
ADMINISTRATION
402 N MAIN STREET, STE 101
SALISBURY NC 28144-4392

☒ Contingent
☒ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALISBURY PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.558.** **Priority creditor's name and mailing address**

RUBY DIANE CROCKER
1536 NORTH PIEDMONT AVE.
KINGS MOUNTAIN NC 28086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.559.** **Priority creditor's name and mailing address**

RUDINE COBB
400 HOLMES LANE
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.560.** **Priority creditor's name and mailing address**

RUTH ANN FOSTER
197 LAMPLIGHTER APT DR 12D
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 2.561. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.561.   **Priority creditor's name and mailing address**

RYAN S SMITH
1414 SOUTH POST RD
SHELBY NC 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.562.   **Priority creditor's name and mailing address**

SAM J BLACK
1118 BUFFALO STREET
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.563.   **Priority creditor's name and mailing address**

SAMMIE L WALKER
128 ST. LUKE CHURCH ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.564. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SAMUEL J HILLIAN
313 SOUTHERN ST PO BOX 60
EAST SPENCER NC 28039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.565.   **Priority creditor's name and mailing address**

SANDRA S SPRINKLE
709 MILLING ROAD
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.566.   **Priority creditor's name and mailing address**

SANDRA W SMITH
5875 CHENUALT ROAD
CLEVELAND NC 27013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.567. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|-----------------------------------------------|------------------------------------------------|-------------|-----------------|

**2.567.** **Priority creditor's name and mailing address**

SANDY W. HAMPTON
1914 WESTEND ROAD
CHESTER SC 29706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.568.** **Priority creditor's name and mailing address**

SANJAY MOHANDAS
2757 BELMONT VIEW LOOP
CARY NC 27519

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.569.** **Priority creditor's name and mailing address**

SARA M KIMBALL
621 DUCK DRIVE
CHINA GROVE NC 28023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

---

**2.570.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.570.**

**Priority creditor's name and mailing address**

SC DEPARTMENT OF REVENUE
300A OUTLET POINT BLVD
COLUMBIA SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$78,793.71

**Priority amount**
$78,793.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.571.**

**Priority creditor's name and mailing address**

SCOTT B YOUNG
1676 WEST PEACH ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.572.**

**Priority creditor's name and mailing address**

SCOTT C SHAVER
213 BEAN ROAD
MOCKSVILLE NC 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**2.573.** **Priority creditor's name and mailing address**

SELANA BOWERS LIPE
1935 CAUBLE RD.
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.574.** **Priority creditor's name and mailing address**

SELENA JENNIFER LYLES
17315 NEWBERRY ROAD
BLAIR SC 29015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.575.** **Priority creditor's name and mailing address**

SHARON J DERYCK
550 HOPE HILL RD. #11
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.576.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.576.**

**Priority creditor's name and mailing address**

SHARON S BEAM
827 HAMRICK ST.
SHELBY NC 28152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.577.**

**Priority creditor's name and mailing address**

SHAWN A BROOME
420 FRASIER STREET
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.578.**

**Priority creditor's name and mailing address**

SHAYN S MACK
121 WASHINGTON STREET
GREAT FALLS SC 29055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**2.579.** **Priority creditor's name and mailing address**

SHEENA L SADDLER
204 CLAYTENNA RD
SHELBY NC 28152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.580.** **Priority creditor's name and mailing address**

SHEILA G TATUM
311 HOLLINGSWOOD DRIVE
STATESVILLE NC 28625

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.581.** **Priority creditor's name and mailing address**

SHEILA L MORROW
1145 BARROW LN
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.582. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.582.** **Priority creditor's name and mailing address**

SHELIA DURHAM
725 WEST SUMTER STREET APT 16
SHELBY NC 28150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.583.** **Priority creditor's name and mailing address**

SHELIA G LEWIS
122 MARCEL ROAD
STATESVILLE NC 28625

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.584.** **Priority creditor's name and mailing address**

SHERRY C TAYLOR
145 PARKS ROAD
WOODLEAF NC 27054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.585. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | SHERRY D BAXLEY<br>1218 EDGEFIELD DRIVE<br>SALISBURY NC 28146 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

| Nonpriority amount |
|---|
| UNDETERMINED |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.586. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | SHERRY L STONER<br>7303 STOKES FERRY ROAD<br>SALISBURY NC 28146 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

| Nonpriority amount |
|---|
| UNDETERMINED |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.587. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | SHIRLEY A EASTERLING<br>1638 W. COLONIAL DR.<br>SALISBURY NC 28144 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

| Nonpriority amount |
|---|
| UNDETERMINED |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.588. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | SHIRLEY RICHARDS<br>17 NICK JAMES DRIVE<br>JENKINSVILLE SC 29065 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.589. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | SHON L CAMPBELL<br>898 RIVER HILL RD<br>STATESVILLE NC 28625 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.590. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | SHONNA ANDREA MILTON<br>144 DUNN STREET<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

| 2.591. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.591.**

**Priority creditor's name and mailing address**

SILAS BENTON LANGFITT
305 STEVENS ST
MONROE NC 28112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

**2.592.**

**Priority creditor's name and mailing address**

STANLEY A GADDY
2500 MOSSWOOD DRIVE
FLORENCE SC 29501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

**2.593.**

**Priority creditor's name and mailing address**

STEFFI SHAVER LOFLIN
205 MILTON STREET
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

Debtor **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.594. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.594. **Priority creditor's name and mailing address**

STEPHAN F SHERRIFF
565 ROGER DRIVE
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.595. **Priority creditor's name and mailing address**

STEPHANIE H WHITE
PO BOX 843
EAST SPENCER NC 28039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.596. **Priority creditor's name and mailing address**

STEPHANIE L WHITE
285 CHASE DR
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.597. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---|---|---|---|
| | STEPHANIE R CRAIG<br>312 SCOTT ROAD<br>SALISBURY NC 28146 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          WAGES AND SALARY

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.598. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---|---|---|---|
| | STEVE A BROWN<br>83 MILO DRIVE<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          WAGES AND SALARY

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.599. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---|---|---|---|
| | STEVEN A BURTON<br>294 CHESTNUT GROVE ROAD<br>STATESVILLE NC 28625 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          WAGES AND SALARY

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

**Nonpriority amount**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.600. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STEVEN A SCOTT
709 MILLING ROAD
MOCKSVILLE NC 27028

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.601. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STEVEN E OWENS
170 COUNTRY LN
SALISBURY NC 28144

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.602. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STEVEN G JACOBS
1060 STARDUST DR.
WOODLEAF NC 27054

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.603. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.603.**

**Priority creditor's name and mailing address**

STEVEN GRIER SMALL
1811 LOGAN TERRY DRIVE
LANCASTER SC 29720

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.604.**

**Priority creditor's name and mailing address**

STEVEN J STOLTZ
9120 TENBY LANE
MATTHEWS NC 28104

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.605.**

**Priority creditor's name and mailing address**

STEVEN M COX
PO BOX 114
612 EAST LYERLY ST
GRANITE QUARRY NC 28072

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.606. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.606.** **Priority creditor's name and mailing address**

STEVEN S LAMBERTH
1228 EUFOLA ROAD
STATESVILLE NC 28677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.607.** **Priority creditor's name and mailing address**

STEVEN T GOODNIGHT
240 ROGER DRIVE
SALISBURY NC 281478876

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.608.** **Priority creditor's name and mailing address**

SUNSHINE N PENNY
2912-D STONEY BROOK AVE.
GASTONIA NC 28054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.609. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SUSAN ROBERTA KELLY
823 WAITMAN ROAD
LEXINGTON NC 27295

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.610. **Priority creditor's name and mailing address**

SUSAN S KEARNS
302 ORCHARD ROAD
ROCKWELL NC 28138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.611. **Priority creditor's name and mailing address**

SYLVESTER CULBERTSON
2470 AMITY HILL ROAD
CLEVELAND NC 27013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED
**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

---

**2.612.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.612.** **Priority creditor's name and mailing address**

SYLVESTER TERRY
17 ROYAL HILLS LANE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.613.** **Priority creditor's name and mailing address**

SYLVIA B BOLER
606 CANDLEWICK DRIVE
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.614.** **Priority creditor's name and mailing address**

TABITHA A GRAY
250 JESSICA LEE LANE
TAYLORSVILLE NC 28681

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 2.615. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

2.615.

**Priority creditor's name and mailing address**

TAKILYA Q BROWN
100 CASTLEWOOD DRIVE APT 5
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.616.

**Priority creditor's name and mailing address**

TAMMY L KRATHWOHL
150 MURRAY DRIVE
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.617.

**Priority creditor's name and mailing address**

TAMMY M JENKINS
110 RANDOM DRIVE
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

2.618.  **Priority creditor's name and mailing address**

TANDRA M BLACKWOOD
2345 STATESVILLE BLVD.
APT 152
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

2.619.  **Priority creditor's name and mailing address**

TANGELA M ALLEN
1450 MCCANLESS ROAD
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

2.620.  **Priority creditor's name and mailing address**

TANYA V ROBINSON
316 S CRAIGE ST
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.621. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TARA A PHARR<br>1024 WEST MONROE ST<br>SALISBURY NC 28144 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.622. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TERESA A J OWENS<br>286 RESERVOIR ROAD<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.623. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TERESA ANN RAMSEY<br>P. O. BOX 634<br>GROVER NC 28073 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☒ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.624.** | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

**2.624.**

**Priority creditor's name and mailing address**

TERESA D FEREBEE
2545 AIRPORT ROAD
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.625.**

**Priority creditor's name and mailing address**

TERESA H GREENE
3731 LAVISTA DR
SHELBY NC 28152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.626.**

**Priority creditor's name and mailing address**

TERESA WILSON ODEN
7405 STONE MOUNTAIN COURT
CHARLOTTE NC 28262

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| | | |
|---|---|---|

**2.627.** **Priority creditor's name and mailing address**

TERRY D BROWN
1390 KING ROAD
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.628.** **Priority creditor's name and mailing address**

TERRY L MOWERY
1016 FAITH ROAD
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.629.** **Priority creditor's name and mailing address**

TERRY L MULLINAX
209 JOHN E. RANDALL ROAD
SHELBY NC 28152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.630.** **Priority creditor's name and mailing address**

TERRY LOUISE FOSTER
372 SYRUP MILL ROAD
RIDGEWAY SC 29130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.631.** **Priority creditor's name and mailing address**

TERRY R MCINTYRE
5106 CIRCLE DR.
SHELBY NC 28152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.632.** **Priority creditor's name and mailing address**

TERRY S RICHARDSON
325 UPPER DEAL ST
CHEROKEE FALLS SC 29702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 2.633. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TEVIN T SAMPSON<br>5770 OLD AIRPORT ROAD<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.634. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | THERESA A CARLTON<br>2212 MOORESVILLE ROAD<br>SALISBURY NC 281478816 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.635. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | THERESA L SHOLAR<br>3475 MELLON DRIVE<br>SALISBURY NC 28144 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES AND SALARY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.636. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.636.** **Priority creditor's name and mailing address**

THERESA PALMER
P O BOX 314
BLYTHEWOOD SC 29016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.637.** **Priority creditor's name and mailing address**

THOMAS B MCSWAIN
P O BOX 276
106 SCHOOL STREET
CLEVELAND NC 27013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.638.** **Priority creditor's name and mailing address**

THOMAS B RANEY
170 WINDY HILL DRIVE
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                      Case number *(if known)* **17-12148**

| 2.639. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.639.** **Priority creditor's name and mailing address**

THOMAS E. EVANS
4620 MOBLEY HWY.
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.640.** **Priority creditor's name and mailing address**

THOMAS M KUBEL
1097 BALMORAL DR
CARY NC 27511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.641.** **Priority creditor's name and mailing address**

TIARA R PIKE
105 BELVEDERE COURT
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.642. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

TIKILLA M WALKER
106 HILLTOP DRIVE
WINNSBORO SC 29180

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.643. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

TILDEN L TOLLIVER
POST OFFICE BOX 5
TURNERSBURG NC 28688

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.644. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

TIM R CREASON
14640 COOL SPRINGS ROAD
CLEVELAND NC 27013

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**       Case number *(if known)* **17-12148**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.645.** | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

TIMOTHY D DAVIS
228 DOTY ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.646.** | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

TIMOTHY D MUSKELLY
245 FREEDOM DRIVE
SALISBURY NC 281479011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.647.** | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

TIMOTHY D VINSON
2628-1 BALLPARK ROAD
LAWNDALE NC 28090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.648. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**2.648.**

**Priority creditor's name and mailing address**

TIMOTHY E BARRON
200 SALUDA RIVER ROAD APT 5A
COLUMBIA SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.649.**

**Priority creditor's name and mailing address**

TIMOTHY JONES
316 FRASIER ST
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.650.**

**Priority creditor's name and mailing address**

TIMOTHY L WEAVER
545 ACORN OAKS DRIVE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.651. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.651.**

**Priority creditor's name and mailing address**

TIMOTHY S CHAFFIN
10825 STOKES FERRY RD
GOLD HILL NC 28071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.652.**

**Priority creditor's name and mailing address**

TIMOTHY WHITE
1093 ST. BARNABAS CHURCH ROAD
JENKINSVILLE SC 29065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.653.**

**Priority creditor's name and mailing address**

TODD L DUNCAN
1613 WESSON RD
SHELBY NC 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 2.654. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**
TOMMY L ELLIS
6785 LONG BRANCH RD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.655.   **Priority creditor's name and mailing address**
TONIKA L ROBERTS
4163 HUNTERIDGE LANE
KANNAPOLIS NC 28081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.656.   **Priority creditor's name and mailing address**
TONY D MEDLIN
2203 PENNSYLVANIA AVE
KANNAPOLIS NC 28083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.657.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
|---|---|---|---|
| | TONY L BURLESON<br>1310 ST. PETERS CHURCH ROAD<br>GOLD HILL NC 28071 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.658.** **Priority creditor's name and mailing address**

TONY NATHANIEL HALL
1524 RAMSEY ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.659.** **Priority creditor's name and mailing address**

TORRI J BOYD
1036 ROCKY KNOLL DRIVE
COLUMBIA SC 29203

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.660. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.660. **Priority creditor's name and mailing address**

TRACY STEPHENS
207 ALDERSTON WAY
COLUMBIA SC 29229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.661. **Priority creditor's name and mailing address**

TRACY F RIPPY
413 STROUD ROAD
SHELBY NC 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.662. **Priority creditor's name and mailing address**

TRACY JONES
344 GARIBARDI ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.663. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TRAVIS L LITTLEJOHN<br>308 ROSEMONT AVE<br>KANNAPOLIS NC 28081 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.664. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TRAVIS S WIMBUSH<br>107 CHAMBWOOD LN<br>SHELBY NC 28152 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.665. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TRECIA R CHALMERS<br>648 SPRING LANE<br>SANFORD NC 27330 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

| 2.666. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.666.** **Priority creditor's name and mailing address**

TREVIA TOMIKI YOUNG
47 ARDENS DRIVE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.667.** **Priority creditor's name and mailing address**

TRICIA M HARRIS
206 1/2 CALHOUN STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.668.** **Priority creditor's name and mailing address**

TROY L ROBINSON
452 WEST COLLEGE STREET
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.669. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TROY TREMYANE LAWRY<br>631 ASHFORD FERRY ROAD<br>BLAIR SC 29015 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**

TROY TREMYANE LAWRY
631 ASHFORD FERRY ROAD
BLAIR SC 29015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.670.

**Priority creditor's name and mailing address**

TURNICE SAMUEL
2941 SMALLSTOWN RD.
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.671.

**Priority creditor's name and mailing address**

TYQUERN MORTRAIL FOSTER
257 GLORIA TRAIL
COLUMBIA SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**2.672.** **Priority creditor's name and mailing address**

UNITED STATES TREASURY
10TH ST AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129,299.24 | $129,299.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.673.** **Priority creditor's name and mailing address**

VAN W WALKER
2094 BOSTIC/SUNSHINE HWY
BOSTIC NC 28018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.674.** **Priority creditor's name and mailing address**

VANESSA B MASK
2417 ELEANOR DRIVE
SHELBY NC 28150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.675. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | VELVIE L GRAY<br>4840 NEEDMORE ROAD<br>CLEVELAND NC 27013 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.676. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | VICENTE U ANCHETA<br>702 W. CEMETERY ST.<br>SALISBURY NC 28144 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.677. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | VICKI E GASTON<br>225 PATRIOT CIRCLE<br>SALISBURY NC 28147 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 2.678. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

VICKI L BURTON
1136 EULALIA LA
CATAWBA NC 28609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.679.   **Priority creditor's name and mailing address**

VICKIE D PARKER
4835 JACK BROWN ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.680.   **Priority creditor's name and mailing address**

VICTOR J KENDALL
401 BUFORD DRIVE
LANDIS NC 28088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**2.681.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| VICTORIA D CARTER<br>338 HWY 321 BY PASS N APT 35<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED

Total claim: UNDETERMINED · Priority amount: UNDETERMINED · Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.682.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| VIDA JANE BARBEE<br>320 GATTON ROAD<br>CLEVELAND NC 27013 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED

Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.683.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| VINAY B PATEL<br>414 OAK BROOK DRIVE<br>SALISBURY NC 28146 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED

Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.684. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |

**2.684.** **Priority creditor's name and mailing address**

VINCENT BELTON
P. O. BOX 348
RIDGEWAY SC 29130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.685.** **Priority creditor's name and mailing address**

VIOLA R SMITH
230 WEST GRAHAM ST
SHELBY NC 28150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.686.** **Priority creditor's name and mailing address**

VIOLA T ELLIS
6785 LONG BRANCH ROAD
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.687. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.687.** **Priority creditor's name and mailing address**

WALTER FOSTER
89 OLD CHESTER ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.688.** **Priority creditor's name and mailing address**

WALTER GADSON
5430 RESERVOIR ROAD
WINNSBORO SC 29180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.689.** **Priority creditor's name and mailing address**

WANDA W STEELE
1127 STOKES AVE
STATESVILLE NC 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.690. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | WAYNE H RAY<br>406 WOODHAVEN DRIVE<br>CHINA GROVE NC 28023 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Total claim** — UNDETERMINED
**Priority amount** — UNDETERMINED
**Nonpriority amount** — UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.691. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

WAYNE J MILLER
108 LEANNA CT.
SHELBY NC 28152

UNDETERMINED   UNDETERMINED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.692. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

WENDELL MORGAN
1328 DAVE COLE ROAD
BLAIR SC 29015

UNDETERMINED   UNDETERMINED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.693. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | WESLEY A MILLER<br>150 NORTH STREET<br>SALISBURY NC 28147 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       WAGES AND SALARY

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                              ☑ No
**Specify Code subsection of PRIORITY         ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.694. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | WESLEY J GANTT<br>584 LEDFORD RD<br>ELLENBORO NC 28040 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       WAGES AND SALARY

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                              ☑ No
**Specify Code subsection of PRIORITY         ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.695. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | WILLIAM A BROWN<br>25 TRADE MILL COURT<br>WINNSBORO SC 29180 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       WAGES AND SALARY

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                              ☑ No
**Specify Code subsection of PRIORITY         ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

2.696.   **Priority creditor's name and mailing address**

WILLIAM E VINSON
710 EAST ZION CHURCH RD
SHELBY NC 28150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.697.   **Priority creditor's name and mailing address**

WILLIAM HOPKINS
15908 HWY 21 NORTH
GREAT FALLS SC 29055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.698.   **Priority creditor's name and mailing address**

WILLIAM K MCDONALD
3427 KATRINA DRIVE
THOMASVILLE NC 27360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.699. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.699.** Priority creditor's name and mailing address

WILLIAM K WALKUP
151 HILLNDALE LANE
STATESVILLE NC 28677

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED
**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.700.** Priority creditor's name and mailing address

WILLIAM L GREGORY
631 TURNERSBURG HWY
STATESVILLE NC 28625

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED
**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.701.** Priority creditor's name and mailing address

WILLIAM L REAVIS
160 WESTWAY LANE
SALISBURY NC 28147

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**   UNDETERMINED
**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.702. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.702.**

**Priority creditor's name and mailing address**

WILLIAM MICHAEL RANEY
298 FALCON CREST LANE
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.703.**

**Priority creditor's name and mailing address**

WILLIAM ODELL WALLER
3560 POTNECK ROAD
WOODLEAF NC 27054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.704.**

**Priority creditor's name and mailing address**

WILLIAM R TURNER
267 BRIDGES ROAD
BLACKSBURG SC 29702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES AND SALARY

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                              Case number *(if known)* **17-12148**

---

| 2.705. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

WILLIAM T BALL
205 RUMLEY LANE UNIT H
STATESVILLE NC 28625

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.706. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

WILLIE A FEASTER
1101 DURHAM ROAD
BLACKSTOCK SC 29014

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.707. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

WILLIE J GRAHAM
1204 BELL ST.
SALISBURY NC 28144

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC** Case number *(if known)* **17-12148**

| 2.708. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | WILLIE L THOMPSON<br>8075 ASHFORD FERRY ROAD<br>CARLISLE SC 29031 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.709. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | WILLIE MOZIE<br>320 BOB WHITE DRIVE<br>WINNSBORO SC 29180 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.710. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | WILLIE R. BELTON<br>600 GREENSPRINGS DR.<br>COLUMBIA SC 29223 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | | Nonpriority amount |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.711. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

2.711.  **Priority creditor's name and mailing address**

YOLANDA Y BELK
1132 WYLIE ROAD
CHESTER SC 29706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES AND SALARY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.**      **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1.   **Nonpriority creditor's name and mailing address**

1099 PRO INC
23901 CALABASAS RD, STE 2080
CALABASAS CA 91302-4104

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2.   **Nonpriority creditor's name and mailing address**

3M FILM MANUFACTURING OPERATIONS
3M CENTER 223-65-07
ST PAUL MN 55144

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.3.   **Nonpriority creditor's name and mailing address**

3NS PROPERTIES, LLC DBA/POSTNET
135 MOUNTAIN RD.
CLEVELAND NC 27013

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.4.**

**Nonpriority creditor's name and mailing address**

A&D ENVIRONMENTAL SERVICES, INC.
2718 UWHARRIE ROAD
ARCHDALE NC 27263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.5.**

**Nonpriority creditor's name and mailing address**

AAA COOPER TRANSPORTATION
PO BOX 935003
ATLANTA GA 31193-5003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$56.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.6.**

**Nonpriority creditor's name and mailing address**

AB CARTER INC
4801 YORK HIGHWAY
GASTONIA NC 28053-0518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,242.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                      Case number *(if known)* **17-12148**

---

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABB INC
29801 EUCLID AVENUE
CHICAGO IL 60695-1868

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABERNATHY-THOMAS ENGINEERING CO
535 EAST SULLIVAN STREET
KINGSPORT TN 37660

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABS ENGINEERING, INC.
1416 CHAPIN ROAD
CHAPIN SC 29036

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AC CONTROLS COMPANY INC
PO BOX 63243
CHARLOTTE NC 28263-3243

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,513.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCOUNTING PRINCIPALS, INC
DEPT CH 14031
PALATINE IL 60055

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACTION INDUSTRIAL GROUP
1021 GEORGE ROGERS BLVD.
COLUMBIA SC 29202

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ACXIOM INFORMATION SECURITY SVCS
6111 OAK TREE BLVD
INDEPENDENCE OH 44131

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                            VENDOR

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ADDIVANT USA LLC
BENSON ROAD
MIDDLEBURY CT 06762

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                            VENDOR

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ADMIRAL INSURANCE CO., NW 5117
PO BOX 1450
MINNEAPOLIS MN 55485-5117

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                            VENDOR

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.16. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ADVANCED DOOR SYSTEMS, INC.<br>1601 KEY ROAD<br>ATLANTA GA 30353-4206 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.17. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ADVANCED PNEUMATICS COMPANY, INC.<br>PO BOX 934179<br>ATLANTA GA 31193-4179 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.18. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ADVANCED PRODUCTS OF SC INC<br>3804 CALHOUN MEMORIAL HWY<br>EASLEY SC 29640 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

| | |
|---|---|
| **3.19.** | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ADVANTAGE GROUP INC<br>3221 HIGHLAND AVE NE<br>HICKORY NC 28601 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.20.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| ADVISORY FINANCIAL GROUP, LLC<br>800 CORPORATE DRIVE, STE 102<br>FORT LAUDERDALE FL 33334 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.21.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| AEC MAGNETICS<br>10200 SPRINGFIELD PIKE<br>CINCINNATI OH 45215 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $393.47 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.22.

**Nonpriority creditor's name and mailing address**

AERIAL EQUIPMENT SERVICES INC
119 MAGNOLIA PARK DR SUITE B
MOORESVILLE NC 28117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$12,404.00

---

3.23.

**Nonpriority creditor's name and mailing address**

AERIAL PROFESSIONAL SERVICES LLC
PO BOX 306
CONOVER NC 28613

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.24.

**Nonpriority creditor's name and mailing address**

AERO SERVICES
8551 OLD PERCIVAL ROAD
COLUMBIA SC 29204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,285.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

---

**3.25.**   **Nonpriority creditor's name and mailing address**

AEROTEK
SHOOK, HARDY & BACON L.L.P.
1155 F STREET NW, SUITE 200
JOHN A. TURNER III
WASHINGTON DC 20004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.26.**   **Nonpriority creditor's name and mailing address**

AETNA FELT CORP
2401 W EMAUS AVE
ALLENTOWN PA 18103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.27.**   **Nonpriority creditor's name and mailing address**

AFCO CREDIT CORPORATION
PO BOX 120809
DALLAS TX 75312-0809

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.28.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.28.**

**Nonpriority creditor's name and mailing address**

AFI SYSTEMS LLC
10801 NATIONS FORD ROAD
PINEVILLE NC 28134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.29.**

**Nonpriority creditor's name and mailing address**

AG ENVIRONMENTAL MANAGEMENT LLC
ASHETON DRIVE
TRINITY NC 27370

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.30.**

**Nonpriority creditor's name and mailing address**

AGGREKO LLC
4607 W ADMIRAL DOYLE DRIVE
NEW IBERIA LA 70560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

**3.31.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AGROMECK
514 DANIELS ST. # 150
RALEIGH NC 27605

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.32.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AGS LORRAINE
59 AVENUE DE THIONVILLE
WOIPPY 57140
FRANCE

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.33.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AGSCO CORP
60 CHAPIN ROAD
PINE BROOK NJ 07058

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,512.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIR CENTERS OF SOUTH CAROLINA INC
PO BOX 565
COLUMBIA SC 29202-0565

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIR COMPONENTS & SYSTEMS LTD
6000 GENERAL COMMERCE DRIVE
CHARLOTTE NC 28213

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,292.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIR LIQUIDE INDUSTRIAL
3225 SOLUTIONS CTR
CHICAGO IL 60677-3002

☑ Contingent
☐ Unliquidated
☐ Disputed

$27,224.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.37. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIRGAS INC
PO BOX 532609
ATLANTA GA 30353-2609

☑ Contingent
☐ Unliquidated
☐ Disputed

$9,677.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.38. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIRPOWER, INC.
1430 TRINTY AVE.
HIGH POINT NC 27260

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.39. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AKRON RUBBER DEVELOPMENT LAB. INC
300 KENMORE BLVD
AKRON OH 44301

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.40.**

**Nonpriority creditor's name and mailing address**

AKZO NOBEL PANITS LLC
110 ARROWOOD DRIVE
COLUMBIA NC 29210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.41.**

**Nonpriority creditor's name and mailing address**

ALABAMA INS GUARANTY ASSOC
2020 CANYON ROAD, SUITE 200
BIRMINGHAM AL 35216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,024.57

---

**3.42.**

**Nonpriority creditor's name and mailing address**

ALARM SECURITY GROUP LLC
9401-T SOUTHERN PINE BLVD, STE 240
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,130.62

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                      Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.43. | **Nonpriority creditor's name and mailing address**

ALBIS BARNET POLYMERS, LLC
99 PARK AVENUE
NEW YORK NY 10016-1589

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.44. | **Nonpriority creditor's name and mailing address**

ALDRICH CHEMICAL CO INC
PO BOX 355
MILWAUKEE WI 53201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.45. | **Nonpriority creditor's name and mailing address**

ALFA LAVAL THERMAL INC
5400 INTERNATIONAL TRADE DR
RICHMOND VA 23231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$924.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                          Case number *(if known)* **17-12148**

---

**3.46.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALL AMERICAN POLY OF GEORGIA
135 INDUSTRIAL PARK CIRCLE
LAWRENCEVILLE GA 30045

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.47.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALL STATE SUPPLY COMPANY
4844 HWY 421 NORTH
WILMINGTON NC 28401

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.48.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALLEGIS GROUP HOLDINGS
7301 PARKWAY DRIVE
HANOVER MD 21076

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,279.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.49. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALLIED ELECTRONICS INC
801 JONES FRANKLIN RD STE 290
FORT WORTH TX 27606

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,620.52

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    VENDOR

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALLSTAR WILDLIFE
720 BOILING SPRINGS ROAD
LEXINGTON SC 29073

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    VENDOR

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALTUS GLOBAL TRADE SOLUTIONS
STORM MCINTYRE
2400 VETERANS MEMORIAL BLVD
STE 300
KENNER LA 70062

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.52. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICA STARLINGER-SAHM, INC.
PRESIDENT
11 JACK CASEY COURT
FOUNTAIN INN SC 29644

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN & EFIRD LLC
PO BOX 741988
ATLANTA GA 30374

☑ Contingent
☑ Unliquidated
☐ Disputed

$235,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CUSTOMER REBATES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN (MTS) OF NC, INC
1825 N ROCKY RIVER RD
MONROE NC 28110

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,080.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.55. **Nonpriority creditor's name and mailing address**

AMERICAN CASTER & MTRL HANDLIN
1465 SALINE STREET
N. KANSAS CITY MO 64116

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$57,556.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.56. **Nonpriority creditor's name and mailing address**

A-MERICAN CASTERS AND MATERIAL
HANDLING
KEZIAH GATES LLP
PO BOX 2608
ANDREW S LASINE
HIGH POINT NC 27261-2608

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.57. **Nonpriority creditor's name and mailing address**

AMERICAN EQUIPMENT COMPANY INC
2106 ANDERSON ROAD
CHARLOTTE NC 29611

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.58.  **Nonpriority creditor's name and mailing address**

AMERICAN FORMS MANUFACTURING INC
170 TARHEEL DR
GASTONIA NC 28056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.59.  **Nonpriority creditor's name and mailing address**

AMERICAN LABELS AND PRINTING
1710 WHITNEY LANE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.60.  **Nonpriority creditor's name and mailing address**

AMERICAN ROLLER
1525 11TH AVENUE
UNION GROVE WI 53182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.61.   **Nonpriority creditor's name and mailing address**

AMERICAN SAFETY COMPANY INC
PO BOX 1740
SHELBY NC 28151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.62.   **Nonpriority creditor's name and mailing address**

AMERICAN STARLINGER SAHM INC
11 JACK CASEY COURT
FOUNTAIN INN SC 29644

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$39,826.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.63.   **Nonpriority creditor's name and mailing address**

AMERICAN TRUETZSCHLER, INC.
12300 MOORES CHAPEL RD
CHARLOTTE NC 28214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAS' SAP USERS' GROUP (ASUG)
401 N MICHIGAN AVE
CHICAGO IL 60611-4267

☑ Contingent

☐ Unliquidated

☐ Disputed

$2,300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.65. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICHEM, INC.
PO BOX 932509
CLEVELAND OH 44193-0030

☑ Contingent

☐ Unliquidated

☐ Disputed

$26,962.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.66. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMES TEXTILES CORP
200 INDUSTRIAL DR
CHRISTIANBURG VA 24073

☑ Contingent

☐ Unliquidated

☐ Disputed

$5,985.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.67.  **Nonpriority creditor's name and mailing address**

AMETEK DREXELBROOK
PO BOX 8500
PHILADELPHIA PA 19178-7455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.68.  **Nonpriority creditor's name and mailing address**

AMETEK INC
101 N. INDEPENDENCE MALL E. LBX 745
PHILADELPHIA PA 19106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.69.  **Nonpriority creditor's name and mailing address**

AMETEK/DREXELBROOK
2536 PLANTATION CENTER DR
MATTHEWS NC 28105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANALYTICAL TESTING SERVICES INC
PO BOX 20534
ROANOKE VA 24018

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANCHOR QEA OF NORTH CAROLINA,
231 HAYWOOD STREET
ASHEVILLE NC 28801

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,796.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDRESS ENGINEERING ASSOCIATES INC
131 AIRPARK INDUSTRIAL RD
ALABASTER AL 35007

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANGUIL ENVIRONMENTAL SYSTEMS INC.
8855 NORTH 5TH STREET
MILWAUKEE WI 53223

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANITA PLASTICS INC
49 EPPS MARTIN RD
ROXBORO NC 27574

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANTON PAAR USA INC.
10215 TIMBER RIDGE DRIVE
ASHLAND VA 23005

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.76. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.76.**

**Nonpriority creditor's name and mailing address**

APEXICAL INC
PO BOX 2486
SPARTANBURG SC 29304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.77.**

**Nonpriority creditor's name and mailing address**

API BASCO INC
2777 WALDEN AVE
BUFFALO NY 14225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.78.**

**Nonpriority creditor's name and mailing address**

APOLLO CHEMICAL
PO BOX 405490
ATLANTA GA 30384-5490

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPALACHIAN ELECTRONIC
100 AEI DRIVE - FAIRLEA
RONCEVERTE WV 24970-0518

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPLIED INDUSTRIAL CONTROLS
1860 SOUTH LEE CT
BUFORD GA 30518

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPLIED INDUSTRIAL TECHNOLOGIES
22510 NETWORK PLACE
CHICAGO IL 60673-1225

☑ Contingent
☐ Unliquidated
☐ Disputed

$41,321.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPLIED INDUSTRIAL TECHNOLOGIES
ARLENA BURTON
22510 NETWORK PLACE
CHICAGO IL 60673-1225

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPLIED PROCESS SOLUTIONS
2532 RADRICK LANE
CHARLOTTE NC 28262

☑ Contingent
☐ Unliquidated
☐ Disputed

$17,145.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPLIED ROLLER TECHNOLOGY INC
PO BOX 26825
CHARLOTTE NC 28221

☑ Contingent
☐ Unliquidated
☐ Disputed

$15,888.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APV NORTH AMERICA INC
14689 COLLECTION CENTER DR
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AQUA PRODUCTS CO. INC.
14301 C R KOON HWY
NEWBERRY SC 29108

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARAMARK REFRESHMENT SERVICES LLC
11800 STATESVILLE ROAD
HUNTERSVILLE NC 28078

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARBON EQUIPMENT CORP
25464 NETWORK PLACE
CHICAGO IL 60673-1254

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,525.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.89. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCHROMA U.S., INC.
32290 COLLECTION CENTER DR
CHICAGO IL 60693-0322

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,125.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.90. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCHWAY SALES INC
4155 MANCHESTER AVENUE
ST LOUIS MO 63110

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARMSTRONG ENGINEERING ASSOCIATE INC
PO BOX 566
WEST CHESTER PA 19381-0566

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARTEVA SPECIALTIES S DEL RL DE CV
PROL. PASEO DE LA REFORMA
COL. DESARROLLO SANTA FE DF 01109
MEXICO

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARTMORE PLASTICS CORP
PO BOX 3187
CUMBERLAND MD 21504-3187

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.94.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ASG SECURITY | | UNDETERMINED
| 12301 KILN COURT STE A | ☑ Contingent |
| BELTSVILLE MD 20705 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.95.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ASHLAND CHEMICAL CO | | UNDETERMINED
| PO BOX 30607 | ☑ Contingent |
| CHARLOTTE NC 28230 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.96.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ASHLAND INC | | UNDETERMINED
| PO BOX 116735 | ☑ Contingent |
| ATLANTA GA 30368-6735 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.97.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ASPEN TECHNOLOGY INC
20 CROSBY DRIVE
BEDFORD MA 01730

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.98.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ASSOCIATED PACKAGING INC
2049 OLD MOUNTAIN RD
NASHVILLE TN 37244-0088

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.99.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

AT&T
PO BOX 105068
ATLANTA GA 30348-5068

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$17,713.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

3.100.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ATLAN-TEC INC
3215 BRYSON DR
FLORENCE SC 29501-6011

$3,845.10

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.101.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

ATLANTIC ELECTRIC SYSTEMS INC
2011 ELK ROAD SW
SUPPLY NC 28462

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.102.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

ATLANTIC HYDRAULICS
PO BOX 603101
CHARLOTTE NC 28260-3101

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.103.**    **Nonpriority creditor's name and mailing address**

ATLANTIC LOCOMOTIVE INC
9108 VALLEY BROOK CT
MARVIN NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $1,160.50 |

---

**3.104.**    **Nonpriority creditor's name and mailing address**

ATLAS COPCO
DEPT. CH 19511
PALATINE IL 60055-9511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $18,250.35 |

---

**3.105.**    **Nonpriority creditor's name and mailing address**

AURIGA POLYMERS INC
1550 DEWBERRY ROAD
SPARTANBURG SC 28217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.106. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

AUTHORIZED PARTS INC
1601 CROSS BEAM DR
CHARLOTTE NC 28217-2809

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,007.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.107. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

AUTOMATED FIRE SYSTEMS INC.
7032 HARRISBURG ROAD
CHARLOTTE NC 28215

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.108. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

AUTOMATION TECHNOLOGY INC
2770 ZION CHURCH RD
CONCORD NC 28025

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 3.109. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | AUTRANS CORPORATION 27615 HALSTEAD ROAD FARMINGTON HILLS MI 48331 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.110. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | AUXIS MANAGED SOLUTIONS 8151 PETERS ROAD, SUITE 3500 PLANTATION FL 33324 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $276,034.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.111. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | AZALEA COLOR COMPANY INC 9987 CARVER ROAD, SUITE 300 CINCINNATI OH 45242 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | |
|---|---|
| **3.112.** | |

**3.112.**  **Nonpriority creditor's name and mailing address**

B&B MACHINE COMPANY
1890 BARRINGER ROAD
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.113.**  **Nonpriority creditor's name and mailing address**

BABCOCK & WILCOX COMPANY
PO BOX 643957
PITTSBURGH PA 15264-3957

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$604.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.114.**  **Nonpriority creditor's name and mailing address**

BACO MACHINERY INC
PO BOX 796
BESSEMER CITY NC 28016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.115.**

**Nonpriority creditor's name and mailing address**

BAHNSON INC
4731 COMMERCIAL PARK COURT
CLEMMONS NC 27012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.116.**

**Nonpriority creditor's name and mailing address**

BALCH & BINGHAM LLP
1901 6TH AVE N, STE 2600
BIRMINGHAM AL 35201-0306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.117.**

**Nonpriority creditor's name and mailing address**

BALOWA ENGINEERING GMBH
77 WAGENBERGSTRASSE
ARNSBERG
GERMANY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$61,475.30

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.118.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BANC OF AMERICA LEASING 500 ORACLE PARKWAY REDWOOD SHORES CA 94065 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $1,651.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.119.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BANKS, THELATHIA SHANETTE 633 FOREST HILL DRIVE WINNSBORO SC 29180 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED

**Date or dates debt was incurred**

2/20/2016

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # 564-647230

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.120.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BAR CODE DEPOT 60 E JEFFERSON ST HOSCHTON GA 30548 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**     Case number *(if known)* **17-12148**

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARCODE4LESS
888 EAST BELVIDERE ROAD
GRAYSLAKE IL 60030

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,195.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.122. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARKER AIR & HYDRAULICS
1308 MILLER ROAD
ATLANTA GA 29607

☑ Contingent
☐ Unliquidated
☐ Disputed

$20.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.123. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARNET POLYMERS-P
1720 EAST MAIN STREET
DUNCAN SC 29334

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.124.**

**Nonpriority creditor's name and mailing address**

BAUER GEAR MOTOR LLC
24989 NETWORK PLACE
CHICAGO IL 60673-1249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,700.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.125.**

**Nonpriority creditor's name and mailing address**

BAY CONTROLS, LLC.
6528 WEATHERFIELD COURT
MAUMEE OH 43537

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.126.**

**Nonpriority creditor's name and mailing address**

BDP INTERNATIONAL INC
510 WALNUT ST
PHILADELPHIA PA 19106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.127. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BEACON DISTRIBUTORS INC
1925 W INNES ST
SALISBURY NC 28144-2432

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.128. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BEAVERLAKE6 GROUP, LLC
4508 ST. ANDREWS COURT
BLAINE MN 55449

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.129. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

BELL & HOWARD CHEVROLET INC
INTERSTATE 40 AT HWY 21
601 GAITHER RD
STATESVILLE NC 28625

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**      Case number *(if known)* **17-12148**

**3.130.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BELL, DAVIS & PITT, P.A. - P
PO BOX 21029
WINSTON SALEM NC 27120-1029

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.131.** **Nonpriority creditor's name and mailing address**

BELL, MARCUS L
647 US HIGHWAY 321 BYPASS
APT 202
WINNSBORO SC 29180

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

4/18/2017

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # A00-101212

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.132.** **Nonpriority creditor's name and mailing address**

BELT-TECH PRODUCTS, INC.
SMITH MOORE LEATHERWOOD LLP
101 N. TRYON STREET, SUITE 1300
C. BAILEY KING, JR.
CHARLOTTE NC 28246

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

| 3.133. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.133.**

**Nonpriority creditor's name and mailing address**

BELZONA CAROLINA INC
3885 EDWARDS ROAD
GRIMESLAND NC 27837

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.134.**

**Nonpriority creditor's name and mailing address**

BENTLY NEVADA CORPORATION
171 ASSOCIATES LN
INDIAN TRAIL NC 28079

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.135.**

**Nonpriority creditor's name and mailing address**

BEPEX INTERNATIONAL LLC
333 TAFT ST NE
MINNEAPOLIS MN 55413

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.136.**

**Nonpriority creditor's name and mailing address**

BERENDSEN FLUID POWER INC
1500-CC CONTINENTAL BLVD
CHARLOTTE NC 28217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.137.**

**Nonpriority creditor's name and mailing address**

BERTELKAMP AUTOMATION INC
PO BOX 11488
KNOXVILLE TN 37939-1488

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$881.36

---

**3.138.**

**Nonpriority creditor's name and mailing address**

BERTHOLD TECHNOLOGIES LLC
99 MIDWAY LANE
OAK RIDGE TN 37831

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,861.05

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

**3.139.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.139.**

**Nonpriority creditor's name and mailing address**

BESTOBELL
PO BOX 1015
MATTHEWS NC 28106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.140.**

**Nonpriority creditor's name and mailing address**

BILL'S SEWING MACHINE CO
301 MAIN ST
HILDEBRAN NC 28637

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.141.**

**Nonpriority creditor's name and mailing address**

BINSFELD ENGINEERING INC.
4571 WEST MACFARLANE ROAD
MAPLE CITY MI 49664

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.142.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BINSWANGER GLASS
PO BOX 976
SALISBURY NC 28145-0976

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.143.  **Nonpriority creditor's name and mailing address**

BIOCAIR INC.
56 ROLAND ST., SOUTH LOBBY
BOSTON MA 02129

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.144.  **Nonpriority creditor's name and mailing address**

BIRS INC
207 ROBBINS STREET
GREENSBORO NC 27406

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$80,850.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.145.**

**Nonpriority creditor's name and mailing address**

BLACKMON SERVICE INC.
1601 CROSS BEAM DR.
CHARLOTTE NC 28217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.146.**

**Nonpriority creditor's name and mailing address**

BLACKSTONE-NEY ULTRASONICS DIV
9 NORTH MAIN ST
JAMESTOWN NY 14702-0220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.147.**

**Nonpriority creditor's name and mailing address**

BLAST-IT ALL COMPANY
PO BOX 1615
SALISBURY NC 28145-1615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

**3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.148.** **Nonpriority creditor's name and mailing address**

BLUE CROSS AND BLUE SHEILD - NC
1830 US 15-501 NORTH
CHAPEL HILL NC 27514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCURALS INSURANCE & MEDICAL CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,080,314.84

---

**3.149.** **Nonpriority creditor's name and mailing address**

BLUE RIDGE RUBBER & INDUSTRIAL
1043 SOUTH HIGH STREET
HARRISONBURG VA 22801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.150.** **Nonpriority creditor's name and mailing address**

BLYTHE COMPANY
6012 WAXHAW HWY (HWY75)
MINERAL SPRINGS NC 28108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$708.84

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.151.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

BOB WARE RADIATOR SHOP
1231 SOUTH MAIN STREET
SALISBURY NC 28144

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.152.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

BOCK & CLARK CORPORATION
3550 WEST MARKET ST, STE 200
AKRON OH 44333

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.153.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

BODYCOTE K-TECH INC
111 K-TECH LANE
HOT SPRINGS AR 71913

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,821.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

3.154.   | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BOHANAN MANUFACTURING TECHNOLOGIES
2006 DALLAS-CHERRYVILLE HWY
DALLAS NC 28034

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim

$3,745.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.155.   **Nonpriority creditor's name and mailing address**

BOSCHERT LLC
4860 BUSH LANE
MOBILE AL 36619-2012

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.156.   **Nonpriority creditor's name and mailing address**

BP AMOCO
150 W WARRENVILLE RD
NAPERVILLE IL 60563-8473

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,374,495.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BRANDMARK INC
PO BOX 2165
ANDERSON SC 29622

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,689.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.158.** **Nonpriority creditor's name and mailing address**

BRENNTAG SOUTHEAST INC
11750 FRUEHAUF DR
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,821.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.159.** **Nonpriority creditor's name and mailing address**

BRIDGESTONE AMERICAS
535 MARRIOTT DRIVE
NASHVILLE TN 37214

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIGARD & URRUTIA ABOGADOS
CALLE 70A NO. 4 - 41
11 BOGOTA
COLOMBIA

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIGGS CONSTRUCTION EQUIPMENT INC
7205 STATESVILLE ROAD
CHARLOTTE NC 28269

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.162. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIGGS-SHAFFNER CO
1448 HIGHWAY 601 SOUTH
YADKINVILLE NC 27055

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.163.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

BRINKMANN INSTRUMENTS INC
ONE CANTIAGUE ROAD
WESTBURY NY 11590-0207

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.164.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

BROOKFIELD ENGINEERING LABS, INC
11 COMMERCE BLVD
MIDDLEBORO MA 02346-1031

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.165.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

BROOKS PIERCE MCLENDON HUMPHREY
230 NORTH ELM STREET
GREENSBORO NC 27401

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                           Case number *(if known)* **17-12148**

---

**3.166.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---
| BROWN & MORRISON LTD<br>14201-D SOUTH LAKES DR. - SUITE D<br>CHARLOTTE NC 28273 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $732.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.167.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---
| BRYAN PENDLETON SWATS & MCALLISTER<br>PO BOX 352590<br>TOLEDO OH 43635-2590 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,558.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.168.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---
| BRYANT ELECTRIC SUPPLY<br>PO BOX 281002<br>ATLANTA GA 30384-1002 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,110.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BS&B SAFETY SYSTEMS INC
2316 CROWN POINT EXECUTIVE DR
CHARLOTTE NC 28227

☑ Contingent
☐ Unliquidated
☐ Disputed

$7,081.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.170. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUDD GROUP
PO BOX 890856
CHARLOTTE NC 28289-0856

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.171. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUHLER INC
13105 12TH AVE NORTH
MINNEAPOLIS MN 55441-4405

☑ Contingent
☐ Unliquidated
☐ Disputed

$23,127.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                    Case number *(if known)* **17-12148**

---

**3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BULK PROCESS EQUIPMENT INC.<br>2702 LIGHTHOUSE POINT EAST, UNIT 62<br>BALTIMORE MD 21224 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.173.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BURGMANN SEALS AMERICA INC<br>10035 BROOKRIVER DR<br>HOUSTON TX 77040 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.174.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BWI DISTRIBUTION INC<br>PO BOX 972531<br>DALLAS TX 75397-2531 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.175.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BYRD INDUSTRIAL SERVICES, INC.
600 PEDDYCORD ROAD
KERNERSVILLE NC 27284

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.176.** **Nonpriority creditor's name and mailing address**

C.R. DANIEL, INC.
PO BOX 17211
BALTIMORE MD 21297-1211

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.177.** **Nonpriority creditor's name and mailing address**

CA LITZLER COMPANY INC
4800 W 160TH STREET
CLEVELAND OH 44135-2689

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$113,929.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.178.   **Nonpriority creditor's name and mailing address**

CAMATRON SEWING MACHINE INC
42 BERGENWOOD RD
FAIRVIEW NJ 07022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.179.   **Nonpriority creditor's name and mailing address**

CANMORE CREATIVE GROUP LLC
13218 LONG COMMON PARKWAY
HUNTERSVILLE NC 28078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.180.   **Nonpriority creditor's name and mailing address**

CANTRELL & CANTRELL DBA CANCO
1248 ARMORY RD
CHESTER SC 29706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $3,994.05 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.181.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.181.**

**Nonpriority creditor's name and mailing address**

CAPGEMINI US LLC
98836 COLLECTION CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$94,131.00

---

**3.182.**

**Nonpriority creditor's name and mailing address**

CAPITAL LEASE - UNKNOWN VENDOR NAME

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,365.25

---

**3.183.**

**Nonpriority creditor's name and mailing address**

CARAUSTAR
SANDRA GREGEL CORP CREDIT MGR
PO BOX 115
AUSTELL GA 30168

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**   Case number *(if known)* **17-12148**

---

**3.184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CARAUSTAR CONVERTED PRODUCTS GROUP
PO BOX 935013
ATLANTA GA 31193-5013

☑ Contingent
☐ Unliquidated
☐ Disputed

$731,947.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.185.** **Nonpriority creditor's name and mailing address**

CARL MARKS ADVISORY GROUP
900 3RD AVE FL 33
NEW YORK NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.186.** **Nonpriority creditor's name and mailing address**

CARLSON WAGONLIT TRAVEL INC
PO BOX 860044
MINNEAPOLIS MN 55486-0044

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,196.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.187. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.187.

**Nonpriority creditor's name and mailing address**

CARLTON BATES CO INC
1450-J WEST POINTE DRIVE
DALLAS TX 28214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.188.

**Nonpriority creditor's name and mailing address**

CAROLINA BELTING COMPANY
3205 RUTHERFORD RD
TAYLORS SC 29687

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,232.34

---

3.189.

**Nonpriority creditor's name and mailing address**

CAROLINA BRUSH MFG CO INC
PO BOX 2469
GASTONIA NC 28053

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$622.80

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.190.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CAROLINA CHILLERS INC
3810 LADSON RD STE A
LADSON SC 29456

☒ Contingent
☐ Unliquidated
☐ Disputed

$65,236.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.191.** **Nonpriority creditor's name and mailing address**

CAROLINA CHILLERS, INC.
DAVID M. KUNDA, PMP, C.E.M.
3810 LADSON RD. SUITE A
LADSON SC 29456

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.192.** **Nonpriority creditor's name and mailing address**

CAROLINA ELEVATOR SERVICE, INC.
740 BARFIELD ROAD
ELGIN SC 29045

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,894.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                        Case number *(if known)* **17-12148**

---

3.193.   **Nonpriority creditor's name and mailing address**

CAROLINA FILTERS INC
109 EAST NEWBERRY AVE
SUMTER SC 29150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $9,402.38 |

---

3.194.   **Nonpriority creditor's name and mailing address**

CAROLINA FLUID COMPONENTS
9309 STOCKPORT PLACE
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.195.   **Nonpriority creditor's name and mailing address**

CAROLINA INDUSTRIAL EQUIPMENT
6210 DIXIE ROAD
CHARLOTTE NC 28208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,842.45 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.196.**   **Nonpriority creditor's name and mailing address**

CAROLINA LOOM REED COMPANY INC
3503 HOLTS CHAPEL ROAD
GREENSBORO NC 27401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.197.**   **Nonpriority creditor's name and mailing address**

CAROLINA MACHINE WORKS
795 CASON STREET
BELMONT NC 28012-2219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,442.00

---

**3.198.**   **Nonpriority creditor's name and mailing address**

CAROLINA MATERIAL HANDLING INC
2209 PATTERSON CT
GREENSBORO NC 27407-2593

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 3.199. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.199.**

**Nonpriority creditor's name and mailing address**

CAROLINA OCCUPATIONAL HEALTHCARE
1715 BLANDING ST
COLUMBIA SC 29201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.200.**

**Nonpriority creditor's name and mailing address**

CAROLINA ROLLER & SUPPLY CO INC
214 NORTH ASPEN STREET
LINCOLNTON NC 28092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$252.60

---

**3.201.**

**Nonpriority creditor's name and mailing address**

CAROLINA RUBBER ROLLS COMPANY
21277 NETWORK PLACE
CHICAGO IL 60673-1212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.202. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.202.**

**Nonpriority creditor's name and mailing address**

CAROLINA SEALS INC
1940 DERITA ROAD
CONCORD NC 28027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$16,771.12

---

**3.203.**

**Nonpriority creditor's name and mailing address**

CAROLINA SITEWORKS INC
PO BOX 280
CHINA GROVE NC 28023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.204.**

**Nonpriority creditor's name and mailing address**

CAROLINA TELEPHONE/GRAPH CO LLC
100 CENTURYTEL DRIVE
MONROE LA 71203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,354.73

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.205.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CAROTEK INC
700 SAM NEWELL ROAD
CHARLOTTE NC 28289-0140

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.206.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CARPENTER, ANNETTE M
185 TREXLER LOOP
SALISBURY NC 28144

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

9/11/2015

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # 564-637089

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.207.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CARRIER CORPORATION
1711-A CORPORATION PKWY
RALEIGH NC 27604-4896

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,290.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.208.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.208.**

**Nonpriority creditor's name and mailing address**

CARSON MACHINE COMPANY INC
3801 W FRANKLIN BLVD
GASTONIA NC 28052-9494

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.209.**

**Nonpriority creditor's name and mailing address**

CARTER TRAVELER COMPANY
PO BOX 518
GASTONIA NC 28053

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.210.**

**Nonpriority creditor's name and mailing address**

CASHCO INC
PO BOX 414949
KANSAS CITY MO 64141-4949

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.211.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

CASON SRL
VIA PARINI 24
MORNAGO VA 21020
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.212.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

CATAWBA INDUSTRIAL RUBBER CO INC
4629 DWIGHT EVANS ROAD
CHARLOTTE NC 28217-0907

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.213.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

CAVOTEC INC
124 HATFIELD RD
STATESVILLE NC 28625

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.214.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
| CBIZ ACCOUNTING, TAX | ☑ Contingent | UNDETERMINED
| 11440 TOMAHAWK CREEK PKWY | ☐ Unliquidated |
| LEAWOOD KS 66211 | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**
VARIOUS | VENDOR

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☑ No
| ☐ Yes

---

**3.215.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
| CBM | ☑ Contingent | UNDETERMINED
| 3200 BESSEMER CITY RD | ☐ Unliquidated |
| BESSEMER CITY NC 28016 | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**
VARIOUS | VENDOR

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☑ No
| ☐ Yes

---

**3.216.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
| CC DICKSON CO | ☑ Contingent | UNDETERMINED
| PO BOX 740703 | ☐ Unliquidated |
| ATLANTA GA 30374-0703 | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**
VARIOUS | VENDOR

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☑ No
| ☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.217.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CC VAUGHAN & SONS INC
728 SUNSET BLVD
WEST COLUMBIA SC 29169-7348

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.218.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CDW INC
220 N MILWAUKEE AVE
VERNON HILLS IL 60061

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.219.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CELESCO TRANSDUCER PRODUCTS INC
20630 PLUMMER ST
CHATSWORTH CA 91311

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CEM CORPORATION
12750 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

$53.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.221. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTRIFUGAL TECHNOLOGIES INC
PO BOX 958314
SAINT LOUIS MO 63195

☑ Contingent
☐ Unliquidated
☐ Disputed

$87,591.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.222. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTROTRADE MINERALS & METALS
1317 EXECUTIVE BLVD, STE 120
CHESAPEAKE VA 23320

☑ Contingent
☐ Unliquidated
☐ Disputed

$63,083.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.223.

**Nonpriority creditor's name and mailing address**

CEPSA QUIMICA MONTREAL LP
10200 EAST SHERBROOKE ST
MONTREAL QC H1B 1B4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.224.

**Nonpriority creditor's name and mailing address**

CERAMCO PRINTECH
11009 CARPET ST.
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,395.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.225.

**Nonpriority creditor's name and mailing address**

CERAMTEC NORTH AMERICA
ONE TECHNOLOGY PLACE HWY # 14
LAURENS SC 29360

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

CERIDIAN CORPORATION
PO BOX 10989
NEWARK NJ 07193

☑ Contingent                                   UNDETERMINED
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        VENDOR

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.227.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

CGR PRODUCTS
4655 US 29 NORTH
GREENSBORO NC 27405

☑ Contingent                                   UNDETERMINED
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        VENDOR

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.228.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

CHALMERS & KUBECK CO SOUTH -IVG
1050 INDUSTRIAL BLVD
WATKINSVILLE GA 30677

☑ Contingent                                   $14,347.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        VENDOR

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.229.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

CHANDLER CONCRETE COMPANY INC
400 N LONG STREET
SALISBURY NC 28144-4455

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.230.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

CHARDON LABORATORIES INC
7300 TUSSING ROAD
REYNOLDSBURG OH 43068

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.231.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

CHASE PROFESSIONALS
PO BOX 534501
ATLANTA GA 30353-4501

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.232.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CHATHAM COUNTY TAX COLLECTOR
PO BOX 697
PITTSBORO NC 27312-0697

☑ Contingent                            UNDETERMINED
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                  VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.233.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CHATHAM COUNTY UTILITIES
70 SOUTH STREET
PITTSBORO NC 27312

☑ Contingent                            UNDETERMINED
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                  VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.234.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CHEMETALL US INC
13177 HURON RIVER DRIVE
ROMULUS MI 48174

☑ Contingent                            UNDETERMINED
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                  VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| | | |
|---|---|---|
| 3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.235.**

**Nonpriority creditor's name and mailing address**

CHEMPLEX INDUSTRIES INC
2820 S.W. 42ND AVENUE
PALM CITY FL 34990

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.236.**

**Nonpriority creditor's name and mailing address**

CHEMPOINT.COM
13727 COLLECTIONS CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.237.**

**Nonpriority creditor's name and mailing address**

CHEMPUMP
959 MEARNS ROAD
WARMINSTER PA 18974

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$16,246.58

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

**3.238.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CHEMSOLV INC
INDUSTRY AVE SE
ROANOKE VA 24037

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.239.** **Nonpriority creditor's name and mailing address**

CHEMTURA USA CORPORATION
199 BENSON RD
MIDDLEBURY CT 06749

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.240.** **Nonpriority creditor's name and mailing address**

CHESAPEAKE MACHINE SHOP
505 CALEB ROAD
SHELBY NC 28152

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$115.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.241.** **Nonpriority creditor's name and mailing address**

CHICAGO BLOWER OF CAROLINAS
39 WINECOFF AVE
CONCORD NC 28025-4427

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.242.** **Nonpriority creditor's name and mailing address**

CHILLER SERVICES INC
PO BOX 668165
CHARLOTTE NC 28266-8165

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$39,217.26

---

**3.243.** **Nonpriority creditor's name and mailing address**

CHRETIAN, JOHN ALLEN
232 CAMBRIDGE LANE ROAD
COLUMBIA SC 29223

**Date or dates debt was incurred**

12/26/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # A00-087141

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.244. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim** |

3.244.   **Nonpriority creditor's name and mailing address**

CHRISTINE HARTTER COMM INC
2014 VICTORIAN PLACE
CHARLOTTE NC 28203

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,532.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.245.   **Nonpriority creditor's name and mailing address**

CHROMALOX
PO BOX 536435
ATLANTA GA 30353-6435

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,308.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.246.   **Nonpriority creditor's name and mailing address**

CHT R BEITLICH CORPORATION
5046 OLD PINEVILLE ROAD
CHARLOTTE NC 28224

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.247. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.247.   **Nonpriority creditor's name and mailing address**

CIDRON FULL SERVICE
5555 PARKCENTER CIRCLE, SUITE 375
DUBLIN OH 43017

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

3.248.   **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
ACCT#17521
CINNCINNATI OH 45263-0803

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$27,420.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

3.249.   **Nonpriority creditor's name and mailing address**

CISCO SYSTEMS CAPITAL CORP
PO BOX 41602
PHILADELPHIA PA 19101-1602

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,105.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CISCO WEBEX, LLC
16720 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,145.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.251. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITIBANK OF WILMINGTON - CIGNA STD
NEW LINDEN HILL RD
WILMINGTON DE 19808

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.252. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY ELECTRIC SUPPLY
1901 NORTH MAIN STREET
KANNAPOLIS NC 28082

☑ Contingent
☐ Unliquidated
☐ Disputed

$52,443.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.253.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CITY OF SALISBURY | | $15,412.09
| 132 N MAIN STREET | ☑ Contingent |
| SALISBURY NC 28144 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    VENDOR

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.254.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CLARIANT | | $4,739.99
| 3631 COLLECTION CENTER DRIVE | ☑ Contingent |
| CHICAGO IL 60693 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    VENDOR

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.255.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CLARIANT CORP | | UNDETERMINED
| DEPT 2212 | ☑ Contingent |
| CAROL STREAM IL 60132-2212 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    VENDOR

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.256. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.256.

**Nonpriority creditor's name and mailing address**

CLARK RELIANCE CORPORATION
PO BOX 347104
PITTSBURGH PA 15251-4104

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.257.

**Nonpriority creditor's name and mailing address**

CLARKE POWER SERVICES INC
3133 EAST KEMPER ROAD
CINCINNATI OH 45241

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.258.

**Nonpriority creditor's name and mailing address**

CLASSIC AUTOMATION CORP
795 MONROE AVE
ROCHESTER NY 14607

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CLEAN HARBORS ENVIRONMENTAL 200 ARBOR LAKE DR STE 200 COLUMBIA SC 29223 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $14,791.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CLEANLITES RECYCLING INC 100 FINE RD BOILING SPRINGS SC 29303 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CLEARWATER LOADERS INC PO BOX 201610 HOUSTON TX 77216-1610 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

| 3.262. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLEVELAND COMMUNITY COLLEGE
1375 POST RD
SHELBY NC 28152

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.263. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLEVELAND LUMBER CO INC
217 ARROWOOD STREET
SHELBY NC 28150

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.264. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLIFTONLARSONALLEN LLP
PO BOX 531878
ATLANTA GA 30353-1878

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,615.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.265.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CLONINGER FORD INC
511 JAKE ALEXANDER BLVD
SALISBURY NC 28147

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.266.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CMC SENCON INC
132 CITATION LANE
SMITHFIELD NC 27577

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.267.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

COATES COMMUNICATIONS CORP
LEXINGTON SHOPPING CENTER
LEXINGTON NC 27295

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 3.268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COATS AMERICAN INC
DEPT 2627
DALLAS TX 75312-2627

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.269. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COHUTTA MACHINERY & SERVICESS
3704 RESACA LAFAYETTE RD NW
SUGAR VALLEY GA 30746

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.270. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COLEMAN MANUFACTURING & DESIGN LLC
2852 OLD AIRPORT RD
WINNSBORO SC 29180

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

3.271.  **Nonpriority creditor's name and mailing address**

COLE-PARMER INSTRUMENT COMPANY
13927 COLLECTIONS CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | $7,945.18 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

3.272.  **Nonpriority creditor's name and mailing address**

COLLEGE OF TEXTILES
PO BOX 8301
RALEIGH NC 27695-8301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | $200.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

3.273.  **Nonpriority creditor's name and mailing address**

COLLINS PUMPS & CONTROL SVS INC
43 W 11TH ST
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMBUSTION SERVICES INC
101 MOUNTAIN RIDGE IND. PARK
TAYLORS SC 29687

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.275. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMMISSIONER OF INLAND REVENUE
REVENUE TOWER, 5 GLOUCESTER ROAD
WAN CHAI
HONG KONG

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.276. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMPUTER EXTENSION
PO BOX 61114
COLUMBIA SC 29260-1114

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                   Case number *(if known)* **17-12148**

| 3.277. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.277.

**Nonpriority creditor's name and mailing address**

CONAIR GROUP INC
455 ALLEGHENY BLVD
FRANKLIN PA 16323

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.278.

**Nonpriority creditor's name and mailing address**

CONEXIS
PO BOX 8363
PASADENA CA 91109-8363

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,749.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.279.

**Nonpriority creditor's name and mailing address**

CONITEX-SONOCO USA
1302 INDUSTRIAL PIKE
GASTONIA NC 28052

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,581.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

| 3.280. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.280.

**Nonpriority creditor's name and mailing address**

CONITEX-SONOCO, INC.
THURMAN, WILSON, BOUTWELL & GALVIN, PA.
301 S. MCDOWELL STREET
W. DAVID THURMAN
CHARLOTTE NC 28204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.281.

**Nonpriority creditor's name and mailing address**

CONNECTION TECHNOLOGY CENTER INC
7939 RAE BLVD
VICTOR NY 14564

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.282.

**Nonpriority creditor's name and mailing address**

CONOFLOW
PO BOX 240827
CHARLOTTE NC 28224-0827

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$177.36

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                         Case number *(if known)* **17-12148**

3.283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CONTAMINANT CONTROL, INC
281 LANE PARKWAY
SALISBURY NC 28146

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

3.284. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CONTRACT INDUSTRIAL CONTROL, LLC
PO BOX 2342
APPLETON WI 54912-2342

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

3.285. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CONTROL CORPORATION OF AMERICA
9301-B FORSYTH PARK DRIVE
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**3.286.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.286.**

**Nonpriority creditor's name and mailing address**

CONTROL ELEMENTS INC
302 OLD BELL ROAD
ST. GEORGE SC 29477

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.287.**

**Nonpriority creditor's name and mailing address**

CONTROL INDUSTRIES INC
1901 TELEDYNE ROAD
MONROE NC 28110-9013

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.288.**

**Nonpriority creditor's name and mailing address**

CONTROL SERVICES COMPANY
6835 EAST WT HARRIS BLVD
CHARLOTTE NC 28215

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.289. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.289.  **Nonpriority creditor's name and mailing address**

CONTROLS & INSTRUMENTATION CO INC
7950 WESTWINDS BLVD
CONCORD NC 28027

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.290.  **Nonpriority creditor's name and mailing address**

CONVERGEONE, INC.
3344 HIGHWAY 149
EAGAN MN 55121

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.291.  **Nonpriority creditor's name and mailing address**

COPERION CORPORATION
590 WOODBURY GLASSBORO RD
SEWELL NJ 08080

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,146.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.292.**   **Nonpriority creditor's name and mailing address**

COPERION K-TRON PITMAN
ACCTS REC DEPT
590 WOODBURY GLASSBORO ROAD
SEWELL NJ 08080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.293.**   **Nonpriority creditor's name and mailing address**

COPERION K-TRON PITMAN INC
WOODBURY GLASSBORO ROAD
PITTSBURGH PA 08080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,398.00

---

**3.294.**   **Nonpriority creditor's name and mailing address**

CORN SERVICE CO INC
1710 PACOLET CT
GASTONIA NC 28052

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,159.00

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.295. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.295.**

**Nonpriority creditor's name and mailing address**

CORRPRO COMPANIES, INC
1055 WEST SMITH RD
MEDINA OH 44256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.296.**

**Nonpriority creditor's name and mailing address**

COSA INSTRUMENT CORPORATION
55 OAK ST
NORWOOD NJ 07648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.297.**

**Nonpriority creditor's name and mailing address**

COVAN'S INSULATION COMPANY, INC.
534 CORBIN RD.
HONEA PATH SC 29654

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$5,496.00

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.298. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.298.   **Nonpriority creditor's name and mailing address**

CP METAL CRAFTERS INC
206 RUNYAN RD
GROVER NC 28073

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.299.   **Nonpriority creditor's name and mailing address**

CRANE & RIGGING CORPORATION
PO BOX 1848
YADKINVILLE NC 27055

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,674.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.300.   **Nonpriority creditor's name and mailing address**

CRANE PRO SERVICES
6126-A BROOKSHIRE BLVD
CHARLOTTE NC 28216

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CRESPAC INC
4775 N ROYAL ATLANTA DR
TUCKER GA 30084

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.302. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CRI TOLLING, LLC
300 INTERNATIONAL BLVD
FOUNTAIN INN SC 29644

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$15,960.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.303. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CRITICAL POWER SERVICES INC
4732 LEBANON RD
CHARLOTTE NC 28227

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                              Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.304. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.304.  **Nonpriority creditor's name and mailing address**

CRODA INC
300A COLUMBUS CR
EDISON NJ 08837-3907

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.305.  **Nonpriority creditor's name and mailing address**

CROSS COMPANY
2001 OAKS PKWY
BELMONT NC 28012

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.306.  **Nonpriority creditor's name and mailing address**

CROWN CREDIT COMPANY
PO BOX 640352
CINCINNATI OH 45264-0352

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,031.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROWN LIFT TRUCKS
2421 EXECUTIVE ST
CHARLOTTE NC 28208-3635

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRX LABORATORIES LLC
PO BOX 1245
ATHENS TN 37371-1245

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,632.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CSC CORPORATE DOMAINS INC
2711 CENTERVILLE RD
WILMINGTON DE 19808

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.310.

**Nonpriority creditor's name and mailing address**

CT LIEN DALLAS

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$808.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.311.

**Nonpriority creditor's name and mailing address**

CUMMINS ATLANTIC LLC
3700 N I-85
CHARLOTTE NC 28206

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.312.

**Nonpriority creditor's name and mailing address**

CUNO FILTRATION SALES
613 INDUSTRIAL RD
PALATINE IL 7072

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.313.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

CUSTOM INDUSTRIES INC
PO BOX 785
BELMONT NC 28012

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.314.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

CUSTOM SYNTHESIS, LLC
1704 DENVER ROAD
ANDERSON SC 29623

☑ Contingent
☐ Unliquidated
☐ Disputed

$12,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.315.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

CWIS INDUSTRIAL SOLUTIONS, CORP
1510 HAWKINS AVE.
SANFORD NC 27330

☑ Contingent
☐ Unliquidated
☐ Disputed

$159.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.316.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| CYGNET USA INC. | *Check all that apply.* |
| 11932 BAKER PL | ☑ Contingent | $21,579.85
| SANTA FE SPRINGS CA 90670 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

**3.317.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| CYRCO | *Check all that apply.* |
| WEAVER, BENNETT & BLAND, PA. | ☑ Contingent | UNDETERMINED
| 196 N. TRADE ST. | ☑ Unliquidated |
| MATTHEWS NC 28105 | ☑ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | PENDING LITIGATION |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

**3.318.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| CYRCO INC | *Check all that apply.* |
| 7611 BOEING DRIVE | ☑ Contingent | $64,171.03
| GREENSBORO NC 27417 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| | | | |
|---|---|---|---|

**3.319.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D A LUBRICANT CO
1340 W 29TH STREET
INDIANAPOLIS IN 46208

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                        VENDOR

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.320.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D&S CONSTRUCTION COMPANY
155 BRICKPLANT RD
MONCURE NC 27559

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                        VENDOR

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.321.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D-A LUBRICANT CO INC
PO BOX 712319
CINCINNATI OH 45271-2319

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                        VENDOR

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.322.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---
| DALLAS MACHINE CO<br>610 EAST AIRLINE<br>GASTONIA NC 28052 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.323.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---
| DANFOSS BAUER<br>31 SCHOOLHOUSE RD<br>SOMERSET NJ 08873 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.324.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---
| DAPARAK INC<br>9305 MONROE RD SUITE E<br>CHARLOTTE NC 28270 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.325.**

**Nonpriority creditor's name and mailing address**

DATACOLOR INC
PO BOX 200834
PITTSBURGH PA 15251-0834

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,557.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.326.**

**Nonpriority creditor's name and mailing address**

DAVIS & FLOYD INC
PO BOX 428
GREENWOOD SC 29648

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.327.**

**Nonpriority creditor's name and mailing address**

DAVIS STANDARD
36 S ADAMSVILLE RD
SOMERVILLE NJ 08876

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.328.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DAWSON ASSOCIATES, INC.
922-B HURRICANE SHOALS RD
LAWRENCEVILLE GA 30043

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.329.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DC CHEM-DRY
PO BOX 5043
SALISBURY NC 28144-0088

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.330.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DELL INC
ONE DELL WAY
ROUND ROCK TX 78682

☑ Contingent
☐ Unliquidated
☐ Disputed

$135,230.92

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.331.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.331.**

**Nonpriority creditor's name and mailing address**

DELOITTE
111 SOUTH WACKER DR.
CHICAGO IL 60606-4301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.332.**

**Nonpriority creditor's name and mailing address**

DELOITTE TAX LLP
PO BOX 844736
DALLAS TX 75284-4736

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$54,080.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.333.**

**Nonpriority creditor's name and mailing address**

DELOITTE US TAX SERVICES
PO BOX 844736
DALLAS TX 75284-4736

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$225,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

MISC. ACCRUED LIABILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.334.** **Nonpriority creditor's name and mailing address**

DELTA DENTAL OF NORTH CAROLINA
4208 SIX FORKS ROAD, SUITE 912
RALEIGH NC 27609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.335.** **Nonpriority creditor's name and mailing address**

DELTA SCALE INC
14200 SOUTH LAKES DRIVE
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.336.** **Nonpriority creditor's name and mailing address**

DENMAR PUBLIC WAREHOUSE INC
PO BOX 994
CONCORD NC 28026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$30,897.20

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.337. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.337.    **Nonpriority creditor's name and mailing address**

DENT INSTRUMENTATION LTD.
ENTERPRISE WAY, COLNE
LANCASHIRE, BB8 8LY LA
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,592.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.338.    **Nonpriority creditor's name and mailing address**

DEPENDABLE DRUM CO INC
103 ADELAIDE DRIVE
GREENVILLE SC 29608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.339.    **Nonpriority creditor's name and mailing address**

DET NORSKE VERITAS (USA), INC
ONE INTERNATIONAL BLVD STE 406
MAHWAH NJ 07495

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.340.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ Contingent | $1,723,591.29
| 13620 REESE BLVD | ☑ Unliquidated |
| SUITE 400 | ☐ Disputed |
| HUNTERSVILLE NC 28078 | |
| | **Basis for the claim:** |
| **Date or dates debt was incurred** | INTERCOMPANY NOTE - BALANCES AS OF AUGUST 2017 |
| _____ | |
| | **Is the claim subject to offset?** |
| **Last 4 digits of account number:** | ☑ No |
| | ☐ Yes |

---

**3.341.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| DFT EUROPE SARL | ☑ Contingent | UNDETERMINED
| 5, RUE BOMMEL | ☐ Unliquidated |
| HAUTCHARAGE 4940 | ☐ Disputed |
| LUXEMBOURG | |
| | **Basis for the claim:** |
| **Date or dates debt was incurred** | VENDOR |
| VARIOUS | |
| | **Is the claim subject to offset?** |
| **Last 4 digits of account number:** | ☑ No |
| | ☐ Yes |

---

**3.342.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| DFT GMBH | ☑ Contingent | UNDETERMINED
| BERLINER STRASSE | ☐ Unliquidated |
| BAD HERSFELD | ☐ Disputed |
| GERMANY | |
| | **Basis for the claim:** |
| **Date or dates debt was incurred** | VENDOR |
| VARIOUS | |
| | **Is the claim subject to offset?** |
| **Last 4 digits of account number:** | ☑ No |
| | ☐ Yes |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

**3.343.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

DFT LONGLAVILLE
13620 REESE BOULEVARD EAST, SUITE 400
HUNTERSVILLE NC 28078

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.344.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

DHL
16592 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: $108.42

---

**3.345.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

DIAMOND SPRINGS WATER INC
1840 LINDBERG ST
CHARLOTTE NC 28208

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: $1,417.35

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

**3.346.** **Nonpriority creditor's name and mailing address**

DICKOW PUMP COMPANY INC
1738 SANDS PLACE S E #200
MARIETTA GA 30067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $15,473.82 |

**3.347.** **Nonpriority creditor's name and mailing address**

DIEBOLD INCORPORATED
PO BOX 643543
PITTSBURGH PA 15264-3543

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $15,589.41 |

**3.348.** **Nonpriority creditor's name and mailing address**

DIXIE RUBBER AND PLASTICS
100 B INDUSTRIAL DR
GREENVILLE SC 29607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.349.   **Nonpriority creditor's name and mailing address**

DM&E CORPORATION
PO BOX 580
SHELBY NC 28151-0580

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.350.   **Nonpriority creditor's name and mailing address**

DOLLINGER CORP
4647 SW 40TH AVENUE
OCALA FL 34474

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.351.   **Nonpriority creditor's name and mailing address**

DOMINION FIBER TECHNOLOGIES
4590 VAWTER AVE
RICHMOND VA 23222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

**3.352.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

DONALD F KAPP & ASSOCIATES, INC
PO BOX 103
GREENVILLE SC 29602-0103

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.353.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

DOW CHEMICAL COMPANY
2030 WILLARD H DOW CENTER
MIDLAND MI 48674

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.354.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

DOW CORNING CORP
PO BOX 994
MIDLAND MI 48640-0994

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.355. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.355.**

**Nonpriority creditor's name and mailing address**

DRESSER-RAND CO
1101 CAVALIER BLVD
CHESAPEAKE VA 23323

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.356.**

**Nonpriority creditor's name and mailing address**

DUBOIS CHEMICALS INC
2659 SOLUTION CENTER
CHICAGO IL 60677-2006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.357.**

**Nonpriority creditor's name and mailing address**

DUKE ENERGY
422 SOUTH CHURCH ST
CHARLOTTE NC 28202-1904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR (INCLUDING ACCURED ENERGY COSTS)

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,930,471.15

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                    Case number *(if known)* **17-12148**

---

3.358.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

DUN & BRADSTREET
PO BOX 75434
CHICAGO IL 60675-5434

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.359.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

DUO FAST CAROLINAS INC
1923 JOHN CROSLAND JR DR
CHARLOTTE NC 28208-5554

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.360.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

DURAFIBER LOCKBOX
PO BOX 733210
DALLAS TX 75373-3210

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**   Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.361.**

**Nonpriority creditor's name and mailing address**

DURAFIBER TECHNOLOGIES (DFT)
7401 STATESVILLE BLVD
SALISBURY NC 28147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.362.**

**Nonpriority creditor's name and mailing address**

DURAFIBER TECHNOLOGIES (DFT) EUROPE,
S.A.R.L.
ZONE D'ACTIVITIES ECONOMIGQUES ROBERT
STICHEN
5 RUE BOMMEL L-49
HAUTCHARAGE
LUXEMBOURG

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE - BALANCE AS
OF AUGUST 2017 WITH INTERCOMPANY
RECEIVABLES NETTED AGAINST
INTERCOMPANY PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$291,156.87

---

**3.363.**

**Nonpriority creditor's name and mailing address**

DURAFIBER TECHNOLOGIES MEXICO
AV. DE LA LUZ 77
QUERETARO, QRO, (MEXICO) QRO 76120
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.364.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

**Nonpriority creditor's name and mailing address**

DUREX INDUSTRIES
190 DETROIT STREET
CARY IL 60013-2979

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.365.**  **Nonpriority creditor's name and mailing address**

DWYER INSTRUMENTS
12243 NATIONS FORD RD
CHARLOTTE NC 28289

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.366.**  **Nonpriority creditor's name and mailing address**

DYKEMA RUBBER BAND CO
4075 WINDGAP AVE. BUILDING 5
PITTSBURG PA 15204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$578.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**     Case number *(if known)* **17-12148**

---

**3.367.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DYNATECH SERVICES, LLC
PO BOX 12188
CHARLOTTE NC 28220

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.368.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DYNISCO INSTRUMENTS
38 FORGE PARKWAY
FRANKLIN MA 02038

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.369.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EAST COAST METAL DISTRIBUTORS INC
1313 SOUTH BRIGGS AVE
DURHAM NC 27519

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 3.370. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

3.370.  **Nonpriority creditor's name and mailing address**

ECOLAB PEST ELIMINATION DIV
26252 NETWORK PLACE
CHICAGO IL 60673-1262

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$220.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.371.  **Nonpriority creditor's name and mailing address**

EDMUND ERDMANN ENTERPRISES INC
3727 ROSE LAKE DRIVE SUITE 102
CHARLOTTE NC 28217

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.372.  **Nonpriority creditor's name and mailing address**

EDWARDS WOOD PRODUCTS, INC.
PO BOX 198963
ATLANTA GA 30384-8963

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.373.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| EH TURNER MFG CO INC
710 ANNE ST
GRIFFIN GA 30224-3974 | ☑ Contingent
☐ Unliquidated
☐ Disputed | $3,638.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.374.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| EIMCO PROCESS EQUIPMENT CO
PO BOX 300
SALT LAKE CITY UT 84110 | ☑ Contingent
☐ Unliquidated
☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.375.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| EJ BROOKS CO
409 HOOSIER DRIVE
ANGOLA IN 46703 | ☑ Contingent
☐ Unliquidated
☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

3.376. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.376.** **Nonpriority creditor's name and mailing address**

ELDON SPECIALTIES INC
821 EAST PARKER ST EXT
GRAHAM NC 27253

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,715.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.377.** **Nonpriority creditor's name and mailing address**

ELECTRIC CONTROL & SUPPLY, INC.
300 BUCKNER ROAD
COLUMBIA SC 29203

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,114.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.378.** **Nonpriority creditor's name and mailing address**

ELECTRIC MOTOR & REPAIR INC
125 HUCKABEE RD
COLUMBIA SC 29202

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.379. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.379.   **Nonpriority creditor's name and mailing address**

ELECTRIC MOTOR SERVICE INC
PO BOX 16807
ATLANTA GA 30321-0807

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.380.   **Nonpriority creditor's name and mailing address**

ELECTRIC SUPPLY & EQUIPMENT CO INC
1000 CLASIC ROAD
APEX NC 27502

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.381.   **Nonpriority creditor's name and mailing address**

ELECTRICAL SOUTH INC
23427 NETWORK PL
CHICAGO IL 60673-1234

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.382.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | |
|---|---|---|
| | ELECTROMATIC EQUIPMENT CO INC<br>600 OAKLAND AVE<br>CEDARHURST NY 11516 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.383.**   **Nonpriority creditor's name and mailing address**

ELECTRONIC MAINTENANCE ASSOC INC
5220 LANGFORD PARK DRIVE STE A
NORCROSS GA 30071

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.384.**   **Nonpriority creditor's name and mailing address**

ELEMENT FINANCIAL CORPORATION
PO BOX 100363
ATLANTA GA 30384-0363

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$40,702.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.385. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.385.**

**Nonpriority creditor's name and mailing address**

ELEMICA, INC.
550 E SWEDESFORD RD, STE 310
WAYNE PA 19087

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.386.**

**Nonpriority creditor's name and mailing address**

ELEVATING EQUIPMENT INSPECTION
PO BOX 11551
ROANOKE VA 24022

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$410.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.387.**

**Nonpriority creditor's name and mailing address**

ELEVATOR SPECIALISTS OF CAROLINA IN
405 CREEK HAVEN DRIVE
HOLLY SPRINGS NC 27540

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**3.388.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.388.**

**Nonpriority creditor's name and mailing address**

ELTEX US INCORPORATED
13031 E WADE HAMPTON BLVD
CHARLOTTE NC 29551

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.389.**

**Nonpriority creditor's name and mailing address**

EM MACHINERY SERVICES LLC
6160 BRINKLEY PARK DR.
BELEWS CREEK NC 27009

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.390.**

**Nonpriority creditor's name and mailing address**

EMAC², INC.
1930 GERVAIS STREET
COLUMBIA SC 29201

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.391. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.391.**

**Nonpriority creditor's name and mailing address**

EMCO
97743 EAGLE WAY
CHICAGO IL 60678-1977

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,007.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.392.**

**Nonpriority creditor's name and mailing address**

EMERALD FOAM CONTROL LLC
4910 TIEDEMAN ROAD, LOCKBOX 74013
CLEVELAND OH 44144

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.393.**

**Nonpriority creditor's name and mailing address**

EMERSON PROCESS MANAGEMENT
835 INNOVATION DR
KNOXVILLE KY 37932

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.394. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.394.

**Nonpriority creditor's name and mailing address**

EMORY WILSON PROCESS
100 MAIN ST
FT MILL SC 29715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,407.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.395.

**Nonpriority creditor's name and mailing address**

EMS-CHEMIE (NORTH AMERICA) INC.
2060 CORPORATE WAY
SUMTER SC 29151-1717

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.396.

**Nonpriority creditor's name and mailing address**

EMSCO
PO BOX 740982
ATLANTA GA 30374-0982

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.397.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

EN POINTE TECHNOLOGIES
PO BOX 514429
LOS ANGELES CA 90051-4429

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.398.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

ENDRESS & HAUSER INC
13900-A SOUTH LAKES DRIVE
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.399.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

ENERPHASE INDUSTRIAL SOLUTIONS INC.
203 AERO COURT
GREENSBORO NC 27409

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.400.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ENGINEERED AIR SYSTEMS INC
PO BOX 25111
GREENVILLE SC 29616

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.401.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENGINEERED SYSTEMS INC
1121 DUNCAN REIDVILLE RD
DUNCAN SC 29334

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.402.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENTERPRISE IT SOLUTIONS
4726A PARK ROAD
CHARLOTTE NC 28209

☑ Contingent
☐ Unliquidated
☐ Disputed

$12,088.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.403.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ENVIRONMENTAL PRODUCTS SALES INC<br>4919 ALBEMARLE ROAD SUITE 104<br>CHARLOTTE NC 28205 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.404.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ENVIRONMENTAL RESOURCES MANAGEMENT<br>BOX NO. 2701- PO BOX 8500<br>PHILADELPHIA PA 19178-2701 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.405.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ENVIRONMENTAL SOURCE SAMPLERS INC.<br>436 RALEIGH STREET<br>WILMINGTON NC 28412 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.406. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.406.  **Nonpriority creditor's name and mailing address**

EPCO SERVICE INC.
592 LATTIMORE ROAD
RUTHERFORDTON NC 28139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.407.  **Nonpriority creditor's name and mailing address**

EPIC ENTERPRISES INC
PO BOX 979
SOUTHERN PINES NC 28388

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$74.71

---

3.408.  **Nonpriority creditor's name and mailing address**

EQUINIX, INC.
4252 SOLUTIONS CENTER
CHICAGO IL 60677-4002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,690.00

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.409.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.409.**

**Nonpriority creditor's name and mailing address**

EREMA NORTH AMERICA INC
23 OLD RIGHT ROAD
IPSWICH MA 01938

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.410.**

**Nonpriority creditor's name and mailing address**

ERHARDT AND LEIMER INC
350 TUCAPAU RD
DUNCAN SC 29334

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$28,852.32

---

**3.411.**

**Nonpriority creditor's name and mailing address**

ESSINTIAL ENTERPRISE SOLUTIONS
75 REMITTANCE DR STE 6521
CHICAGO IL 60675-6521

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.412. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.412.    **Nonpriority creditor's name and mailing address**

ESTUDIO MUÑIZ
CALLE LAS BEGONIAS N° 475, PISO 7
SAN ISIDRO 06
LIMA
PERU

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.413.    **Nonpriority creditor's name and mailing address**

ETECH RND INC
PO BOX 88
LANCASTER SC 29721

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.414.    **Nonpriority creditor's name and mailing address**

ETHOX CHEMICALS INC
PO BOX 5094
GREENVILLE SC 29606

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,860.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

**3.415.**   **Nonpriority creditor's name and mailing address**

EULER HERMES (HANWHA)
CHOI & PARK LLC
23 S WARREN ST 2ND FL
HYUN SUK CHOI
TRENTON NJ 08608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.416.**   **Nonpriority creditor's name and mailing address**

EVERHARD PRODUCTS INC
1016 9TH ST SW
CANTON OH 44707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $243.14 |

---

**3.417.**   **Nonpriority creditor's name and mailing address**

EVS US, INC.
319 GARLINGTON ROAD STE B4
GREENVILLE SC 29615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.418.    **Nonpriority creditor's name and mailing address**

EXCEL, INC.
509 LEE AVENUE
LINCOLNTON NC 28093

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.419.    **Nonpriority creditor's name and mailing address**

EXCIDE TECHNOLOGIES
PO BOX 933482
ATLANTA GA 31193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.420.    **Nonpriority creditor's name and mailing address**

EXIM LTD
PO BOX 1785
GREENVILLE SC 29602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

**3.421.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

EYE CARE CENTER
2120 STATESVILLE BLVD
SALISBURY NC 28147

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,910.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.422.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

FAB-TEC INC
620 W FRANKLIN BLVD
GASTONIA NC 28053

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.423.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

FAIRFIELD COUNTY CHAMBER OF
PO BOX 297
WINNSBORO SC 29180

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                    Case number *(if known)* **17-12148**

---

3.424.    **Nonpriority creditor's name and mailing address**

FAIRFIELD COUNTY TREASURER
PO BOX 7
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.425.    **Nonpriority creditor's name and mailing address**

FANGDA PARTNERS
NO. 1, JIAN GUO MEN WAI AVENUE
BEIJING 100004
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | $81,766.28 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.426.    **Nonpriority creditor's name and mailing address**

FAR PACKAGING COMPANY INC
2905 AIR PARK RD
FUQUAY VARINA NC 27526

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.427. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FASTENAL<br>658 WILSON RD<br>NEWBERRY SC 29108 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.428. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FCX CHARLOTTE<br>9771-C SOUTHERN PINE BLVD<br>CINCINNATI OH 45271 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,108.47 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.429. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FEDEX<br>PO BOX 371461<br>PITTSBURGH PA 15250-7461 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,400.39 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.430. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.430.

**Nonpriority creditor's name and mailing address**

FERGUSON DESIGN
3701 PERFORMANCE ROAD
CHARLOTTE NC 28214

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$420.21

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.431.

**Nonpriority creditor's name and mailing address**

FERGUSON HEATING & COOLING
102 CORPORATE BLVD
WEST COLUMBIA SC 29169-4610

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.432.

**Nonpriority creditor's name and mailing address**

FIDELITY SECURITY LIFE INSURANCE
PO BOX 632530
CINCINNATI OH 45263-2530

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$423.37

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.433.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.433.**

**Nonpriority creditor's name and mailing address**

FIKE CORPORATION
PO BOX 1265
BLUE SPRINGS MO 64013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,452.53

---

**3.434.**

**Nonpriority creditor's name and mailing address**

FILTEC PRECISE INC
218 US HWY 701 N BYPASS
TABOR CITY NC 28463

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.435.**

**Nonpriority creditor's name and mailing address**

FILTER SALES & SERVICE
620 ELECTRIC DRIVE
SUMTER SC 29153

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$168.54

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.436. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FILTERS FAST LOCAL SERVICE, LLC
5923-A STOCKBRIDGE DRIVE
MONROE NC 28110

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.437. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FINANCIAL SEARCH GROUP
1170 BAYVIEW ROAD
PETOSKEY MI 49770

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.438. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIRESTONE FIBERS & TEXTILES CO, LLC
100 FIRESTONE LN
KINGS MOUNTAIN NC 28086

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.439.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

| | FIRESTONE POLYMERS<br>24615 NETWORK PLACE<br>CHICAGO IL 60673-1246 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.440.** **Nonpriority creditor's name and mailing address**

FIRST AMERICAN TITLE INSURANCE C
2 LIBERTY PLACE
PHILADELPHIA TX 19102

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.441.** **Nonpriority creditor's name and mailing address**

FISH & TSANG LLP
2603 MAIN STREET
IRVINE CA 92614-4271

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,990.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                  Case number *(if known)* **17-12148**

**3.442.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.442.**

**Nonpriority creditor's name and mailing address**

FISHER SAFETY COMPANY
4500 TURNBERRY DRIVE
HANOVER PARK IL 60103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.443.**

**Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC
3970 JOHNS CREEK CT, STE 500
SUWANEE GA 30024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$40,068.56

---

**3.444.**

**Nonpriority creditor's name and mailing address**

FI-TECH INC
2400 PARI WAY
MIDLOTHIAN VA 23112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,740.00

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

| 3.445. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FLUID COMPONENTS INTL<br>PO BOX 221918<br>CHARLOTTE NC 28222 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.446. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FLUID ENERGY INDUSTRIAL LLC<br>PO BOX 751278<br>CHARLOTTE NC 28275 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.447. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FLUID FLOW PRODUCTS<br>2108 CROWN VIEW DR<br>CHARLOTTE NC 28227 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,998.05 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.448. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.448.**

**Nonpriority creditor's name and mailing address**

FLUID POWER OF THE CAROLINAS INC
108 WEST CLARK STREET
PINEWOOD SC 29125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

**3.449.**

**Nonpriority creditor's name and mailing address**

FLUIDAIR INC
28 BOLAND COURT
GREENVILLE SC 29615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

**3.450.**

**Nonpriority creditor's name and mailing address**

FLUKE ELECTRONICS CORPORATION
7272 COLLECTION CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 3.451. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FMS USA, INC.
2155 STONINGTON AVE.
HOFFMAN ESTATES IL 60169

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.452. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORCE MEANSUREMENT
10509 BAILEY RD
CORNELIUS NC 28031

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.453. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORCE MEASUREMENT SERVICES INC
10509 BAILEY RD
CORNELIUS NC 28031

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,997.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 3.454. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

FORMS & SUPPLY INC
6410 ORR RD.
CHARLOTTE NC 28213

$446.76

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.455. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

FOSS NIRSYSTEMS
12101 TECH RD
ATLANTA GA 20904

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.456. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

FRANKL & THOMAS INC
PO BOX 26329
GREENVILLE SC 29616-1329

$3,240.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.457.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

FRANKLIN PLUMBING
2624 ALPINE RD
COLUMBIA SC 29223

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.458.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI OH 45274-0407

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,723.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.459.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

FRONTIER SPINNING MILLS INC
PO BOX 890011
CHARLOTTE NC 28289

☑ Contingent
☐ Unliquidated
☐ Disputed

$22,418.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.460. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.460.   **Nonpriority creditor's name and mailing address**

FTS LEESONA
2727 TUCKER ST
BURLINGTON NC 27215

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$675.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.461.   **Nonpriority creditor's name and mailing address**

FUCHS LUBRICANTS COMPANY
2140 SOUTH 88TH ST
KANSAS CITY KS 66111

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.462.   **Nonpriority creditor's name and mailing address**

G&W EQUIPMENT INC.
600 LAWTON ROAD
CHARLOTTE NC 28216

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,369.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.463.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.463.**

**Nonpriority creditor's name and mailing address**

GAI-TRONICS CORP
25413 NETWORK PLACE
CHICAGO IL 60673-1254

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.464.**

**Nonpriority creditor's name and mailing address**

GALA INDUSTRIES INC
181 PAULEY STREET
EAGLE ROCK VA 24085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,584.23

---

**3.465.**

**Nonpriority creditor's name and mailing address**

GALBRAITH LABORATORIES, INC.
2323 SYCAMORE DRIVE
KNOXVILLE TN 37921-1700

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.466.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

GARDNER DENVER INC/HOFFMAN
PO BOX 952453
SAINT LOUIS MO 63195

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,987.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.467.**   **Nonpriority creditor's name and mailing address**

GARTNER, INC.
12651 GATEWAY BLVD
FT. MYERS FL 33913

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.468.**   **Nonpriority creditor's name and mailing address**

GAS DRYING INC
PO BOX 504
WHARTON NJ 07885

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$984.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.469.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
GASTEX LLC
3051 ABERDEEN BLVD
GASTONIA NC 28054

☑ Contingent
☐ Unliquidated
☐ Disputed

$912.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.470.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
GASTON COLLEGE SPECIAL FUNDS
201 HIGHWAY 321 SOUTH
DALLAS NC 28034

☑ Contingent
☐ Unliquidated
☐ Disputed

$13,943.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.471.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
GASTON SPRINKLER INC
3037 CLONINGER ROAD
DALLAS NC 28034

☑ Contingent
☐ Unliquidated
☐ Disputed

$21,735.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 3.472. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | GASTONIA RADIATOR SERVICE<br>1435 UNION-NEW HOPE ROAD<br>GASTONIA NC 28056 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.473. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | GDS INC<br>PO BOX 9001099<br>LOUISVILLE KY 40290-1099 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.474. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | GE<br>7796 COLLECTION CENTER DRIVE<br>ATLANTA GA 60693-0077 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87,598.44 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.475.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| GE CAPITAL | | UNDETERMINED
| GE BETZ/BRENDAN KINCAID | ☑ Contingent |
| 12854 KENAN DRIVE SUITE 201 | ☑ Unliquidated |
| JACKSONVILLE FL 32258 | ☑ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                     ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.476.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| GENE STONER HAULING AND GRADING INC | | UNDETERMINED
| 3770 BRINGLE FERRY ROAD | ☑ Contingent |
| SALISBURY NC 28146 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                     VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.477.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| GEOCYCLE LLC | | UNDETERMINED
| 6211 ANN ARBOR RD | ☑ Contingent |
| CHARLOTTE NC 28260-2104 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                     VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.478.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

GEODIS LOGISTICS, LLC
15604 COLLECTIONS CENTER DR.
CHICAGO IL 60693

☑ Contingent
☑ Unliquidated
☐ Disputed

$1,360,201.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

MISC. ACCRUED LIABILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.479.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

GEORGE E. MISSBACH & CO
3715 NORTHSIDE PKWY NW STE 3-675
ATLANTA GA 30327

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.480.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

GEORGIA DEPARTMENT OF REVENUE
PO BOX 740317
ATLANTA GA 30374-0317

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.481.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| GEORGIA-PACIFIC<br>HIGHWAY 28 WEST<br>TAYLORSVILLE MS 39168 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | ALLEGED OPEN ACCOUNT CLAIM |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No<br>☐ Yes |

**3.482.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| GEORGIA-PACIFIC<br>HIGHWAY 28 WEST<br>TAYLORSVILLE MS 39168 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,893.92
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No<br>☐ Yes |

**3.483.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| GERRARD & ASSOCIATES INC<br>154 LAKE PINE RD<br>MORRISVILLE NC 28117 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | VENDOR |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No<br>☐ Yes |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.484. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.484.**

**Nonpriority creditor's name and mailing address**

GHA TECHNOLOGIES, INC
8998 EAST RAINTREE DRIVE
SCOOTSDALE AZ 85260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,974.17

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.485.**

**Nonpriority creditor's name and mailing address**

GHX INDUSTRIAL, LLC
1295 SOUTH PARK DRIVE
HOUSTON TX 27284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,710.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.486.**

**Nonpriority creditor's name and mailing address**

GIANT RESOURCE RECOVERY-HARLEYVILLE
D MIDLAND PARKWAY
SUMMERVILLE SC 29485

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28,220.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.487.   **Nonpriority creditor's name and mailing address**

GILBOS OF AMERICA, INC.
1812 ANTIOCH RD
DALTON GA 30721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $43,483.25 |

---

3.488.   **Nonpriority creditor's name and mailing address**

GLCC LAUREL LLC
ONE GREAT LAKES BLVD
WEST LAFAYETTE IN 47906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.489.   **Nonpriority creditor's name and mailing address**

GLENN, RONALD JEROME
10 QUALITY DRIVE
BLYTHEWOOD SC 29016

**Date or dates debt was incurred**

6/12/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # A00-118103

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.490.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

GLOBAL KNOWLEDGE NETWORK INC
9000 REGENCY PKWY, STE 500
CARY NC 27512

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.491.** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **Amount of claim**
*Check all that apply.*

GOODWAY TECHNOLOGIES CORPORATION
420 WEST AVENUE
STAMFORD CT 06902-6384

☑ Contingent

☐ Unliquidated

☐ Disputed

$5,299.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.492.** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **Amount of claim**
*Check all that apply.*

GOODYEAR TIRE & RUBBER CO.
200 INNOVATION WAY
AKRON OH 44316-0001

☑ Contingent

☐ Unliquidated

☐ Disputed

$10,486.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.493. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.493.

**Nonpriority creditor's name and mailing address**

GOULSTON TECHNOLOGIES INC
PO BOX 530029
ATLANTA GA 30353-0029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$76,819.41

---

3.494.

**Nonpriority creditor's name and mailing address**

GRAF METALLIC OF AMERICA INC
104 BELTON DRIVE
SPARTANBURG SC 29301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.495.

**Nonpriority creditor's name and mailing address**

GRAHAM CORPORATION
900 THIRD AVENUE, 33RD FLOOR
NEW YORK NY 10022-4775

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$31,229.76

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.496. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.496.**

**Nonpriority creditor's name and mailing address**

GRAINGER INC
DEPT 854502945
PALATINE IL 60038-0001

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.497.**

**Nonpriority creditor's name and mailing address**

GRANITE KNITWEAR DBA CAL CRU
805 S. SALISBURY AVE.
GRANITE QUARRY NC 28072

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.498.**

**Nonpriority creditor's name and mailing address**

GRANT THORNTON LLP
4140 PARKLAKE AVE, STE 130
RALEIGH NC 27612

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$380,169.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCURALS AUDIT & LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.499. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRAPHIC CONTROLS CORP
189 VAN RENSSELAER STREET
BUFFALO NY 14210-1345

☑ Contingent
☐ Unliquidated
☐ Disputed

$355.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.500. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRAPHIC CONTROLS LLC
400 EXCHANGE ST
BUFFALO NY 14240

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.501. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRAYBAR ELECTRIC COMPANY INC
PO BOX 403052
ATLANTA GA 30384-3052

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                     Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.502.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.502.**

**Nonpriority creditor's name and mailing address**

GREAT AMERICAN GRP ADV/VAL SVCS LLC
21860 BURBANK BLVD, STE 300 SOUTH
WOODLAND HILLS CA 91367

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.503.**

**Nonpriority creditor's name and mailing address**

GREAT AMERICAN INSURANCE COMPANIES
SOLUTIONS CENTER
CHICAGO IL 60677-3005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$80,943.00

---

**3.504.**

**Nonpriority creditor's name and mailing address**

GREAT AMERICAN INSURANCE COMPANY
301 EAST 4TH STREET
CINCINNATI OH 45202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION INSURANCE
RESERVE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$726,681.23

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                   Case number *(if known)* **17-12148**

**3.505.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

GREEN GLOBE SERVICES, INC.
10198 GUILFORD ROAD SUITE 100
JESSUP MD 20794-9529

☑ Contingent
☐ Unliquidated
☐ Disputed

$13,250.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.506.** **Nonpriority creditor's name and mailing address**

GREEN LAWN MAINTENANCE
99 LOBLOLLY AVENUE
WINNSBORO SC 29180

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,315.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.507.** **Nonpriority creditor's name and mailing address**

GREENVILLE INDUSTRIAL RUBBER &
PO BOX 4469
GREENVILLE SC 29608

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.508.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| GRIFFIN GEAR CO<br>BOX 202<br>ROEBUCK SC 29376 | | UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                    VENDOR

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.509.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| GRINDTEC ENTERPRISES CORP<br>3402 MOORESVILLE ROAD<br>SALISBURY NC 28147-8828 | | $2,702.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                    VENDOR

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.510.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| GTP GREENVILLE, INC-AMERICA PICANOL<br>1801 RUTHERFORD RD<br>GREENVILLE SC 29609 | | UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS                    VENDOR

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

**3.511.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
GUANGDONG SCIHEAD HUIHUA LAW FIRM
1508 HUIHUA COMMERICAL & TRADE BLDG
GUANGZHOU 190 510070
CHINA

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.512.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
GULF PHOTONICS, INC
448 COMMERCE BLVD
OLDSMAR FL 34677

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.513.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
GUYSON CORPORATION OF USA
13 GRANDE BLVD
SARATOGA SPRING NY 12866

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.514. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.514.**

**Nonpriority creditor's name and mailing address**

H&H PEST CONTROL INC
520 E DIXON BLVD
SHELBY NC 28152

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$977.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.515.**

**Nonpriority creditor's name and mailing address**

H3 ENVIRONMENTAL INC
6 WOODCREST ROAD
ASHEVILLE NC 28804

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.516.**

**Nonpriority creditor's name and mailing address**

HACH COMPANY
2207 COLLECTIONS CENTER DR
CHICAGO IL 60693

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,130.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 3.517. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.517.  **Nonpriority creditor's name and mailing address**

HAGAN KENNINGTON OIL CO INC
INDUSTRIAL PIKE RD
GASTONIA NC 28052

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,199.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.518.  **Nonpriority creditor's name and mailing address**

HALLMARK FABRICATORS INC
601 GORDON AVE
RICHMOND VA 23224

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$162.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.519.  **Nonpriority creditor's name and mailing address**

HAMMOND ELECTRONICS, INC.
22-C OAK BRANCH DR
GREENSBORO NC 27407

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.520. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.520.** 

**Nonpriority creditor's name and mailing address**

HANWHA INTERNATIONAL LLC
300 FRANK W. BURR BLVD
TEANECK NJ 07666

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,122,894.52

---

**3.521.** 

**Nonpriority creditor's name and mailing address**

HARRELL INDUSTRIES INC
2495 COMMERCE DRIVE
ROCK HILL SC 29730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.522.** 

**Nonpriority creditor's name and mailing address**

HARTLAND DISTILLATIONS INC
2406 LYNCH RD
EVANSVILLE IN 47711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.523. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.523.**

**Nonpriority creditor's name and mailing address**

HARWOOD SIGNS
105 DEPOT ST
GRANITE QUARRY NC 28072

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.524.**

**Nonpriority creditor's name and mailing address**

HD SUPPLY ELECTRICAL, LTD.
118 WINONA STREET
CHARLOTTE NC 28203

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.525.**

**Nonpriority creditor's name and mailing address**

HEAT EXCHANGE AND TRANSFER INC
500 SUPERIOR STREET
CARNEGIE PA 15106

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                  Case number *(if known)* **17-12148**

---

| 3.526. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HEAT TRANSFER SALES<br>16120 OLD STATESVILLE ROAD<br>HUNTERSVILLE NC 28078 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.527. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HEATHERLOCK TEXTILES, INC.<br>2401 EAST OZARK AVENUE<br>GASTONIA NC 28054 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,008.36 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.528. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HEIDRICK & STRUGGLES, INC<br>1133 PAYSPHERE CIRCLE<br>CHICAGO IL 60674-1010 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                    Case number *(if known)* **17-12148**

**3.529.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HELM U.S. CORPORATION
1110 CENTENNIAL AVE
PISCATAWAY NJ 08854-4169

☑ Contingent
☐ Unliquidated
☐ Disputed

$328,123.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.530.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HENAN ZHENGXIN SPECIAL
NO.2 RENYOU ROAD, BEIDU ZHEN,
PINGDINGSHAN 180 467000
CHINA

☑ Contingent
☐ Unliquidated
☐ Disputed

$51,061.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.531.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HENDRIX MANUFACTURING CO INC
1305 NEEDMORE RD
WOODLEAF NC 27054

☑ Contingent
☐ Unliquidated
☐ Disputed

$79,308.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.532. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HERCULES INC
PO BOX 116232
ATLANTA GA 30368-6232

☑ Contingent
☐ Unliquidated
☐ Disputed

$9,408.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.533. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HERRINGTON, GORDON
677 STATE HWY 200
WINNSBORO SC 29180

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/27/2015

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # 564-643536

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.534. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HESS CORPORATION
#1 HESS PLAZA
WOODBRIDGE NJ 07095

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 3.535. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.535. **Nonpriority creditor's name and mailing address**

HEXACOMB CORPORATION
1296 BARCLAY BLVD.
BUFFALO GROVE IL 60089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.536. **Nonpriority creditor's name and mailing address**

HEXION INC.
12850 COLLECTION CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.537. **Nonpriority creditor's name and mailing address**

HICKORY INDUSTRIAL SALES INC
PO BOX 2426
DREXEL NC 28619

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.538. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.538.**

**Nonpriority creditor's name and mailing address**

HIGHLAND CONTAINER CO INC
100 RAGSDALE RD
JAMESTOWN NC 27282-9702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.539.**

**Nonpriority creditor's name and mailing address**

HILE EQUIPMENT CO
11026 MONROE ROAD
MATTHEWS NC 28105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,479.76

---

**3.540.**

**Nonpriority creditor's name and mailing address**

HI-TECH
760 GARLINGTON RD
GREENVILLE SC 29615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.541. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.541.**

**Nonpriority creditor's name and mailing address**

HITECH TECHNOLOGIES, INC.
301 OXFORD VALLEY ROAD, BLDG 505
YARDLEY PA 19067-7706

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.542.**

**Nonpriority creditor's name and mailing address**

HOBGOOD ELECTRIC & MACHINERY CO., I
10320 MONTICELLO ROAD
COLUMBIA SC 29180

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.543.**

**Nonpriority creditor's name and mailing address**

HOCKMEYER EQUIPMENT CORP
610 SUPOR BLVD
HARRISON NJ 07029

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 3.544. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.544.

**Nonpriority creditor's name and mailing address**

HOFFMAN & HOFFMAN INC
PO BOX 221619
CHARLOTTE NC 28222-1619

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Basis for the claim:

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.545.

**Nonpriority creditor's name and mailing address**

HOHENSTEIN INSTITUTE AMERICA INC
1688 WESTBROOK AVENUE
BURLINGTON NC 27215

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Basis for the claim:

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.546.

**Nonpriority creditor's name and mailing address**

HOIST & CRANE SYSTEMS, INC.
1020 COMMERCIAL DRIVE
MATTHEWS NC 28104

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$564.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Basis for the claim:

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.547.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HONEYWELL INC
405 BARCLAY BLVD
LINCOLNSHIRE IL 60069

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,120.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.548.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HONOR EQUIPMENT
9220 RODNEY ST
PINEVILLE NC 28134

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.549.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HORIBA INSTRUMENTS INC.
34 BUNSEN DRIVE
IRVINE CA 92618

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 3.550. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.550. | **Nonpriority creditor's name and mailing address**

HOSOKAWA BEPEX CORPORATION
333 N E TAFT ST
MINNEAPOLIS MN 55413

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.551. | **Nonpriority creditor's name and mailing address**

HOTSY CAROLINAS
887 N HIGHWAY 16
DENVER NC 28037-6005

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.552. | **Nonpriority creditor's name and mailing address**

HOWDEN BUFFALO INC
8215 ROSWELL RD
ATLANTA GA 30338

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.553.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.553.

**Nonpriority creditor's name and mailing address**

HSGM HEATCUTTING EQUIPMENT MACHINE
1865 E MAIN ST NO 5
DUNCAN SC 29334

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,453.28

3.554.

**Nonpriority creditor's name and mailing address**

HUDSON TECHNOLOGIES INC
7300 SOLUTION CENTER
CHICAGO IL 60677-7003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.555.

**Nonpriority creditor's name and mailing address**

HUGHES NETWORK SYSTEMS, LLC
PO BOX 96874
CHICAGO IL 60693-6874

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$634.45

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.556. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.556.**

**Nonpriority creditor's name and mailing address**

HUMPHRIES PRESS INC
305 12TH ST
WAYNESBORO VA 22980

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.557.**

**Nonpriority creditor's name and mailing address**

HUNTSMAN INTERNATIONAL LLC
500 HUNTSMAN WAY
SALT LAKE CITY UT 84108

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.558.**

**Nonpriority creditor's name and mailing address**

HURLEY & HARRISON INC
PO BOX 8516
GREENVILLE SC 29604

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.559.**  **Nonpriority creditor's name and mailing address**

HYDRADYNE HYDRAULICS, LLC
300 HUGER ST.
COLUMBIA SC 29201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,595.10 |

---

**3.560.**  **Nonpriority creditor's name and mailing address**

HYDRAULIC & PNEUMATIC SALES INC
PO BOX 410587
CHARLOTTE NC 28241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.561.**  **Nonpriority creditor's name and mailing address**

HYDRAULIC DEPOT, LLC.
2001 SOUTH MAIN ST.
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $325.00 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.562. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.562.**

**Nonpriority creditor's name and mailing address**

HYOSUNG
JERRY HOOGVLIETS
BIESBOSCH 225
1181 JC AMSTELVEEN
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.563.**

**Nonpriority creditor's name and mailing address**

HYOSUNG CORPORATION
BANPO-DAERO, SEOCHO-GU235
SEOUL 137-804
KOREA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$956,032.00

---

**3.564.**

**Nonpriority creditor's name and mailing address**

I&M INDUSTRIALS INC
10 AKRON DRIVE
GREENVILLE SC 29605-5228

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$21,776.76

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.565. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.565.
**Nonpriority creditor's name and mailing address**

IBM INTERNATIONAL BUSINESS MACHINES
4800 FALLS OF NEUSE RD
RALEIGH NC 27609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,303.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.566.
**Nonpriority creditor's name and mailing address**

ICI DULUX PAINT CENTER
912 S KERR AVENUE
WILMINGTON NC 28401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.567.
**Nonpriority creditor's name and mailing address**

IDEIN DESIGN, INC.
709 PAINTED FEATHER LANE
CONOVER NC 28613-8045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$650.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.568. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.568.**

**Nonpriority creditor's name and mailing address**

IFM EFECTOR INC
PO BOX 8538-307
PHILADELPHIA PA 19171-0307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$49.43

---

**3.569.**

**Nonpriority creditor's name and mailing address**

IHS GLOBAL INC.
INVERNESS WAY EAST
ENGLEWOOD CO 80112-5710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$22,500.00

---

**3.570.**

**Nonpriority creditor's name and mailing address**

IKA WORKS INC
2635 NORTHCHASE PKWY SE
WILMINGTON NC 28405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

---

3.571.    **Nonpriority creditor's name and mailing address**

ILLINOIS INSTRUMENTS INC
2401 HILLER RIDGE ROAD
JOHNSBURG IL 60050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.572.    **Nonpriority creditor's name and mailing address**

IMAGE INC
3632 DEIREE ST
WEST COLUMBIA SC 29170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.573.    **Nonpriority creditor's name and mailing address**

INCHEM-CHARLOTTE LLC
12345 STEELE CREEK RD.
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

3.574. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

INDORAMA VENTURES
10200 E SHERBROOKE ST
MONTREAL H1B 1B4
CANADA

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.575. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

INDSPEC CHEMICAL CORP
1010 WILLIAM PITT WAY
PITTSBURGH PA 15236

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.576. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

INDUSTRIAL AIR, INC.
428 EDWARDIA DRIVE
GREENSBORO NC 27419

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.577. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDUSTRIAL BATTERY & CHARGER INC
91 CENTURY BLVD.
CAMDEN SC 29020

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,218.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.578. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDUSTRIAL BOILER & MECHANICAL
3325 N. HAWTHORNE ST
CHATTANOOGA TN 37406

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.579. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDUSTRIAL CONTAINER SERVICES
200 W. WAREHOUSE COURT
TAYLORS SC 29687

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

3.580.  **Nonpriority creditor's name and mailing address**

INDUSTRIAL CONTROLS DIST LLC
1020 FORSYTH AVE., SUITE 100
INDIAN TRAIL NC 28079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,344.09 |

---

3.581.  **Nonpriority creditor's name and mailing address**

INDUSTRIAL DISTRIBUTION GROUP INC
PO BOX 419088
BOSTON MA 02241-9088

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $259.71 |

---

3.582.  **Nonpriority creditor's name and mailing address**

INDUSTRIAL ELECTRONIC SOLUTIONS
816-D POST STREET
GREENSBORO NC 27405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.583. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.583.  **Nonpriority creditor's name and mailing address**

INDUSTRIAL FILTER MANUFACTURER
10244 HEDDEN ROAD
EVANSVILLE IN 47725

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.584.  **Nonpriority creditor's name and mailing address**

INDUSTRIAL MACHINE WORKS, INC.
444 NORTH BAYARD AVE
WAYNESBORO VA 22980

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$15,900.75

---

3.585.  **Nonpriority creditor's name and mailing address**

INDUSTRIAL MAINTENANCE & AUTOMATION
PO BOX 1804
SHELBY NC 28151

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,888.30

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.586. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

INDUSTRIAL PACKAGING SUPPLIES INC
PO BOX 2009
FOUNTAIN INN SC 29644

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.587. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

INDUSTRIAL PLATING CO INC
PO BOX 16655
CHATTANOOGA TN 37416-0655

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$23,095.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.588. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

INDUSTRIAL POWER SALES INC
75 REMITTANCE CENTER DRIVE
CHICAGO IL 60675-3019

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.589. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.589.

**Nonpriority creditor's name and mailing address**

INDUSTRIAL SCIENTIFIC CORP
7848 STEUBENVILLE PIKE
OAKDALE PA 15071-1072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.590.

**Nonpriority creditor's name and mailing address**

INDUSTRIAL STEAM SERVICES, LLC
NORTH LIVE OAK CT.
PEORIA IL 61615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.591.

**Nonpriority creditor's name and mailing address**

INDUSTRIAL SUPPLY SOLUTIONS INC
804 JULIAN ROAD
ST LOUIS MO 63179-8000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,569.27

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.592.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
INDUSTRIAL TRUCK SALES & SERVICE
PO BOX 241348
CHARLOTTE NC 28224

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.593.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
INDUSTRIAL VALVE & GAUGE
9301 MONROE RD - STE C
CHARLOTTE NC 28270

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.594.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
INDVENTECH
1361 W WADE HAMPTON BLVD., SUITE F,
GREER SC 29650

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**               Case number *(if known)* **17-12148**

| 3.595. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INGERSOLL RAND CO
9800 I SOUTHERN PINES BLVD
CHARLOTTE NC 28273

☑ Contingent

☐ Unliquidated

☐ Disputed

$255.04

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            VENDOR

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.596. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INNOVATIVE MACHINERY LLC
429 HWY 418 WEST
FOUNTAIN INN SC 29644

☑ Contingent

☐ Unliquidated

☐ Disputed

$4,132.12

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            VENDOR

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.597. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INNOVATIVE SYSTEMS DBA LINEAGE
9801-C SOUTHERN PINE BLVD.
CHARLOTTE NC 28273

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            VENDOR

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                      Case number *(if known)* **17-12148**

| 3.598. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.598.**

**Nonpriority creditor's name and mailing address**

INSTEL POWER SERVICES, INC.
303 GREER DRIVE
SIMPSONVILLE SC 29681

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.599.**

**Nonpriority creditor's name and mailing address**

INSTRON WILSON SHORE INSTRUMENTS
825 UNIVERSITY AVE
NORWOOD MA 02062

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,347.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.600.**

**Nonpriority creditor's name and mailing address**

INSTRUMENTS & VALVE SERVICES
6135 LAKEVIEW ROAD
CHARLOTTE NC 28269

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                        Case number *(if known)* **17-12148**

---

3.601.  **Nonpriority creditor's name and mailing address**

INSTRU-MET CORORATION
999 RAHWAY AVENUE
UNION NJ 07083-6549

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.602.  **Nonpriority creditor's name and mailing address**

INTEGRATED POWER SERVICES LLC
1332 FIRE TOWER RD
CHARLOTTE NC 29730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.603.  **Nonpriority creditor's name and mailing address**

INTEGRITY TELECOM
5221 SHERIDAN DR
CONCORD NC 28027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

**3.604.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---
| INTELLIGENT TECHNOLOGY INC<br>PO BOX 472231<br>CHARLOTTE NC 28247 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $780.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.605.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---
| INTERIOR PLANTSCAPES, LLC<br>51 PLANT DR EXT<br>GREENVILLE SC 29607 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.606.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---
| INTERNATIONAL FORWARDERS INC<br>1350 ASHLEY RIVER ROAD SUITE A<br>CHARLESTON SC 29407 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $267,878.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.607.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.607.**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL FORWARDERS, INC.
ODYSSEY LOGISTICS & TECHNOLOGY
CORPORATION
39 OLD RIDGEBURY ROAD
JOHN NIKOLICH
DANBURY CT 06810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.608.**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL PAPER CO
6400 POPLAR AVE.
MEMPHIS TN 38197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.609.**

**Nonpriority creditor's name and mailing address**

INTERSTATE SOLUTIONS INC
137 PENNINGTON ROAD
ROCK HILL SC 29732

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.610.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.610.**

**Nonpriority creditor's name and mailing address**

INTERSTATE UTILITY SALES
6831-B FAIRVIEW ROAD
CHARLOTTE NC 28210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.611.**

**Nonpriority creditor's name and mailing address**

INTERWRAP INDUSTRIES CORP
1930 HANAHAN RD SUITE 1400B
NORTH CHARLESTON SC 29406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.612.**

**Nonpriority creditor's name and mailing address**

INVENSYS SYSTEMS INC
14526 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,312.51

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 3.613. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INVISTA S.A.R.L.
4123 EAST 37TH STREET NORTH
WICHITA KS 67220

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.614.    **Nonpriority creditor's name and mailing address**

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO IL 60673-1247

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$41,770.68

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.615.    **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN INC
PO BOX 27128
NEW YORK NY 10087-7128

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$328.33

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | |
|---|---|
| 3.616. | **Nonpriority creditor's name and mailing address** |

ISOCHEM, INC
7721 SUTTON PLACE
NEW ALBANY OH 43054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.617.   **Nonpriority creditor's name and mailing address**

IVCI, LLC
601 OLD WILLETS PATH
HAUPPAUGE NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,371.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.618.   **Nonpriority creditor's name and mailing address**

J MORGAN COMPANY
1517 AIRPORT RD
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$23,431.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

| 3.619. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.619.** | **Nonpriority creditor's name and mailing address**

J.A. KING & CO., LLC
2620 W GATE CITY BLVD
GREENSBORO NC 27403-3144

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.620.** | **Nonpriority creditor's name and mailing address**

JA KING & COMPANY INC
6541 FRANZ WARNER PKWY
EMAIL INFO@JAKING.COM
WHITSETT NC 27377

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,473.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.621.** | **Nonpriority creditor's name and mailing address**

JAMES M PLEASANTS CO INC
PO BOX 890396
CHARLOTTE NC 28289

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**   Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.622. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.622.   **Nonpriority creditor's name and mailing address**

JAMES W. FARLEY
430 PALOMINO DRIVE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.623.   **Nonpriority creditor's name and mailing address**

JANED ENTERPRISES
PO BOX 220
TAYLORS SC 29687

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$485.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.624.   **Nonpriority creditor's name and mailing address**

JANPAK, INC.
610 KELSEY COURT., SUITE 100
COLUMBIA SC 29209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.625. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.625.**

**Nonpriority creditor's name and mailing address**

JAVATEC INC
PO BOX 88
SPEEDWELL VA 24374

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,618.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.626.**

**Nonpriority creditor's name and mailing address**

JAY INDUSTRIAL CONTROLS
9301 MONROE RD
CHARLOTTE NC 28270

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.627.**

**Nonpriority creditor's name and mailing address**

JB RUSSELL & SON
PO BOX 4098
SPARTANBURG SC 29305

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.628. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.628. **Nonpriority creditor's name and mailing address**

JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO IL 60654-3456

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$27,536.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.629. **Nonpriority creditor's name and mailing address**

JENOPTIK INDUSTRIAL METROLOGY NA LL
1505 WEST HAMLIN ROAD
ROCHESTER HILLS MI 48309

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,733.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.630. **Nonpriority creditor's name and mailing address**

JL RAPER CORPORATION
150 SPORTSMAN DRIVE
STATESVILLE NC 28625

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.631. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

JMS SOUTHEAST INC
105 TEMPERATURE LANE
STATESVILLE NC 28677-9639

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,084.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.632.    **Nonpriority creditor's name and mailing address**

JOE MOORE & COMPANY INC
GAVIN STREET
RALEIGH NC 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.633.    **Nonpriority creditor's name and mailing address**

JOHN CRANE, INC.
24929 NETWORK PLACE
CHICAGO IL 60673-1249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$27,146.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.634. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSON CONTROLS INC
PO BOX 93107
CHICAGO IL 60673-3107

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,682.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.635. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSON, MARK B
233 BLYTHECREEK DRIVE
BLYTHEWOOD SC 29016

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

6/20/2016

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # 564-655529

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.636. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSTONE SUPPLY OF COLUMBIA
145 WINHILL DR SUITE 200
COLUMBIA SC 29203

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,129.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

---

3.637.   **Nonpriority creditor's name and mailing address**

JONES DAY
PO BOX 7805
WASHINGTON DC 20044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,731.88

---

3.638.   **Nonpriority creditor's name and mailing address**

JORDAN LAKE LANDSCAPING INC
PO BOX 362
MONCURE NC 27559

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.639.   **Nonpriority creditor's name and mailing address**

JS HOLLAND MACHINE CO LLC
401 NORTH PEAR STREET
GASTONIA NC 28055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.640. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.640.**

**Nonpriority creditor's name and mailing address**

JUBILANT AGRI & CONSUMER PRDCTS LTD
PLTNO.15 KNOWLEDGE PARK II
GREATER NOIDA- UTTAR PRADESH 01 201306
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.641.**

**Nonpriority creditor's name and mailing address**

JUBILANT INDUSTRIES INC.
790 TOWNSHIP LINE ROAD, STE 175
YARDLEY PA 19067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$82,179.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.642.**

**Nonpriority creditor's name and mailing address**

JW DEMOLITION, LLC
2130 N. TRYON STREET
CHARLOTTE NC 28206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$48,350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.643. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.643.

**Nonpriority creditor's name and mailing address**

KANO LABORATORIES INC
1000 S THOMPSON LANE
NASHVILLE TN 37211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$254.16

---

3.644.

**Nonpriority creditor's name and mailing address**

KAWILL RECRUITING
1102 GROPPO COVE
WILMINGTON NC 28412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.645.

**Nonpriority creditor's name and mailing address**

KC SUPPLY CO. INC.
3306 WYOMING STREET
KANSAS CITY MO 64111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.646.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**3.646.**

**Nonpriority creditor's name and mailing address**

KCI ASSOCIATES OF NC
SIX FORKS ROAD, SUITE 220
RALEIGH NC 27609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.647.**

**Nonpriority creditor's name and mailing address**

KEENAN ENERGY
PO BOX 727
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.648.**

**Nonpriority creditor's name and mailing address**

KELSAN-HARRILL INC
PO BOX 60038
CHARLOTTE NC 28260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$497.34

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.649.  **Nonpriority creditor's name and mailing address**

KEMP COMPANY
4647 SW 40TH AVENUE
CHICAGO IL 34474-5799

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.650.  **Nonpriority creditor's name and mailing address**

KEMP CONSTRUCTION CO
2217 LYNMORE DR.
SHERRILLS FORD NC 28673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.651.  **Nonpriority creditor's name and mailing address**

KENNETH G LILLY FASTENERS INC
855 DAWSON DRIVE
NEWARK DE 19713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $7,121.52 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.652. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KIRKLAND & ELLIS LLP
300 NORTH LASALLE STREET
CHICAGO IL 60654

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,946.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.653. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KLEINFELDER
PO BOX 51958
LOS ANGELES CA 90051-6258

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.654. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KLUBER LUBRICATION NORTH AMERICA LP
32 INDUSTRIAL DR
LONDONDERRY NH 03053

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.655.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KM INDUSTRIES, LLC
3515 TOM STARNES ROAD
MONROE NC 28112

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.656.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KOLENE CORP
12890 WESTWOOD AVE
DETROIT MI 48223-3436

☑ Contingent
☐ Unliquidated
☐ Disputed

$12,536.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.657.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KONECRANES INC
PO BOX 644994
PITTSBURGH PA 15264-4994

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.658. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.658.**

**Nonpriority creditor's name and mailing address**

KORDSA INC
17780 ARMSTRONG RD
LAUREL HILL NC 28351

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.659.**

**Nonpriority creditor's name and mailing address**

KRELLER BUSINESS INFORMATION GROUP
817 MAIN ST, STE 700
CINCINNATI OH 45202-2183

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.660.**

**Nonpriority creditor's name and mailing address**

KRONOS CORP
297 BILLERICA RD
CHELMSFORD MA 01824

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$13,278.66

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.661. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KUKA ROBOTICS CORP
51870 SHELBY PARKWAY
SHELBY TOWNSHIP MI 48315-1787

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.662. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KUNKLE OIL CO INC
PO BOX 315
NEWBERRY SC 29108

☑ Contingent
☐ Unliquidated
☐ Disputed

$5,646.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.663. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KYKLOS BEARING INTERNATIONAL, INC.
100 EAST WATER STREET
SANDUSKY OH 44870

☑ Contingent
☐ Unliquidated
☐ Disputed

$9,177.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.664. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.664.**

**Nonpriority creditor's name and mailing address**

KYOCERA INDUSTRIAL CERAMICS CORP
8611 BALBOA AVE
SAN DIEGO CA 92123

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.665.**

**Nonpriority creditor's name and mailing address**

LABEL IT INC
42 STEAMWHISTLE DR
IVYLAND PA 18974

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.666.**

**Nonpriority creditor's name and mailing address**

LABELMASTER
5724 N PULASKI ROAD
CHICAGO IL 60646

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$61.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

3.667.   **Nonpriority creditor's name and mailing address**

LABELS ETC INC
106-E MID SOUTH DRIVE
WEST END NC 27376

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.668.   **Nonpriority creditor's name and mailing address**

LAMBS MACHINE WORKS
296 E MALLORY AVE
MEMPHIS TN 38109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $32,348.12 |

3.669.   **Nonpriority creditor's name and mailing address**

LANDAUER INC
2 SCIENCE RD
GLENWOOD IL 60425-1586

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.670. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANG LIGON & COMPANY, INC
5159 PELHAM RD
GREENVILLE SC 29615

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.671. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANTECH INC
3257 RELIABLE PARKWAY
CHICAGO IL 60686

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.672. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAPMASTER INTERNATIONAL
501 W ALGONQUIN RD
CHICAGO IL 60056

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

---

**3.673.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | --- | ---

**3.673.**

**Nonpriority creditor's name and mailing address**

LAWSON HEMPHILL
2 FLEETWOOD CT
RONKONKOMA NY 11779

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.674.**

**Nonpriority creditor's name and mailing address**

LCI CORPORATION
4500 CHESAPEAKE DR
CHARLOTTE NC 28216

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,873.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.675.**

**Nonpriority creditor's name and mailing address**

LEAR'S WELDING, FABRICATING &
PO BOX 11013
ROCK HILL SC 29731

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$24,954.26

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.676. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.676.**

**Nonpriority creditor's name and mailing address**

LEASE OPERATIONS
1719 ROUTE 10 EAST, SUITE 306
PARSIPPANY NJ 07054

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.677.**

**Nonpriority creditor's name and mailing address**

LEATHERMAN, TIMOTHY DALE
317 YADKIN-GQ ST
SALISBURY NC 28146

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

6/6/2016

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # A00-094270

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.678.**

**Nonpriority creditor's name and mailing address**

LECO, INC.
10-21ST AVE. NW SUITE 210
HICKORY NC 28601

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.679. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEE SPRING COMPANY LLC
140 58TH STREET
BROOKLYN NY 11220

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.680. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LENOVO FINANCIAL SERVICES
21146 NETWORK PLACE
CHICAGO IL 60673-1211

☑ Contingent
☐ Unliquidated
☐ Disputed

$14,347.71

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.681. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEWIS CONSTRUCTION
1030 LEWIS STORE RD
BLACKSTOCK SC 29014

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

3.682. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | ---

**3.682.** **Nonpriority creditor's name and mailing address**

LEWIS SUPPLY COMPANY INC
PO BOX 404130
ATLANTA GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.683.** **Nonpriority creditor's name and mailing address**

LEXPRESS NORWALK
106 PERRY AVE
NORWALK CT 06850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$986.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.684.** **Nonpriority creditor's name and mailing address**

LHOIST NORTH AMERICA OF VA INC
5216 PAYSPHERE CIRCLE
CHICAGO IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.685.   **Nonpriority creditor's name and mailing address**

LIFTONE
SANDRA SOTO
9000 STATESVILLE RD
CHARLOTTE NC 28275-0054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.686.   **Nonpriority creditor's name and mailing address**

LIFTONE, LLC
9000 STATESVILLE RD
CHARLOTTE NC 28269

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$827.59

---

3.687.   **Nonpriority creditor's name and mailing address**

LIGHTNIN
PO BOX 33424
CHARLOTTE NC 28233

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.688.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.688.**

**Nonpriority creditor's name and mailing address**

LIGON ELECTRIC SUPPLY
1221 NATIONAL DR
WINSTON SALEM NC 27103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.689.**

**Nonpriority creditor's name and mailing address**

LINA
PO BOX 8500-K110
PHILADELPHIA PA 19178

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3.64

---

**3.690.**

**Nonpriority creditor's name and mailing address**

LINGLE ELECTRIC REPAIR INC
600 NORTH MAIN STREET
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$39,335.82

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.691. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

LINK INC
5280-B HWY 9
INMAN SC 29349

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.692. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

LINTECH INTL
7705 N E INDUSTRIAL
MACON GA 31297

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.693. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

LINVILLE RIVER TRAINING CENTER
PO BOX 65
PINEOLA NC 28662

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.694.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LIQUID HANDLING EQUIPMENT INC
PO BOX 668525
CHARLOTTE NC 28266-8525

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.695.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LIT INDUSTRIES INC
1924 CHESPARK DR
GASTONIA NC 28052

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.696.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LITTLEFORD DAY INC
7451 EMPIRE DRIVE
FLORENCE KY 41042-2985

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.697.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LIVINGSTON & HAVEN INC
11616 WILMAR BLVD
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,252.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.698.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LIVINGSTONE COATING CORP
240 RHYNE ROAD
CHARLOTTE NC 28214

☑ Contingent
☐ Unliquidated
☐ Disputed

$383.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.699.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LLOYD JEFFREY TAYLOR
1805 BENJAMIN DRIVE
SALISBURY NC 28146

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.700.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LMC INTERNATIONAL LIMITED<br>1841 BROADWAY<br>NEW YORK NY 10023 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.701.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LOCAL UNION NO 1800<br>PO BOX 86<br>WINNSBORO SC 29180 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.702.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LOCKTON<br>PO BOX 802707<br>KANSAS CITY MO 64180-2707 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $235,512.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| | | |
|---|---|---|
| 3.703. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 3.703. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LOCKWOOD INTERNATIONAL INC<br>10203 WALLISVILLE RD<br>HOUSTON TX 77013-4115 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.704. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LOFTWARE INC<br>249 CORPORATE DRIVE<br>PORTSMOUTH NH 03801 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,853.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.705. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LOGISTICS MANAGEMENT RESOURCES, INC<br>PO BOX 83678<br>BATON ROUGE LA 70884-3678 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**3.706.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

LOGO'D GEAR
2302 DUNAVANT ST
CHARLOTTE NC 28203

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.707.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

LONG & LONG LLP
338 S SHARON AMITY RD
CHARLOTTE NC 28211

☒ Contingent
☒ Unliquidated
☐ Disputed

$25,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCURALS AUDIT & LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.708.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

LOWES COMPANIES INC
207 FAITH RD
SALISBURY NC 28146

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.709.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LR GORRELL CO
801 PRESSLEY ROAD SUITE 103
CHARLOTTE NC 28217

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.710.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LS TECHNOLOGIES INC.
314 JESSOP AVENUE
SASKATOON SK S7N 1Y6
CANADA

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.711.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LUBRICATION ENGINEERS INC
300 BAILEY AVE
WICHITA KS 76107

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.712.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.712.  **Nonpriority creditor's name and mailing address**

LUBROMATION INC
800 GRANDIN ROAD
CHARLOTTE NC 28208

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.713.  **Nonpriority creditor's name and mailing address**

LUDECA INC
1425 NW 88TH AVENUE
MIAMI FL 33172-3017

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28,513.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.714.  **Nonpriority creditor's name and mailing address**

LUDLUM MEASUREMENTS INC
PO BOX 248
SWEETWATER TX 79556

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.715. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LUFKIN INDUSTRIES INC
PO BOX 301199
DALLAS TX 75303-1199

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.716. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LWT INC
PO BOX 300
GREER SC 29652-0300

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.717. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LXE INC
125 TECHNOLOGY PARK
ATLANTA GA 30092-2913

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.718. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.718.    **Nonpriority creditor's name and mailing address**

M&M ELECTRIC SERVICE, INC.
1680 GARFIELD DRIVE
GASTONIA NC 28052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.719.    **Nonpriority creditor's name and mailing address**

M3 ENGINEERING & TECHNOLOGY CORP
2051 W SUNSET ROAD STE 101
TUSCON AZ 85704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.720.    **Nonpriority creditor's name and mailing address**

MAAG AUTOMATIK, INC
1500 CONTINENTAL BLVD
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,948.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.721.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

MACHINED COMPONENT SERVICES
706 STATE STREET
CHARLOTTE NC 28208-4148

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.722.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

MACHINING TECHNOLOGY SERVICES
DAVID BAUCOM
1817 ROCKY RIVER RD NORTH
MONROE NC 28110

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.723.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

MACHINING TECHNOLOGY SERVICES INC
1817 ROCKY RIVER RD N
MONROE NC 28110

☑ Contingent
☐ Unliquidated
☐ Disputed

$18,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | |
|---|---|
| 3.724. | **Nonpriority creditor's name and mailing address** |

**3.724.**

**Nonpriority creditor's name and mailing address**

MAGNETROL INTERNATIONAL INC
2108 CROWN VIEW DRIVE
CHARLOTTE NC 28227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.725.**

**Nonpriority creditor's name and mailing address**

MAGNUM SYSTEMS INC
2205 JOTHI AVE
PARSONS KS 67357

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,271.70

---

**3.726.**

**Nonpriority creditor's name and mailing address**

MAHR METERING SYSTEMS CORP
1415-A CROSS BEAM DR
CHARLOTTE NC 28217-2804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.727.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MAR COR PURIFICATION
16233 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

$4,809.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.728.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARLIN LEASING
PO BOX 13604
PHILADELPHIA PA 19101-3604

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,413.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.729.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARSH USA INC
PO BOX 846015
DALLAS TX 75284-6015

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,054.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                  Case number *(if known)* **17-12148**

**3.730.** **Nonpriority creditor's name and mailing address**

MARTIN ENGINEERING MICHIGAN
990 DEGURSE AVE
MARINE CITY MI 48039-1589

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,972.00 |

**3.731.** **Nonpriority creditor's name and mailing address**

MARTY R. STEWART
1004 MASTER GUNNER DRIVE
INDIAN TRAIL NC 28079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.732.** **Nonpriority creditor's name and mailing address**

MARYLAND BIOCHEMICAL CO INC
712 TOBACCO RUN DRIVE
BEL AIR MD 21015-1330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**3.733.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

MASONEILAN - DRESSER
8101 TOWER POINT DR
CHARLOTTE NC 28227

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.734.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

MASSEY COMPANY
9006-A PERIMETER WOODS DRIVE
CHARLOTTE NC 28126

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.735.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

MASTER DATA CENTER
30200 TELEGRAPH ROAD STE 300
BINGHAM FARMS MI 48025

☑ Contingent
☐ Unliquidated
☐ Disputed

$16,269.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.736.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MAYER TEXTILE MACHINE CORP
310 N CHIMNEY ROCK ROAD
GREENSBORO NC 27419

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.737.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

M-B INDUSTRIES INC
HIGHWAY 64 WEST
ROSMAN NC 28772

☑ Contingent
☐ Unliquidated
☐ Disputed

$774.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.738.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MC SCHROEDER CO INC
3625 DENVER DRIVE
DENVER NC 28037

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.739. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCCOY MACHINERY CORP.
PO BOX 967
MONROE NC 28111-0967

☑ Contingent          $541.74

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     VENDOR

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.740. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCE CHEMICALS & EQUIPMENT CO INC
2442 MAIN STREET
LAKE PLACID NY 12946

☑ Contingent          $3,142.59

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     VENDOR

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.741. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCI COMMUNICATIONS SERVICES INC
ONE VERIZON WAY
BASKING RIDGE NJ 07920

☑ Contingent          UNDETERMINED

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     VENDOR

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | |
|---|---|
| 3.742. | **Nonpriority creditor's name and mailing address** |

MCJUNKIN RED MAN CORP
4301 YANCY RD.
CHARLOTTE NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| | |
|---|---|
| 3.743. | **Nonpriority creditor's name and mailing address** |

MCMASTER-CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO IL 60680-7690

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$118.22

---

| | |
|---|---|
| 3.744. | **Nonpriority creditor's name and mailing address** |

MCNAUGHTON MCKAY SOUTHEAST INC
2745 WHITEHALL PARK DRIVE
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**               Case number *(if known)* **17-12148**

---

**3.745.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.745.**

**Nonpriority creditor's name and mailing address**

MEASURED SOLUTIONS INC
103 PILGRIM RD
GREENVILLE SC 29607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$5,300.85

---

**3.746.**

**Nonpriority creditor's name and mailing address**

MECHANICAL EQUIPMENT COMPANY
1301 INDUSTRIAL DRIVE
MATTHEWS NC 28105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$251.29

---

**3.747.**

**Nonpriority creditor's name and mailing address**

MECHANICAL SUPPLY COMPANY
6600 E. 15 MILE ROAD
STERLING HEIGHTS MI 48312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,719.41

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                          Case number *(if known)* **17-12148**

| 3.748. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.748.**

**Nonpriority creditor's name and mailing address**

MECKLENBURG COUNTY TAX COLLECTOR
PO BOX 71063
CHARLOTTE NC 28272-1063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$2,329.82

---

**3.749.**

**Nonpriority creditor's name and mailing address**

MEC-TRIC CONTROL COMPANY
PO BOX 221918
CHARLOTTE NC 28222

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$590.77

---

**3.750.**

**Nonpriority creditor's name and mailing address**

MEGA MACHINE SHOP INC
130 MACY LANGSTON LN
MOCKSVILLE NC 27028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.751.

**Nonpriority creditor's name and mailing address**

MEGLOBAL AMERICAS INC
3320 RIDGECREST DRIVE
MIDLAND MI 48642-5864

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,210,113.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.752.

**Nonpriority creditor's name and mailing address**

MELATEX INCORPORATED
PO BOX 5127
CHARLOTTE NC 28299

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.753.

**Nonpriority creditor's name and mailing address**

MESSIAS PAVARIN
13620 REESE BLVD
HUNTERSVILLE NC 28078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.754.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.754.**

**Nonpriority creditor's name and mailing address**

METALLIC BONDS LLC
2088 INDUSTRIAL PARK RD.
LANCASTER SC 29720

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.755.**

**Nonpriority creditor's name and mailing address**

METALLURGICAL TECHNOLOGIES INC PA
160 BEVAN DRIVE
MOORESVILLE NC 28115

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.756.**

**Nonpriority creditor's name and mailing address**

METROGRAPHICS
1003 A LOUISE AVE
CHARLOTTE NC 28205

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,078.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.757. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.757.

**Nonpriority creditor's name and mailing address**

METROHM USA
PELICAN CREEK CR
ATLANTA GA 33578

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,230.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.758.

**Nonpriority creditor's name and mailing address**

MEZGER INC
170 METRO DRIVE
SPARTANBURG SC 29303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.759.

**Nonpriority creditor's name and mailing address**

MFG CHEMICAL INC
1200 BROOKS RD
DALTON GA 30721

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.760. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.760.   **Nonpriority creditor's name and mailing address**

MG NEWELL CORPORATION
301 CITATION COURT
CHARLOTTE NC 27409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.761.   **Nonpriority creditor's name and mailing address**

MICHELIN
PO BOX 100860
ATLANTA GA 30384-0860

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,840.00

---

3.762.   **Nonpriority creditor's name and mailing address**

MICROSOFT
1950 N STEMMONS FWY STE 5010
DALLAS TX 75207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$31,058.31

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                           Case number *(if known)* **17-12148**

| 3.763. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.763.**    **Nonpriority creditor's name and mailing address**

MID SOUTH ROLLER
200 PORTER INDUSTRIAL RD
CLARKSVILLE AR 72830

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.764.**    **Nonpriority creditor's name and mailing address**

MID-AMERICA DISTILLATIONS, INC.
847 BLACKSNAKE RD
HOT SPRINGS AR 71913

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.765.**    **Nonpriority creditor's name and mailing address**

MILLIKEN CHEMICAL COMPANY
PO BOX 100503
ATLANTA GA 30384-0503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.766.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.766.**

**Nonpriority creditor's name and mailing address**

MILTON, SHONNA ANDREA
144 DUNN STREET
WINNSBORO SC 29180

**Date or dates debt was incurred**

12/8/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # A00-087522

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.767.**

**Nonpriority creditor's name and mailing address**

MINE SAFETY APPLIANCES COMPANY INC
1000 CRANBERRY WOODS DRIVE
CRANBERRY TWP PA 16066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$153.02

---

**3.768.**

**Nonpriority creditor's name and mailing address**

MINI FIBERS INC
2923 BOONES CREEK ROAD
JOHNSON CITY TN 37615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.769. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.769.

**Nonpriority creditor's name and mailing address**

MINITAB INC
1829 PINE HALL ROAD
STATE COLLEGE PA 16801-3008

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.770.

**Nonpriority creditor's name and mailing address**

MIRACLE SOFTWARE SYSTEMS, INC.
45625 GRAND RIVER AVE.
NOVI MI 48374

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,650.34

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.771.

**Nonpriority creditor's name and mailing address**

MIRION TECHNOLOGIES (GDS) INC
2652 MCGAW AVE
IRVINE CA 92614

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,394.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.772. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.772.   **Nonpriority creditor's name and mailing address**

MITCHELL INSTRUMENT COMPANY
1570 CHEROKEE STREET
SAN MARCOS CA 92078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.773.   **Nonpriority creditor's name and mailing address**

MITCHELL-BISSELL CO
PO BOX 1118
ROSMAN NC 28772

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,448.65

---

3.774.   **Nonpriority creditor's name and mailing address**

MITSUI & CO. BENELUX S.A./N.V.
BOULEVARD DU TRIOMPHE 173 BTE 1
BRUXELLES 1160
BELGIUM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.775.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.775.** **Nonpriority creditor's name and mailing address**

MLB INDUSTRIAL SERVICES GMBH
MAX-FISCHER-STRASSE 11
BOBINGEN 09 86399
GERMANY

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,647.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.776.** **Nonpriority creditor's name and mailing address**

MODULAR PROCESS CONTROL, LLC
15455 CONWAY ROAD STE 340
CHESTERFIELD MO 63017

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30,998.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.777.** **Nonpriority creditor's name and mailing address**

MONROE STAFFING SERVICE, LLC
PO BOX 60839
CHARLOTTE NC 28260-0839

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.778. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.778.   **Nonpriority creditor's name and mailing address**

MOORE IND C/O MAC
2536 PLANTATION CENTER DR SUITE B
MATTHEWS NC 28105

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.779.   **Nonpriority creditor's name and mailing address**

MOORE MACHINE WORKS
4201 S CHURCH ST EXT
ROEBUCK SC 29376

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$11,115.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.780.   **Nonpriority creditor's name and mailing address**

MORE DIRECT INC
PO BOX 536464
PITTSBURGH PA 15253-5906

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                         Case number *(if known)* **17-12148**

---

**3.781.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MORESTEAM.COM.LLC
596 ENTERPRISE DRIVE STE B
LEWIS CENTER OH 43035

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.782.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MORGAN LEWIS & BOCKIUS LLP
PO BOX 8500-S6050
PHILADELPHIA PA 19178-6050

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.783.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MORGANITE CO
PO BOX 1056
GREENVILLE SC 29602

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 499 of 699

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.784.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

MORGAN-KIRKMAN ASSOCIATES INC
1816 PEMBROKE RD
GREENSBORO NC 27408

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

**3.785.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

MOROIL CORPORATION
6867 BELT ROAD
CONCORD NC 28027

$825.39

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

**3.786.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

MORRIS WIRELESS
533 WOODRUFF RD
GREENVILLE SC 29607

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.787.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MOTION INDUSTRIES
PO BOX 404130
ATLANTA GA 30384

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.788.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MOTION TECHNOLOGY INC
16405 MACGREGOR LANE
CHARLOTTE NC 28278

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.789.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MOZIE, MARIAN
1228 RAMSEY ROAD
WINNSBORO SC 29180

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

9/21/2016

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # A00-074038

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | |
|---|---|
| 3.790. | **Nonpriority creditor's name and mailing address** |

MPI INK INC.
2592 BUCKHEAD RD.
BLAIR SC 29015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$46,631.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.791.   **Nonpriority creditor's name and mailing address**

MPI, INC.
SMITH MOORE LEATHERWOOD LLP
101 N. TRYON STREET, SUITE 1300
STEPHANIE C. DANIEL
CHARLOTTE NC 28246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.792.   **Nonpriority creditor's name and mailing address**

MR SNYDER COMPANY INC
PO BOX 2846
INDIAN TRAIL NC 28079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,870.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.793. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.793.   **Nonpriority creditor's name and mailing address**

MR. APPLIANCE
9815-J SAM FURR ROAD #261
HUNTERSVILLE NC 28078

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.794.   **Nonpriority creditor's name and mailing address**

MR. YOUNG-HWAN, YANG
248 SEOKJUNGRI 1 GU, YEOMCHIUP
ASAN CITY , CHUNGCHUNGNAMDO 336-814
SOUTH KOREA

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$494.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.795.   **Nonpriority creditor's name and mailing address**

MRO ELECTRONIC DISTRIBUTORS INC
6107 JOHNSON ST
HOLLYWOOD FL 33024

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.796.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

MSS SERVICES INC
PO BOX 6236
DALTON GA 30722-6236

**Amount of claim**

UNDETERMINED

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.797.**    **Nonpriority creditor's name and mailing address**

MULTIFAB INC.
1200 ELMWOOD AVE
SHARON HILL PA 19079

**Amount of claim**

$8,963.00

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.798.**    **Nonpriority creditor's name and mailing address**

MURRPLASTIK SYSTEMS INC
2367 NORTH PENN RD STE 200
HATFIELD PA 19440-1908

**Amount of claim**

UNDETERMINED

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**              Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.799.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 3.799. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MWH INDUSTRIAL SUPPLY 514 SOUTH MAIN STREET BELMONT NC 28012 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

| 3.800. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MYERS SEPTIC TANK CO 1882 BRIGGS ROAD SALISBURY NC 28147 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

| 3.801. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | NAGASE AMERICA CORP 546 FIFTH AVE 16TH FLOOR NEW YORK NY 10036 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $114,630.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No  ☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

| 3.802. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.802.**

**Nonpriority creditor's name and mailing address**

NALCO CHEMICAL CO
PO BOX 640863
PITTSBURGH PA 15264-0863

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.803.**

**Nonpriority creditor's name and mailing address**

NATIONAL QUALITY ASSURANCE INC
4 POST OFFICE SQUARE ROAD
ACTON MA 01720

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,612.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.804.**

**Nonpriority creditor's name and mailing address**

NATIONAL TANK MONITOR INC
PO BOX 940
VILONIA AR 72173

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 506 of 699

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.805. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATIONWIDE TECHNICAL &
17199 N. LAUREL PARK DR., STE 407
LIVONIA MI 48152

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

$7,500.00

---

| 3.806. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NC DEPARTMENT OF ENVIRONMENT
1641 MAIL SERVICE CENTER
RALEIGH NC 27699-1641

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED

---

| 3.807. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NC DEPARTMENT OF LABOR
1101 MAIL SERVICE CENTER
RALEIGH NC 27699-1101

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,975.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

| | | | |
|---|---|---|---|
| 3.808. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

NC DEQ/DWR/WSS LABORATORY CERTIFIC
1623 MAIL SERVICE CENTER
RALEIGH NC 27699-1623

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.809. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

NC DIVISION OF MOTOR VEHICLES
PO BOX 29620
RALEIGH NC 27626-0620

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.810. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

NC DIVISION OF WATER QUALITY
1618 MAIL SERVICE CENTER
RALEIGH NC 27699-1618

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                      Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.811.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.811.

**Nonpriority creditor's name and mailing address**

NC HAZARDOUS WASTE SECTION
1646 MAIL SERVICE CENTER
RALEIGH NC 27699-1646

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.812.

**Nonpriority creditor's name and mailing address**

NC RADIATION PROTECTION SECTION
1645 MAIL SERVICE CENTER
RALEIGH NC 27699-1645

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$252.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.813.

**Nonpriority creditor's name and mailing address**

NC STATE UNIVERSITY
CAMPUS BOX 7401
RALEIGH NC 27695-7401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.814. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.814. **Nonpriority creditor's name and mailing address**

NCDEQ-DIVISION OF WATER RESOURCES
3800 BARRETT DR
RALEIGH NC 27609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.815. **Nonpriority creditor's name and mailing address**

NEO CORPORATION
289 SILKWOOD DR
CANTON NC 28716

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM & LIEN ASSERTION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.816. **Nonpriority creditor's name and mailing address**

NEO CORPORATION
289 SILKWOOD DR
CANTON NC 28716

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$134,812.80

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.817. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEOFUNDS BY NEOPOST
PO BOX 30193
TAMPA FL 33630-3193

☑ Contingent                      $271.16
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                          VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.818. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NETWORK HARDWARE RESALE INC
6500 HOLLISTER AVE
SANTA BARBARA CA 93117

☑ Contingent                      UNDETERMINED
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                          VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.819. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NETZSCH PREMIER TECHNOLOGIES, LLC
125 PICKERING WAY
EXTON PA 19341

☑ Contingent                      UNDETERMINED
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                          VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**            Case number *(if known)* **17-12148**

| 3.820. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEW PIG CORP
ONE PORK AVENUE
TIPTON PA 16684-0304

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.821. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEWARK ELECTRONICS CORP
150 EXECUTIVE CENTER DR
GREENVILLE SC 29615-4568

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,058.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.822. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEWTON MACHINE COMPANY, INC.
1120 N. HOSKINS ROAD
CHARLOTTE NC 28216

☑ Contingent
☐ Unliquidated
☐ Disputed

$9,950.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

| 3.823. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.823.**

**Nonpriority creditor's name and mailing address**

NEXEO SOLUTIONS LLC
62190 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0621

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.824.**

**Nonpriority creditor's name and mailing address**

NEXSEN PRUET, LLC
400 MAIN STREET, SUITE 100A
HILTON HEAD ISLAND SC 29926

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,210.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.825.**

**Nonpriority creditor's name and mailing address**

NGF CANADA LTD
YORK ROAD
GUELPH ON N1E 3G4
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.826. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NIKON METROLOGY, INC
12701 GRAND RIVER
BRIGHTON MI 48116

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.827. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NMHG FINANCIAL SERVICES INC
PO BOX 14545
DES MOINES IA 50306-3545

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$7,473.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.828. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NO VENDOR INFO AVAILABLE WINNSBORO
PO BOX 1987
MONROE NC 28110

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.829.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NON-CORE BUSINESS SOLUTIONS, LLC
6009 KENLEY LANE
CHARLOTTE NC 28217

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.830.** | **Nonpriority creditor's name and mailing address**

NORDSON XALOY INCORPORATED
1399 COUNTYLINE ROAD
NEW CASTLE PA 16107-7359

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.831.** | **Nonpriority creditor's name and mailing address**

NORFOLK SOUTHERN CORPORATION
1120 W WASHINGTON ST
GREENVILLE SC 29601

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

| 3.832. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORSTONE INC.
E. 4TH STREET REAR
BRIDGEPORT PA 19405

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.833. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTEL NETWORKS INC
3985 COLLECTION CENTER DR
CHICAGO IL 60693

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.834. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTH STATE GAS
PO BOX 350
FOREST CITY NC 28043

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,466.57

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 3.835. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.835. **Nonpriority creditor's name and mailing address**

NORTHWESTERN PIPING SUPPLY INC
PO BOX 1140
LENOIR NC 28645

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.836. **Nonpriority creditor's name and mailing address**

NOVANT HEALTH
2085 FRONTIS PLAZA BLVD
WINSTON SALEM NC 27103

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$798.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.837. **Nonpriority creditor's name and mailing address**

OCCUPATIONAL MEDICINE SERVICES
DEPT 857
CHARLOTTE NC 28201

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| | |
|---|---|
| 3.838. | **Nonpriority creditor's name and mailing address** |

3.838.

**Nonpriority creditor's name and mailing address**

O'CONNELL'S & MARTIN EYE ASSOCIATES
2805 S HORNER BLVD
SANFORD NC 27332

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.839.

**Nonpriority creditor's name and mailing address**

ODYSSEY INTERNATIONAL
39 OLD RIDGEBURY RD
DANBURY CT 06810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$31,262.00

---

3.840.

**Nonpriority creditor's name and mailing address**

ODYSSEY LOGISTICS & TECHNOLOGY CORP
39 OLD RIDGEBURY RD - A4
DANBURY CT 06810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.841.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| OEC FLUID HANDLING INC <br> 140 CEDAR SPRING ROAD <br> SPARTANBURG SC 29302-4145 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $6,153.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.842.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| OERLIKON TEXTILE INC <br> 8801 SOUTH BLVD <br> CHARLOTTE NC 28273 | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $48,816.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.843.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| OFFICINE GAUDINA S.P.A <br> VIA XXV APRILE 16 <br> COSSATO 13836 <br> ITALY | ☑ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.844.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

OGLETREE DEAKINS
PO BOX 89
COLUMBIA SC 29202

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$4,157.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.845.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

OH DEPARTMENT OF TAXATION
COLUMBUS OH 43216-0530

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,764.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.846.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

OLD WORLD INDUSTRIES LTD
4065 COMMERCIAL AVE
NORTHBROOK IL 40062

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.847. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.847. **Nonpriority creditor's name and mailing address**

OMEGA ENGINEERING INC
PO BOX 405369
ATLANTA GA 30384-5369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.848. **Nonpriority creditor's name and mailing address**

OMNOVA SOLUTIONS, INC
21119 NETWORK PLACE
CHICAGO IL 60673-1211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,558.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.849. **Nonpriority creditor's name and mailing address**

ON TARGET UTILITY LOCATE SERV INC
14701 ALBEMARLE RD
CHARLOTTE NC 28227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.850.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

ONIN STAFFING, LLC
1 PEREMETER PARK N, STE 450
BIRMINGHAM AL 35243

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.851.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OPTIMAS LLC
321 W BENTON AVE
NAPERVILLE IL 60540

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.852.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ORIENTAL PETROCHEMICAL (TAIWAN) CO.
47 CHING CHIEN 4TH ROAD
TAOYUAN COUNTY 32853
TAIWAN

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.853. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.853.
**Nonpriority creditor's name and mailing address**

ORKIN PEST CONTROL
1126 SILSTAR RD
WEST COLUMBIA SC 29170

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.854.
**Nonpriority creditor's name and mailing address**

ORKIN-COLUMBIA SC
PO BOX 660294
DALLAS TX 75266-0294

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.855.
**Nonpriority creditor's name and mailing address**

OSI SOFT LLC
PO BOX 4586
HAYWARD CA 94540-4586

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$45,813.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.856. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.856.**

**Nonpriority creditor's name and mailing address**

O'SULLIVAN EQUIP & SUPPLY, INC.
141 OLD FURNACE ROAD
BOILING SPRINGS SC 29316

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.857.**

**Nonpriority creditor's name and mailing address**

OTIS ELEVATOR COMPANY
101 CORPORATE BLVD SUITE 105
WEST COLUMBIS SC 29169

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.858.**

**Nonpriority creditor's name and mailing address**

OXFORD INSTRUMENTS AMERICA INC
300 BAKER AVENUE SUITE 150
CONCORD MA 01742

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.859. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

P&G SECURITY
133 EAST COUNCIL STREET
SALISBURY NC 28150

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.860. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PACE ANALYTICAL SERVICES INC
9800 KINLEY AVE
HUNTERSVILLE NC 28078

☑ Contingent
☐ Unliquidated
☐ Disputed

$435.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.861. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PACE INC
PO BOX 560427
CHARLOTTE NC 28256-0427

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.862. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.862.   **Nonpriority creditor's name and mailing address**

PALL ADVANCED SEPARATION SYSTEMS
839 STATE ROUTE 13
COURTLAND NY 13045

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,040.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.863.   **Nonpriority creditor's name and mailing address**

PALL CORPORTION
1750 FILTER DRIVE
ORLANDO FL 32724-2045

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$61,305.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.864.   **Nonpriority creditor's name and mailing address**

PALMETTO LOOM REED CO.
208 WHITMIRE DRIVE
GREENVILLE SC 29605

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

**3.865.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.865.**

**Nonpriority creditor's name and mailing address**

PALMETTO MANAGEMENT & ENGR LLC
PATEWOOD PLAZA 1
GREENVILLE SC 29615

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.866.**

**Nonpriority creditor's name and mailing address**

PALMETTO OPTICAL LABORATORY INC
1631 B BROAD RIVER RD
COLUMBIA SC 29210

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,512.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.867.**

**Nonpriority creditor's name and mailing address**

PALMETTO PRINTING INC
PO BOX 657
WINNSBORO SC 29180

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,698.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.868.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.868.**

**Nonpriority creditor's name and mailing address**

PANALYTICAL INC
21332 NETWORK PLACE
CHICAGO IL 60673-1213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.869.**

**Nonpriority creditor's name and mailing address**

PARAGON GROUP INTERNATIONAL, LLC
940 NW FREMONT STREET
CAMAS WA 98607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.870.**

**Nonpriority creditor's name and mailing address**

PARTS & SYSTEMS CO INC
PO BOX 5468
ASHEVILLE NC 28813

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$6,970.00

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.871.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PATTERSON POPE, INC.
PO BOX 1070
CHARLOTTE NC 28201

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.872.** **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **Amount of claim**

PATTONS INC
3201 S BLVD
CHARLOTTE NC 28209

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.873.** **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **Amount of claim**

PAYNE CONTROLS CO
ROUTE 29 ROCKY STEP ROAD
SCOTT DEPOT WV 25560

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.874.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| PCI XYLENES & POLYESTERS<br>79 PORTSMOUTH ROAD<br>GUILDFORD SY GU2 4BX<br>UNITED KINGDOM | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,614.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.875.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| PDK DESIGN & GRINDING CO<br>14 SWORD STREET<br>AUBURN MA 01501 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,017.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.876.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| PEAK TECHNOLOGIES INC<br>8458 SOLUTIONS CENTER<br>CHICAGO IL 60677-8002 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**       Case number *(if known)* **17-12148**

| 3.877. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PEAK-RYZEC,INC.
10330 OLD COLUMBIA ROAD
COLUMBIA MD 21046

$6,121.95

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.878. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PEAY, JASON LAMONT
294 RED HILL CHURCH ROAD
BLACKSTOCK SC 29014

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

3/2/2012

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # 564-575375

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.879. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PENHALL COMPANY
2130 GATEWAY BLVD
CHARLOTTE NC 28208

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

| 3.880. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.880.** **Nonpriority creditor's name and mailing address**

PENNPOINT CONSULTING GROUP
1727 CARRINGTON POINTE
TUCKER GA 30084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,388.96

---

**3.881.** **Nonpriority creditor's name and mailing address**

PENSION BENEFIT GUARANTY CORPORATION
PO BOX 105758
ATLANTA GA 30348-5758

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENSION OBLIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.882.** **Nonpriority creditor's name and mailing address**

PENTA ENGINEERING PA
13835 SOUTH LAKES DRIVE
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,976.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 3.883. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | PEOPLE SOURCE OF THE CAROLINAS 2881 SCARBOROUGH CT. GASTONIA NC 28054 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $22,000.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.884. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | PEOPLESUITE, LLC 220 N. MAIN STREET MOORESVILLE NC 28115 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.885. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | PERFORMANCE FIBERS HONG KONG LTD 255 KINGS ROAD HONG KONG HONG KONG | ☑ Contingent ☐ Unliquidated ☐ Disputed | $37,833.14 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

3.886. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

3.886.

**Nonpriority creditor's name and mailing address**

PERFORMANCE FIBERS LONGLAVILLE
POLE EUROPEAN DE DEVELOPMENT
LONGWY 54414
FRANCE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.887.

**Nonpriority creditor's name and mailing address**

PERFORMANCE FIBERS SCOTTSBORO
7526 ROY OWENS BLVD.
SCOTTSBORO AL 35769-7335

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.888.

**Nonpriority creditor's name and mailing address**

PERFORMANCE FIBERS, INC.
338 PEA RIDGE ROAD
CHARLOTTE NC 27562

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.889. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERFORMANCE STAFFING SOLUTIONS, INC
7520 SOUTH TRYON STREET, SUITE B-1
CHARLOTTE NC 28217

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.890. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERFORMANCE TECHNICAL SERVICES LLC
10027 PARK CEDAR DR
CHARLOTTE NC 28210

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.891. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PERIGON
931 INDUSTRIAL DR
MATTHEWS NC 28105

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

3.892.   **Nonpriority creditor's name and mailing address**

PERKIN ELMER LLC
13633 COLLECTIONS CENTER DR
CHICAGO IL 60693-0136

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $11,580.00 |

3.893.   **Nonpriority creditor's name and mailing address**

PERRY'S OVERHEAD DOORS
480 PERRY DRIVE
SALISBURY NC 28146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $165.60 |

3.894.   **Nonpriority creditor's name and mailing address**

PERSONNEL SERVICES UNLIMITED, INC.
1 EAST MARION STREET
SHELBY NC 28151-1827

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $9,109.40 |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.895. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.895.   **Nonpriority creditor's name and mailing address**

PETREE & STOUDT ASSOC INC
1930 ALLEGHANY STREET
HIGH POINT NC 27263-2028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.896.   **Nonpriority creditor's name and mailing address**

PETROCHOICE HOLDINGS, INC.
ROUTE 1036
RIDDLESBURG PA 16672

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.897.   **Nonpriority creditor's name and mailing address**

PHILLIPS, CHRIS R
1055 RUGER STREET
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

4/7/2016

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # 564-650128

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.898. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | PHOENIX FIRE PROTECTION, INC. 2857 LEE AVE SANFORD NC 27332 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.899. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | PHYSIO-CONTROL CORP 12100 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.900. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | PICANOL OF AMERICA, INC 65 KITTY HAWK ROAD GREENVILLE SC 29605 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,512.42 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.901.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

PIEDMONT DOOR AUTOMATION
580 GRIFFITH ROAD
CHARLOTTE NC 28217

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.902.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

PIEDMONT FIRE INC
5408 FRIEDENS CHURCH RD
MCLEANSVILLE NC 27301

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.903.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

PIEDMONT MANUFACTURING CO
120 BROWN KENNEDY ROAD
WOODRUFF SC 29388

☑ Contingent
☐ Unliquidated
☐ Disputed

$871.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.904. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.904.  **Nonpriority creditor's name and mailing address**

PIEDMONT NATIONAL CORP
1108-J CONTINENTAL BLVD
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.905.  **Nonpriority creditor's name and mailing address**

PIEDMONT NATURAL GAS CO
PO BOX 660920
DALLAS TX 75266-0920

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$56,998.48

---

3.906.  **Nonpriority creditor's name and mailing address**

PILCHER HAMILTON CORP
DEPT 77-6105
CHICAGO IL 60678-6105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | |
|---|---|
| **3.907.** | **Nonpriority creditor's name and mailing address** |

3.907.  **Nonpriority creditor's name and mailing address**

PINCOVER INDUSTRIAL SUPPLY CO INC
563 ADAMS AVENUE
WEST HEMPSTEAD NY 11552

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$489.82

---

3.908.  **Nonpriority creditor's name and mailing address**

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH PA 15250-7896

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.909.  **Nonpriority creditor's name and mailing address**

PITTSBURG TANK & TOWER MAINT. CO.,
1 WATERTANK PLACE
HENDERSON KY 42419

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

3.910.    **Nonpriority creditor's name and mailing address**

PLANT ENGINEERING CONSULTANTS INC
521 AIRPORT ROAD
BALTIMORE MD 37421

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.911.    **Nonpriority creditor's name and mailing address**

PMC SPECIALITIES GROUP INC
501 MURRAY RD
CINCINNATI OH 45217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.912.    **Nonpriority creditor's name and mailing address**

PNUCOR, LLC
PO BOX 7209
CHARLOTTE NC 28241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.913.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| POLYMERS CENTER OF EXCELLENCE 8900 RESEARCH DRIVE CHARLOTTE NC 28262 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.914.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| POLYQUEST 6770 PARKER FARM DRIVE, SUITE 100 WILMINGTON NC 29540 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $467,580.86

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.915.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| PORTER GAS SERVICE INC 349 STATE HIGHWAY 200 WINNSBORO SC 29180 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $2,342.37

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.916.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | --- | ---
| | POTOMAC ENVIRONMENTAL, INC.<br>241 GARRISON RD, SUITE 201<br>STAFFORD VA 22554 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.917.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | --- | ---
| | POWDER TECHNOLOGIES INC<br>3800 SYLON BLVD STE 3854<br>HAINESPORT NJ 08036 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.918.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | --- | ---
| | POWER DRIVES, INC.<br>8031 PENCE RD.<br>CHARLOTTE NC 28215 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.919.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.919.**

**Nonpriority creditor's name and mailing address**

POWER PRODUCTS & SOLUTIONS, INC
PO BOX 602933
CHARLOTTE NC 28260-2933

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,058.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.920.**

**Nonpriority creditor's name and mailing address**

POWERTEC INDUSTRIAL MOTORS
2606 EDEN TERRACE
ROCK HILL SC 29730-8956

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.921.**

**Nonpriority creditor's name and mailing address**

PPG INDUSTRIES INC
ONE PPG PLACE
PITTSBURGH PA 15272

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,009.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                   Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.922. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.922. | **Nonpriority creditor's name and mailing address**

PRAXAIR DISTRIBUTION INC
1510 HAWKINS AVE
SANFORD NC 27330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.923. | **Nonpriority creditor's name and mailing address**

PRAXAIR SURFACE TECHNOLOGIES INC
8501 OLD STATESVILLE ROAD
ATLANTA GA 30384-0424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.924. | **Nonpriority creditor's name and mailing address**

PRB ELECTRONICS, INC.
2108 FAIRBURN ROAD-SUITE E
DOUGLASVILLE GA 30135-1079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

---

**3.925.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PRECISION FIRE SOLUTIONS, LLC
2229 LEAPHART ROAD
WEST COLUMBIA SC 29169

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.926.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PRECISION MACHINE COMPANY
8011 WHITEBARK TERRACE
N CHESTERFIELD VA 23237

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$4,542.45

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.927.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PREDICT TECHNOLOGIES DIVISION
9555 ROCKSIDE RD SUITE 350
CLEVELAND OH 44125

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.928. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.928.**

**Nonpriority creditor's name and mailing address**

PREMIER LOGISTICS SOLUTIONS
904 COMMERCE CIRCLE
HANAHAN SC 29410

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.929.**

**Nonpriority creditor's name and mailing address**

PREMIER MACHINING INDUSTRIES LLC
3520 FIELDSTONE TRACE
MIDLAND NC 28107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.930.**

**Nonpriority creditor's name and mailing address**

PREMIUM ASSIGNMENT CORPORATION
3522 THOMASVILLE ROAD, SUITE 400
TALLAHASSEE FL 32309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$707,214.72

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.931.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PRIMETEX TECHNOLOGY INC
821 CHATTANOOGA AVE
DALTON GA 30720

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.932.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PRINTING & PACKAGING INC
1015 BUFFALO STREET
SHELBY NC 28150-4047

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.933.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PRIORITY ONE SECURITY, INC
18 INTERCHANGE BLVD, SUITE B
GREENVILLE SC 29607

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,790.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.934.**  **Nonpriority creditor's name and mailing address**

PROCESS & POWER EQUIPMENT CO INC
PO BOX 5718
MIDLOTHIAN VA 23113-0609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.935.**  **Nonpriority creditor's name and mailing address**

PROCESS CONTROL
8101 TOWER POINT DRIVE
CHARLOTTE NC 28227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.936.**  **Nonpriority creditor's name and mailing address**

PROCESS ENGINEERING
621 MOOREFIELD PARK DRIVE SUITE G
RICHMOND VA 23236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.937. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PROCOM PROCESS COMPONENTS INC
650 A PRESSLEY RD
CHARLOTTE NC 28217

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.938. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PRODUCTIGEAR INC
1900 W 34TH ST
CHICAGO IL 60608

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,245.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.939. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PRODUCTION TOOL & DIE COMPANY INC
537 SCHOLTZ ROAD
CHARLOTTE NC 28217-2138

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**   Case number *(if known)* **17-12148**

---

3.940.   **Nonpriority creditor's name and mailing address**

PRODUCTIVITY-QUALITY SYSTEMS INC
2100 E SPRING VALLEY RD
DAYTON OH 45458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.941.   **Nonpriority creditor's name and mailing address**

PRO-ENVIRONMENTAL INC
10134 6TH ST SUITE K
NEODESHA KS 91730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.942.   **Nonpriority creditor's name and mailing address**

PROGRESSIVE PLUMBING & PIPING INC
PO BOX 91297
RALEIGH NC 27675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.943. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.943.   **Nonpriority creditor's name and mailing address**

PROMED
PO BOX 667967
CHARLOTTE NC 28266

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.944.   **Nonpriority creditor's name and mailing address**

PSB INDUSTRIES INC
1202 WEST 12TH ST
ERIE PA 16501

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.945.   **Nonpriority creditor's name and mailing address**

PSL RHEOTEK USA, INC
12692 SANDY DRIVE, STE 115
GRANGER IN 46530

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.946.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | PSNC ENERGY INC<br>PO BOX 100256<br>COLUMBIA SC 29202-3256 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.947.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | PUBLICOM INC<br>PO BOX 4546<br>ROANOKE VA 24015 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.948.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | PULCRA CHEMICALS, LLC<br>PO BOX 534464<br>ATLANTA GA 30353-4464 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

---

3.949.    **Nonpriority creditor's name and mailing address**

PUMP SYSTEMS, INC.
683 GRALIN STREET
KERNERSVILLE NC 27284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.950.    **Nonpriority creditor's name and mailing address**

PUMPS PARTS & SERVICE INC
9325 FORSYTH PARK RD
ATLANTA GA 30353-8247

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $26,307.64 |

---

3.951.    **Nonpriority creditor's name and mailing address**

PUMPS PLUS EQUIPMENT INC
PO BOX 472303
CHARLOTTE NC 28247-2303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 3.952. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PURCHASE POWER<br>PO BOX 856042<br>LOUISVILLE KY 40285-6042 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.953. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PURGE USA, INCORPORATED<br>31 MADRONA ST<br>SAN CARLOS CA 94070 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.954. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PUROLATOR EFP LP<br>1022 INDUSTRY DR<br>SHELBY NC 28151 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,553.74 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.955.   **Nonpriority creditor's name and mailing address**

QC METALLURGICAL LABORATORY, INC
17048 215TH STREET
DAVENPORT IA 52806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.956.   **Nonpriority creditor's name and mailing address**

QUALITY CONTROL INC
129 REDEMPTION
STATESVILLE NC 28625

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $750.00 |

---

3.957.   **Nonpriority creditor's name and mailing address**

QUALITY SAFETY SYSTEMS
255 PATILLO RD RR #1
TECUMSEH ON N8N 2L9
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                      Case number *(if known)* **17-12148**

---

**3.958.**   **Nonpriority creditor's name and mailing address**

QUALITY SYSTEMS REGISTRARS INC
930 BROOK FOREST LANE
EULESS TX 76039-5264

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.959.**   **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS
PO BOX 740709
ATLANTA GA 30374-0709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,441.50

---

**3.960.**   **Nonpriority creditor's name and mailing address**

QUICK COPY / PRINT SHOP
324 E FISHER ST
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$408.40

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.961.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.961.**

**Nonpriority creditor's name and mailing address**

R AND S ELECTRICAL CONTRACTORS LLC
201 RICHARD ROAD
JOHNSONVILLE SC 29555

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.962.**

**Nonpriority creditor's name and mailing address**

RADCO INDUSTRIES INC
PO BOX 23239
CHARLOTTE NC 28227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.963.**

**Nonpriority creditor's name and mailing address**

RADWELL INTERNATIONAL INC
PO BOX 419343
BOSTON MA 02241-9343

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$10,575.35

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.964. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAMCO FABRICATORS INC
9501 WEST MARKET STREET
COLFAX NC 27235

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.965. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RASCHIG GMBH
MUNDENHEIMER ST 100
D-67061 LUDWIGSHAFEN 67061
GERMANY

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.966. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RD HARRISON, INC.
2249 GREENSBORO STREET EXTENSION
LEXINGTON NC 27295

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**     Case number *(if known)* **17-12148**

| 3.967. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REAGENTS INC
PO BOX 5049
GREENSBURG PA 15601-5058

☑ Contingent
☐ Unliquidated
☐ Disputed

$784.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.968. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RECYCLING EQUIPMENT INC
PO BOX 1474
HICKORY NC 28603

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.969. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RED LION CONTROLS, INS.
21551 NETWORK PLACE
CHICAGO IL 60673-1215

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.970. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.970. **Nonpriority creditor's name and mailing address**

RED WING SHOE STORE
988 KNOX ABBOTT DR
CAYCE SC 29033-3320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.971. **Nonpriority creditor's name and mailing address**

REDDY ICE INC
303 ALBEMARLE RD
TROY NC 27371

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.972. **Nonpriority creditor's name and mailing address**

REGULATORY SOLUTIONS INC
PO BOX 877
CHAPIN SC 29036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17,489.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.973.**    **Nonpriority creditor's name and mailing address**

REGUS MANAGEMENT GROUP, LLC
TUCKER, ALBIN & ASSOCIATES, INC.
1702 N. COLLINS BLVD, SUITE 100
KRYSTAL SHELTON
RICHARDSON TX 75080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.974.**    **Nonpriority creditor's name and mailing address**

RELATIONAL TECHNOLOGY SERVICES LLC
8608 SEAGATE DRIVE
RALEIGH NC 27615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.975.**    **Nonpriority creditor's name and mailing address**

RELIANCE ELECTRIC
1332 FIRE TOWER RD
ROCK HILL SC 29730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

**3.976.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

RELIANCE INDUSTRIES LIMITED
BLDG 8, C WING, 1ST FLOOR
GHANSOLI, NAVI MUMBAI, MAHARASHTRA
400701
INDIA

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.977.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

RELIANT TECHNOLOGY LLC
1371 SOUTHLAND CIRCLE NW
ATLANTA GA 30318

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.978.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

RELO DIRECT INC
2090 MOMEMTUM PLACE
CHICAGO IL 60689-5320

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,840.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.979.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim
--- | --- | --- | ---

| | REM SERVICES INC<br>1726 NORTH GRAHAM ST<br>CHARLOTTE NC 28206 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.980.** **Nonpriority creditor's name and mailing address**

REMEDY INTELLIGENT STAFFING
PO BOX 809474
CHICAGO IL 60680-9474

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$26,452.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.981.** **Nonpriority creditor's name and mailing address**

RENNIE'S ADVERTISING IDEAS, INC.
711 TWIN RIDGE LANE
RICHMOND VA 23235

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.982.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
---|---|---|---

**3.982.**

**Nonpriority creditor's name and mailing address**

REPUBLIC REFRIGERATION, INC.
2890 GRAY FOX ROAD
MONROE NC 28110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.983.**

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES
18500 N. ALLIED WAY
PHOENIX AZ 85054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$9,113.72

---

**3.984.**

**Nonpriority creditor's name and mailing address**

REXNORD INDUSTRIAL SERVICES
5210 EDWARDS RD
TAYLORS SC 29687

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.985. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RIETER AMERICA, LLC
PO BOX 60449
CHARLOTTE NC 28260-0449

☑ Contingent

☐ Unliquidated

☐ Disputed

$20,553.37

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          VENDOR

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.986. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RIETER AUTOMATIK GMBH PEL
735 LANDERS RD
CORNER BUSINESS I-85 & SC HWY 9
SPARTANBURG SC 29303

☑ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          VENDOR

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.987. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RIETER CORPORATION INC
735 LANDERS RD
SPARTANBURG SC 29303

☑ Contingent

☐ Unliquidated

☐ Disputed

$175.56

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          VENDOR

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.988. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.988.**

**Nonpriority creditor's name and mailing address**

RIMINI STREET
SCOTT S. HOFFMANN
3993 HOWARD HUGHES PARKWAY,
STE 500
LAS VEGAS NV 89169

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.989.**

**Nonpriority creditor's name and mailing address**

RIMINI STREET, INC.
3993 HOWARD HUGHES PARKWAY
LAS VEGAS NV 89169

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$138,720.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.990.**

**Nonpriority creditor's name and mailing address**

RITE-WEIGHT INC
3802 IRVINDALE RD
DULUTH GA 30096

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                              Case number *(if known)* **17-12148**

---

**3.991.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.991.**

**Nonpriority creditor's name and mailing address**

RJ OWEN ASSOCIATES INC
318 SKEET CLUB RD
HIGH POINT NC 27265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.992.**

**Nonpriority creditor's name and mailing address**

RL STOWE MILLS INC
100 N MAIN ST
ATLANTA GA 30384-3540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.993.**

**Nonpriority creditor's name and mailing address**

ROBERT A SWEET, INC.
1020 OLD FORGE COURT
CHAPIN SC 29036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

| 3.994. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBERT E MASON & ASSOCIATES INC
1710 NORTH GRAHAM ST
CHARLOTTE NC 28233

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,694.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.995. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBERT HALF MANAGEMENT RESOURCES
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

$23,423.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.996. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBERT S HUDGINS CO INC
1200 FOUR LAKES DRIVE
MATTHEWS NC 28105-1719

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,426.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.997.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.997.**

**Nonpriority creditor's name and mailing address**

ROCK HILL INDL. PIPING & FABR., INC
450 HALL SPENCER ROAD
CATAWBA SC 29704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.998.**

**Nonpriority creditor's name and mailing address**

ROCKTENN CP LLC
2060 NEW CUT ROAD
ATLANTA GA 30384-9813

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$22,758.40

---

**3.999.**

**Nonpriority creditor's name and mailing address**

ROMEDICALCARE
1035 LINCOLNTON ROAD
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

| 3.1000. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROOF SEALERS
1453 DOBY'S BRIDGE RD.
FORT MILLS SC 29715

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

| 3.1001. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROOF SOLUTIONS INC
18313 CENTRE COURT DR
DAVIDSON NC 28036

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

| 3.1002. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROSEBERRY AND ASSOCIATES, INC.
3120 WILLIS MILL ROAD
CUMMING GA 30041

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.1003. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1003.

**Nonpriority creditor's name and mailing address**

ROSEMOUNT ANALYTICAL INC
6565P DAVIS INDUSTRIAL PARKWAY
SOLON OH 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1004.

**Nonpriority creditor's name and mailing address**

ROSETTA TRANSLATION LLC
33717 WOODWARD AVE., SUITE 179
BIRMINGHAM MI 48009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1005.

**Nonpriority creditor's name and mailing address**

ROTEX GLOBAL LLC
1230 KNOWLTON ST
CINCINNATI OH 45263-0317

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,739.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1006. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROTO ROOTER
5672 COLLECTIONS CENTER DR
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1007. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROUNDS ENTERPRISES
2028 COUNTY LINE RD
BRADLEY SC 29819

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,691.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1008. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROUNDS ENTERPRISES
ED ROUNDS
2028 COUNTY LINE RD.
BRADLEY SC 29819

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

---

3.1009.  **Nonpriority creditor's name and mailing address**

ROUZER MOTOR PARTS CO INC
330 N DEPOT ST
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,925.99

---

3.1010.  **Nonpriority creditor's name and mailing address**

ROWAN BOLT & SUPPLY INC
4055 SOUTH MAIN ST
SALISBURY NC 28147-7914

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$738.70

---

3.1011.  **Nonpriority creditor's name and mailing address**

ROWAN CABARRUS COMMUNITY COLLEGE
PO BOX 1595
SALISBURY NC 28145-1595

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,250.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1012.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROWAN COUNTY LANDFILL
130 W INNES ST
SALISBURY NC 28144

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1013.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROWAN PRECISION MACHINING
REGINALD HALL
707 N SALSBURY AVE
PO BOX 778
GRANITE QUARRY NC 28072

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1014.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ROWAN PRECISION MACHINING INC
REGINALD HALL
707 N SALSBURY AVE
PO BOX 778
GRANITE QUARRY NC 28072

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,379.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1015.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

ROYSTER OIL COMPANY
PO BOX 1467
SHELBY NC 28151

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1016.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

RR DONNELLY CO
7930 KENTON CIRCLE
HUNTERSVILLE NC 28078

$15,098.14

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1017.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

RUCKER & ASSOCIATES, INC
PO BOX 5714
CARY NC 27512-5714

UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1018. **Nonpriority creditor's name and mailing address**

RUSHERS TIRE SERVICE INC
702 S MAIN ST
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1019. **Nonpriority creditor's name and mailing address**

RYERSON
PO BOX 731036
DALLAS TX 75373-1036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,412.62

---

3.1020. **Nonpriority creditor's name and mailing address**

S&G SMITH CORP
PO BOX 602655
CHARLOTTE NC 28260-2655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$951.23

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**3.1021.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

S&ME INC
155 TRADD STREET
CHARLOTTE NC 29301

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1022.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SABIC AMERICAS, INC
2500 CITY WEST BLVD
HOUSTON TX 77042

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1023.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SABIC INNOVATIVE PLASTICS
9930 KINCEY AVENUE
HUNTERSVILLE NC 28078

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1024.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SACHTLEBEN CHEMIE
PO BOX 13509
NEWARK NJ 07188-3509

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1025.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SACO LOWELL PARTS LLC
115 SACO LOWELL RD
EASLEY SC 29640

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1026.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SAFETY TEST & EQUIPMENT CO, INC.
107 CHERRYVILLE ROAD
SHELBY NC 28150

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

**3.1027.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SAFETY-KLEEN
PO BOX 382066
PITTSBURGH PA 15250-8066

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$25,262.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1028.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SAFEWARE INC.
HUBBARD RD
LANDOVER MD 20785

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1029.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SAF-GARD SAFETY SHOE CO
2701 PATTERSON ST
GREENSBORO NC 27404

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

3.1030. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SAF-GARD SAFETY SHOE CO
2701 PATTERSON ST
GREENSBORO NC 27404

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$7,558.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1031. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SAINT GOBAIN ZIRPRO
1122 HIGHWAY 22
MOUNTAINSIDE NJ 07092-2812

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1032. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SALISBURY AUTO TRUCK ELECTRIC INC
824 CORPORATE CIRCLE
SALISBURY NC 28147-9006

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**     Case number *(if known)* **17-12148**

---

**3.1033.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SALISBURY FIRE APPLIANCE CO | ☑ Contingent | $34,355.90
| 4809 S MAIN ST | ☐ Unliquidated |
| SALISBURY NC 28147 | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**

VARIOUS | VENDOR

**Last 4 digits of account number:** | **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1034.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SALMOIRAGHI | ☑ Contingent | $1,350.00
| V.LE STUCCHI 66/3 | ☐ Unliquidated |
| MONZA 20900 | ☐ Disputed |
| ITALY | |

**Date or dates debt was incurred** | **Basis for the claim:**

VARIOUS | VENDOR

**Last 4 digits of account number:** | **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1035.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SAMUEL STRAPPING SYSTEMS | ☑ Contingent | UNDETERMINED
| 110 DENT DRIVE | ☐ Unliquidated |
| DETROIT MI 30121-5191 | ☐ Disputed |

**Date or dates debt was incurred** | **Basis for the claim:**

VARIOUS | VENDOR

**Last 4 digits of account number:** | **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                         Case number *(if known)* **17-12148**

---

3.1036. **Nonpriority creditor's name and mailing address**

SANDERS SERVICES INC
609 OAK DRIVE
LEXINGTON SC 29073-7652

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $2,046.96 |

---

3.1037. **Nonpriority creditor's name and mailing address**

SANDYS INDUSTRIAL GLASS OF GA INC
9756 FEAGIN RD #101
JONESBORO GA 30236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1038. **Nonpriority creditor's name and mailing address**

SANFORD SANDHILLS EMERGENCY PHYSI
1413 GREENWAY COURT
SANFORD NC 27330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1039.**  **Nonpriority creditor's name and mailing address**

SANTEE INDUSTRIAL PRODUCTS INC
7341 PEPPERMILL PKWY
NORTH CHARLESTON SC 29418-7404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1040.**  **Nonpriority creditor's name and mailing address**

SAP AMERICA INC
PO BOX 7780824024
PHILADELPHIA PA 19182-4024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $14,208.18 |

---

**3.1041.**  **Nonpriority creditor's name and mailing address**

SAURER INC.
SOUTH BOULEVARD
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**3.1042.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SC DEPARTMENT OF HEALTH & ENVIRONME
2600 BULL STREET
COLUMBIA SC 29201-1708

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1043.** **Nonpriority creditor's name and mailing address**

SCANONLINE
PO BOX 2401
ALBEMARLE NC 28002

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1044.** **Nonpriority creditor's name and mailing address**

SCE&G
PO BOX 100255
COLUMBIA SC 29202-3255

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1045. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1045.** | **Nonpriority creditor's name and mailing address**

SCHARER SCHWEITER METTLER CORP
100 SUNBEAM RD
I-85 BUSINESS EXIT 7
SPARTANBURG NC 29303-5035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$57.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1046.** | **Nonpriority creditor's name and mailing address**

SCHENCK PROCESS LLC
PO BOX 19747
PALATINE IL 60055-9747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1047.** | **Nonpriority creditor's name and mailing address**

SCHNEIDER ELECTRIC
COLLECTIONS & CREDIT SPECIALIST, FINANCE
BUSINESS SERVICES
23427 NETWORK PLACE
CHICAGO IL 60673-1234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**3.1048.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SCHNEIDER ELECTRIC USA INC
23427 NETWORK PLACE
CHICAGO IL 60673-1234

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,411.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1049.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SCHNEIDER NATIONAL, INC.
PO BOX 281496
ATLANTA GA 30384-1496

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,209.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1050.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SCHUF (USA) INC
486 LONG POINT ROAD
MT PLEASANT SC 29464-8206

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,495.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**3.1051.** **Nonpriority creditor's name and mailing address**

SCOTT EQUIPMENT CO INC
PO BOX 670
HUNTERSVILLE NC 28070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1052.** **Nonpriority creditor's name and mailing address**

SCOTT HEALTH & SAFETY
4320 GOLDMINE RD
MONROE NC 28110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1053.** **Nonpriority creditor's name and mailing address**

SCS, INC.
4725 STOCKHOLM COURT
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$377.33

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

3.1054.   **Nonpriority creditor's name and mailing address**

SDL ATLAS LLC
3934 AIRWAY DR
ROCK HILL SC 29732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1055.   **Nonpriority creditor's name and mailing address**

SEAMAN'S CORPORATION
1000 VENTURE BLVD.
ROOSTER OH 44691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

CUSTOMER REBATES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $280,000.00 |

---

3.1056.   **Nonpriority creditor's name and mailing address**

SEAWAY YARNS LTD
3320 LOYALIST ST
CORNWALL ON K6H 6C8
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

**3.1057.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| | |

SECURITAS ELECTRONIC SECUIRTY,
PO BOX 643731
PITTSBURGH PA 15264

☑ Contingent
☐ Unliquidated
☐ Disputed

$369.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1058.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

SECURITY FORCES INC
PO BOX 402836
ATLANTA GA 30384-2836

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1059.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

SELECTRONICS INC
100 COVINGTON STREET
WADESBORO NC 28170

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1060.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SELIG CHEMICAL INDUSTRIES
115 KENDALL PARK LANE
ATLANTA GA 30336

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1061.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SERVICE EXPRESS, INC.
3854 BROADMOOR AVE. SE
GRAND RAPIDS MI 49512

☒ Contingent
☐ Unliquidated
☐ Disputed

$2,632.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1062.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SERVO SOUTH, INC.
3648 OAK HAVEN LANE
SHELBY NC 28150

☒ Contingent
☐ Unliquidated
☐ Disputed

$5,680.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| **3.1063.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.1063.  **Nonpriority creditor's name and mailing address**

SERVOMEX CO
525 JULIE RIVERS DRIVE SUITE 185
SUGAR LAND TX 77478-2847

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes


3.1064.  **Nonpriority creditor's name and mailing address**

SETTLE HEATING & AIR, INC.
PO BOX 348
EARL NC 28038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes


3.1065.  **Nonpriority creditor's name and mailing address**

SG EQUIPMENT FINANCE USA CORP
480 WASHINGTON BLVD
JERSEY CITY NJ 07310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$486,568.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**3.1066.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SHAMROCK ENVIRONMENTAL CORP<br>6106 CORPORATE PARK DRIVE<br>BROWNS SUMMIT NC 27214 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,807.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1067.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SHARP CONTROLS INC<br>PO BOX 890089<br>CHARLOTTE NC 28289-0089 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1068.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| SHAWNA D HARGETT<br>1033 CAPPS HOLLOW DRIVE<br>CHARLOTTE NC 28216 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1069.  **Nonpriority creditor's name and mailing address**

SHAWNEE TECHNOLOGIES, INC.
12126 ASBURY CHAPEL ROAD
HUNTERSVILLE NC 28078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,200.00 |

---

3.1070.  **Nonpriority creditor's name and mailing address**

SHEALY ELECTRICAL WHOLESALE
120 SAXE GOTHA ROAD
WEST COLUMBIA SC 29172

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1071.  **Nonpriority creditor's name and mailing address**

SHELL ENERGY NORTH AMERICA (US), LP
909 FANNIN SUITE 700
HOUSTON TX 77010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 595 of 699

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1072.** **Nonpriority creditor's name and mailing address**

SHEPHERD CHEMICAL COMPANY
4900 BEECH STREET
CINCINNATI OH 45212-2398

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1073.** **Nonpriority creditor's name and mailing address**

SHERWIN-WILLIAMS CO
800 W INNES ST
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1074.** **Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP.
290 DAVIDSON AVE.
SOMERSET NJ 08873

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $863.36 |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

3.1075.   **Nonpriority creditor's name and mailing address**

SHIELD ENGINEERING, INC.
4301 TAGGART CREEK ROAD
CHARLOTTE NC 28208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.1076.   **Nonpriority creditor's name and mailing address**

SHOAF MACHINE & TOOL
7651 OLD MOCKSVILLE RD
SALISBURY NC 28144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.1077.   **Nonpriority creditor's name and mailing address**

SHOOKS GARAGE
2403 S POST ROAD
SHELBY NC 28152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

3.1078. **Nonpriority creditor's name and mailing address**

SHRED-IT
28883 NETWORK PLACE
CHICAGO IL 60673-1288

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,005.23

---

3.1079. **Nonpriority creditor's name and mailing address**

SICANA, INC.
1212 AVENUE OF THE AMERICAS
NEW YORK NY 10036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1080. **Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY, INC.
13775 COLLECTIONS CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.1081. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.1081.   **Nonpriority creditor's name and mailing address**

SIGMA STRETCH FILM
PO BOX 827627
PHILADELPHIA PA 19182-7627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1082.   **Nonpriority creditor's name and mailing address**

SIGMA-ALDRICH INC
PO BOX 535182
ATLANTA GA 30353-5182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1083.   **Nonpriority creditor's name and mailing address**

SIGNODE
501 HICKMAN ST
RAINBOW CITY AL 35906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$128.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1084.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SIMPLEXGRINNELL LP
9826 SOUTHERN PINE BLVD
CHARLOTTE NC 28273

☑ Contingent
☐ Unliquidated
☐ Disputed

$30,311.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1085.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SIMPLEXGRINNELL V. DFT
JOSHUA M. HILLER HILLER LAW, PLLC
1000 CENTREGREEN WAY
SUITE 200
CARY NC 27513

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1086.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SIMTEK
1435 BURNETTS CHAPEL ROAD
GREENSBORO NC 27407

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1087.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SIT INDEVA INC
3630 GREEN PARK CIRCLE
CHARLOTTE NC 28217

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1088.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SKF USA INC.
5271 VIEWRIDGE COURT
PITTSBURGH PA 92123

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1089.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SLACK & PARR INC
PO BOX 480156
CHARLOTTE NC 28269

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,799.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                   Case number *(if known)* **17-12148**

3.1090. **Nonpriority creditor's name and mailing address**

SLADE INC
181 CRAWFORD RD
STATESVILLE NC 28625

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,355.86

3.1091. **Nonpriority creditor's name and mailing address**

SMI INC.
390 PRINCIPALE EST
COOKSHIRE QC J0B 1M0
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1092. **Nonpriority creditor's name and mailing address**

SMITH, BARRY D
265 GODBEY ROAD
SALISBURY NC 28147

**Date or dates debt was incurred**

8/23/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # A00-119098

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1093.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SMS TECH SOLUTIONS, LLC
7418 OLDE SYCAMORE DRIVE
MINT HILL NC 28227

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1094.** **Nonpriority creditor's name and mailing address**

SOJITZ CORPORATION OF AMERICA
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1095.** **Nonpriority creditor's name and mailing address**

SOLARWINDS WORLDWIDE LLC
PO BOX 730720
DALLAS TX 75373-0720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1096.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1096.** **Nonpriority creditor's name and mailing address**

SOLIDSAIRE INC
9300 ROLLING HILLS TRAIL
LEANDER TX 78645

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,767.00

---

**3.1097.** **Nonpriority creditor's name and mailing address**

SONOCO PRODUCTS COMPANY
91218 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1098.** **Nonpriority creditor's name and mailing address**

SONOCO RECYCLING, LLC
91218 COLLECTION CENTER DR.
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

3.1099.   **Nonpriority creditor's name and mailing address**

SOUTH SALES COMMUNICATIONS
446 CROMPTON STREET
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1100.   **Nonpriority creditor's name and mailing address**

SOUTHEAST APPRAISAL
3350 RIVERWOOD PARKWAY, STE 1900
ATLANTA GA 30339

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1101.   **Nonpriority creditor's name and mailing address**

SOUTHEAST HYDROBLASTING INC
80 ACCESS ROAD
GASTON SC 29053

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,846.25

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.1102.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHEAST INDUSTRIAL EQUIPMENT
12200 STEELE CREED RD
CHARLOTTE NC 28263-3230

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$137.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1103.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHEAST VALVE INC
PO BOX 890198
CHARLOTTE NC 28289-0198

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,455.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1104.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHEASTERN CONCRETE PRODUCTS
2325 SALISBURY HWY
STATESVILLE NC 28625

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                        Case number *(if known)* **17-12148**

---

3.1105.    **Nonpriority creditor's name and mailing address**

SOUTHEASTERN DOCK & DOOR INC
667 PERIMETER ROAD
GREENVILLE SC 29605

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $7,617.63 |

---

3.1106.    **Nonpriority creditor's name and mailing address**

SOUTHEASTERN FELT & SUPPLY CORP
2870 ARMENTROUT DR
CONCORD NC 28026-1368

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1107.    **Nonpriority creditor's name and mailing address**

SOUTHEASTERN FREIGHT LINES
PO BOX 100104
COLUMBIA SC 29202-3104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $208.92 |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.1108. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHEASTERN HEATING AND AIR LLC
MULLER RD.
BLYTHEWOOD SC 29016

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHEASTERN LAB APPARATUS INC
110 WALNUT LANE
NORTH AUGUSTA SC 29860

☑ Contingent
☐ Unliquidated
☐ Disputed

$711.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1110. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHEASTERN LOGISTICS SOLUTIONS
1 C. TROTTER ROAD
WEST COLUMBIA SC 29169

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                 Case number *(if known)* **17-12148**

---

**3.1111.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHERN ELEVATOR CO INC
349A W TREMONT AVE
CHARLOTTE NC 28203

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$36,488.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1112.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHERN FORKLIFTS & EQUIPMENT
PO BOX 164
EARL NC 28038

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1113.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOUTHERN MECHANICAL SERVICES INC
2031 KINGSLEY DR
ALBEMARLE NC 28001

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$60,485.06

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

**3.1114.** **Nonpriority creditor's name and mailing address**

SOUTHERN METAL PROCESSING CO INC
130 ALLRED LANE
OXFORD AL 36203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $10,851.41 |

---

**3.1115.** **Nonpriority creditor's name and mailing address**

SOUTHERN PUMP & TANK COMPANY
PO BOX 105328
ATLANTA GA 30348-5328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $4,130.40 |

---

**3.1116.** **Nonpriority creditor's name and mailing address**

SPECIALTY VALVE & CONTROLS
3001 GRIFFITH STREET
CHARLOTTE NC 28203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.1117.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.1117.** Nonpriority creditor's name and mailing address

SPECTRUM PROCESS INC
PO BOX 4162
GREENSBORO NC 27404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$48,406.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1118.** Nonpriority creditor's name and mailing address

SPECTRUM PROPERTIES
13801 REESE BLVD
CHARLOTTE NC 28078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$26,095.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1119.** Nonpriority creditor's name and mailing address

SPENCER INSULATION, INC.
PO BOX 1053
COWPENS SC 29330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.1120.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SPENCER TURBINE COMPANY
DEPT CH 17096
PALATINE IL 60055-7096

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1121.** **Nonpriority creditor's name and mailing address**

SPERIAN PROTECTION INSTRUMENTATION
651 S MAIN ST
BOSTON MA 6457

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1122.** **Nonpriority creditor's name and mailing address**

SPOK
PO BOX 660324
DALLAS TX 75266-0324

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,913.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 612 of 699

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1123.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1123.**  **Nonpriority creditor's name and mailing address**

SPX FLOW TECHNOLOGY
62518 COLLECTION CENTER DRIVE
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,737.18

---

**3.1124.**  **Nonpriority creditor's name and mailing address**

SPX PROCESS EQUIPMENT
ONE BIRCHMONT DR
ATLANTA GA 30384-7886

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1125.**  **Nonpriority creditor's name and mailing address**

STACLEAN DIFFUSER CO. LLC
2205 EXECUTIVE DRIVE
SALISBURY NC 28147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**   Case number *(if known)* **17-12148**

---

3.1126.   **Nonpriority creditor's name and mailing address**

STAFFMARK
PO BOX 952386
COLUMBIA SC 63195

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1127.   **Nonpriority creditor's name and mailing address**

STAFFMARK
PO BOX 952386
SAINT LOUIS MO 63195

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,216.08 |

---

3.1128.   **Nonpriority creditor's name and mailing address**

STANLEY SECURITY SOLUTIONS, INC.
DEPT CH 14210
PALATINE IL 60055-4210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1129.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STATE BOARD OF EXAMINERS
1109 DRESSER CT
RALEIGH NC 27609

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1130.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STATE OF WASHINGTON
PO BOX 47464
OLYMPIA WA 98504-7464

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1131.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STATESVILLE ANALYTICAL, INC.
PO BOX 228
STATESVILLE NC 28687-0228

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$201.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                      Case number *(if known)* **17-12148**

| 3.1132. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STATESVILLE FENCE & LANDSCAPING
1310 N. BARKLEY RD.
STATESVILLE NC 28677

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1133. **Nonpriority creditor's name and mailing address**

STATESVILLE PROCESS INSTRUMENTS INC
111 TEMPERATURE LANE
STATESVILLE NC 28677-9639

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1134. **Nonpriority creditor's name and mailing address**

STAUBLI CORPORATION
201 PARKWAY WEST
DUNCAN SC 29334-9279

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1135.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STEEL HEDDLE INC
RUTHERFORD RD
GREENVILLE SC 29609

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1136.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STEELMAN INDUSTRIES INC
PO BOX 1461
KILGORE TX 75663-1461

☑ Contingent
☐ Unliquidated
☐ Disputed

$991.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1137.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STEPHEN GOULD CORP
35 SOUTH JEFFERSON ROAD
WHIPPANY NJ 07981

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

| 3.1138. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEPHENSON & LAWYER INC
3831 PATTERSON AVE SE
GRAND RAPIDS MI 49512-4026

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

| 3.1139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STERICYCLE INC
PO BOX 6582
CAROL STREAM IL 60197-6582

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim: $1,331.17

---

| 3.1140. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STERITECH GROUP INC
6404 BANNINGTON DR STE A
CHARLOTTE SC 28226

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1141.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

STERLING COMMERCE (AMERICA) INC
PO BOX 73199
CHICAGO IL 60673

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1142.** **Nonpriority creditor's name and mailing address**

STERLING INFOSYSTEMS, INC.
ONE STATE STREET PLAZA, 24TH FLR
NEW YORK NY 10004

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$96.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1143.** **Nonpriority creditor's name and mailing address**

STERLING NEWARK
839 N 6TH ST
NEWARK NJ 07107

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,457.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1144.  **Nonpriority creditor's name and mailing address**

STERLING SEAL AND SUPPLY INC.
1105 GREEN GROVE
NEPTUNE NJ 07753

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1145.  **Nonpriority creditor's name and mailing address**

STERLING SERVICES
3372 SMITH FARM ROAD
MATTHEWS NC 28104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1146.  **Nonpriority creditor's name and mailing address**

STOELTING LLC
502 HWY 67
MILWAUKEE WI 53042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.1147. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STONER INC
1070 ROBERT FULTON HWY
QUARRYVILLE PA 17566

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUBURBAN PROPANE
1333 BERRYHILL RD
CHARLOTTE NC 28208

☑ Contingent
☐ Unliquidated
☐ Disputed

$4,185.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1149. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SULZER PUMPS US INC
108 HURRICANE CREEK ROAD
PIEDMONT SC 29673

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1150.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- |

SUMIKA ELECTRONIC MATERIALS/DBA
3832 E. WATKINS STREET
PHOENIX AZ 85034

☑ Contingent
☐ Unliquidated
☐ Disputed

$73,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1151.  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*       **Amount of claim**

SUMMA TECHNOLOGY GROUP
433 LAS COLINAS BLVD EAST
IRVING TX 76051-5383

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1152.  **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*       **Amount of claim**

SUMMER INDUSTRIES
263 WELCOME CENTER CT
WELCOME NC 27374

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1153.   **Nonpriority creditor's name and mailing address**

SUMMIT ENERGY SERVICES, INC.
25716 NETWORK PLACE
CHICAGO IL 60673-1257

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1154.   **Nonpriority creditor's name and mailing address**

SUMTER PACKAGING CORPORATION
2341 CORPORATE WAY
SUMTER SC 29154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1155.   **Nonpriority creditor's name and mailing address**

SUMTER TRANSPORT COMPANY
170 SOUTH LAFAYETTE DRIVE
SUMTER SC 29151-1060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$17,545.10

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1156.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| SUN CAPITAL PARTNERS 5200 TOWN CENTER CIRCLE, STE 600 BOCA RATON FL 33486 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $34,079.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1157.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| SUN CAPITAL PARTNERS MANAGEMENT III, LLC 5200 TOWN CENTER CIRCLE, STE 600 BOCA RATON FL 33486 | ☑ Contingent ☑ Unliquidated ☐ Disputed | $5,167,662.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCRUED MANAGEMENT FEE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1158.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| SUNBELT PACKAGING, LLC 7826 PARK PLACE RD YORK SC 29745 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1159.    **Nonpriority creditor's name and mailing address**

SUNBELT RENTALS INC.
2341 DEERFIELD RD
FORT MILL SC 29715

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1160.    **Nonpriority creditor's name and mailing address**

SUPERIOR ELECTRICAL SERVICES, INC
PO BOX 1177
LANCASTER SC 29720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$14,100.13

---

3.1161.    **Nonpriority creditor's name and mailing address**

SUPERIOR SCALE, INC.
2118 CAROLINA PLACE DRIVE
FORT MILL SC 29708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

**3.1162.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1162.** **Nonpriority creditor's name and mailing address**

SUPERIOR SEALS & SERVICE INC
1200-B CORPORATION DR
HIGH POINT NC 27263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1163.** **Nonpriority creditor's name and mailing address**

SUREFIN COILS LLC
PO BOX 69
LANCASTER SC 29720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1164.** **Nonpriority creditor's name and mailing address**

SWANNER'S SHARPENING SERVICE
920 BROWN ACRES DRIVE
SALISBURY NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,022.00

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1165.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

SWISSTEX AMERICA, INC.
463 VIRGIL DR
DALTON GA 30721

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1166.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

SYMBOL TECHNOLOGIES INC
709 WEST ALGONQIN ROAD
ARLINGTON HEIGHTS IL 60005

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1167.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

SYMTECH INC
PO BOX 751033
CHARLOTTE NC 28275-1033

☒ Contingent
☐ Unliquidated
☐ Disputed

$13,299.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.1168. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SYNERGETIC CHEMICAL SOLUTIONS INC
PO BOX 346
DALLAS NC 28034

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1169. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SYNTHOMER USA LLC
180 E. BROAD STREET
COLUMBUS OH 43215

☑ Contingent
☐ Unliquidated
☐ Disputed

$138,940.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1170. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SYSTEMS SERVICE CORP
1901 TELEDYNE RD
MONROE NC 28110-9013

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1171.** **Nonpriority creditor's name and mailing address**

SYSTEMS SOUTH INC
422 HWY 418 W
FOUNTAIN INN SC 29644

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1172.** **Nonpriority creditor's name and mailing address**

T&A MATERIAL HANDLING
11041 DOWNS ROAD
PINEVILLE NC 28134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1173.** **Nonpriority creditor's name and mailing address**

TAIJI GROUP(USA) INC.
405 WORTHA HERMAN RD SW
CONOVER NC 28613

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $887,793.59 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                   Case number *(if known)* **17-12148**

---

3.1174.  **Nonpriority creditor's name and mailing address**

TALENT BRIDGE
6100 FAIRVIEW RD SUITE 500
CHARLOTTE NC 28210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,438.04 |

---

3.1175.  **Nonpriority creditor's name and mailing address**

TARHEEL DISTRIBUTORS INC.
1821 KELLER-ANDREWS RD
SANFORD NC 27330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $6,000.26 |

---

3.1176.  **Nonpriority creditor's name and mailing address**

TARHEEL PAPER & SUPPLY
3200 CENTRE PARK BLVD
WINSTON-SALEM NC 27107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $89,458.25 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1177.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

TARHEEL PAPER & SUPPLY CO.
DONNA B. SIMONDS
3200 CENTRE PARK BLVD
WINSTON-SALEM NC 27107

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1178.** | **Nonpriority creditor's name and mailing address**

TATA AMERICA INTERNATIONAL CORP
101 PARK AVENUE 26TH FLOOR
NEW YORK NY 10178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$613,312.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1179.** | **Nonpriority creditor's name and mailing address**

TAYLOR DATA SYSTEMS, INC.
181 E. EVANS STREET, BTC008
FLORENCE SC 29506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                Case number *(if known)* **17-12148**

---

3.1180.  **Nonpriority creditor's name and mailing address**

TAYLOR SALT & CHEMICAL CO INC
PO BOX 32306
CHARLOTTE NC 28232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1181.  **Nonpriority creditor's name and mailing address**

TBL NETWORKS, INC
4701 COX ROAD, SUITE 210
GLEN ALLEN VA 23060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1182.  **Nonpriority creditor's name and mailing address**

TEAM INDUSTRIAL SERVICE INC
104 GORDON ROAD
WILMINGTON NC 28401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $13,324.52 |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1183.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TECHNICAL CLEANING, INC.
PO BOX 93
MANNING SC 29102

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TECHNICAL EQUIP SALES CO.
PO BOX 19050
CHARLOTTE NC 28219-9050

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1185.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TEKSAVERS INC
2120 GRAND AVE PKWY STE 150
AUSTIN TX 78728

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

3.1186.   **Nonpriority creditor's name and mailing address**

TELEDYNE ISCO INC
PO BOX 82531
LINCOLN NE 68501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $116.63 |

---

3.1187.   **Nonpriority creditor's name and mailing address**

TEMCO OF THE UPSTATE, INC.
921 PEARMAN DAIRY ROAD
ANDERSON SC 29623

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1188.   **Nonpriority creditor's name and mailing address**

TENCARVA MACHINERY CO
1115 PLEASANT RIDGE RD
GREENSBORO NC 27409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $37,829.11 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1189.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

TENNANT COMPANY
PO BOX 71414
CHICAGO IL 60694-1414

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          VENDOR

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1190.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

TENNESSEE ARMATURE & ELECTRIC INC
1301 GALWAY STREET
KNOXVILLE TN 37917

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          VENDOR

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1191.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim

TEXAS METAL CASTING CO
PO BOX 3259
LUFKIN TX 75903

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          VENDOR

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     Page 635 of 699

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

**3.1192.**  **Nonpriority creditor's name and mailing address**

TEXKIMP LIMITED
WINCHAM LANE
WINCHAM NORTHWICH CH CW9 6GG
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.1193.**  **Nonpriority creditor's name and mailing address**

TEXMAC INC
3001 STAFFORD DR
CHARLOTTE NC 28266-8128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$48,120.35

**3.1194.**  **Nonpriority creditor's name and mailing address**

TEX-MACH INC
PO BOX 159
MAYO SC 29368-0159

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1195.  **Nonpriority creditor's name and mailing address**

TEXTILE & INDUSTRIAL SALES INC
PO BOX 768
DALTON GA 30722-0768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1196.  **Nonpriority creditor's name and mailing address**

THE ADVANCED TEAM, INC.
126 PERIWINKLE LANE
MOORESVILLE NC 28117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,560.00

---

3.1197.  **Nonpriority creditor's name and mailing address**

THE COLONIAL GROUP
356 MCLAWS CIRCLE
WILLIAMSBURG VA 23185

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

3.1198.  **Nonpriority creditor's name and mailing address**

THE EI GROUP INC
2101 GATEWAY CENTRE BLVD. STE 200
MORRISVILLE NC 27560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1199.  **Nonpriority creditor's name and mailing address**

THE HILGEMAN GROUP, INC.
811 EAST 5TH STREET
FERDINAND IN 47532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1200.  **Nonpriority creditor's name and mailing address**

THEM INTERNATIONAL INC
1400 BATTLEGROUND AVE STE 214H
GREENSBORO NC 27408-8028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$44,460.90

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1201.   **Nonpriority creditor's name and mailing address**

THEO ZWEIG
429 BAUSKETT ST
EDGEFIELD SC 29824

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1202.   **Nonpriority creditor's name and mailing address**

THERMAL ECONOMY, INC.
INDUSTRIAL DRIVE
OLIVE BRANCH MS 28654

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1203.   **Nonpriority creditor's name and mailing address**

THERMO ELECTRON CORP
25 NIMBLE HILL RD
NEWINGTON NH 03801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.1204. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THIELSCH ENGINEERING INC 195 FRANCES AVE CRANSTON RI 02910 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $15,000.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THINGS REMEMBERED, INC. 500 SOUTH BAILY ROAD NORTH JACKSON OH 44451 | ☑ Contingent ☐ Unliquidated ☐ Disputed | $28,241.25 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1206. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THOMAS CONVEYOR COMPANY PO BOX 974066 DALLAS TX 75397-4066 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.1207.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMAS DAVIS
12240 SEMINOLE BLVD, LOT #6
LARGO FL 33778

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1208.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMAS M BROWN INC
1311 AMBLE DR
CHARLOTTE NC 28206-1307

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1209.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THOMPSON FILTRATION PRODUCTS INC
PO BOX 711
WASHINGTON NC 27889

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          VENDOR

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1210. **Nonpriority creditor's name and mailing address**

THOMPSON TRACTOR COMPANY INC.
PINSON VALLEY PKWY
TARRANT AL 35217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1211. **Nonpriority creditor's name and mailing address**

TICONA-CELANESE CORPORATION
222 W. LAS COLINAS BLVD.
SUITE 900N
IRVING TX 75039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

MISC. ACCRUED LIABILITIES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$397,000.00

---

3.1212. **Nonpriority creditor's name and mailing address**

TIME WARNER CABLE
7800 CRESCENT EXECUTIVE DRIVE
CHARLOTTE NC 28272

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$354.80

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

3.1213. **Nonpriority creditor's name and mailing address**

TOKUDEN, INC.
LANGFORD RD SUITE 100
NORCROSS GA 30071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1214. **Nonpriority creditor's name and mailing address**

TORIC CONSULTING INC
216 ISAIAH COURT
LEXINGTON NC 27292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,656.45

3.1215. **Nonpriority creditor's name and mailing address**

TORIC CONSULTING, INC.
TONY FRITTS, PRESIDENT
216 ISAIAH COURT
LEXINGTON NC 27292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1216.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | --- | ---

**3.1216.** **Nonpriority creditor's name and mailing address**

TOSHIBA BUSINESS SOLUTIONS
9201-J SOUTHERN PINE BLVD
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

UNDETERMINED

---

**3.1217.** **Nonpriority creditor's name and mailing address**

TOSHIBA FINANCIAL SERVICES
PO BOX 105710
ATLANTA GA 30348-5710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$21,675.82

---

**3.1218.** **Nonpriority creditor's name and mailing address**

TOTAL MAINTENANCE SOLUTIONS
3540 RUTHERFORD RD
TAYLORS SC 29687

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$3,578.64

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1219.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1219.** **Nonpriority creditor's name and mailing address**

TOWN OF WINNSBORO
PO BOX 209
WINNSBORO SC 29180-0209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$225,459.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1220.** **Nonpriority creditor's name and mailing address**

TRANE SYSTEMS SALES AND SERVICE
4501 SOUTH TRYON ST.
CHARLOTTE NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1221.** **Nonpriority creditor's name and mailing address**

TRANSCAT/EIL
23698 NETWORK PL
CHICAGO IL 60673-1236

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1222.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1222.**

**Nonpriority creditor's name and mailing address**

TRANSCEND-DIV OF AGC NETWORKS
KENNEDY STREET NE
MINNEAPOLIS MN 55413

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1223.**

**Nonpriority creditor's name and mailing address**

TRANSDUCER TECHNIQUES INC-P
42840 RIO NEDO
TEMECULA CA 92590

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1224.**

**Nonpriority creditor's name and mailing address**

TRANSOURCE LLC - M33
511 RHETT ST
GREENVILLE SC 29601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$298,643.79

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 3.1225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

TRANTER INC
PO BOX 123275
DALLAS TX 75312-3275

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,701.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1226.   **Nonpriority creditor's name and mailing address**

TRAVELLERS INSURANCE COMPANY
ATTN: LEGAL DEPT.
ONE TOWER SQUARE
HARTFORD CT 06183

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,424.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1227.   **Nonpriority creditor's name and mailing address**

TRI-CITY MECHANICAL CONT., INC.
706 UTILITY STREET
GREENSBORO NC 27405

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$44,164.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1228.   **Nonpriority creditor's name and mailing address**

TRI-ELECTRIC, INC.
OLD WILKESBORO RD
SALISBURY NC 28145-1412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1229.   **Nonpriority creditor's name and mailing address**

TRIEX CORP
340 DECLAIRE WAY
MARIETTA GA 30067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1230.   **Nonpriority creditor's name and mailing address**

TRI-LIFT NC,INC.
2905 MANUFACTURERS ROAD
GREENSBORO NC 27406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $2,250.00 |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1231.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TRISTAR PLASTICS CORPORATION
1387 N. HIGHWAY 16
DENVER NC 28037

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,010.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1232.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TROY CORPORATION
ONE AVENUE L
NEWARK NJ 07105

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1233.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TRUSKILL MACHINING INC
1000 ALVIN WINBERG DRIVE
OAK RIDGE TN 37830

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,439.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

---

**3.1234.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

TRUVISTA COMMUNICATIONS
PO BOX 189
CHESTER SC 29706-0189

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$823.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1235.** **Nonpriority creditor's name and mailing address**

TUTHILL CORPORATION
801 DENMARK RD
CHARLOTTE NC 28273

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1236.** **Nonpriority creditor's name and mailing address**

TUYEN DOAN
7115 EVANSTON STREET
FAYETTEVILLE NC 28314

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

**3.1237.** **Nonpriority creditor's name and mailing address**

TW TELECOM HOLDINGS INC
PO BOX 910182
DENVER CO 80291-0182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,160.32

---

**3.1238.** **Nonpriority creditor's name and mailing address**

TYDENBROOKS SECURITY PRODUCTS GROUP
16036 COLLECTIONS CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1239.** **Nonpriority creditor's name and mailing address**

U.S. ENVIRONMENTAL PROTECTION AGENC
PO BOX 979077
ST LOUIS MO 63197-9000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

---

3.1240. **Nonpriority creditor's name and mailing address**

UE SYSTEMS INC
14 HAYES STREET
ELMSFORD NY 10523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1241. **Nonpriority creditor's name and mailing address**

UFP TECHNOLOGIES
3831 PATTERSON AVE
GRAND RAPIDS MI 49512-4026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1242. **Nonpriority creditor's name and mailing address**

UGI ENERGY SERVICES
ONE MERIDIAN BLVD, SUITE 2C01
WYOMMISSING PA 19610-3230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $533,645.95 |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

**3.1243.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

ULINE
2200 S LAKESIDE DRIVE
WAUKEGAN IL 60085

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$351.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1244.**    **Nonpriority creditor's name and mailing address**

UNC-CHARLOTTE CHEMISTRY DEPT
9201 UNIVERSITY CITY BLVD
CHARLOTTE NC 28223

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1245.**    **Nonpriority creditor's name and mailing address**

UNIFI
7201 W. FRIENDLY AVENUE
GREENSBORO NC 27410

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$258.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1246.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNITED POWER SERVICES INC
817 FESSLERS PARKWAY
NASHVILLE TN 37210-2902

☒ Contingent
☐ Unliquidated
☐ Disputed

$3,981.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1247.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNITED RENTALS
101 MOORESVILLE RD
SALISBURY NC 28144

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1248.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNITED WAY
1930 JAKE ALEXANDER BLVD W, STE B
SALISBURY NC 28147-1186

☒ Contingent
☐ Unliquidated
☐ Disputed

$4,758.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                Case number *(if known)* **17-12148**

---

3.1249. **Nonpriority creditor's name and mailing address**

UNIVAR USA INC
2001 CONTINENTAL DRIVE
CHARLOTTE NC 28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1250. **Nonpriority creditor's name and mailing address**

UNIVERSAL SILENCER
PO BOX 411
STOUGHTON WI 53589

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,376.00

---

3.1251. **Nonpriority creditor's name and mailing address**

UPS
PO BOX 7247-0244
PHILADELPHIA PA 19170-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$10,269.21

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1252.** **Nonpriority creditor's name and mailing address**

URBIETA V. DFT ET AL.
FRIDAY & COX LLC
1405 MCFARLAND RD
PITTSBURGH PA 15216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1253.** **Nonpriority creditor's name and mailing address**

US BANK EQUIPMENT
DIVISION OF US BANK NA
1310 MADRID ST
MARSHALL MN 56258

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$27,812.38

---

**3.1254.** **Nonpriority creditor's name and mailing address**

US SECURITY ASSOCIATES INC
PO BOX 931703
ATLANTA GA 31193-1703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$79,865.62

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1255.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VACO LLC
5410 MARYLAND WAY/SUITE 460
BRENTWOOD TN 37027

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1256.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VACON, INC.
PO BOX 8500 LOCKBOX 9011
PHILADELPHIA PA 19178-9011

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1257.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VALLEN
KAREN SINGLETON ACCTS REC
11680 GREAT OAKS WAY
STE 200
ALPHARETTA GA 30022

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.1258. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VALWORX INC
18636 NORTHLINE DR
CORNELIUS NC 28031

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,514.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1259. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VAN DE WIELE-IRO INC
6093 RELOCATION WAY
OOLTEWAH TN 37363

☑ Contingent
☐ Unliquidated
☐ Disputed

$14,509.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1260. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VANSEAL CORPORATION
815 PAYNE DRIVE
VANDALIA IL 62471

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1261. **Nonpriority creditor's name and mailing address**

VANTAGE SPECIALTIES, INC
2534 MOMENTUM PLACE
CHICAGO IL 60689-5325

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $9,266.40 |

---

3.1262. **Nonpriority creditor's name and mailing address**

VARIAN CHROMATOGRAPHY SYS. INC
2700 MITCHELL DR
WALNUT CREEK CA 94598

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1263. **Nonpriority creditor's name and mailing address**

VEGA AMERICAS, INC
LOCATION #0162
CINCINNATI OH 45264-0162

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 3.1264. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VENGROFF WILLIAMS, INC.
8440 N TAMIAMI TRAIL
SARASOTA FL 34243

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1265. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VEOLIA ENVIRONMENTAL SERVICES
131 S. DEARBORN - 6TH FLOOR
CHICAGO IL 60603

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1266. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VERIZON WIRELESS SERVICES
PO BOX 15043
ALBANY NY 12212-5043

☑ Contingent
☐ Unliquidated
☐ Disputed

$110,823.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1267. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VICTOR KLEIN CONSULTING CO
8480 HONEYCUTT RD, STE 200
RALEIGH NC 27615

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VOIGT-ABERNATHY SALES CORP
7550 COMMERCE CIRCLE
TRUSSVILLE AL 35173

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1269. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VWR SCIENTIFIC PRODUCTS
PO BOX 640169
PITTSBURGH PA 15264-0169

☑ Contingent
☐ Unliquidated
☐ Disputed

$324.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.1270.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1270.** **Nonpriority creditor's name and mailing address**

WACKER CHEMICAL CORP
310 SPARTANGREEN BLVD
DUNCAN SC 29334

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1271.** **Nonpriority creditor's name and mailing address**

WAGGONER MANUFACTURING CO., INC.
SCOTT D WAGGONER
1065 HALL RD
MT ULLA NC 28125

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ALLEGED OPEN ACCOUNT CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1272.** **Nonpriority creditor's name and mailing address**

WAGGONER MANUFACTURING COMPANY, INC
1065 HALL ROAD
MOUNT ULLA NC 28125

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$69,107.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1273.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1273.**

**Nonpriority creditor's name and mailing address**

WARD TANK & HEAT EXCHANGER CORP
PO BOX 44568
CHARLOTTE NC 28215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1274.**

**Nonpriority creditor's name and mailing address**

WARD TECHNICAL SALES CO INC
PO BOX 685
PAW CREEK NC 28130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1275.**

**Nonpriority creditor's name and mailing address**

WARP DEVELOPMENT CORP
100 N. BIVENS ROAD
MONROE NC 28110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,200.00

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1276.  **Nonpriority creditor's name and mailing address**

WARP DEVELOPMENT CORPORATION
100 N BIVENS ROAD
MONROE NC 28110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1277.  **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
PO BOX 105453
ATLANTA GA 30348-5453

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $16,316.21 |

---

3.1278.  **Nonpriority creditor's name and mailing address**

WATER & POWER TECHNOLOGIES INC
PO BOX 21743
COLUMBIA SC 29221

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1279.   **Nonpriority creditor's name and mailing address**

WATTS & ASSOCIATES ROOFING, INC
7416 FAIRFIELD ROAD
COLUMBIA SC 29203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |
| ☑ Contingent | $207,562.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1280.   **Nonpriority creditor's name and mailing address**

WAYNE DALTON OF CHARLOTTE
6031 MCDANIEL LANE
CLEVELAND OH 28213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |
| ☑ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1281.   **Nonpriority creditor's name and mailing address**

WB GUIMARIN & COMPANY, INC.
1124 BLUFF INDUSTRIAL BLVD
COLUMBIA SC 29201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |
| ☑ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1282.** **Nonpriority creditor's name and mailing address**

WEEKS-WILLIAMS-DEVORE INC
PO BOX 987
MATTHEWS NC 28106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1283.** **Nonpriority creditor's name and mailing address**

WEIR MINERALS NORTH AMERICA
21976 NETWORK PL
CHICAGO IL 60673-1219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1284.** **Nonpriority creditor's name and mailing address**

WELLS FARGO
PO BOX 563957
CHARLOTTE NC 28256-3957

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

3.1285. **Nonpriority creditor's name and mailing address**

WELLS FARGO BANK - 401K
MARKET STREET
SAN FRANCISCO CA 94105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $35,766.00 |

---

3.1286. **Nonpriority creditor's name and mailing address**

WESTERN GRAPHTEC INC
760 GARLINGTON RD
IRVINE CA 92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1287. **Nonpriority creditor's name and mailing address**

WHITE HORSE PACKAGING CO
405 WESTFIELD ST
GREENVILLE SC 29602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**        Case number *(if known)* **17-12148**

---

3.1288. **Nonpriority creditor's name and mailing address**

WHIT-MILLERS SHOE STORE
122 N MAIN ST
MOORESVILLE NC 28115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $200.00 |

---

3.1289. **Nonpriority creditor's name and mailing address**

WILLIAM BARNET & SONS
99 PARK AVE
NEW YORK NY 10016-1589

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $9,050.29 |

---

3.1290. **Nonpriority creditor's name and mailing address**

WILLIAM BIRCH MACHINERY LTD
LANSDOWNE RD
MONTON, ECCLES, M30 9PJ
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

---

**3.1291.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1291.**

**Nonpriority creditor's name and mailing address**

WINCHESTER, REGINALD L
1375 ELLER WAY APT 201
WINSTON-SALEM NC 27127

**Date or dates debt was incurred**

6/26/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM # A00-110452

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1292.**

**Nonpriority creditor's name and mailing address**

WINDSTREAM COMMUNICATIONS
4001 RODNEY PARHAM ROAD
LITTLE ROCK AR 72212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1293.**

**Nonpriority creditor's name and mailing address**

WINNSBORO BUILDERS SUPPLY INC
340 S VANDERHORST ST
WINNSBORO SC 29180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| 3.1294. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WIRE INDUSTRIES
10 BELLAMY PLACE
STOCKBRIDGE GA 30281

☑ Contingent
☐ Unliquidated
☐ Disputed

$4,033.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WK HILE COMPANY
PO BOX 1015
MATTHEWS NC 28106

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1296. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WL GORE & ASSOCIATES INC
PO BOX 751334
CHARLOTTE NC 28275-1334

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1297.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WOLSELEY INDUSTRIAL #1430
11806 GOODRICH DRIVE
CHARLOTTE NC 28273-4505

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$72,600.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1298.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WOLSELEY INDUSTRIAL GROUP V. DFT
SMITH DEBNAM NARRON DRAKE ET AL
P.O. BOX 26268
RALEIGH NC 27611-6268

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1299.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WOMBLE CARLYLE SANDRIDGE & RICE
ONE WEST 4TH ST
WINSTON SALEM NC 27101

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$39,377.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

**3.1300.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WOODLAND PARK SERVICES, INC.
1900 TRUMAN DRIVE
SANFORD NC 27330

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1301.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WORKPLACE HYGIENE INC
420-B GALLIMORE DAIRY RD
GREENSBORO NC 27409

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1302.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WORKPLACE INTEGRA INC
PO BOX 35767
GREENSBORO NC 27425-5767

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,076.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

---

**3.1303.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1303.**

**Nonpriority creditor's name and mailing address**

WW WILLIAMS DISTRIBUTION
PO BOX 772022
DETROIT MI 48277-2022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1304.**

**Nonpriority creditor's name and mailing address**

XEROX CORPORATION
1313 N WEBB RD SUITE 220
WICHITA KS 67206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1305.**

**Nonpriority creditor's name and mailing address**

XPEDX
13745 COLLECTIONS CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$6,835.28

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

3.1306. **Nonpriority creditor's name and mailing address**

YADKIN PEEDEE RIVER BASIN ASSOC
1000 N 1ST STREET SUITE 12
ALBEMARLE NC 28001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

3.1307. **Nonpriority creditor's name and mailing address**

YASH TECHNOLOGIES, INC.
605 17TH AVENUE
EAST MOLINE IL 61244

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$28,000.00

3.1308. **Nonpriority creditor's name and mailing address**

YORK TAPE & LABEL INC
7532 SOLUTION CENTER
CHICAGO IL 60677-7005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$909.34

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                              Case number *(if known)* **17-12148**

---

3.1309.  **Nonpriority creditor's name and mailing address**

ZENITH PUMPS
7916 COLLECTION CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$160.47

---

3.1310.  **Nonpriority creditor's name and mailing address**

ZEP SALES & SERVICE
425 FRANKLIN RD, STE 530
MARIETTA GA 30067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1311.  **Nonpriority creditor's name and mailing address**

ZONES INC
1102 15TH STREET WEST SW
AUBURN WA 98001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that
     may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional
   pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 3M FILM MANUFACTURING OPERATIONS<br>PO BOX 371227<br>PITTSBURGH PA 15250-7227 | Part 2 line 3.2 | _____ |
| A&D ENVIRONMENTAL SERVICES, INC.<br>PO BOX 484<br>HIGH POINT NC 27261 | Part 2 line 3.4 | _____ |
| AB CARTER INC<br>PO BOX 518<br>GASTONIA NC 28053 | Part 2 line 3.6 | _____ |
| ABB INC<br>PO BOX 88868<br>CHICAGO IL 60695-1868 | Part 2 line 3.7 | _____ |
| ABERNATHY-THOMAS ENGINEERING CO<br>PO BOX 1493<br>KINGSPORT TN 37662-1493 | Part 2 line 3.8 | _____ |
| ADDIVANT USA LLC<br>PO BOX 8500<br>PHILADELPHIA PA 19178-6702 | Part 2 line 3.14 | _____ |
| ADVANCED DOOR SYSTEMS, INC.<br>PO BOX 534206<br>ATLANTA GA 30353-4206 | Part 2 line 3.16 | _____ |
| ADVANTAGE GROUP INC<br>PO BOX 9195<br>HICKORY NC 28603 | Part 2 line 3.19 | _____ |
| AEC MAGNETICS<br>PO BOX 712475<br>CINCINNATI OH 45271-2475 | Part 2 line 3.21 | _____ |
| AERO SERVICES<br>PO BOX 23213<br>COLUMBIA SC 29224 | Part 2 line 3.24 | _____ |
| AEROTEK<br>ASST CONTROLLER MID ATLANTIC REGION<br>7301 PARKWAY DR<br>HANOVER MD 21076 | Part 2 line 3.25 | _____ |
| AGGREKO LLC<br>PO BOX 972562<br>DALLAS TX 75397-2562 | Part 2 line 3.30 | _____ |
| AGSCO CORP<br>PO BOX 669<br>PINE BROOK NJ 07058 | Part 2 line 3.33 | _____ |
| AIR COMPONENTS & SYSTEMS LTD<br>PO BOX 560578<br>CHARLOTTE NC 28256-0578 | Part 2 line 3.35 | _____ |
| AIRPOWER, INC.<br>PO BOX 5406<br>HIGH POINT NC 27260 | Part 2 line 3.38 | _____ |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 676 of 699

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

AKZO NOBEL PANITS LLC                        Part 2 line 3.40                    _____
PO BOX 536864
ATLANTA GA 30353-6864

ALARM SECURITY GROUP LLC                     Part 2 line 3.42                    _____
PO BOX 219044
KANSAS CITY MO 64121-9044

ALLEGIS GROUP HOLDINGS                       Part 2 line 3.48                    _____
PO BOX 198531
ATLANTA GA 30384-8531

ALLIED ELECTRONICS INC                       Part 2 line 3.49                    _____
PO BOX 2325
FORT WORTH TX 76113-2325

AMERICAN (MTS) OF NC, INC                     Part 2 line 3.54                    _____
PO BOX 16807
ATLANTA GA 30321-0807

AMERICAN ARBITRATION ASSOC                   Part 2 line 3.415                   _____
EULER HERMES (HANWHA)
8900 JENNA MARIE LN
CHARLOTTE NC 28210

A-MERICAN CASTERS AND MATERIAL HANDLING      Part 2 line 3.56                    _____
GENE HARRELSON
1465 SALINE STREET
N. KANSAS CITY MO 64116

AMERICAN EQUIPMENT COMPANY INC               Part 2 line 3.57                    _____
PO BOX 65664
CHARLOTTE NC 28265-0664

AMERICAN TRUETZSCHLER, INC.                  Part 2 line 3.63                    _____
PO BOX 669228
CHARLOTTE NC 28266

AMERICAS' SAP USERS' GROUP (ASUG)            Part 2 line 3.64                    _____
PO BOX 4248
HOUSTON TX 77210-4248

API BASCO INC                                Part 2 line 3.77                    _____
PO BOX 623
BUFFALO NY 14240-0623

APPALACHIAN ELECTRONIC                       Part 2 line 3.79                    _____
PO BOX 518
RONCEVERTE WV 24970-0518

APPLIED INDUSTRIAL CONTROLS                  Part 2 line 3.80                    _____
PO BOX 819
BUFORD GA 30515

AQUA PRODUCTS CO. INC.                        Part 2 line 3.86                    _____
PO BOX 39
PROSPERITY SC 29127

ARCHWAY SALES INC                            Part 2 line 3.90                    _____
PO BOX 843960
KANSAS CITY MO 64184-3960

ASG SECURITY                                 Part 2 line 3.94                    _____
PO BOX 650837
DALLAS TX 75265-0837

ASPEN TECHNOLOGY INC                         Part 2 line 3.97                    _____
PO BOX 347374
PITTSBURGH PA 15251-4374

ASSOCIATED PACKAGING INC                     Part 2 line 3.98                    _____
PO BOX 440088
NASHVILLE TN 37244-0088

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| AURIGA POLYMERS INC<br>PO BOX 11407<br>BIRMINGHAM AL 35246-1783 | Part 2 line 3.105 | _____ |
| AUTOMATED FIRE SYSTEMS INC.<br>PO BOX 23545<br>CHARLOTTE NC 28227 | Part 2 line 3.107 | _____ |
| AUTOMATION TECHNOLOGY INC<br>PO BOX 348<br>CONCORD NC 28026 | Part 2 line 3.108 | _____ |
| AZALEA COLOR COMPANY INC<br>PO BOX 200222<br>PITTSBURGH PA 15251-0222 | Part 2 line 3.111 | _____ |
| BALCH & BINGHAM LLP<br>PO BOX 306<br>BIRMINGHAM AL 35201 | Part 2 line 3.116 | _____ |
| BANC OF AMERICA LEASING<br>PO BOX 405874<br>ATLANTA GA 30384+5874 | Part 2 line 3.118 | _____ |
| BARCODE4LESS<br>PO BOX 8173<br>GURNEE IL 60031 | Part 2 line 3.121 | _____ |
| BARKER AIR & HYDRAULICS<br>PO BOX 16807<br>ATLANTA GA 30321-0807 | Part 2 line 3.122 | _____ |
| BDP INTERNATIONAL INC<br>PO BOX 8500-2295<br>PHILADELPHIA PA 19178-2295 | Part 2 line 3.126 | _____ |
| BELL & HOWARD CHEVROLET INC<br>PO BOX 1410<br>STATESVILLE NC 28687-1410 | Part 2 line 3.129 | _____ |
| BELT-TECH PRODUCTS, INC.<br>ATTENTION: ROBERT BELANGER, PRESIDENT &<br>CEO<br>386 DORCHESTER<br>GRANBY QC J2G 3Z7<br>CANADA | Part 2 line 3.132 | _____ |
| BEPEX INTERNATIONAL LLC<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5511 | Part 2 line 3.135 | _____ |
| BILL'S SEWING MACHINE CO<br>PO BOX 1760<br>HILDEBRAN NC 28637 | Part 2 line 3.140 | _____ |
| BIRS INC<br>PO BOX 36197<br>GREENSBORO NC 27416-6197 | Part 2 line 3.144 | _____ |
| BLUE RIDGE RUBBER & INDUSTRIAL<br>PO BOX 1293<br>HARRISONBURG VA 22803 | Part 2 line 3.149 | _____ |
| BLYTHE COMPANY<br>PO BOX 570<br>MINERAL SPRINGS NC 28108 | Part 2 line 3.150 | _____ |
| BODYCOTE K-TECH INC<br>PO BOX 201745<br>DALLAS TX 75320-1745 | Part 2 line 3.153 | _____ |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| BOHANAN MANUFACTURING TECHNOLOGIES<br>PO BOX 1743<br>GASTONIA NC 28053-1743 | Part 2 line 3.154 | _____ |
| BRENNTAG SOUTHEAST INC<br>PO BOX 752094<br>CHARLOTTE NC 28275-2094 | Part 2 line 3.158 | _____ |
| BRIDGESTONE AMERICAS<br>PO BOX 73418<br>CHICAGO IL 60673-7418 | Part 2 line 3.159 | _____ |
| BRIGGS CONSTRUCTION EQUIPMENT INC<br>PO BOX 481840<br>CHARLOTTE NC 28269 | Part 2 line 3.161 | _____ |
| BRIGGS-SHAFFNER CO<br>PO BOX 67<br>YADKINVILLE NC 27055 | Part 2 line 3.162 | _____ |
| BROOKS PIERCE MCLENDON HUMPHREY<br>PO BOX 26032<br>GREENSBORO NC 27420 | Part 2 line 3.165 | _____ |
| BROWN & MORRISON LTD<br>PO BOX 240827<br>CHARLOTTE NC 28224-0827 | Part 2 line 3.166 | _____ |
| BS&B SAFETY SYSTEMS INC<br>PO BOX 973042<br>DALLAS TX 75397-3042 | Part 2 line 3.169 | _____ |
| BUHLER INC<br>PO BOX 9497<br>MINNEAPOLIS MN 55440-9497 | Part 2 line 3.171 | _____ |
| BURGMANN SEALS AMERICA INC<br>PO BOX 200122<br>DALLAS TX 75320-0122 | Part 2 line 3.173 | _____ |
| CANTRELL & CANTRELL DBA CANCO<br>PO BOX 400<br>CHESTER SC 29706 | Part 2 line 3.180 | _____ |
| CARLTON BATES CO INC<br>PO BOX 676182<br>DALLAS TX 75267-6182 | Part 2 line 3.187 | _____ |
| CAROLINA CHILLERS INC<br>PO BOX 50550<br>SUMMERVILLE SC 29485-0550 | Part 2 line 3.190 | _____ |
| CAROLINA ELEVATOR SERVICE, INC.<br>PO BOX 206<br>ELGIN SC 29045 | Part 2 line 3.192 | _____ |
| CAROLINA FILTERS INC<br>PO BOX 716<br>SUMTER SC 29151 | Part 2 line 3.193 | _____ |
| CAROLINA FLUID COMPONENTS<br>PO BOX 601687<br>CHARLOTTE NC 28260-1687 | Part 2 line 3.194 | _____ |
| CAROLINA INDUSTRIAL EQUIPMENT<br>PO BOX 667907<br>CHARLOTTE NC 28266 | Part 2 line 3.195 | _____ |
| CAROLINA LOOM REED COMPANY INC<br>PO BOX 22111<br>GREENSBORO NC 27420 | Part 2 line 3.196 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| CAROLINA MACHINE WORKS<br>PO BOX 1156<br>BELMONT NC 28012 | Part 2 line 3.197 | _____ |
| CAROLINA TELEPHONE/GRAPH CO LLC<br>PO BOX 4300<br>CAROL STREAM IL 60197-4300 | Part 2 line 3.204 | _____ |
| CAROTEK INC<br>PO BOX 890140<br>CHARLOTTE NC 28289-0140 | Part 2 line 3.205 | _____ |
| CARRIER CORPORATION<br>PO BOX 905303<br>CHARLOTTE NC 28290-5303 | Part 2 line 3.207 | _____ |
| CARSON MACHINE COMPANY INC<br>PO BOX 1951<br>GASTONIA NC 28053-1951 | Part 2 line 3.208 | _____ |
| CATAWBA INDUSTRIAL RUBBER CO INC<br>PO BOX 30636<br>CHARLOTTE NC 28230-0636 | Part 2 line 3.212 | _____ |
| CC VAUGHAN & SONS INC<br>PO BOX 4235<br>WEST COLUMBIA SC 29171 | Part 2 line 3.217 | _____ |
| CDW INC<br>PO BOX 75723<br>CHICAGO IL 60675-5723 | Part 2 line 3.218 | _____ |
| CEM CORPORATION<br>PO BOX 200<br>MATTHEWS NC 28106 | Part 2 line 3.220 | _____ |
| CERAMCO PRINTECH<br>PO BOX 7265<br>CHARLOTTE NC 28241 | Part 2 line 3.224 | _____ |
| CGR PRODUCTS<br>PO BOX 638646<br>CINCINNATI OH 45263-8646 | Part 2 line 3.227 | _____ |
| CHANDLER CONCRETE COMPANY INC<br>PO BOX 139<br>SALISBURY NC 28145-0139 | Part 2 line 3.229 | _____ |
| CHATHAM COUNTY UTILITIES<br>PO BOX 600027<br>RALEIGH NC 27675-6027 | Part 2 line 3.233 | _____ |
| CHEMPUMP<br>PO BOX 123242<br>DALLAS TX 75312-3242 | Part 2 line 3.237 | _____ |
| CHEMSOLV INC<br>PO BOX 13847<br>ROANOKE VA 24037 | Part 2 line 3.238 | _____ |
| CHEMTURA USA CORPORATION<br>PO BOX 7247-8429<br>PHILADELPHIA PA 19170-8429 | Part 2 line 3.239 | _____ |
| CHICAGO BLOWER OF CAROLINAS<br>PO BOX 1796<br>CONCORD NC 28025 | Part 2 line 3.241 | _____ |
| CHT R BEITLICH CORPORATION<br>PO BOX 240497<br>CHARLOTTE NC 28224 | Part 2 line 3.246 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| CINTAS CORPORATION<br>PO BOX 630803<br>CINCINNATI OH 45263-0803 | Part 2 line 3.248 | _____ |
|---|---|---|
| CITY OF SALISBURY<br>PO BOX 740600<br>ATLANTA GA 30374-0600 | Part 2 line 3.253 | _____ |
| CLARKE POWER SERVICES INC<br>PO BOX 710157<br>CINCINNATI OH 45271-0157 | Part 2 line 3.257 | _____ |
| CLEAN HARBORS ENVIRONMENTAL<br>PO BOX 3442<br>BOSTON MA 02241-3442 | Part 2 line 3.259 | _____ |
| CLEANLITES RECYCLING INC<br>PO BOX 161715<br>BOILING SPRINGS SC 29316 | Part 2 line 3.260 | _____ |
| CLEVELAND LUMBER CO INC<br>PO BOX 1559<br>SHELBY NC 28151-1559 | Part 2 line 3.263 | _____ |
| CLONINGER FORD INC<br>PO BOX 1788<br>SALISBURY NC 28145 | Part 2 line 3.265 | _____ |
| COATS AMERICAN INC<br>PO BOX 122627<br>DALLAS TX 75312-2627 | Part 2 line 3.268 | _____ |
| COLLINS PUMPS & CONTROL SVS INC<br>PO BOX 1217<br>WINNSBORO SC 29180 | Part 2 line 3.273 | _____ |
| CONAIR GROUP INC<br>PO BOX 790<br>FRANKLIN PA 16323 | Part 2 line 3.277 | _____ |
| CONTAMINANT CONTROL, INC<br>PO BOX 64399<br>FAYETTEVILLE NC 28306 | Part 2 line 3.283 | _____ |
| COPERION CORPORATION<br>PO BOX 15112<br>NEWARK NJ 07192 | Part 2 line 3.291 | _____ |
| COPERION K-TRON PITMAN INC<br>PO BOX 536182<br>PITTSBURGH PA 15253-5903 | Part 2 line 3.293 | _____ |
| CORRPRO COMPANIES, INC<br>PO BOX 674173<br>DALLAS TX 75267-4173 | Part 2 line 3.295 | _____ |
| CRI TOLLING, LLC<br>PO BOX 890800<br>CHARLOTTE NC 28289-0800 | Part 2 line 3.302 | _____ |
| CRODA INC<br>PO BOX 416595<br>BOSTON MA 02241-6595 | Part 2 line 3.304 | _____ |
| CSC CORPORATE DOMAINS INC<br>PO BOX 13397<br>PHILADELPHIA PA 19101-3397 | Part 2 line 3.309 | _____ |
| CUNO FILTRATION SALES<br>PO BOX CH10370<br>PALATINE IL 60055-0370 | Part 2 line 3.312 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| CUSTOM SYNTHESIS, LLC<br>PO BOX 5254<br>ANDERSON SC 29623-5254 | Part 2 line 3.314 | _____ |
| CYRCO INC<br>PO BOX7292<br>GREENSBORO NC 27417 | Part 2 line 3.317 | _____ |
| CYRCO INC<br>PO BOX 7292<br>GREENSBORO NC 27417 | Part 2 line 3.318 | _____ |
| D A LUBRICANT CO<br>PO BOX 66010<br>INDIANAPOLIS IN 46266-6010 | Part 2 line 3.319 | _____ |
| D&S CONSTRUCTION COMPANY<br>PO BOX 349<br>MONCURE NC 27559-0349 | Part 2 line 3.320 | _____ |
| DALLAS MACHINE CO<br>PO BOX 2205<br>GASTONIA NC 28053 | Part 2 line 3.322 | _____ |
| DAWSON ASSOCIATES, INC.<br>PO BOX PO BOX 846<br>LAWRENCEVILLE GA 30046 | Part 2 line 3.328 | _____ |
| DELL INC<br>PO BOX 534118<br>ATLANTA GA 30353-4118 | Part 2 line 3.330 | _____ |
| DELOITTE<br>PO BOX 844742<br>DALLAS TX 75284-4742 | Part 2 line 3.331 | _____ |
| DEPENDABLE DRUM CO INC<br>PO BOX 3805<br>GREENVILLE SC 29608-3805 | Part 2 line 3.338 | _____ |
| DET NORSKE VERITAS (USA), INC<br>PO BOX 934917<br>ATLANTA GA 31193-4917 | Part 2 line 3.339 | _____ |
| DIAMOND SPRINGS WATER INC<br>PO BOX 667887<br>CHARLOTTE NC 28266-7887 | Part 2 line 3.345 | _____ |
| DICKINSON WRIGHT PLLC<br>ATTENTION: MICHAEL DALLAIRE, ESQ.<br>500 WOODWARD AVE<br>SUITE 4000<br>DETROIT MI 48226 | Part 2 line 3.132 | _____ |
| DICKINSON WRIGHT PLLC<br>JASPN P KLIGENSMITH<br>500 WOODWARD AVE<br>SUITE 4000<br>DETROIT MI 48226 | Part 2 line 3.132 | _____ |
| DIXIE RUBBER AND PLASTICS<br>PO BOX 6554<br>GREENVILLE SC 29606-6554 | Part 2 line 3.348 | _____ |
| DUKE ENERGY<br>PO BOX 70515<br>CHARLOTTE NC 28272-0515 | Part 2 line 3.357 | _____ |
| DUO FAST CAROLINAS INC<br>PO BOX 668269<br>CHARLOTTE NC 28208 | Part 2 line 3.359 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

DWYER INSTRUMENTS                        Part 2 line 3.365          _____
PO BOX 890171
CHARLOTTE NC 28289-0171

DYNISCO INSTRUMENTS                      Part 2 line 3.368          _____
PO BOX 934811
ATLANTA GA 31193-4811

EDMUND ERDMANN ENTERPRISES INC           Part 2 line 3.371          _____
PO BOX 203
CONCORD NC 28026

EH TURNER MFG CO INC                     Part 2 line 3.373          _____
PO BOX 620
GRIFFIN GA 30224

ELDON SPECIALTIES INC                    Part 2 line 3.376          _____
PO BOX 567
GRAHAM NC 27253

ELECTRIC CONTROL & SUPPLY, INC.          Part 2 line 3.377          _____
PO BOX 3415
COLUMBIA SC 29230

ELECTRIC MOTOR & REPAIR INC              Part 2 line 3.378          _____
PO BOX 806
COLUMBIA SC 29202-0806

ELTEX US INCORPORATED                    Part 2 line 3.388          _____
PO BOX 890997
CHARLOTTE NC 28289-0997

EMAC², INC.                              Part 2 line 3.390          _____
PO BOX 11366
COLUMBIA SC 29211

EMERALD FOAM CONTROL LLC                 Part 2 line 3.392          _____
PO BOX 74013
CLEVELAND OH 44194-4013

EMERSON PROCESS MANAGEMENT               Part 2 line 3.393          _____
PO BOX 905330
CHARLOTTE NC 28290-5330

EMS-CHEMIE (NORTH AMERICA) INC.          Part 2 line 3.395          _____
PO BOX 890154
CHARLOTTE NC 28289-0154

ENDRESS & HAUSER INC                     Part 2 line 3.398          _____
PO BOX 78000
DETROIT MI 48278-0795

EULER HERMES COLLECTIONS NORTH AMERICA   Part 2 line 3.415          _____
ALAN COZZI
VP COLLECTION SPECIALIST
800 RED BROOK BOULEVARD
STE 400
OWENINGS MD 21117

EXCEL, INC.                              Part 2 line 3.418          _____
PO BOX 459
LINCOLNTON NC 28093

FAB-TEC INC                              Part 2 line 3.422          _____
PO BOX 1673
GASTONIA NC 28053

FCX CHARLOTTE                            Part 2 line 3.428          _____
PO BOX 712465
CINCINNATI OH 45271-2465

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| FERGUSON HEATING & COOLING<br>PO BOX 100286<br>ATLANTA GA 30384-0286 | Part 2 line 3.431 | _____ |
| FILTERS FAST LOCAL SERVICE, LLC<br>PO BOX 2868<br>MONROE NC 28110 | Part 2 line 3.436 | _____ |
| FIRST AMERICAN TITLE INSURANCE C<br>PO BOX 677858<br>DALLAS TX 75267-7858 | Part 2 line 3.440 | _____ |
| FISHER SCIENTIFIC<br>PO BOX 404705<br>ATLANTA GA 30384 | Part 2 line 3.443 | _____ |
| FLUID FLOW PRODUCTS<br>PO BOX 751278<br>CHARLOTTE NC 28275 | Part 2 line 3.447 | _____ |
| FORMS & SUPPLY INC<br>PO BOX 563953<br>CHARLOTTE NC 28256 | Part 2 line 3.454 | _____ |
| FOSS NIRSYSTEMS<br>PO BOX 277062<br>ATLANTA GA 30384-7062 | Part 2 line 3.455 | _____ |
| GALBRAITH LABORATORIES, INC.<br>PO BOX 51610<br>KNOXVILLE TN 37950-1610 | Part 2 line 3.465 | _____ |
| GARTNER, INC.<br>PO BOX 911319<br>DALLAS TX 75391-1319 | Part 2 line 3.467 | _____ |
| GASTEX LLC<br>PO BOX 3806<br>GASTONIA NC 28054 | Part 2 line 3.469 | _____ |
| GASTON COLLEGE SPECIAL FUNDS<br>PO BOX 1044<br>BELMONT NC 28012 | Part 2 line 3.470 | _____ |
| GASTON SPRINKLER INC<br>PO BOX 1095<br>DALLAS NC 28034 | Part 2 line 3.471 | _____ |
| GE<br>PO BOX 281729<br>ATLANTA GA 30384-1729 | Part 2 line 3.474 | _____ |
| GEOCYCLE LLC<br>PO BOX 752104<br>CHARLOTTE NC 28260-2104 | Part 2 line 3.477 | _____ |
| GEORGIA-PACIFIC<br>PO BOX 102319<br>ATLANTA GA 30368 | Part 2 line 3.482 | _____ |
| GHA TECHNOLOGIES, INC<br>PO BOX 29661<br>PHOENIX AZ 85038-9661 | Part 2 line 3.484 | _____ |
| GHX INDUSTRIAL, LLC<br>PO BOX 4346<br>HOUSTON TX 77210-4346 | Part 2 line 3.485 | _____ |
| GIANT RESOURCE RECOVERY-HARLEYVILLE<br>PO BOX 782797<br>PHILADELPHIA PA 19178-2797 | Part 2 line 3.486 | _____ |

**Debtor**   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| GOODYEAR TIRE & RUBBER CO.<br>PO BOX 100605<br>ATLANTA GA 30384-0605 | Part 2 line 3.492 | _____ |
| GRAF METALLIC OF AMERICA INC<br>PO BOX 1370<br>SPARTANBURG SC 29304-1370 | Part 2 line 3.494 | _____ |
| GRANITE KNITWEAR DBA CAL CRU<br>PO BOX 498<br>GRANITE QUARRY NC 28072-0498 | Part 2 line 3.497 | _____ |
| GRANT THORNTON LLP<br>PO BOX 532019<br>ATLANTA GA 30353-2019 | Part 2 line 3.498 | _____ |
| GRAPHIC CONTROLS CORP<br>PO BOX 1271<br>BUFFALO NY 14240-1271 | Part 2 line 3.499 | _____ |
| GRAPHIC CONTROLS LLC<br>PO BOX 1271<br>BUFFALO NY 14240-1271 | Part 2 line 3.500 | _____ |
| GTP GREENVILLE, INC-AMERICA PICANOL<br>PO BOX 1867<br>GREENVILLE SC 29602 | Part 2 line 3.510 | _____ |
| HAGAN KENNINGTON OIL CO INC<br>PO BOX 608<br>BESSEMER CITY NC 28016 | Part 2 line 3.517 | _____ |
| HANWHA INTERNATIONAL LLC<br>K CHUNG<br>300 FRANK W BURR BLVD<br>#52<br>TEANECK NJ 07666 | Part 2 line 3.415 | _____ |
| HARWOOD SIGNS<br>PO BOX 118<br>GRANITE QUARRY NC 28072 | Part 2 line 3.523 | _____ |
| HD SUPPLY ELECTRICAL, LTD.<br>PO BOX 601971<br>CHARLOTTE NC 28260-1971 | Part 2 line 3.524 | _____ |
| HEATHERLOCK TEXTILES, INC.<br>PO BOX 550625<br>GASTONIA NC 28055 | Part 2 line 3.527 | _____ |
| HELM U.S. CORPORATION<br>PO BOX 782662<br>PHILADELPHIA PA 19178-2662 | Part 2 line 3.529 | _____ |
| HENDRIX MANUFACTURING CO INC<br>PO BOX 538<br>WOODLEAF NC 27054 | Part 2 line 3.531 | _____ |
| HEXACOMB CORPORATION<br>PO BOX 71724<br>CHICAGO IL 60694-1724 | Part 2 line 3.535 | _____ |
| HIGHLAND CONTAINER CO INC<br>PO BOX 932714<br>ATLANTA GA 31193-2714 | Part 2 line 3.538 | _____ |
| HILE EQUIPMENT CO<br>PO BOX 1015<br>MATTHEWS NC 28106 | Part 2 line 3.539 | _____ |
| HI-TECH<br>PO BOX 26958<br>GREENVILLE SC 29616 | Part 2 line 3.540 | _____ |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                              Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| HOBGOOD ELECTRIC & MACHINERY CO., I<br>PO BOX 3249<br>COLUMBIA SC 29230 | Part 2 line 3.542 | _____ |
| HOCKMEYER EQUIPMENT CORP<br>PO BOX 299<br>EMERSON NJ 07630 | Part 2 line 3.543 | _____ |
| HONOR EQUIPMENT<br>PO BOX 549<br>RICHFIELD NC 28137 | Part 2 line 3.548 | _____ |
| HORIBA INSTRUMENTS INC.<br>PO BOX 51-2936<br>LOS ANGELES CA 90051-0936 | Part 2 line 3.549 | _____ |
| HUNTSMAN INTERNATIONAL LLC<br>PO BOX 842850<br>BOSTON MA 02284-2850 | Part 2 line 3.557 | _____ |
| HYDRADYNE HYDRAULICS, LLC<br>PO BOX 974799<br>DALLAS TX 75397-4799 | Part 2 line 3.559 | _____ |
| HYDRAULIC DEPOT, LLC.<br>PO BOX 835<br>SALISBURY NC 28145 | Part 2 line 3.561 | _____ |
| HYOSUNG CORPORATION<br>BANPO-DAERO, SEOCHO-GU235<br>SEOUL 137-804<br>SOUTH KOREA | Part 2 line 3.562 | _____ |
| I&M INDUSTRIALS INC<br>PO BOX 8775<br>GREENVILLE SC 29604-8775 | Part 2 line 3.564 | _____ |
| IBM INTERNATIONAL BUSINESS MACHINES<br>PO BOX 643600<br>PITTSBURGH PA 15264-3600 | Part 2 line 3.565 | _____ |
| IHS GLOBAL INC.<br>PO BOX 847193<br>DALLAS TX 75284-7193 | Part 2 line 3.569 | _____ |
| INCHEM-CHARLOTTE LLC<br>PO BOX 531773<br>ATLANTA GA 30353-1773 | Part 2 line 3.573 | _____ |
| INDUSTRIAL AIR, INC.<br>PO BOX 8769<br>GREENSBORO NC 27419-0769 | Part 2 line 3.576 | _____ |
| INDUSTRIAL BATTERY & CHARGER INC<br>PO BOX 602104<br>CHARLOTTE NC 28260-2104 | Part 2 line 3.577 | _____ |
| INDUSTRIAL CONTAINER SERVICES<br>PO BOX 278<br>ZELLWOOD FL 32798-0278 | Part 2 line 3.579 | _____ |
| INDUSTRIAL MACHINE WORKS, INC.<br>PO BOX 1167<br>WAYNESBORO VA 22980 | Part 2 line 3.584 | _____ |
| INDUSTRIAL SCIENTIFIC CORP<br>PO BOX 360939M<br>PITTSBURGH PA 15251 | Part 2 line 3.589 | _____ |
| INDUSTRIAL SUPPLY SOLUTIONS INC<br>PO BOX 844601<br>BOSTON MA 02284-4601 | Part 2 line 3.591 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| INGERSOLL RAND CO<br>PO BOX 75817<br>CHARLOTTE NC 28275 | Part 2 line 3.595 | _____ |
| INTEGRATED POWER SERVICES LLC<br>PO BOX 601492<br>CHARLOTTE NC 28260-1492 | Part 2 line 3.602 | _____ |
| INTERNAL REVENUE SERVICE<br>OFFICE OF CHIEF COUNSEL<br>1500 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20220 | Part 1 line 2.672 | _____ |
| INTERNATIONAL PAPER CO<br>PO BOX 644095<br>PITTSBURGH PA 15264-4095 | Part 2 line 3.608 | _____ |
| INVISTA S.A.R.L.<br>PO BOX 742926<br>ATLANTA GA 30374-2926 | Part 2 line 3.613 | _____ |
| JA KING & COMPANY INC<br>PO BOX 160<br>WHITSETT NC 27377 | Part 2 line 3.620 | _____ |
| JAY INDUSTRIAL CONTROLS<br>PO BOX 827058<br>PHILADELPHIA PA 19182-7058 | Part 2 line 3.626 | _____ |
| JS HOLLAND MACHINE CO LLC<br>PO BOX 550874<br>GASTONIA NC 28055 | Part 2 line 3.639 | _____ |
| KANO LABORATORIES INC<br>PO BOX 110098<br>NASHVILLE TN 37222-0098 | Part 2 line 3.643 | _____ |
| KEMP COMPANY<br>PO BOX 98748<br>CHICAGO IL 60693 | Part 2 line 3.649 | _____ |
| KOLENE CORP<br>PO BOX 67000<br>DETROIT MI 48267-0929 | Part 2 line 3.656 | _____ |
| KRONOS CORP<br>PO BOX 743208<br>ATLANTA GA 30374-3208 | Part 2 line 3.660 | _____ |
| KUKA ROBOTICS CORP<br>PO BOX 67-000<br>DETROIT MI 48267-2079 | Part 2 line 3.661 | _____ |
| LABELMASTER<br>PO BOX 46402<br>CHICAGO IL 60646-0402 | Part 2 line 3.666 | _____ |
| LANG LIGON & COMPANY, INC<br>PO BOX 5578<br>GREENVILLE SC 29606 | Part 2 line 3.670 | _____ |
| LAPMASTER INTERNATIONAL<br>PO BOX 88471<br>CHICAGO IL 60680-1471 | Part 2 line 3.672 | _____ |
| LCI CORPORATION<br>PO BOX 538423<br>ATLANTA GA 30353-8423 | Part 2 line 3.674 | _____ |
| LEASE OPERATIONS<br>PO BOX 935204<br>ATLANTA GA 31193-5204 | Part 2 line 3.676 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| LIFTONE, LLC<br>PO BOX 75054<br>CHARLOTTE NC 28275-0054 | Part 2 line 3.686 | _____ |
| LIGON ELECTRIC SUPPLY<br>PO BOX 5098<br>WINSTON SALEM NC 27113-5098 | Part 2 line 3.688 | _____ |
| LINTECH INTL<br>PO BOX 116246<br>ATLANTA GA 30368 | Part 2 line 3.692 | _____ |
| LITTLEFORD DAY INC<br>PO BOX 128<br>FLORENCE KY 41022-0128 | Part 2 line 3.696 | _____ |
| LIVINGSTON & HAVEN INC<br>PO BOX 890218<br>CHARLOTTE NC 28289-0218 | Part 2 line 3.697 | _____ |
| LIVINGSTONE COATING CORP<br>PO BOX 668267<br>CHARLOTTE NC 28266 | Part 2 line 3.698 | _____ |
| LR GORRELL CO<br>PO BOX 33395<br>RALEIGH NC 27636 | Part 2 line 3.709 | _____ |
| LUBRICATION ENGINEERS INC<br>PO BOX 16025<br>WICHITA KS 67216-6025 | Part 2 line 3.711 | _____ |
| LUBROMATION INC<br>PO BOX 669283<br>CHARLOTTE NC 28266 | Part 2 line 3.712 | _____ |
| LXE INC<br>PO BOX 102129<br>ATLANTA GA 30368-0129 | Part 2 line 3.717 | _____ |
| M&M ELECTRIC SERVICE, INC.<br>PO BOX 12847<br>GASTONIA NC 28052 | Part 2 line 3.718 | _____ |
| MACHINED COMPONENT SERVICES<br>PO BOX 19487<br>CHARLOTTE NC 28219 | Part 2 line 3.721 | _____ |
| MAHR METERING SYSTEMS CORP<br>PO BOX 7547<br>CHARLOTTE NC 28241 | Part 2 line 3.726 | _____ |
| MASTER DATA CENTER<br>PO BOX 673451<br>DETROIT MI 48267-3451 | Part 2 line 3.735 | _____ |
| MAYER TEXTILE MACHINE CORP<br>PO BOX 8527<br>GREENSBORO NC 27419 | Part 2 line 3.736 | _____ |
| M-B INDUSTRIES INC<br>PO BOX 1118<br>ROSMAN NC 28772 | Part 2 line 3.737 | _____ |
| MC SCHROEDER CO INC<br>PO BOX 1089<br>DENVER NC 28037 | Part 2 line 3.738 | _____ |
| MCE CHEMICALS & EQUIPMENT CO INC<br>PO BOX 990<br>LAKE PLACID NY 12946 | Part 2 line 3.740 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| MCI COMMUNICATIONS SERVICES INC<br>PO BOX 864416<br>ORLANDO FL 32886-4416 | Part 2 line 3.741 | _____ |
| MCJUNKIN RED MAN CORP<br>PO BOX 204392<br>DALLAS TX 75320-4392 | Part 2 line 3.742 | _____ |
| MCNAUGHTON MCKAY SOUTHEAST INC<br>PO BOX 890976<br>CHARLOTTE NC 28289 | Part 2 line 3.744 | _____ |
| MECHANICAL EQUIPMENT COMPANY<br>PO BOX 689<br>MATTHEWS NC 28106 | Part 2 line 3.746 | _____ |
| MEGA MACHINE SHOP INC<br>PO BOX 1252<br>MOCKSVILLE NC 27028 | Part 2 line 3.750 | _____ |
| METROHM USA<br>PO BOX 405562<br>ATLANTA GA 30384-5562 | Part 2 line 3.757 | _____ |
| MFG CHEMICAL INC<br>PO BOX 4359<br>DALTON GA 30719 | Part 2 line 3.759 | _____ |
| MG NEWELL CORPORATION<br>PO BOX 60140<br>CHARLOTTE NC 28260 | Part 2 line 3.760 | _____ |
| MID SOUTH ROLLER<br>PO BOX 130<br>CLARKSVILLE AR 72830 | Part 2 line 3.763 | _____ |
| MINE SAFETY APPLIANCES COMPANY INC<br>PO BOX 640348<br>PITTSBURGH PA 15264-0348 | Part 2 line 3.767 | _____ |
| MIRION TECHNOLOGIES (GDS) INC<br>PO BOX 101301<br>PASADENA CA 91189-0005 | Part 2 line 3.771 | _____ |
| MOORE MACHINE WORKS<br>PO BOX 3163<br>SPARTANBURG SC 29304 | Part 2 line 3.779 | _____ |
| MORGANITE CO<br>PO BOX 402749<br>ATLANTA GA 30384-2749 | Part 2 line 3.783 | _____ |
| MORGAN-KIRKMAN ASSOCIATES INC<br>PO BOX 29146<br>GREENSBORO NC 27429-9146 | Part 2 line 3.784 | _____ |
| MOROIL CORPORATION<br>PO BOX 127<br>DAVIDSON NC 28036 | Part 2 line 3.785 | _____ |
| MRO ELECTRONIC DISTRIBUTORS INC<br>PO BOX 4737<br>HOLLYWOOD FL 33083 | Part 2 line 3.795 | _____ |
| NAGASE AMERICA CORP<br>PO BOX 826715<br>PHILADELPHIA PA 19182-6715 | Part 2 line 3.801 | _____ |
| NATIONAL QUALITY ASSURANCE INC<br>PO BOX 733365<br>DALLAS TX 75373-3365 | Part 2 line 3.803 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| NEO CORPORATION<br>DENNIS L. MARTIN, JR.<br>ROBERTS & STEVENS<br>301 COLLEGE STREET<br># 400<br>ASHEVILLE NC 28801 | Part 2 line 3.816 | _____ |
| NEO CORPORATION<br>DENNIS L. MARTIN, JR.<br>ROBERTS & STEVENS<br>301 COLLEGE STREET<br># 400<br>ASHEVILLE NC 28801 | Part 2 line 3.815 | _____ |
| NEXSEN PRUET, LLC<br>PO BOX 2426<br>COLUMBIA SC 29202 | Part 2 line 3.824 | _____ |
| NORDSON XALOY INCORPORATED<br>PO BOX 8541<br>CAROL STREAM IL 60197-8541 | Part 2 line 3.830 | _____ |
| OEC FLUID HANDLING INC<br>PO BOX 2807<br>SPARTANBURG SC 29304 | Part 2 line 3.841 | _____ |
| OERLIKON TEXTILE INC<br>PO BOX 978737<br>DALLAS TX 75397-8737 | Part 2 line 3.842 | _____ |
| OMEGA ENGINEERING INC<br>PO BOX 405369<br>ATLANTA GA 30384-5369 | Part 2 line 3.847 | _____ |
| ONIN STAFFING, LLC<br>PO BOX 933473<br>ATLANTA GA 31193-3473 | Part 2 line 3.850 | _____ |
| OTIS ELEVATOR COMPANY<br>PO BOX 905454<br>CHARLOTTE NC 28290-5454 | Part 2 line 3.857 | _____ |
| PACE ANALYTICAL SERVICES INC<br>PO BOX 684056<br>CHICAGO IL 60695-4056 | Part 2 line 3.860 | _____ |
| PALL ADVANCED SEPARATION SYSTEMS<br>PO BOX 8500-1311<br>PHILADELPHIA PA 19178-1311 | Part 2 line 3.862 | _____ |
| PALL CORPORTION<br>PO BOX 8500-1311<br>PHILADELPHIA PA 19178-1311 | Part 2 line 3.863 | _____ |
| PAYNE CONTROLS CO<br>PO BOX 70<br>SCOTT DEPOT WV 25560 | Part 2 line 3.873 | _____ |
| PENHALL COMPANY<br>PO BOX DEPT 2911<br>LOS ANGELES CA 90084-2911 | Part 2 line 3.879 | _____ |
| PENSION BENEFIT GUARANTY CORP<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET NW<br>WASHINGTON DC 20005-4026 | Part 2 line 3.881 | _____ |
| PENTA ENGINEERING PA<br>PO BOX 410287<br>CHARLOTTE NC 28241-0287 | Part 2 line 3.882 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| PERFORMANCE FIBERS, INC.<br>PO BOX 905158<br>CHARLOTTE NC 28290-5158 | Part 2 line 3.888 | _____ |
| PERFORMANCE STAFFING SOLUTIONS, INC<br>PO BOX 26470<br>SAN FRANCISCO CA 94126 | Part 2 line 3.889 | _____ |
| PERIGON<br>PO BOX 1677<br>INDIAN TRAIL NC 28079 | Part 2 line 3.891 | _____ |
| PERSONNEL SERVICES UNLIMITED, INC.<br>PO BOX 1827<br>SHELBY NC 28151-1827 | Part 2 line 3.894 | _____ |
| PETREE & STOUDT ASSOC INC<br>PO BOX 4069<br>HIGH POINT NC 27263 | Part 2 line 3.895 | _____ |
| PHOENIX FIRE PROTECTION, INC.<br>PO BOX 2881<br>SANFORD NC 27331 | Part 2 line 3.898 | _____ |
| PIEDMONT FIRE INC<br>PO BOX 610<br>MC LEANSVILLE NC 27301 | Part 2 line 3.902 | _____ |
| PIEDMONT NATIONAL CORP<br>PO BOX 890938<br>CHARLOTTE NC 28289-0938 | Part 2 line 3.904 | _____ |
| PITTSBURG TANK & TOWER MAINT. CO.,<br>PO BOX 1849<br>HENDERSON KY 42419 | Part 2 line 3.909 | _____ |
| PLANT ENGINEERING CONSULTANTS INC<br>PO BOX 60760<br>CHARLOTTE NC 28260-0760 | Part 2 line 3.910 | _____ |
| POLYQUEST<br>PO BOX 60760<br>CHARLOTTE NC 28260-0760 | Part 2 line 3.914 | _____ |
| PORTER GAS SERVICE INC<br>PO BOX 37<br>WINNSBORO SC 29180-0037 | Part 2 line 3.915 | _____ |
| POTOMAC ENVIRONMENTAL, INC.<br>PO BOX 1836<br>STAFFORD VA 22555 | Part 2 line 3.916 | _____ |
| POWDER TECHNOLOGIES INC<br>PO BOX 780<br>HAINESPORT NJ 8036 | Part 2 line 3.917 | _____ |
| PPG INDUSTRIES INC<br>PO BOX 534974<br>ATLANTA GA 30353-4974 | Part 2 line 3.921 | _____ |
| PRAXAIR DISTRIBUTION INC<br>PO BOX 120812<br>DALLAS TX 75312-0812 | Part 2 line 3.922 | _____ |
| PRAXAIR SURFACE TECHNOLOGIES INC<br>PO BOX 100424<br>ATLANTA GA 30384-0424 | Part 2 line 3.923 | _____ |
| PRINTING & PACKAGING INC<br>PO BOX 1558<br>SHELBY NC 28150 | Part 2 line 3.932 | _____ |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| PRIORITY ONE SECURITY, INC<br>PO BOX 602577<br>CHARLOTTE NC 28260-2577 | Part 2 line 3.933 | _____ |
| PROCESS CONTROL<br>PO BOX 17129<br>CHARLOTTE NC 28227 | Part 2 line 3.935 | _____ |
| PRODUCTION TOOL & DIE COMPANY INC<br>PO BOX 11034<br>CHARLOTTE NC 28220-1034 | Part 2 line 3.939 | _____ |
| PRODUCTIVITY-QUALITY SYSTEMS INC<br>PO BOX 750010<br>DAYTON OH 45475 | Part 2 line 3.940 | _____ |
| PRO-ENVIRONMENTAL INC<br>PO BOX 330<br>NEODESHA KS 66757 | Part 2 line 3.941 | _____ |
| PSB INDUSTRIES INC<br>PO BOX 1318<br>ERIE PA 16512-1318 | Part 2 line 3.944 | _____ |
| PUMPS PARTS & SERVICE INC<br>PO BOX 538247<br>ATLANTA GA 30353-8247 | Part 2 line 3.950 | _____ |
| PUROLATOR EFP LP<br>PO BOX 849815<br>DALLAS TX 75284-9815 | Part 2 line 3.954 | _____ |
| QUICK COPY / PRINT SHOP<br>PO BOX 1527<br>SALISBURY NC 28145 | Part 2 line 3.960 | _____ |
| R AND S ELECTRICAL CONTRACTORS LLC<br>PO BOX 1066<br>JOHNSONVILLE SC 29555 | Part 2 line 3.961 | _____ |
| RAMCO FABRICATORS INC<br>PO BOX 549<br>COLFAX NC 27235 | Part 2 line 3.964 | _____ |
| REM SERVICES INC<br>PO BOX 34645<br>CHARLOTTE NC 28234-4645 | Part 2 line 3.979 | _____ |
| REPUBLIC SERVICES<br>PO BOX 9001099<br>LOUISVILLE KY 40290-1099 | Part 2 line 3.983 | _____ |
| REXNORD INDUSTRIAL SERVICES<br>PO BOX 534543<br>ATLANTA GA 30353-4543 | Part 2 line 3.984 | _____ |
| RIETER AUTOMATIK GMBH PEL<br>PO BOX 4383<br>SPARTANBURG SC 29305-4383 | Part 2 line 3.986 | _____ |
| RIETER CORPORATION INC<br>PO BOX 8837<br>SPARTANBURG SC 29305 | Part 2 line 3.987 | _____ |
| RIMINI STREET, INC.<br>PO BOX 846287<br>DALLAS TX 75284-6287 | Part 2 line 3.989 | _____ |
| RJ OWEN ASSOCIATES INC<br>PO BOX 6261<br>HIGH POINT NC 27262 | Part 2 line 3.991 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

RL STOWE MILLS INC                        Part 2 line 3.992          _____
PO BOX 403540
ATLANTA GA 30384-3540

ROBERT E MASON & ASSOCIATES INC           Part 2 line 3.994          _____
PO BOX 33424
CHARLOTTE NC 28233

ROBERT S HUDGINS CO INC                   Part 2 line 3.996          _____
PO BOX 3418
MATTHEWS NC 28106-3418

ROCKTENN CP LLC                           Part 2 line 3.998          _____
PO BOX 409813
ATLANTA GA 30384-9813

ROTEX GLOBAL LLC                          Part 2 line 3.1005         _____
PO BOX 630317
CINCINNATI OH 45263-0317

ROWAN COUNTY TAX ADMINISTRATION           Part 1 line 2.557          _____
PO BOX 900048
RALEIGH NC 27675-9048

ROWAN PRECISION MACHINING INC             Part 2 line 3.1014         _____
PO BOX 778
GRANITE QUARRY NC 28072-0778

RR DONNELLY CO                            Part 2 line 3.1016         _____
PO BOX 538602
ATLANTA GA 30353-8602

S&ME INC                                  Part 2 line 3.1021         _____
PO BOX 651399
CHARLOTTE NC 28265-1399

SABIC AMERICAS, INC                       Part 2 line 3.1022         _____
PO BOX 201888
HOUSTON TX 77216-1888

SACO LOWELL PARTS LLC                     Part 2 line 3.1025         _____
PO BOX 307
EASLEY SC 29641

SAFETY TEST & EQUIPMENT CO, INC.          Part 2 line 3.1026         _____
PO BOX 400
SHELBY NC 28151-0400

SAFEWARE INC.                             Part 2 line 3.1028         _____
PO BOX 64465
BALTIMORE MD 21264-4465

SAF-GARD SAFETY SHOE CO                    Part 2 line 3.1029         _____
PO BOX 10379
GREENSBORO NC 27404

SAF-GARD SAFETY SHOE CO                    Part 2 line 3.1030         _____
PO BOX 10379
GREENSBORO NC 27404

SAMUEL STRAPPING SYSTEMS                   Part 2 line 3.1035         _____
PO BOX 673042
DETROIT MI 48267-3042

SANTEE INDUSTRIAL PRODUCTS INC            Part 2 line 3.1039         _____
PO BOX 40487
CHARLESTON SC 29423-0487

SAURER INC.                               Part 2 line 3.1041         _____
PO BOX 742538
ATLANTA GA 30374-2538

Debtor  **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| SC DEPARTMENT OF HEALTH & ENVIRONME<br>PO BOX 100103<br>COLUMBIA SC 29201 | Part 2 line 3.1042 | _____ |
| SCHARER SCHWEITER METTLER CORP<br>PO BOX 751033<br>CHARLOTTE NC 28275-1033 | Part 2 line 3.1045 | _____ |
| SELIG CHEMICAL INDUSTRIES<br>PO BOX 404628<br>ATLANTA GA 30384-4628 | Part 2 line 3.1060 | _____ |
| SERVO SOUTH, INC.<br>PO BOX 628004<br>ORLANDO FL 32862-8004 | Part 2 line 3.1062 | _____ |
| SG EQUIPMENT FINANCE USA CORP<br>PO BOX 74008025<br>CHICAGO IL 60674-8025 | Part 2 line 3.1065 | _____ |
| SHELL ENERGY NORTH AMERICA (US), LP<br>PO BOX 4749<br>HOUSTON TX 77210 | Part 2 line 3.1071 | _____ |
| SHI INTERNATIONAL CORP.<br>PO BOX 952121<br>DALLAS TX 75395-2121 | Part 2 line 3.1074 | _____ |
| SIMPLEXGRINNELL LP<br>PO BOX 10320<br>PALATINE IL 60055-0320 | Part 2 line 3.1084 | _____ |
| SIMPLEXGRINNELL LP<br>9826 SOUTHERN PINE BLVD<br>CHARLOTTE NC 28273 | Part 2 line 3.1085 | _____ |
| SKF USA INC.<br>PO BOX 643883<br>PITTSBURGH PA 15264-3883 | Part 2 line 3.1088 | _____ |
| SOLIDSAIRE INC<br>PO BOX 6129<br>LEANDER TX 78645 | Part 2 line 3.1096 | _____ |
| SOUTHEAST INDUSTRIAL EQUIPMENT<br>PO BOX 63230<br>CHARLOTTE NC 28263-3230 | Part 2 line 3.1102 | _____ |
| SOUTHEASTERN CONCRETE PRODUCTS<br>PO BOX 2104<br>WEST COLUMBIA SC 29171-2104 | Part 2 line 3.1104 | _____ |
| SOUTHEASTERN FELT & SUPPLY CORP<br>PO BOX 1368<br>CONCORD NC 28026-1368 | Part 2 line 3.1106 | _____ |
| SOUTHERN ELEVATOR CO INC<br>PO BOX 538596<br>ATLANTA GA 30353-8596 | Part 2 line 3.1111 | _____ |
| SOUTHERN MECHANICAL SERVICES INC<br>PO BOX 427<br>ALBEMARLE NC 28002-0427 | Part 2 line 3.1113 | _____ |
| SOUTHERN METAL PROCESSING CO INC<br>PO BOX 3327<br>OXFORD AL 36203 | Part 2 line 3.1114 | _____ |
| SPERIAN PROTECTION INSTRUMENTATION<br>PO BOX 414544<br>BOSTON MA 02241-4544 | Part 2 line 3.1121 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**          Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| SPX PROCESS EQUIPMENT<br>PO BOX 277886<br>ATLANTA GA 30384-7886 | Part 2 line 3.1124 | _____ |
| STACLEAN DIFFUSER CO. LLC<br>PO BOX 1147<br>SALISBURY NC 28145 | Part 2 line 3.1125 | _____ |
| STAFFMARK<br>BURT & ASSOCIATES<br>801 E. CAMPBELL RD SUITE 165<br>RICHARDSON TX 75081 | Part 2 line 3.1126 | _____ |
| STAUBLI CORPORATION<br>PO BOX 189<br>DUNCAN SC 29334 | Part 2 line 3.1134 | _____ |
| STEEL HEDDLE INC<br>PO BOX 1867<br>GREENVILLE SC 29602 | Part 2 line 3.1135 | _____ |
| STEPHENSON & LAWYER INC<br>PO BOX 8834<br>GRAND RAPIDS MI 49518-8834 | Part 2 line 3.1138 | _____ |
| STERLING INFOSYSTEMS, INC.<br>PO BOX 35626<br>NEWARK NJ 07193-5626 | Part 2 line 3.1142 | _____ |
| STOELTING LLC<br>PO BOX 1170<br>MILWAUKEE WI 53201-1170 | Part 2 line 3.1146 | _____ |
| STONER INC<br>PO BOX 65<br>QUARRYVILLE PA 17566-0065 | Part 2 line 3.1147 | _____ |
| SUBURBAN PROPANE<br>PO BOX 260<br>WHIPPANY NJ 07981 | Part 2 line 3.1148 | _____ |
| SULZER PUMPS US INC<br>PO BOX 743013<br>ATLANTA GA 30374-3013 | Part 2 line 3.1149 | _____ |
| SUMMER INDUSTRIES<br>PO BOX 789<br>WELCOME NC 27374 | Part 2 line 3.1152 | _____ |
| SUMTER TRANSPORT COMPANY<br>PO BOX 675037<br>DETROIT MI 48267-5037 | Part 2 line 3.1155 | _____ |
| SUN CAPITAL PARTNERS, INC.<br>5200 TOWN CENTER CIRCLE, STE 600<br>BOCA RATON FL 33486 | Part 2 line 3.1085 | _____ |
| SUNBELT RENTALS INC.<br>PO BOX 409211<br>ATLANTA GA 30384-9211 | Part 2 line 3.1159 | _____ |
| SUPERIOR SEALS & SERVICE INC<br>PO BOX 7171<br>HIGH POINT NC 27264 | Part 2 line 3.1162 | _____ |
| SYNTHOMER USA LLC<br>PO BOX 531901<br>ATLANTA GA 30353-1901 | Part 2 line 3.1169 | _____ |
| TEAM INDUSTRIAL SERVICE INC<br>PO BOX 842233<br>DALLAS TX 75284-2233 | Part 2 line 3.1182 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| TEKSAVERS INC<br>PO BOX 205122<br>DALLAS TX 75320-5122 | Part 2 line 3.1185 | _____ |
| TEMCO OF THE UPSTATE, INC.<br>PO BOX 5557<br>ANDERSON SC 29623-5557 | Part 2 line 3.1187 | _____ |
| TENCARVA MACHINERY CO<br>PO BOX 409897<br>ATLANTA GA 30384-9897 | Part 2 line 3.1188 | _____ |
| TEXMAC INC<br>PO BOX 668128<br>CHARLOTTE NC 28266-8128 | Part 2 line 3.1193 | _____ |
| THERMAL ECONOMY, INC.<br>PO BOX 1862<br>OLIVE BRANCH MS 38654-2005 | Part 2 line 3.1202 | _____ |
| THERMO ELECTRON CORP<br>PO BOX 712435<br>CINCINNATI OH 45271-2435 | Part 2 line 3.1203 | _____ |
| THIELSCH ENGINEERING INC<br>PO BOX 845327<br>BOSTON MA 02284-5327 | Part 2 line 3.1204 | _____ |
| THOMAS M BROWN INC<br>PO BOX 26612<br>CHARLOTTE NC 28221-6612 | Part 2 line 3.1208 | _____ |
| THOMPSON TRACTOR COMPANY INC.<br>PO BOX 934005<br>ATLANTA GA 31193-4005 | Part 2 line 3.1210 | _____ |
| TIME WARNER CABLE<br>PO BOX 70872<br>CHARLOTTE NC 28272-0872 | Part 2 line 3.1212 | _____ |
| TOSHIBA FINANCIAL SERVICES<br>PO BOX 790448<br>SAINT LOUIS MO 63179-0448 | Part 2 line 3.1217 | _____ |
| TOTAL MAINTENANCE SOLUTIONS<br>PO BOX 68<br>TAYLORS SC 29687 | Part 2 line 3.1218 | _____ |
| TRANE SYSTEMS SALES AND SERVICE<br>PO BOX 240605<br>CHARLOTTE NC 28224 | Part 2 line 3.1220 | _____ |
| TRANSCAT/EIL<br>PO BOX 62827<br>BALTIMORE MD 21264-2827 | Part 2 line 3.1221 | _____ |
| TRI-CITY MECHANICAL CONT., INC.<br>PO BOX 21546<br>GREENSBORO NC 27420 | Part 2 line 3.1227 | _____ |
| TRI-ELECTRIC, INC.<br>PO BOX 1412<br>SALISBURY NC 28145-1412 | Part 2 line 3.1228 | _____ |
| TRISTAR PLASTICS CORPORATION<br>PO BOX 3065<br>BOSTON MA 02241-3065 | Part 2 line 3.1231 | _____ |
| TROY CORPORATION<br>PO BOX 824736<br>PHILADELPHIA PA 19182-4736 | Part 2 line 3.1232 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| UFP TECHNOLOGIES<br>PO BOX 418152<br>BOSTON MA 02241-8152 | Part 2 line 3.1241 | _____ |
| UGI ENERGY SERVICES<br>PO BOX 827032<br>PHILADELPHIA PA 19182 | Part 2 line 3.1242 | _____ |
| ULINE<br>PO BOX 88741<br>CHICAGO IL 60680-1741 | Part 2 line 3.1243 | _____ |
| UNITED RENTALS<br>PO BOX 100711<br>ATLANTA GA 30384-0711 | Part 2 line 3.1247 | _____ |
| UNIVAR USA INC<br>PO BOX 409692<br>ATLANTA GA 30384-9692 | Part 2 line 3.1249 | _____ |
| URBIETA V. DFT ET AL.<br>ANSTANDIG, MCDYER & YURCON, P.C.<br>EDWARD A. YURCON,<br>707 GRANT STREET<br>1300 GULF TOWER<br>PITTSBURGH PA 15219 | Part 2 line 3.1252 | _____ |
| URBIETA V. DFT ET AL.<br>GOLDBERG SEGALLA LLP<br>JOSEPH J. WELTER,<br>1700 MARKET ST<br>STE 1418<br>PHILADELPHIA PA 19103 | Part 2 line 3.1252 | _____ |
| URBIETA V. DFT ET AL.<br>MARGOLIS EDELSTEIN<br>ROBERT A. ARCOVIO<br>525 WILLIAM PENN PL<br>STE 3300<br>PITTSBURGH PA 15219 | Part 2 line 3.1252 | _____ |
| URBIETA V. DFT ET AL.<br>MARSHALL DENNEHEY WARNER COLEMAN &<br>GOGGIN<br>G. JAY HABAS<br>717 STATE ST<br>STE 701<br>ERIE PA 16501 | Part 2 line 3.1252 | _____ |
| URBIETA V. DFT ET AL.<br>SILKO & ASSOCIATES, P.C.<br>ROBERT C. BECHTELL JR.,<br>80 EMERSON LANE<br>STE 1305<br>BRIDGEVILLE PA 15017 | Part 2 line 3.1252 | _____ |
| URBIETA V. DFT ET AL.<br>LAW OFFICE OF JOSEPHS WEIMER<br>SUSAN D. GARRARD<br>112 WASHINGTON PLACE<br>TWO CHATHAM CTR STE 975<br>PITTSBURGH PA 15219 | Part 2 line 3.1252 | _____ |
| URBIETA V. DFT ET AL.<br>MORGAN LEWIS<br>JOHN K. GISLESON<br>ONE OXFORD CENTRE<br>32ND FL<br>PITTSBURGH PA 15219 | Part 2 line 3.1252 | _____ |
| VARIAN CHROMATOGRAPHY SYS. INC<br>PO BOX 93752<br>CHICAGO IL 60673 | Part 2 line 3.1262 | _____ |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                        Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| VOIGT-ABERNATHY SALES CORP<br>PO BOX 425<br>TRUSSVILLE AL 35173-0425 | Part 2 line 3.1268 | _____ |
| WARP DEVELOPMENT CORP<br>PO BOX 3379<br>MONROE NC 28110-3379 | Part 2 line 3.1275 | _____ |
| WARP DEVELOPMENT CORPORATION<br>PO BOX 967<br>MONROE NC 28111 | Part 2 line 3.1276 | _____ |
| WATTS & ASSOCIATES ROOFING, INC<br>PO BOX 21273<br>COLUMBIA SC 29221 | Part 2 line 3.1279 | _____ |
| WAYNE DALTON OF CHARLOTTE<br>PO BOX 931409<br>CLEVELAND OH 44193 | Part 2 line 3.1280 | _____ |
| WB GUIMARIN & COMPANY, INC.<br>PO BOX 116<br>COLUMBIA SC 29202 | Part 2 line 3.1281 | _____ |
| WHITE HORSE PACKAGING CO<br>PO BOX 1848<br>GREENVILLE SC 29602 | Part 2 line 3.1287 | _____ |
| WINDSTREAM COMMUNICATIONS<br>PO BOX 9001950<br>LOUISVILLE KY 40290-1950 | Part 2 line 3.1292 | _____ |
| WOLSELEY INDUSTRIAL #1430<br>PO BOX 536479<br>ATLANTA GA 30353-6479 | Part 2 line 3.1297 | _____ |
| WOLSELEY INDUSTRIAL #1430<br>11806 GOODRICH DRIVE<br>CHARLOTTE NC 30353-6479 | Part 2 line 3.1298 | _____ |
| WOMBLE CARLYLE SANDRIDGE & RICE<br>PO BOX 601879<br>CHARLOTTE NC 28260-1879 | Part 2 line 3.1299 | _____ |
| WORKPLACE HYGIENE INC<br>PO BOX 19239<br>GREENSBORO NC 27419 | Part 2 line 3.1301 | _____ |
| XEROX CORPORATION<br>PO BOX 827598<br>PHILADELPHIA PA 19182-7598 | Part 2 line 3.1304 | _____ |
| YORK TAPE & LABEL INC<br>PO BOX 642495<br>PITTSBURGH PA 15264-2495 | Part 2 line 3.1308 | _____ |
| ZEP SALES & SERVICE<br>PO BOX 404628<br>ATLANTA GA 30384-4628 | Part 2 line 3.1310 | _____ |
| ZONES INC<br>PO BOX 34740<br>SEATTLE WA 98124-1740 | Part 2 line 3.1311 | _____ |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                      Case number *(if known)* **17-12148**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $1,012,363.23 |
| **5b.** | **Total claims from Part 2** | 5b.    **+** | $35,258,154.14 |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $36,270,517.37 |

**Fill in this information to identify the case:**

**Debtor name:** DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12148

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1.** | **Title of contract** | LEASE AGREEMENT (LESSOR IS UNKNOWN) | _____ |
| | **State what the contract or lease is for** | EQUIPMENT LEASE FOR POWEREDGE R720 NETWORK SERVER & SEAGATE 4TB NETWORK ATTACHED STORAGE | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |
| **2.2.** | **Title of contract** | AGREEMENT FOR CONSTRUCTION SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | BUYER | BAHNSON, INC ATTN: JEFFREY TURNER 100-D FORSYTH HALL DRIVE CHARLOTTE NC 28273 |
| | **State the term remaining** | CUSTOMER MAY TERMINATE UPON 5 DAY WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |
| **2.3.** | **Title of contract** | LETTER OF TERMINATION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | BDP INTERNATIONAL INC 510 WALNUT ST PHILADELPHIA PA 19106 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

2.4.  | **Title of contract** | LETTER AMENDMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

**Title of contract**            LETTER AMENDMENT

**State what the contract or lease is for**            SUPPLY

**Nature of debtor's interest**            BUYER

**State the term remaining**            _____

**List the contract number of any government contract**            _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BP AMOCO CHEMICAL COMPANY
ATTN: VP PTA/NDC AMERICAS
150 W. WARRENVILLE ROAD
NAPERVILLE IL 60563-8460

---

2.5.  **Title of contract**            AMENDMENT TO PTA SUPPLY AGREEMENT

**State what the contract or lease is for**            SUPPLY

**Nature of debtor's interest**            BUYER

**State the term remaining**            _____

**List the contract number of any government contract**            _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BP AMOCO CHEMICAL COMPANY
ATTN: VP PTA/NDC AMERICAS
150 W. WARRENVILLE ROAD
NAPERVILLE IL 60563-8460

---

2.6.  **Title of contract**            AMENDMENT TO PTA SUPPLY AGREEMENT

**State what the contract or lease is for**            SUPPLY

**Nature of debtor's interest**            BUYER

**State the term remaining**            _____

**List the contract number of any government contract**            _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BP AMOCO CHEMICAL COMPANY
ATTN: VP PTA/NDC AMERICAS
150 W. WARRENVILLE ROAD
NAPERVILLE IL 60563-8460

---

2.7.  **Title of contract**            PTA SUPPLY AGREEMENT

**State what the contract or lease is for**            SUPPLY

**Nature of debtor's interest**            BUYER

**State the term remaining**            _____

**List the contract number of any government contract**            _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BP AMOCO CHEMICAL COMPANY
ATTN: VP PTA/NDC AMERICAS
150 W. WARRENVILLE ROAD
NAPERVILLE IL 60563-8460

---

2.8.  **Title of contract**            ASIAN PARITY SUPPORT

**State what the contract or lease is for**            SUPPLY

**Nature of debtor's interest**            PURCHASER

**State the term remaining**            _____

**List the contract number of any government contract**            _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BP AMOCO CHEMICAL COMPANY
150 W. WARRENVILLE ROAD
MS 603-2E
NAPERVILLE IL 60563

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**   Case number *(if known)* **17-12148**

| 2.9. | **Title of contract** | PTA SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | BUYER | BP AMOCO CHEMICAL COMPANY |
| | **State the term remaining** | DEC 31, 2016 | 150 WEST WARRENVILLE RD NAPPERVILLE IL 60563-8460 |
| | **List the contract number of any government contract** | _____ | |

| 2.10. | **Title of contract** | PTA SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | BUYER | BP AMOCO CHEMICAL COMPANY |
| | **State the term remaining** | DEC 31, 2017 | 150 WEST WARRENVILLE RD NAPPERVILLE IL 60563-8460 |
| | **List the contract number of any government contract** | _____ | |

| 2.11. | **Title of contract** | AGREEMENT FOR HVAC SERVICES AND STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HVAC SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | CAROLINA CHILLERS, INC. PRESTON JOHNSON VP |
| | **State the term remaining** | _____ | 3810 LADSON ROAD SUITE A |
| | **List the contract number of any government contract** | _____ | LADSON SC 29456 |

| 2.12. | **Title of contract** | AGREEMENT FOR ELEVATOR REPAIR AND INSPECTION SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | BUYER | CAROLINA ELEVATOR SERVICE 740 BARFIELD RD ELGIN SC 29045 |
| | **State the term remaining** | BUYER MAY TERMINATE WITHIN 30 DAYS WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| 2.13. | **Title of contract** | LETTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LETTER AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | COMPUWARE CORPORATION MICHAEL OLEJNICZAK SENIOR COUNSEL |
| | **State the term remaining** | _____ | 31440 NORTHWESTERN HIGHWAY FARMINGTON HILLS MI 48334 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.14. | **Title of contract** | AGREEMENT FOR WATER TREATMENT SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | CROWN SOLUTIONS COMPANY, LLC |
| | **State the term remaining** | | RICHARD E. FRUIT DIRECTOR OF OPERATIONS |
| | **List the contract number of any government contract** | | 945 SOUTH BROWN SCHOOL ROAD VANDALIA OH 45377 |
| 2.15. | **Title of contract** | TERMINATION LETTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TERMINATION LETTER AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | CROWN SOLUTIONS COMPANY, LLC |
| | **State the term remaining** | | RICHARD E. FRUIT DIRECTOR OF OPERATIONS |
| | **List the contract number of any government contract** | | 945 SOUTH BROWN SCHOOL ROAD VANDALIA OH 45377 |
| 2.16. | **Title of contract** | LETTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LETTER AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | CYBERSHIFT, INC. THOMAS ALTIER |
| | **State the term remaining** | | CEO |
| | **List the contract number of any government contract** | | 600 PARSIPPANY RD. PARSIPPANY NJ 07054 |
| 2.17. | **Title of contract** | LETTER TERMINATION OF ELECTRIC SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TERMINATION OF ELECTRIC SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | DUKE ENERGY CAROLINAS, LLC JAN HENDRIX |
| | **State the term remaining** | | 526 SOUTH CHURCH STREET CHARLOTTE NC 28201-1006 |
| | **List the contract number of any government contract** | | |
| 2.18. | **Title of contract** | ELECTRIC SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | DUKE ENERGY CAROLINAS, LLC JAN HENDRIX |
| | **State the term remaining** | | 526 SOUTH CHURCH STREET CHARLOTTE NC 28201-1006 |
| | **List the contract number of any government contract** | | |

Debtor **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.19. | Title of contract | AGREEMENT FOR SALE AND PURCHASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE OF SHARES IN COMPANY & CERTAIN US ASSETS | |
| | Nature of debtor's interest | SELLER | DURAFIBER TECHNOLOGIES (DFT) EUROPE S.A.R.L. |
| | State the term remaining | _____ | 13620 REESE BOULEVARD |
| | List the contract number of any government contract | _____ | HUNTERSVILLE NC 28078 |

| 2.20. | Title of contract | AGREEMENT FOR SALE AND PURCHASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SALE OF SHARES IN COMPANY & CERTAIN US ASSETS | |
| | Nature of debtor's interest | SELLER | DURAFIBER TECHNOLOGIES (DFT) INC. |
| | State the term remaining | _____ | 13620 REESE BOULEVARD |
| | List the contract number of any government contract | _____ | HUNTERSVILLE NC 28078 |

| 2.21. | Title of contract | RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | RENTAL AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | FILTERS FAST LOCAL SERVICE LLC |
| | State the term remaining | _____ | HEATHER QUINN, DIV MGR P O BOX 2868 |
| | List the contract number of any government contract | _____ | MONROE NC 28111 |

| 2.22. | Title of contract | AGREEMENT FOR CONSTRUCTION SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CONSTRUCTION SERVICES | |
| | Nature of debtor's interest | SERVICE | G. CAMPBELL CONSTRUCTION COMPANY, INC. |
| | State the term remaining | _____ | ATTN: MR. GC CAMPBELL 133 FULLER ROAD |
| | List the contract number of any government contract | _____ | MOORESVILLE NC 28117 |

| 2.23. | Title of contract | EXPENSE BUYING AGREEMENT SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CUSTOMER | GE BETZ INC |
| | State the term remaining | _____ | 4636 SOMERTON RD |
| | List the contract number of any government contract | _____ | TREVOSE PA 19053 |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                     Case number *(if known)* **17-12148**

---

2.24. | **Title of contract** | AGREEMENT FOR CONSULTING SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SERVICE AGREEMENT |
| **Nature of debtor's interest** | BUYER | GFB CONSULTING INC
| **State the term remaining** | CUSTOMER MAY TERMINATE UPON 90 DAYS WRITTEN NOTICE | 12011 WOODHOLM CT
TEGA CAY SC 29708
| **List the contract number of any government contract** | _____ |

2.25. | **Title of contract** | MASTER SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALES AGREEMENT |
| **Nature of debtor's interest** | BUYER | HANWHA INTERNATIONAL, LLC
| **State the term remaining** | 12/31/2017 | 300 FRANK W. BURR BLVD, SUITE 52
TEANECK NJ 07666
| **List the contract number of any government contract** | _____ |

2.26. | **Title of contract** | BASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | AMENDMENT |
| **Nature of debtor's interest** | BUYER | HESS CORPORATION
PHILLIP L. AGEE
| **State the term remaining** | _____ | SALES MANAGER
ONE HESS PLAZA
| **List the contract number of any government contract** | _____ | WOODBRIDGE NJ 07095

2.27. | **Title of contract** | INVOICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | INVOICE |
| **Nature of debtor's interest** | CUSTOMER | HESS CORPORATION
SID M. HARDWICKE, JR.
| **State the term remaining** | _____ | REGIONAL SALES MANAGER
ONE HESS PLAZA
| **List the contract number of any government contract** | _____ | WOODBRIDGE NJ 07095

2.28. | **Title of contract** | PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PURCHASE AGREEMENT |
| **Nature of debtor's interest** | BUYER | HESS CORPORATION
ONE HESS PLAZA
| **State the term remaining** | _____ | WOODBRIDGE NJ 07095
| **List the contract number of any government contract** | _____ |

---

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | | |
|---|---|---|---|
| 2.29. | **Title of contract** | PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | BUYER | HESS CORPORATION |
| | **State the term remaining** | _____ | ONE HESS PLAZA |
| | | | WOODBRIDGE NJ 07095 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.30. | **Title of contract** | HOBGOOD ELECTRIC & MACHINERY CO., INC. AGREEMENT FOR ELECTRICAL SERVICES AND STATEMENT WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ELECTRICAL SERVICE AGREEMENT | HOBGOOD ELECTRIC & MACHINERY |
| | **Nature of debtor's interest** | BUYER | ATTN: MR. LEWIS HOBGOOD |
| | **State the term remaining** | _____ | 10330 MONTICELLO ROAD |
| | | | WINNSBORO SC 29180 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.31. | **Title of contract** | EQUIPMENT TRIAL/RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RENTAL AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | IKA WORKS, INC. |
| | **State the term remaining** | _____ | 2635 NORTH CHASE PKWY SE |
| | | | WILMINGTON NC 28405 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.32. | **Title of contract** | SALE AND PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALES AGREEMENT | |
| | **Nature of debtor's interest** | SELLER | INDORAMA NETHERLANDS B.V. |
| | **State the term remaining** | _____ | MARKWEG 201, 3198 NB |
| | | | EUROPOORT |
| | **List the contract number of any government contract** | _____ | ROTTERDAM |
| | | | NETHERLANDS |

| | | | |
|---|---|---|---|
| 2.33. | **Title of contract** | SET-OFF AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SET-OFF | |
| | **Nature of debtor's interest** | SELLER | INDORAMA NETHERLANDS B.V. |
| | **State the term remaining** | _____ | MARKWEG 201, 3198 NB |
| | | | EUROPOORT |
| | **List the contract number of any government contract** | _____ | ROTTERDAM |
| | | | NETHERLANDS |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.34. | **Title of contract** | AGREEMENT FOR SALE AND PURCHASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALE OF SHARES IN COMPANY & CERTAIN US ASSETS | |
| | **Nature of debtor's interest** | SELLER | INDORAMA NETHERLANDS B.V. |
| | **State the term remaining** | _____ | INDORAMA VENTURES PCL SANJAY AHUJA |
| | **List the contract number of any government contract** | _____ | 75/80-81 OCEAN TOWER 2, 32ND FLOOR SUKHUMVIT SOI 19 BANGKOK 10110 THAILAND |

| 2.35. | **Title of contract** | CONSULTANT'S AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTANT AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | INDUSTRIAL AIR, INC. |
| | **State the term remaining** | _____ | ATTN: BEN KESLER 428 EDWARDIA DRIVE |
| | **List the contract number of any government contract** | _____ | GREENSBORO NC 27409 |

| 2.36. | **Title of contract** | AMENDMENT, ASSIGNMENT AND ASSUMPTION OF CONTRACTS FOR ELECTRIC SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ELECTRIC SERVICE | |
| | **Nature of debtor's interest** | ASSIGNEE | INVISTA S.A.R.L. |
| | **State the term remaining** | _____ | P O BOX 33575 CHARLOTTE NC 28233-3575 |
| | **List the contract number of any government contract** | _____ | |

| 2.37. | **Title of contract** | PERPETUAL LICENSE TRANSFER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSFER AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | INVISTA S.A.R.L. |
| | **State the term remaining** | _____ | EDWARD MCDEVITT 2801 CENTERVILLE RD |
| | **List the contract number of any government contract** | _____ | WILMINGTON DE 19808 |

| 2.38. | **Title of contract** | CHANGE OF TELEPHONE ACCOUNT RESPONSIBILITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESPONSIBILITY AGREEMENT | |
| | **Nature of debtor's interest** | ASSIGNEE | INVISTA S.A.R.L. |
| | **State the term remaining** | _____ | 199 MAPLE ST WINNSBORO SC 29180-1828 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 2.39. | **Title of contract** | AGREEMENT FOR CONSTRUCTION SERVICES AMD STATEMENT OF WORK |
| | **State what the contract or lease is for** | CONSTRUCTION SERVICES AGREEMENT |
| | **Nature of debtor's interest** | BUYER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JD LEWIS CONSTRUCTION, LLC
1030 LEWIS STORE ROAD
BLACKSTOCK SC 29014

| | | |
|---|---|---|
| 2.40. | **Title of contract** | AGREEMENT FOR ELECTRICAL SERVICES |
| | **State what the contract or lease is for** | SERVICE AGREEMENT |
| | **Nature of debtor's interest** | BUYER |
| | **State the term remaining** | CUSTOMER MAY TERMINATE UPON 5 DAY WRITTEN NOTICE |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOLLEY ELECTRIC INC
1014-1 INDUSTRIAL DRIVE
SHELBY NC 28152

| | | |
|---|---|---|
| 2.41. | **Title of contract** | AGREEMENT FOR CONSTRUCTION SERVICES AMD STATEMENT OF WORK |
| | **State what the contract or lease is for** | CONSTRUCTION SERVICES AGREEMENT |
| | **Nature of debtor's interest** | BUYER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOLLEY ELECTRIC INC.
ATTN: MR. RICK JOLLEY
1014-1 INDUSTRIAL DRIVE
SHELBY NC 28152

| | | |
|---|---|---|
| 2.42. | **Title of contract** | ADDENDUM 2 TO MASTER SERVICES AGREEMENT DATED MAY 17, 2010 |
| | **State what the contract or lease is for** | ADDENDUM AGREEMENT |
| | **Nature of debtor's interest** | SERVICE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JW DEMOLITION
PRESIDENT
2130 N. TRYON STREET
CHARLOTTE NC 28206

| | | |
|---|---|---|
| 2.43. | **Title of contract** | ADDENDUM 4 TO MASTER SERVICES AGREEMENT DATED AUGUST 17, 2011 |
| | **State what the contract or lease is for** | ADDENDUM AGREEMENT |
| | **Nature of debtor's interest** | SERVICE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JW DEMOLITION
WILL DELLINGER
CEO
2130 N. TRYON STREET
CHARLOTTE NC 28206

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| | | |
|---|---|---|
| 2.44. | **Title of contract** | AGREEMENT FOR ELECTRICAL SERVICES |
| | **State what the contract or lease is for** | SERVICE AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | CUSTOMER MAY TERMINATE UPON FIVE DAYS WRITTEN NOTICE |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

M & M ELECTRIC SERVICE INC
1680 GARFIELD DRIVE
GASTONIA NC 28052

| | | |
|---|---|---|
| 2.45. | **Title of contract** | NATIONAL SUPPORT SERVICES SUPPORT SERVICES AGREEMENT |
| | **State what the contract or lease is for** | SUPPORT SERVICES AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATIONAL SUPPORT SERVICES
NORTH AMERICA LLC
JOHN D. COCHRAN
1 GRUMMAN ROAD WEST
BETHPAGE NY 11714

| | | |
|---|---|---|
| 2.46. | **Title of contract** | NATIONAL SUPPORT SERVICES AMENDMENT 2 |
| | **State what the contract or lease is for** | SERVICE AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATIONAL SUPPORT SERVICES
NORTH AMERICA LLC
JOHN D. COCHRAN
1 GRUMMAN ROAD WEST
BETHPAGE NY 11714

| | | |
|---|---|---|
| 2.47. | **Title of contract** | AMENDMENT NO.1 TO ON-SITE MAINTENANCE SERVICES AGREEMENT |
| | **State what the contract or lease is for** | SERVICE AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NON-CORE BUSINESS SOLUTIONS
LLC
6009 KENLEY LANE
CHARLOTTE NC 28217

| | | |
|---|---|---|
| 2.48. | **Title of contract** | PARKER HANNIFIN CORPORATION STRATEGIC PROCUREMENT AGREEMENT |
| | **State what the contract or lease is for** | PROCUREMENT |
| | **Nature of debtor's interest** | SELLER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PARKER HANNIFIN CORPORATION
6035 PARKLAND BOULEVARD
CLEVELAND OH 44124

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.49. | **Title of contract** | PARKER HANNIFIN CORPORATION STRATEGIC PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | SUPPLIER | PARKER HANNIFIN CORPORATION 6035 PARKLAND BLVD. MARYLAND HEIGHTS OH 44124 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.50. | **Title of contract** | EXPENSE BUYING AGREEMENT SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | PRECISION FIRE SOLUTIONS LLC 2229 LEAPHART ROAD WEST COLUMBIA SC 29169 |
| | **State the term remaining** | EITHER PARTY MAY TERMINATE UPON MATERIAL REASON | |
| | **List the contract number of any government contract** | _____ | |

| 2.51. | **Title of contract** | EXPENSE BUYING AGREEMENT - SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | PRECISION FIRE SOLUTIONS, LLC 2229 LEAPHART ROAD WEST COLUMBIA SC 29169 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.52. | **Title of contract** | EXPENSE BUYING AGREEMENT - SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | SALISBURY FIRE APPLIANCE CO. 4809 MAIN STREET SALISBURY NC 28147 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.53. | **Title of contract** | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY | |
| | **Nature of debtor's interest** | SELLER | SEAMAN CORPORATION ATTN: JOHN CRUM 1000 VENTURE BOULEVARD WOOSTER OH 44691 |
| | **State the term remaining** | 9/30/19 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**    Case number *(if known)* **17-12148**

| 2.54. | **Title of contract** | TERMINATION LETTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TERMINATION LETTER AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | SECURITY FORCES, INC. |
| | **State the term remaining** | | MR. POUNDS |
| | | | 1020 EUCLID AVENUE |
| | **List the contract number of any government contract** | | CHARLOTTE NC 28203 |

| 2.55. | **Title of contract** | REVISED CONFIRMATION OF PURCHASE OF NATURAL GAS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | BUYER | SHELL ENERGY NORTH AMERICA (US) LP |
| | **State the term remaining** | | 1000 MAIN ST LEVEL 12 |
| | | | HOUSTON TX 77002 |
| | **List the contract number of any government contract** | | |

| 2.56. | **Title of contract** | CONSULTANT'S AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTANT AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | SHIELD ENGINEERING, INC. |
| | **State the term remaining** | | DAVID A. STONER |
| | | | VP |
| | **List the contract number of any government contract** | | 4301 TAGGART CREEK ROAD |
| | | | CHARLOTTE NC 28208 |

| 2.57. | **Title of contract** | AMENDMENT, ASSIGNMENT AND ASSUMPTION OF CONTRACTS FOR ELECTRIC SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ELECTRIC SERVICE | |
| | **Nature of debtor's interest** | ASSIGNEE | SOUTH CAROLINA ELECTRIC & GAS COMPANY |
| | **State the term remaining** | | THOMAS E HANZLIK, MGR LARGE CUSTOMER GROUP |
| | | | 220 OPERATION WAY |
| | **List the contract number of any government contract** | | MAIL CODE C102 |
| | | | CAYCE SC 29033 |

| 2.58. | **Title of contract** | CONTRACT FOR ELECTRIC SERVICE NO. E0704044 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ELECTRIC SERVICE | |
| | **Nature of debtor's interest** | | SOUTH CAROLINA ELECTRIC & GAS COMPANY |
| | **State the term remaining** | | SAMUEL L DOZIER, VICE PRES-LARGE CUSTOMER GROUP |
| | | | 220 OPERATION WAY |
| | **List the contract number of any government contract** | | MAIL CODE C102 |
| | | | CAYCE SC 29033 |

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                                      Case number *(if known)* **17-12148**

| 2.59. | **Title of contract** | CONTRACT FOR ELECTRIC SERVICE NO. E0704045 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ELECTRIC SERVICE | |
| | **Nature of debtor's interest** | | SOUTH CAROLINA ELECTRIC & GAS COMPANY |
| | **State the term remaining** | | 220 OPERATION WAY |
| | **List the contract number of any government contract** | | MAIL CODE C102 CAYCE SC 29033 |

| 2.60. | **Title of contract** | AMENDMENT TO CONTRACTS FOR ELECTRIC SERVICE E0704044 & E0704045 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ELECTRIC SERVICE | |
| | **Nature of debtor's interest** | CUSTOMER | SOUTH CAROLINA ELECTRIC & GAS COMPANY |
| | **State the term remaining** | | 220 OPERATION WAY |
| | **List the contract number of any government contract** | | MAIL CODE C102 CAYCE SC 29033 |

| 2.61. | **Title of contract** | AGREEMENT FOR ON-SITE MAINTENANCE SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | SOUTHERN BUILDING MAINTENANCE, INC. |
| | **State the term remaining** | | ATTN: JOHN RAY PRESIDENT |
| | **List the contract number of any government contract** | | 3730 HARGROVE AVENUE SUITE B CHARLOTTE NC 28208 |

| 2.62. | **Title of contract** | EXPENSE BUYING AGREEMENT- SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CUSTOMER | SOUTHERN MECHANICAL SERVICES INC |
| | **State the term remaining** | EITHER PARTY MAY TERMINATE THIS AGREEMENT | 2031 KINGSLEY ST ALBEMARLE NC 28001 |
| | **List the contract number of any government contract** | | |

| 2.63. | **Title of contract** | EXPENSE BUYING AGREEMENT - SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | SERVICE | SOUTHERN MECHANICAL SERVICES, INC. |
| | **State the term remaining** | | MARK A. LAMBERT EVP |
| | **List the contract number of any government contract** | | 2031 KINGSLEY STREET ALBERARLE NC 28001 |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                      Case number *(if known)* **17-12148**

**2.64.** | **Title of contract** | WORK ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | WORK ORDER AGREEMENT |
| **Nature of debtor's interest** | CUSTOMER | THYSSENKRUPP ELEVATOR CORPORATION
| **State the term remaining** | _____ | DAVID WEST
| **List the contract number of any government contract** | _____ | BRANCH MANAGER
| | | 145 WINDHILL ROAD
| | | SUITE 300
| | | COLUMBIA SC 29203

**2.65.** | **Title of contract** | UTILITIES AND SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SERVICE AGREEMENT |
| **Nature of debtor's interest** | CUSTOMER | TICONA
| **State the term remaining** | 7 DAY NOTICE AFTER MAILING THEREOF | P O BOX 87
| **List the contract number of any government contract** | _____ | SHELBY NC 28105

**2.66.** | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | LEASE |
| **Nature of debtor's interest** | LESSEE | TOSHIBA FINANCIAL SERVICES
| **State the term remaining** | _____ | 201 MERRITT 7
| **List the contract number of any government contract** | _____ | NORWALK CT 06851

**2.67.** | **Title of contract** | TERMINATION LETTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | TERMINATION LETTER AGREEMENT |
| **Nature of debtor's interest** | SERVICE | TREATED WATER OUTSOURCING
| **State the term remaining** | _____ | 1601 WEST DIEHL ROAD
| **List the contract number of any government contract** | _____ | NAPERVILLE IL 60563

**2.68.** | **Title of contract** | TELEPHONE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SERVICE AGREEMENT |
| **Nature of debtor's interest** | SERVICE | VERIZON
| **State the term remaining** | _____ | 140 WEST STREET
| **List the contract number of any government contract** | _____ | NEW YORK NY 10007

Debtor    **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| 2.69. | Title of contract | AGREEMENT FOR ON-SITE MECHANICAL SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | BUYER | W.B. GUIMARIN & COMPANY, INC. |
| | State the term remaining | _____ | ATT:LEGAL COUNSEL 1124 BLUFF INDUSTRIAL BLVD. |
| | List the contract number of any government contract | _____ | COLUMBIA SC 29202 |

| 2.70. | Title of contract | AGREEMENT FOR SALE AND PURCHASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SALE OF SHARES IN COMPANY & CERTAIN US ASSETS | |
| | Nature of debtor's interest | SELLER | WINNSBORO FIBRES LLC |
| | State the term remaining | _____ | 251 LITTLE FALLS DRIVE WILMINGTON DE 19808 |
| | List the contract number of any government contract | _____ | |

| 2.71. | Title of contract | XEROX BUSINESS SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INDIVIDUAL SITE AGREEMENT #7023406 | |
| | Nature of debtor's interest | SERVICE | XEROX CORPORATION |
| | State the term remaining | _____ | ATTN: OFFICE OF GENERAL COUNSEL |
| | List the contract number of any government contract | _____ | 8 PENN CENTER WEST PITTSBURG PA 15276 |

| 2.72. | Title of contract | PARTIAL ASSIGNMENT, ASSUMPTION AND CONSENT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ASSIGNMENT | |
| | Nature of debtor's interest | SERVICE | XEROX CORPORATION |
| | State the term remaining | _____ | ATTN: OFFICE OF GENERAL COUNSEL |
| | List the contract number of any government contract | _____ | 8 PENN CENTER WEST PITTSBURG PA 15276 |

| 2.73. | Title of contract | PARTIAL ASSIGNMENT, ASSUMPTION AND CONSENT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONSENT AGREEMENT | |
| | Nature of debtor's interest | ASSIGNEE | XEROX CORPORATION |
| | State the term remaining | _____ | ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | _____ | 8 PENN CENTER WEST PITTSBURGH PA 15276 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2"><strong>Debtor name:</strong> DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC</td></tr>
<tr><td colspan="2"><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td colspan="2"><strong>Case number (if known):</strong> 17-12148</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

**1.    Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1.  DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.  DSE HOLDING CORP. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3.  DSE HOLDING CORP. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.  DURAFIBER TECHNOLOGIES (DFT) ENTERPRISES, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5.  DURAFIBER TECHNOLOGIES (DFT) ENTERPRISES, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.6.  DURAFIBER TECHNOLOGIES (DFT) GROUP, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC**                    Case number *(if known)* **17-12148**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.   DURAFIBER TECHNOLOGIES (DFT) INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.8.   DURAFIBER TECHNOLOGIES (DFT) INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | JPMORGAN CHASE BANK NA | ☑ D ☐ E/F ☐ G |
| 2.9.   DURAFIBER TECHNOLOGIES (DFT) SCOTTSBORO, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D ☐ E/F ☐ G |
| 2.10.  DURAFIBER TECHNOLOGIES (DFT) SCOTTSBORO, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.11.  DURAFIBER TECHNOLOGIES (DFT) WINFIELD, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D ☐ E/F ☐ G |
| 2.12.  DURAFIBER TECHNOLOGIES (DFT) WINFIELD, INC. | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.13.  INA FIBERS HOLDING, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT DURAFIBER TECHNOLOGIES HOLDINGS, INC. | ☑ D ☐ E/F ☐ G |
| 2.14.  INA FIBERS HOLDING, LLC | 13620 REESE BLVD STE 400 HUNTERSVILLE NC 28078 | DFT2 FINANCE LLC AS AGENT | ☑ D ☐ E/F ☐ G |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Debtor name:** DURAFIBER TECHNOLOGIES (DFT) OPERATIONS, LLC

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 17-12148

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/6/2017
                MM/DD/YYYY

x    */s/ Keith F. Cooper*
_____
Signature of individual signing on behalf of debtor

Keith F. Cooper
Printed name

Authorized Representative
Position or relationship to debtor